```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A05-0256--CV (JKS)
                      "SANDS NORTH INC V MOA"

         Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 11/03/05
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (440) Other Civil Rights
                   CHALLENGE TO CONSTITUTIONAL VIOLATION
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $250.00 on 11/03/05 receipt # 00126970
          Trial by:
```

Parties of Record:                              Counsel of Record:

PLF 1.1           SANDS NORTH INC               Kenneth P. Jacobus
                                                310 K Street, Suite 200
                                                Anchorage, AK 99501
                                                907-277-3333
                                                FAX 907-264-6666

                                                Allan S. Rubin
                                                Draper & Rubin, P.L.C.
                                                29800 Telegraph Road
                                                Southfield, MI 48034
                                                248-358-9400
                                                FAX 248-358-9729

DEF 1.1           ANCHORAGE, THE CITY OF        Frederick H. Boness
                                                Municipal Attorney's Office
                                                POB 196650
                                                Anchorage, AK 99519-6650
                                                907-343-4545
                                                FAX 907-343-4550

                                                Thomas M. McDermott
                                                Municipal Attorney's Office
                                                POB 196650
                                                Anchorage, AK 99519-6650
                                                907-343-4545
                                                FAX 907-343-4550

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CIVIL DOCKET ENTRIES FOR CASE A05-0256--CV (JKS)
                             "SANDS NORTH INC V MOA"

                              For all filing dates
```

Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge:
   Referral Rule:
           Filed: 11/03/05
          Closed: NO

    Jurisdiction: (3) Federal Question (US Govt not a Party)
   PLF Diversity:
   DEF Diversity:

   Nature of Suit: (440) Other Civil Rights
                   CHALLENGE TO CONSTITUTIONAL VIOLATION
          Origin: (1) Original Proceeding
          Demand:
      Filing fee: Paid $250.00 on 11/03/05 receipt # 00126970
        Trial by:

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 11/03/05 | Complaint filed w/att exhs; Summons issued. |
| 2 - 1 | 11/03/05 | PLF 1 motion for admission pro hac vice of Allan S. Rubin w/att aff & exh. |
| 3 - 1 | 11/09/05 | PLF 1; DEF 1 Stipulation for partial stay of enforcement. |
| 2 - 2 | 11/10/05 | JWS Order granting motion for admission pro hac vice of Allan S. Rubin (2-1). cc: cnsl |
| 4 - 1 | 11/14/05 | DEF 1 Attorney Appearance of T. McDermott (MUNI). |
| 3 - 2 | 11/16/05 | JWS Order approving stip for part stay of enforcement (3-1). cc: cnsl |
| 5 - 1 | 11/28/05 | DEF 1 Answer to Complaint. |
| 6 - 1 | 11/29/05 | JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/in 28 days from svc of this ord. cc: cnsl |