Thomas M. McDermott
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
(907) 343-4545

Attorney for Defendants
Municipality of Anchorage

## THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SANDS NORTH, INC., d/b/a FANTASIES ON 5TH AVENUE, an Alaskan Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MUNICIPALITY OF ANCHORAGE, ALASKA, an Alaskan Municipal Corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

U.S. District No. 3:05-cv-00256 (TMB)

## MOTION TO COMPEL DISCOVERY

COMES NOW Defendant Municipality of Anchorage, and pursuant to Fed.R.Civ.P. 37 hereby moves to compel responses to Defendant's First Discovery Requests. These requests were served on February 16, 2006; the responses were due thirty days thereafter; and Plaintiff to date has failed to respond.

The undersigned certifies that he has made a good faith attempt to confer with counsel for Plaintiff in an effort to secure the responses without court action.

Respectfully submitted this 14th day of April, 2006.

FREDERICK H. BONESS
Municipal Attorney

By:    s/   Thomas   M.   McDermott
        Assistant Municipal Attorney
        P.O. Box 196650
        Anchorage, AK  99519-6650
        (907) 343-4545
        (907) 343-4550 – fax
        uslit@muni.org
        Alaska Bar No. 9910050

The undersigned hereby certifies that on April 14, 2006 a true and correct copy of the Motion to Compel was served on:

- Kenneth P. Jacobus
- Allan S. Rubin

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing

s/ Patricia A. Karella
Patricia A. Karella, Legal Secretary
Municipal Attorneys Office