Thomas M. McDermott
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
(907) 343-4545

Attorney for Defendants
Municipality of Anchorage

## THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SANDS NORTH, INC., d/b/a FANTASIES ON 5TH AVENUE, an Alaskan Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| MUNICIPALITY OF ANCHORAGE, ALASKA, an Alaskan Municipal Corporation, | ) ) ) |
| Defendant. | ) ) |

U.S. District No. 3:05-cv-00256 (TMB)

### ORDER GRANTING
### MOTION TO COMPEL DISCOVERY

This Court, having heard Motion to Compel filed by the Municipality of Anchorage, and all opposition thereto, hereby orders that the Motion is GRANTED. Plaintiff shall serve its responses to the Municipality's First Discovery requests no later than _____, 2006.

_____
The Honorable Timothy M. Burgess
United States District Court Judge

The undersigned hereby certifies that on _____ a
true and correct copy of the Order on Motion to Compel Discovery
was caused to be served on:

- Kenneth P. Jacobus

- Allan S. Rubin

- Thomas M. McDermott

by first class regular mail, if noted above, or by electronic
means through the ECF system as indicated on the Notice
of Electronic Filing

_____