Thomas M. McDermott
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
(907) 343-4545

Attorney for Defendants
Municipality of Anchorage

## THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SANDS NORTH, INC., d/b/a FANTASIES ON 5TH AVENUE, an Alaskan Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| MUNICIPALITY OF ANCHORAGE, ALASKA, an Alaskan Municipal Corporation, | ) ) ) |
| Defendant. | ) ) |

U.S. District No. 3:05-cv-00256 (TMB)

**MEMORANDUM IN SUPPORT OF
MOTION TO COMPEL DISCOVERY**

On February 16, 2006, the Municipality served its First Discovery Requests on Plaintiff Sands North, Inc. Ex.1. By rule, the responses to these requests were due thirty-three days thereafter on March 21, 2006 (thirty days to respond, plus three days extra for service). See Ak.R.Civ.P. 6(e); 33(b)(3); 34(b). To date Plaintiff has not responded, nor have they offered any valid excuse for their failure to respond.

On March 27, 2006 undersigned sent a letter to plaintiff's counsel reminding them that their discovery responses were overdue. Ex. 2. A few days thereafter, Plaintiff's counsel Ken Jacobus left a voice mail for undersigned, explaining that his client was "overwhelmed" when she saw the discovery responses, and essentially admitting that he and his client had done nothing to prepare a response. Mr. Jacobus stated that he would be meeting with his client in the next few days, and said he was unable to tell when the responses would be forthcoming until after he had met with his client.

On April 4, 2006, undersigned sent another letter to Mr. Jacobus, extending the deadline to April 12, 2006, and stating that the Municipality would move to compel if no response was received by that date. Ex. 3. As of this writing (April 14, 2006) undersigned has not received any response to the April 4 letter, nor any responses to the discovery requests that were served in February.

Under Fed.R.Civ.P. Rule 37 the Municipality is entitled to an order compelling responses to its discovery requests.

Respectfully submitted this 14th day of April, 2006.

FREDERICK H. BONESS
Municipal Attorney

By:   s/ Thomas M. McDermott
Assistant Municipal Attorney
P.O. Box 196650
Anchorage, AK  99519-6650
(907) 343-4545
(907) 343-4550 – fax

uslit@muni.org
Alaska Bar No. 9910050

The undersigned hereby certifies that on _____ a
true and correct copy of the _____
was served on:

- Kenneth P. Jacobus
- Allan S. Rubin

by first class regular mail, if noted above, or by electronic
means through the ECF system as indicated on the Notice
of Electronic Filing

s/ Patricia A. Karella
Patricia A. Karella, Legal Secretary
Municipal Attorneys Office