Thomas M. McDermott
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
(907) 343-4545

Attorney for Defendants
Municipality of Anchorage

# THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SANDS NORTH, INC., d/b/a FANTASIES ON 5TH AVENUE, an Alaskan Corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| MUNICIPALITY OF ANCHORAGE, ALASKA, an Alaskan Municipal Corporation, | ) ) ) ) |
| Defendant. | ) ) ) |

U.S. District No. A05-256 CV

### DEFENDANT'S FIRST DISCOVERY REQUEST

Defendant Municipality of Anchorage, through the Municipal Attorney's Office, hereby submits its First Discovery Requests to Plaintiff Sands North, Inc. d/b/a/ Fantasies on 5th Avenue.

### I. INSTRUCTIONS

Interrogatories

The interrogatories set forth below are served upon you in accordance with Federal Rules of Civil Procedure Rules 26 and 33. Each interrogatory must be answered

**MUNICIPALITY OF ANCHORAGE**
OFFICE OF THE MUNICIPAL ATTORNEY
P.O. Box 196650
Anchorage, Alaska 99519-6650
Telephone: 343-4545
Facsimile: 343-4550

separately and in the fullest detail possible, under oath, in the spaces provided, using additional sheets as needed.

If any interrogatory is objected to, the reasons for the objection must be stated. If the objection is made to part of an interrogatory, the part objected to must be specified.

At the conclusion of the answer to each interrogatory, state the name of each person who answered or supplied information for the answer to that particular interrogatory, and, except where the information appears elsewhere, state the address, telephone number, place of employment, occupation and current whereabouts of each such person.

The answers to these interrogatories must be signed, under oath, by the person making them, and objections must be signed by the attorney making them. A copy of the answers, and objections if any, must be served upon the undersigned within thirty (30) days after the date of service of these interrogatories upon you.

Please note that, in accordance with Rule 26(e) of the Federal Rules of Civil Procedure, you may be required to reasonably supplement or amend your answers to these interrogatories to include certain information specified in the Rule which is later acquired by you.

Requests for Production

The requests for production of documents or things set forth below are served upon you in accordance with Federal Rule of Civil Procedure 34. Each document or item requested must be produced for inspection and/or copying at the offices of the Municipal

MUNICIPALITY
OF
ANCHORAGE
OFFICE OF THE
MUNICIPAL ATTORNEY
P.O. Box 196650
Anchorage, Alaska
99519-6650
Telephone: 343-4545
Facsimile: 343-4550

Def.'s 1st Discovery Requests
Sands North, et al. v. MOA
A05-256 CV
Page 2 of 20

Attorney within thirty (30) days after service of those requests upon you. This request may be satisfied by providing copies of those documents to the undersigned within the time period specified above.

These requests are intended to apply to all documents or items in your possession or subject to your custody or control, including documents in the possession of, or subject to the custody or control of, your agents, attorneys and former attorneys.

If any request is objected to, the reasons for the objection must be stated. If an objection is made to part of a request, the part objected to must be specified. Furthermore, as to each document the production of which is objected to on the grounds that it is privileged, please state:

    a) The basis for your contention that the document is privileged;

    b) The name or other means of identification of the document;

    c) The date of the document;

    d) The name, address and relationship to you of the person who prepared the document;

    e) The name, address and relationship to you of all persons to whom the document was addressed, given or sent; and

    f) The name, address, telephone number, place of employment, occupation, current whereabouts and relationship to you of every person having possession, custody or control of the document or of any copy thereof.

**MUNICIPALITY OF ANCHORAGE**

OFFICE OF THE MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

Def.'s 1st Discovery Requests
Sands North, et al. v. MOA
A05-256 CV
Page 3 of 20

## II. DEFINITIONS

Whenever the context in which words are used herein indicates or suggests that such is the intent, words in the singular shall include the plural and vice versa, and words in the feminine, masculine or neuter shall include each of the other genders.

In addition, wherever the terms set forth below appear herein, they shall be construed in accordance with the following definitions:

Document

The word "document" means any written, recorded or graphic matter, however produced or reproduced. It includes all materials that relate or refer in whole or in part to the subjects referred to in an interrogatory or request for production. If a document has been prepared in several copies, or if additional copies have been made, and the copies are not identical, or have undergone alteration, each non-identical copy is a separate "document." The word "document" shall also include all drafts of any requested documents.

Identify

The word "identify", in reference to a person, means furnish the full name of the person, together with her or his present or last known address, telephone number, fax number, place of employment, job title, occupation and current whereabouts.

The word "identify", in reference to a document, means:

a) State the type of document (e.g. letter, memorandum, report, etc.) or means of identification regarding the document; title and/or caption; document date;

**MUNICIPALITY OF ANCHORAGE**
OFFICE OF THE MUNICIPAL ATTORNEY
P.O. Box 196650
Anchorage, Alaska
99519-6650
Telephone: 343-4545
Facsimile: 343-4550

Def.'s 1st Discovery Requests
Sands North, et al. v. MOA
A05-256 CV
Page 4 of 20

author, address, telephone number, place of employment, occupation and current whereabouts of the person(s) originating the document; and the person(s) to whom the document or any copies were addressed, given or sent, and, if not otherwise evident, the relationship of all such persons to you; and

      b) State whether you are in possession of the original document or a copy thereof, and, if not in possession of the original, furnish the name, address, telephone number, place of employment, occupation and current whereabouts of the custodian of the original.

Person

      The word "person" means all entities, including any individual, firm, partnership, joint venture, corporation, association or other business enterprise.

Complaint

      The word "complaint" refers to the complaint filed in the above-captioned case.

You and your

      The words "you" and "your" refer to Sands North, Inc. d/b/a/ Fantasies on 5th Avenue.

AO 2005-139

      "AO 2005-139" refers to Anchorage Assembly Ordinance 2005-139, dated October 11, 2005, a copy of which is attached as Exhibit 2 to the Complaint.

**MUNICIPALITY OF ANCHORAGE**
OFFICE OF THE MUNICIPAL ATTORNEY
P.O. Box 196650
Anchorage, Alaska
99519-6650
Telephone: 343-4545
Facsimile: 343-4550

Def.'s 1st Discovery Requests
Sands North, et al. v. MOA
A05-256 CV
Page 5 of 20

The Code
---

The "Code" refers to Anchorage Municipal Code. Since AO 2005-139 took effect on October 11, 2005 the "Code" also includes the provisions in AO 2005-139.

## INTERROGATORIES

**INTERROGATORY NO. 1:** Please provide a detailed list of each and every provision in the Code that you contend unlawfully infringes on constitutionally protected dance entertainment, as alleged in the complaint, and for each such provision state in detail the alleged constitutional right which is infringed.

**ANSWER:**


**INTERROGATORY NO. 2:** Please provide a detailed list of each and every definition and/or provision in the Code that you contend to be unconstitutionally overbroad, as alleged in the complaint, and for each such definition and/or provision state in detail why it is allegedly overbroad.

**ANSWER:**

**MUNICIPALITY OF ANCHORAGE**

OFFICE OF THE MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

Def.'s 1st Discovery Requests
Sands North, et al. v. MOA
A05-256 CV
Page 6 of 20

**INTERROGATORY NO. 3:** Please provide a detailed list of each and every definition and/or provision in the Code that you contend to be unconstitutionally vague, as alleged in the complaint, and for each such definition and/or provision state in detail why it is allegedly vague.

**ANSWER:**

**INTERROGATORY NO. 4:** Please provide a detailed list of each and every provision in the Code that you contend to be an unconstitutional prior restraint on speech, as alleged in the complaint, and for each such provision state in detail why it is allegedly a prior restraint on speech.

**ANSWER:**

**MUNICIPALITY OF ANCHORAGE**

OFFICE OF THE MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

Def.'s 1st Discovery Requests
Sands North, et al. v. MOA
A05-256 CV
Page 7 of 20

**INTERROGATORY NO. 5:** Please provide a detailed list of each and every provision in the Code that you contend allows the unequal regulatory treatment of similar businesses, as alleged in the complaint, and for each such provision state in detail why it is allegedly an unequal regulatory treatment of similar businesses.

**ANSWER:**

**INTERROGATORY NO. 6:** Paragraph 37 of the complaint alleges that "the Ordinance is unconstitutional because it is not the least restrictive means to correct any condition or situation which might reasonably be regulated by Anchorage." If you contend that the regulatory goals of the Code could be accomplished by less restrictive means, please describe in specific detail the less restrictive means that you contend would be effective.

**ANSWER:**

**MUNICIPALITY OF ANCHORAGE**

OFFICE OF THE MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

Def.'s 1st Discovery Requests
Sands North, et al. v. MOA
A05-256 CV
Page 8 of 20

**INTERROGATORY NO. 7:** Please provide a detailed list of each and every provision in the Code that you contend violates the Commerce Clause of the United States Constitution, as alleged in the complaint, and for each such provision state in detail why it allegedly violates the Commerce Clause.

**ANSWER:**

**INTERROGATORY NO. 8:** Please describe in as much detail as possible the irreparable harm referenced in Paragraph 40 of the complaint.

**ANSWER:**

**MUNICIPALITY OF ANCHORAGE**

OFFICE OF THE
MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

Def.'s 1st Discovery Requests
Sands North, et al. v. MOA
A05-256 CV
Page 9 of 20

**INTERROGATORY NO. 9:** Please provide a detailed list of each and every provision in the Code that you contend "would work a deprivation of Plaintiff's lawful use of its property" as alleged in the complaint, and for each such provision state in detail why it allegedly would work a deprivation of Plaintiff's lawful use of its property.

**ANSWER:**

**INTERROGATORY NO. 10:** Please provide a detailed list of each and every provision in the Code that you contend to be a content-based regulation of speech, as alleged in the complaint, and for each such provision state in detail why it is allegedly a content-based regulation of speech.

**ANSWER:**

**MUNICIPALITY OF ANCHORAGE**
OFFICE OF THE MUNICIPAL ATTORNEY
P.O. Box 196650
Anchorage, Alaska
99519-6650
Telephone: 343-4545
Facsimile: 343-4550

Def.'s 1st Discovery Requests
Sands North, et al. v. MOA
A05-256 CV
Page 10 of 20

**INTERROGATORY NO. 11:** Please describe in as much detail as possible the procedural guarantees referenced in Paragraph 43(d) of the complaint, including what specific provisions of the Code allegedly fail to meet Constitutional requirements.

**ANSWER:**

**INTERROGATORY NO. 12:** Please describe in as much detail as possible the "adverse secondary effects that Anchorage has a right to regulate" as alleged in Paragraph 43(e) of the complaint.

**ANSWER:**

**INTERROGATORY NO. 13:** Please provide a detailed list of each and every provision in the Code that allegedly fails to provide a reasonable opportunity for an adult business to open and operate, as alleged in the complaint, and for each such provision state in detail why it allegedly fails to provide such opportunity.

**ANSWER:**

MUNICIPALITY
OF
ANCHORAGE

OFFICE OF THE
MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

Def.'s 1st Discovery Requests
Sands North, et al. v. MOA
A05-256 CV
Page 11 of 20

**INTERROGATORY NO. 14:** Please provide a detailed list of each and every provision in the Code that fails to provide sufficient alternative avenues for communication, as alleged in the complaint, and for each such provision state in detail why it allegedly fails to provide such avenues of communication.

**ANSWER:**

**INTERROGATORY NO. 15:** Please provide a detailed list of each and every restriction on dance entertainment that exceeds those permitted by the Supreme Court's decision in City of Erie v. Pap's A.M., 529 U.S. 277 (2000), as alleged in the complaint, and for each such provision state in detail why it allegedly exceeds the permitted restrictions.

**ANSWER:**

**MUNICIPALITY OF ANCHORAGE**

OFFICE OF THE MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

Def.'s 1st Discovery Requests
Sands North, et al. v. MOA
A05-256 CV
Page 12 of 20

**INTERROGATORY NO. 16:** Please describe in as much detail as possible each and every property interest of yours that has been or will be unconstitutionally taken, as alleged in the complaint, and for each such property interest state in detail why it is (or will be) allegedly taken.

**ANSWER:**

**INTERROGATORY NO. 17:** Please provide a detailed list of each and every provision in the Code that violates the free speech provisions of the Alaska Constitution, as alleged in the complaint, and for each such provision state in detail why it is allegedly in violation of the Alaska Constitution.

**ANSWER:**

**MUNICIPALITY OF ANCHORAGE**

OFFICE OF THE MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

Def.'s 1st Discovery Requests
Sands North, et al. v. MOA
A05-256 CV
Page 13 of 20

**INTERROGATORY NO. 18:** Please provide a detailed list of each and every provision in the Code that violates the free association provisions of the Alaska Constitution, as alleged in the complaint, and for each such provision state in detail why it is allegedly in violation of those free association provisions.

**ANSWER:**

**INTERROGATORY NO. 19:** Please provide a detailed list of each and every provision in the Code that violates the due process provisions of the Alaska Constitution, as alleged in the complaint and for each such provision state in detail why it is allegedly in violation of those due process provisions.

**ANSWER:**

**MUNICIPALITY OF ANCHORAGE**

OFFICE OF THE MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

Def.'s 1st Discovery Requests
Sands North, et al. v. MOA
A05-256 CV
Page 14 of 20

**INTERROGATORY NO. 20:** Please provide a detailed list of each and every provision in the Code that violates the equal protection provisions of the Alaska Constitution, as alleged in the complaint and for each such provision state in detail why it is allegedly in violation of those equal protection provisions.

**ANSWER:**

**INTERROGATORY NO. 21:** Please provide a detailed list of each and every provision in the Code that violates the taking provisions of the Alaska Constitution, as alleged in the complaint, and for each such provision state in detail why it is allegedly in violation of those taking provisions.

**ANSWER:**

**INTERROGATORY NO. 22:** Please provide a detailed accounting of your damages alleged in the complaint, including (without limitation) the type(s) and amount(s) of each such element of damages.

**ANSWER:**

**MUNICIPALITY OF ANCHORAGE**
OFFICE OF THE MUNICIPAL ATTORNEY
P.O. Box 196650
Anchorage, Alaska
99519-6650
Telephone: 343-4545
Facsimile: 343-4550

Def.'s 1st Discovery Requests
Sands North, et al. v. MOA
A05-256 CV
Page 15 of 20


## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:** All documents that refer to and/or discuss the Code.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 2:** All documents that refer to and/or discuss AO 2005-139.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 3:** All documents that refer to and/or discuss any crimes, criminal behavior or misconduct of any type by any employee of Plaintiff at Fantasies on 5th Avenue.

**RESPONSE:**

**MUNICIPALITY OF ANCHORAGE**
OFFICE OF THE MUNICIPAL ATTORNEY
P.O. Box 196650
Anchorage, Alaska
99519-6650
Telephone: 343-4545
Facsimile: 343-4550

Def.'s 1st Discovery Requests
Sands North, et al. v. MOA
A05-256 CV
Page 16 of 20

**REQUEST FOR PRODUCTION NO. 4:** All documents that list the names, addresses and telephone numbers of all employees of Plaintiff for the last five years.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 5:** All documents that list any rules, regulations or other restrictions on the conduct of the employees of Plaintiff while working at Fantasies on 5th Avenue..

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 6:** All documents that refer to and/or discuss any violations of rules, regulations or other restrictions on the conduct of employees of Plaintiff while working at Fantasies on 5th Avenue..

**RESPONSE:**

**MUNICIPALITY OF ANCHORAGE**

OFFICE OF THE MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

Def.'s 1st Discovery Requests
Sands North, et al. v. MOA
A05-256 CV
Page 17 of 20

**REQUEST FOR PRODUCTION NO. 7:** All federal income tax returns, balance sheets, profit and loss statements and other documents referencing or containing income and/or expenses for Plaintiff's operations at Fantasies on 5th Avenue from January 1, 2000 to date.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 8:** All documents that refer to and/or discuss the qualities, qualifications, attributes or other assets for employment for any position of employment at Fantasies on 5th Avenue.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 9:** All documents that refer to and/or discuss adverse secondary effects at Fantasies on 5th Avenue or any other adult cabaret.

**RESPONSE:**

MUNICIPALITY
OF
ANCHORAGE

OFFICE OF THE
MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

Def.'s 1st Discovery Requests
Sands North, et al. v. MOA
A05-256 CV
Page 18 of 20

**REQUEST FOR PRODUCTION NO. 10:** All documents that refer to, depict and/or discuss table dances, lap dances, couch dances and/or any other individually-compensated performance at Fantasies on 5th Avenue.

**RESPONSE:**

Respectfully submitted this 7th day of FEBRUARY, 2006.

                        FREDERICK H. BONESS
                        Municipal Attorney

By: _____
       Thomas M. McDermott
       Assistant Municipal Attorney
       P.O. Box 196650
       Anchorage, AK  99519-6650
       (907) 343-4545
       (907) 343-4550 – fax
       uslit@muni.org
       Alaska Bar No. 9910050

The undersigned hereby certifies that on 2/16/06 a true and correct copy of the Defendant's First Discovery Requests was served on:

- Kenneth P. Jacobus
- Allan S. Rubin

by first class regular mail.

_____
Patricia A. Karella, Legal Secretary
Municipal Attorneys Office

MUNICIPALITY OF ANCHORAGE
OFFICE OF THE MUNICIPAL ATTORNEY
P.O. Box 196650
Anchorage, Alaska 99519-6650
Telephone: 343-4545
Facsimile: 343-4550

OBJECTIONS AND RESPONSES DATED this ____ day of _____ 2006.

By: _____
Counsel for Sands North, Inc.
d/b/a Fantasies on 5th Avenue

**VERIFICATION**

STATE OF ALASKA         )
                        ) ss.
THIRD JUDICIAL DISTRICT )

_____, being first duly sworn upon oath, deposes and says that I am the _____ for Sands North, Inc. d/b/a/ Fantasies on 5th Avenue; that I have read the foregoing responses to discovery and know the same to be true to the best of my knowledge and belief.

_____

Subscribed and sworn to before me this ____ day of _____, 2006.

_____
Notary Public in and for Alaska
My commission expires: _____

**MUNICIPALITY OF ANCHORAGE**

OFFICE OF THE MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

Def.'s 1st Discovery Requests
Sands North, et al. v. MOA
A05-256 CV
Page 20 of 20