

# Municipality of Anchorage

P.O. Box 196650 • Anchorage, Alaska 99519-6650 • Telephone: (907) 343-4545 • Fax: (907) 343-4550  http://www.muni.org

*Mayor Mark Begich*

**Office of the Municipal Attorney**
Civil Division

March 27, 2006

Kenneth P. Jacobus
KENNETH P. JACOBUS, P.C.
310 K Street, suite 200
Anchorage, Alaska 99501

Re:  Sands North, Inc., d/b/a Fantasies on 5th Avenue vs. Municipality of Anchorage
U.S. District Court Case no. A05-256 CV
Law Dept. Matter No. L05-0493

Dear Ken:

The responses to the Defendant's First Discovery Requests are overdue.  Please serve them on this office by April 3 or we will file a motion to compel.

Sincerely,

Thomas M. McDermott
Assistant Municipal Attorney

*Community, Security, Prosperity*