

# Municipality of Anchorage

P.O. Box 196650 • Anchorage, Alaska 99519-6650 • Telephone: (907) 343-4545 • Fax: (907) 343-4550  http://www.muni.org

*Mayor Mark Begich*

**Office of the Municipal Attorney**
Civil Division

April 4, 2006

Kenneth P. Jacobus
KENNETH P. JACOBUS, P.C.
310 K Street, Suite 200
Anchorage, Alaska 99501

Re:   Sands North, Inc., d/b/a Fantasies on 5th Avenue vs. Municipality of Anchorage
      U.S. District Court Case no. A05-256 CV
      Law Dept. Matter No. L05-0493

Dear Ken:

I received a voice mail from you on March 30, requesting additional time to complete the responses to the Municipality's First Discovery Requests. As a courtesy, the Municipality agrees to wait until April 12 before taking any action, but we are not willing to wait any longer than that. These responses were due on March 16, so we do not think it appropriate to wait any longer.

Although Sands North claims that it was overwhelmed by these discovery requests, I do not find that assertion credible. Basically, the requests ask Sands North, Inc. to explain and support the allegations in its complaint. If Sands North cannot do this, then it has no case.

In fairness, I think the real problem is that Sands North has made this case unnecessarily complicated, by filing a 61-paragraph complaint. There are only one, or perhaps two, real issues in the case. The main issue is the validity of the four-foot separation rule; the second issue, and far less significant, is the background check requirements. Filing a 61-paragraph complaint was simply unnecessary. Now that the complaint has been filed, Sands North will have to support it, and that problem is entirely due to Sands North.

If you would like to narrow the issues so that we can move the case forward more quickly I will be glad to entertain any suggestions you may have in that regard.

Sincerely,

*[signature]*

Thomas M. McDermott
Assistant Municipal Attorney

cc:   Fred Boness, Municipal Attorney

*Community, Security, Prosperity*