**MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA**

*Sands North, Inc. v. Municipality of Anchorage*
Case No. 3:05-cv-0256-TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:     ORDER FROM CHAMBERS

On April 14, 2006, Defendant filed a motion to compel discovery. Docket No. 11. In the motion Defendant indicates that to date very little discovery has been exchanged. Discovery is scheduled to close on June 30, 2006. In an effort to promote the efficient progression of this case, the Court will hold a status hearing on **Monday, April 24, 2006, at 2:00 p.m.** The parties should be prepared to discuss the status of discovery and their plans to complete discovery by the June 30, 2006, deadline.

**IT IS SO ORDERED.**


Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.


DATE: April 17, 2006