ALLAN S. RUBIN*
Co-Counsel for Plaintiff
DRAPER & RUBIN, P.L.C.
29800 Telegraph Road
Southfield, Michigan 48034
(248) 358-9400 – Phone
(248) 358-9729 – Fax
allan@draper-rubin.com
*Admitted Pro Hac Vice

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**

SANDS NORTH, INC., d/b/a FANTASIES
ON 5th AVENUE, an Alaska Corporation,

        Plaintiff,

vs.

THE CITY OF ANCHORAGE, ALASKA,
an Alaska Municipal Corporation,

        DEFENDANT.

Case No: 3:05-cv-256

HON. Timothy M. Burgess

---

**SUPPLEMENT TO MOTION FOR ADMISSION PRO HAC VICE OF ALLAN S. RUBIN, ESQ AS COUNSEL FOR PLAINTIFF**

Now comes Allan S. Rubin, Esq., attorney for Plaintiff, previously admitted Pro Hac Vice and hereby Supplements his Affidavit in Support of Admission Pro Hac Vice as follows:

1.     My name is Allan S. Rubin, an attorney admitted Pro Hac Vice in the above captioned matter.

2.  That in accordance with D.AK. LR 83.1(d)(4)[A](vi), I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

3.  That I re-affirm all statements made in my initial application for admission Pro Hac Vice.

4.  I declare under penalties of perjury that the forgoing information is true and correct.

Respectfully Submitted,

Dated: May 11, 2006

s/ Allan S. Rubin_____
ALLAN S. RUBIN*
Co-Counsel for Plaintiff
DRAPER & RUBIN, P.L.C.
29800 Telegraph Road
Southfield, Michigan 48034
(248) 358-9400 – Phone
(248) 358-9729 – Fax
allan@draper-rubin.com
*Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on May 11, 2006 he did electronically file the forgoing paper using the ECF system which will send notification of such filing to all counsel of record, including the attorney for Defendant identified below:

THOMAS M. McDERMOTT
Assistant Municipal Attorney
Municipal Attorney's Office
Attorney for Defendant
PO Box 196650
Anchorage, Alaska 99519

s/ Allan S. Rubin_____
An Employee of Draper & Rubin, P.L.C.