KENNETH JACOBUS
Attorney for Plaintiff
310 K Street, Suite 200
Anchorage, AK 99501-2064
(907) 277-3333 – Phone
(907) 264-6666 - Fax
kpjlaw@yahoo.com


ALLAN S. RUBIN*
Co-Counsel for Plaintiff
DRAPER & RUBIN, P.L.C.
29800 Telegraph Road
Southfield, Michigan 48034
(248) 358-9400 – Phone
(248) 358-9729 – Fax
allan@draper-rubin.com
*subject to admission Pro Hac Vice

## UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

SANDS NORTH, INC., d/b/a FANTASIES
ON 5th AVENUE, an Alaska Corporation,

        Plaintiff,

vs.

THE CITY OF ANCHORAGE, ALASKA,
an Alaska Municipal Corporation,

        Defendant.

Case No: A-05-0256-CV

---

### AFFIDAVIT OF CAROL HARTMAN

Carol Hartman, being first duly sworn on oath, hereby deposes and states the following:

1.     I am an adult, duly competent to testify to the matters set forth in the body of this Affidavit and if called upon to testify, my testimony would be

EXHIBIT 3 PAGE 1 OF 4 PAGES

substantially similar to that contained in the body of this Affidavit, which I have read prior to signing.

2. I am the secretary/treasurer of Plaintiff, Sands North, Inc.

3. The plaintiff, Sands North, Inc is a duly authorized Alaska corporation which conducts business under the trade name of Fantasies on 5th Avenue ("Fantasies"). Plaintiff opened business in January 1989 as the Sands North Show Club. In August of 1990, the business was incorporated. In its current form, the Plaintiff's business is located at 1911 E. Fifth Avenue in Anchorage, Alaska, and is now doing business as Fantasies on 5th Avenue

4. The Plaintiff's business is that of a non-alcoholic "juice bar" which sells pop and juice, but does not serve alcoholic beverages.

5. At the premises of Plaintiff, the Plaintiff provides what is commonly referred to as non-obscene nude and semi-nude performance dance entertainment. All performances that take place on the premises are provided by adult entertainers strictly for adults, 18 years of age and older, to view.

6. The Plaintiff is presently licensed by the City of Anchorage as an "Adult Cabaret." Plaintiff's business, in its present form has been open and operating in Anchorage for 17 years, without significant incidents or problems.

7. The Plaintiff's business is connected to another business, Debco, Inc., dba: "Club Elixir." Club Elixir is a traditional bar, which shares a common entrance with the Plaintiff's business.

8. For many years, Club Elixir, previously known as "The Setter", was separated from Fantasies by a glass wall. As a result of a renovation to the building,

EXHIBIT 3 PAGE 2 OF 4 PAGES

Club Elixir has moved to the second floor of the building, and Fantasies has been expanded over the first floor of the building.

9. While patrons from Club Elixir are allowed into Fantasies, they are not allowed to bring alcoholic beverages into Fantasies.

10. Despite seventeen years of operation without significant incident or problems, the expansion of the business brought Fantasies to the attention of the Anchorage Assembly. A proposal was introduced at hearings before the City. This proposal was to separate non-alcoholic adult cabarets from liquor license establishments by 1,000 feet.

11. The Assembly discussed this proposal at length and public testimony was taken. However, this proposal failed to win support of the Assembly.

12. Thereinafter, without further testimony or any evidence being taken, the Assembly adopted a series of amendments to the current adult entertainment ordinance found in AO 2005-139. Based upon my view of the proceedings, these amendments were made without the City making any legislative findings and without consideration of whether the Ordinance was narrowly tailored to achieve the asserted governmental interest; and without any evidence of "alleged secondary effects." In fact, it is my belief that no evidence was received by the city to support the Ordinance.

13. That Plaintiff intends to broadcast, via the internet, performances within the premises to locations outside the premises and permit those broadcasts to be seen via the Worldwide Web.

Further affiant sayeth not.

_____
CAROL HARTMAN

Subscribed and sworn to before me
this 11th day of May, 2005

_____
Notary Public
My commission expires: 3 Oct 08