Kenneth P. Jacobus
KENNETH P. JACOBUS, P.C.
310 K Street, Suite 200
Anchorage, Alaska 99501
(907) 277-3333
(907) 264-6666 (Fax)

ALLAN S. RUBIN
DRAPER & RUBIN, P.L.C.
29800 Telegraph Road
Southfield, Michigan 48034
(248) 358-9400
(248) 358-9729 (Fax)

FILED

NOV 0 9 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

Co-Counsel for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SANDS NORTH, INC., d/b/a FANTASIES ON 5th AVENUE, an Alaskan Corporation<br><br>Plaintiff,<br><br>vs.<br><br>MUNICIPALITY OF ANCHORAGE, ALASKA, an Alaskan Municipal Corporation<br><br>Defendant. | **STIPULATION FOR PARTIAL STAY OF ENFORCEMENT**<br><br>U.S. District No. A05- 256 CV (JKS) |

It is stipulated and agreed by the parties, through their attorneys of record, that:

1. That provision of Municipal Ordinance 10.04.050 which provides that "A separation of a minimum of four (4) feet shall be maintained between entertainers, dancers, and/or strippers" shall not be enforced by the Anchorage Police Department or any other law enforcement official of the Municipality of Anchorage, while the anticipated federal lawsuit

LAW OFFICES OF
KENNETH P. JACOBUS, P.C.
310 K STREET, SUITE 200
ANCHORAGE AK 99501-2064
TELEPHONE (907) 277-3333

between the parties is pending.

    2. Either party may withdraw from this stipulation upon giving thirty (30) days advance notice to the other of an intent to do so.

    3. Notwithstanding the provisions of Paragraph 2, if the Municipality gives such notice, and the plaintiff files an application for restraining order, preliminary injunction, or a similar request with the Court not later than ten days from the date of receipt of such notice by the plaintiff, then this stipulation shall remain in effect until a final judicial decision on any such application.

DATED: October 28, 2005

KENNETH P. JACOBUS, P.C.
Attorney for Plaintiff

By _____
Kenneth P. Jacobus
ABA #6900136

DATED: October 28, 2005

MUNICIPALITY OF ANCHORAGE, ALASKA

By _____
Fred Boness
Municipal Attorney
ABA #7410062

FILED
NOV 16 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

It is so ORDERED

Dated: 11-16-05

_____
United States District Judge

A05-0256--CV (JKS)   11-16-05

K. JACOBUS
F. BONESS (MUNI)
T. MCDERMOTT

LAW OFFICES OF
KENNETH P. JACOBUS, P.C.
310 K STREET, SUITE 200
ANCHORAGE, AK 99501-2064
TELEPHONE (907) 277-3333

2