# Municipality of Anchorage

P.O. Box 196650 • Anchorage, Alaska 99519-6650 • Telephone: (907) 343-4545 • Fax: (907) 343-4550 http://www.muni.org

*Mayor Mark Begich*

**Office of the Municipal Attorney**

**Civil Division**

April 14, 2006

Kenneth P. Jacobus
KENNETH P. JACOBUS, P.C.
310 K Street, suite 200
Anchorage, Alaska 99501

Re:   Sands North, Inc., d/b/a Fantasies on 5th Avenue vs. Municipality of Anchorage
      Case No. A05-256 CV
      Law Dept. Matter No. L05-0493

Dear Ken:

Pursuant to the terms of our Stipulation for Partial Stay of Enforcement, the Municipality hereby gives notice that the stipulation is revoked, effective May 14, 2006. The Municipality believes that Sands North, Inc. is not cooperating in discovery and is not making a good faith effort to keep this case moving forward.

Sincerely,

Frederick H. Boness
Municipal Attorney

*Community, Security, Prosperity*