Kenneth P. Jacobus
KENNETH P. JACOBUS, P.C.
310 K Street, Suite 200
Anchorage, Alaska 99501
(907) 277-3333
(907) 264-6666 (Fax)

ALLAN S. RUBIN
DRAPER & RUBIN, P.L.C.
29800 Telegraph Road
Southfield, Michigan 48034
(248) 358-9400
(248) 358-9729 (Fax)

Co-Counsel for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SANDS NORTH, INC., d/b/a FANTASIES ON 5th AVENUE, an Alaskan Corporation<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MUNICIPALITY OF ANCHORAGE, ALASKA, an Alaskan Municipal Corporation<br><br>　　　　　　Defendant. | MOTION FOR APPROVAL OF STIPULATIONS<br><br>U.S. District No. 3:05-cv-256 (TMB) |

　　The plaintiff moves for Court approval of the two stipulations filed with this motion. The Stipulation for a Partial Stay of Enforcement is accompanied by a separate proposed order. The Stipulated Confidentiality and Protective Order is complete in itself, and requires the insertion of a date on page 2 and execution by the Court on page 5.

　　Both of these stipulations should be approved by this Court. The originals of these

documents are being mailed to this Court for filing, and for its use in entering the necessary orders.

Dated this 9th day of June, 2006

KENNETH P. JACOBUS, P.C.

By /s/ Kenneth P. Jacobus
KENNETH P. JACOBUS, P.C.
310 K Street, Suite 200
Anchorage AK 99501-2064
Phone: (907) 277-3333
Fax: (907) 264-6666
E-mail: kpjlaw@yahoo.com
ABA No. 6911036

**CERTIFICATE OF SERVICE**

I, Kenneth P. Jacobus, hereby certify under penalty of perjury that I mailed a copy of this Motion for Approval of Stipulations, the Stipulations and proposed Order on June 10, 2006, to:

Thomas M. McDermott
Assistant Municipal Attorney
Office of the Municipal Attorney
P.O. Box 196650
Anchorage AK 99519-6650

_____
Kenneth P. Jacobus

2