Kenneth P. Jacobus
KENNETH P. JACOBUS, P.C.
310 K Street, Suite 200
Anchorage, Alaska 99501
(907) 277-3333
(907) 264-6666 (Fax)

ALLAN S. RUBIN
DRAPER & RUBIN, P.L.C.
29800 Telegraph Road
Southfield, Michigan 48034
(248) 358-9400
(248) 358-9729 (Fax)

Co-Counsel for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SANDS NORTH, INC., d/b/a FANTASIES ON 5th AVENUE, an Alaskan Corporation <br><br> Plaintiff, <br><br> vs. <br><br> MUNICIPALITY OF ANCHORAGE, ALASKA, an Alaskan Municipal Corporation <br><br> Defendant. | **STIPULATION FOR PARTIAL STAY OF ENFORCEMENT** <br><br> U.S. District No. 3:05-cv-256 (TMB) |

It is stipulated and agreed by the parties, through their attorneys of record, that the provision of Municipal Ordinance 10.04.050 which provides that "A separation of a minimum of four (4) feet shall be maintained between entertainers, dancers, and/or strippers" shall not be enforced by the Anchorage Police Department or any other law enforcement official of the Municipality of Anchorage, prior to the iniitial grant or denial of the presently pending

Motion for Preliminary Injunction.

DATED: June 9, 2006          KENNETH P. JACOBUS, P.C.
                             Attorney for Plaintiff

                             By *(signature)*
                             Kenneth P. Jacobus
                             ABA #6900136

DATED: June 9, 2006          MUNICIPALITY OF ANCHORAGE, ALASKA

                             By *(signature)*
                             Tom McDermott
                             Asst. Municipal Attorney
                             ABA #9910050

Kenneth P. Jacobus
KENNETH P. JACOBUS, P.C.
310 K Street, Suite 200
Anchorage, Alaska 99501
(907) 277-3333
(907) 264-6666 (Fax)

ALLAN S. RUBIN
DRAPER & RUBIN, P.L.C.
29800 Telegraph Road
Southfield, Michigan 48034
(248) 358-9400
(248) 358-9729 (Fax)

Co-Counsel for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SANDS NORTH, INC., d/b/a FANTASIES ON 5th AVENUE, an Alaskan Corporation<br><br>Plaintiff,<br><br>vs.<br><br>MUNICIPALITY OF ANCHORAGE, ALASKA, an Alaskan Municipal Corporation<br><br>Defendant. | **ORDER APPROVING STIPULATION FOR PARTIAL STAY OF ENFORCEMENT** |

U.S. District No. 3:05-cv-256 (TMB)

Pursuant to the stipulation of the parties,

**IT IS ORDERED** that the provision of Municipal Ordinance 10.04.050 which provides that "A separation of a minimum of four (4) feet shall be maintained between entertainers, dancers, and/or strippers" shall not be enforced by the Anchorage Police Department or any other law enforcement official of the Municipality of Anchorage, prior to the initial grant or denial of the

presently pending Motion for Preliminary Injunction.

Dated this _____ day of June, 2006.

_____
United States District Judge

KENNETH P. JACOBUS, P.C.
310 K STREET, SUITE 200
ANCHORAGE AK 99501-2064
TELEPHONE (907) 277-3333