KENNETH JACOBUS
Attorney for Plaintiff
310 K Street, Suite 200
Anchorage, AK 99501-2064
(907) 277-3333 – Phone
(907) 264-6666 - Fax
kpjlaw@yahoo.com

THOMAS M. McDERMOTT
Assistant Municipal Attorney
Municipal Attorney's Office
Attorney for Defendant
PO Box 196650
Anchorage, Alaska 99519
(907) 343-4545

ALLAN S. RUBIN*
Co-Counsel for Plaintiff
DRAPER & RUBIN, P.L.C.
29800 Telegraph Road
Southfield, Michigan 48034
(248) 358-9400 – Phone
(248) 358-9729 – Fax
allan@draper-rubin.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

SANDS NORTH, INC., d/b/a FANTASIES ON 5th AVENUE, an Alaska Corporation,

    Plaintiff,

vs.

THE CITY OF ANCHORAGE, ALASKA, an Alaska Municipal Corporation,

    DEFENDANT.

Case No: 3:05-cv-256

HON. Timothy M. Burgess

### STIPULATED CONFIDENTIALITY AND PROTECTIVE ORDER

The parties, through their undersigned counsel, have acknowledged that during the course of this action certain matters may be discovered and documents may be produced which are or may constitute a trade secret, confidential research, development, or otherwise proprietary or

confidential commercial or private information within the meaning of Rule 26(c)(7) of the Federal Rules of Civil Procedure. The parties are desirous of protecting such information from inappropriate disclosure, and have therefore stipulated that this Confidentiality and Protective Order may be entered by the Court and that it shall govern all information produced in these proceedings ("Action").

On the _____ day of _____, 2006, the Court considered the parties' Joint Stipulation for a Protective Order. Having considered the same, and the Court is of the opinion that it should be GRANTED.

**IT IS ORDERED:**

I. In connection with any discovery, trial and appeal proceedings, this Confidentiality and Protective Order ("Confidentiality Order") shall apply to any information, document or thing disclosed by one party hereto to the other, or that is subject to discovery in this Action and is designated as confidential by the producing party (hereinafter "CONFIDENTIAL MATERIALS"). This includes, without limitation, materials disclosed in discovery; testimony adduced at a depositions; written responses to interrogatories; documents and things produced; answers to requests for admission; and testimony, documents and things provided. CONFIDENTIAL MATERIALS shall include all information, documents and things relating in any way to the substance of the foregoing, including but not limited to copies, summaries or abstracts of the foregoing. CONFIDENTIAL MATERIALS shall be designated as such by stamping the document "Confidential," "Privileged," or similar designation on the face of each document designated by a party as Confidential pursuant to the terms of this Order.

II. Testimony taken at a deposition, conference, or hearing may be designated as "CONFIDENTIAL" by making a statement to that effect on the record at the deposition or other proceeding. Arrangements shall be made with the court reporter taking and /or transcribing such proceeding to separately bind such portions of the transcript containing information designated as CONFIDENTIAL, and to label such portions appropriately. When testimony designated as CONFIDENTIAL is elicited during a deposition or other proceeding, persons not entitled to receive such information under the terms of this Confidentiality Order shall be excluded therefrom.

III. CONFIDENTIAL MATERIALS, including, without limitation, any summaries, copies, abstracts, or other documents derived in whole or in part from CONFIDENTIAL MATERIALS shall be used only for the purpose of the prosecution, defense, or settlement of this Action, and for no other purpose.

IV. CONFIDENTIAL MATERIALS produced pursuant to this Confidentiality Order may be disclosed or made available only to the Court, to counsel of record for a party (including the paralegal, clerical, and secretarial staff employed by such counsel), and to the "qualified persons" designated below:

1. a party, or an officer, director, or employee of a party deemed necessary by counsel to aid in the prosecution, defense, or settlement of this Action;

2. experts or consultants (together with their clerical staff) retained by such counsel to assist in the prosecution, defense, or settlement of this Action;

3. court reporters employed in this Action;

4. a witness at any deposition or other proceeding in this Action; and

5. any other person as to whom the parties agree in writing.

However, prior to receiving any CONFIDENTIAL MATERIALS, each "qualified person" shall be provided with a copy of this Confidentiality Order and shall execute a Confidentiality & Nondisclosure Agreement in the form of Attachment "A" hereto.

The attorneys of record for the Parties to this proceeding shall make the terms of this Order known to all other persons bound by this Order and, together with their clients, are responsible for compliance with this Order.

V. Nothing herein shall impose any restrictions on the use or disclosure by a party of material obtained by such party independent of discovery in this Action, whether or not such material is also obtained through discovery in this Action, or from disclosing its own CONFIDENTIAL MATERIALS as it deems appropriate.

VI If CONFIDENTIAL MATERIALS, including any portion of a deposition transcript designated as "CONFIDENTIAL" are attached to any papers to be filed in Court, such attachments shall be labeled "CONFIDENTIAL – SUBJECT TO COURT ORDER" and shall be filed under seal until further order of this Court, unless the parties agree in writing beforehand that such CONFIDENTIAL MATERIALS need not be sealed.

VII. In the event that any CONFIDENTIAL MATERIALS are used in any court proceeding in this Action, they shall not lose their confidential status through such use, and the party using such shall take all reasonable steps to maintain their confidentiality during such use to ensure that end.

VIII. This Confidentiality Order shall be without prejudice to the right of the parties to present a motion to the Court for a separate confidentiality order as to any particular document or information, including restrictions differing from or in addition to those specified herein.