TABLE OF CONTENTS
Exhibits to Opposition to Motion for Preliminary Injunction
Case No.: 3:05-cv-00256 (TMB)
Sands North v. MOA

1. Corporate Documents of Sands North, Inc.; Debco, Inc. et. al.

2. Castle Megastore Grand Opening Press Release.

3. Stahlmann/Pinettes Permit Application.

4. Setter Bar CUP Application.

5. Transcript from Assembly 8/30 Work Session – Screen 6-8 (Nyquist)

6. (8/30 Work Session – Screen 45) (J. Johnson)

7. (8/30 Work Session – Screen 51-52) (B. Usry)

8. (8/30 Work Session – Screen 151-152) (Papinough)

9. (9/13 Session – Screen 153) (Wooley)

10. Written Comments Prepared by Kara Nyquist

11. A summary of studies and legal findings concerning adverse secondary effects of sex-oriented businesses, prepared by Susan Lutz.

12. Article titled Strip Clubs are Gateways to Addiction.

13. Written comments by Nancy Fair.

14. Findings from court cases, research, and other jurisdictions showing links between sex-oriented business, and crime and disease.

15. National Law Center compilation of studies documenting the secondary effects of sexually oriented businesses. Secondary effects include live sex acts on the premises, prostitution, increase in violent crime, decline in property values.

16. Testimony of David Sherman, former strip club manager, before the National Organization Against Lewd Activities, documenting links between strip clubs and prostitution and illegal drug use.

17. Assembly Ordinance 2005-139.

18. Assembly Ordinance 93-157(S-6).

19. Assembly Memorandum 1022-93.

20. Municipal Attorney Memorandum no. 93-129.