Online Public Notices                                        Department of Commerce                    find

# Alaska Corporations, Business and Professional Licensing

Search
- By Entity Name
- By AK Entity #
- By Officer Name
- By Registered Agent
  Verify
- Verify Certification
  Biennial Report
- File Online
  LLC
- File Online
  Business Corporation
- File Online
  Online Orders
- Register for Online
  Orders
- Order Good Standing
  Name Registration
- Register a Business
  Name Online

**Date:** 6/5/2006

## Filed Documents
(Click above to view filed documents that are available.)

### Entity Name History

| Name | Name Type |
|---|---|
| DEBCO, INC. | Legal |

### Business Corporation Information

| | |
|---|---|
| **AK Entity #:** | 49268D |
| **Status:** | Active - Good Standing |
| **Entity Effective Date:** | 03/20/1992 |
| **Primary NAICS Code:** | |
| **Home State:** | AK |
| **Principal Office Address:** | 1911 E 5TH AVE<br>ANCHORAGE AK 99501 |
| **Principal Mailing Address:** | No Address |
| **Expiration Date:** | Perpetual |
| **Last Biennial Report Filed Date:** | 10/24/2005 |
| **Last Biennial Report Filed:** | 2006 |
| **Biennial Report Month:** | |

### Registered Agent

| | |
|---|---|
| **Agent Name:** | KATHY HARTMAN |
| **Office Address:** | 1911 E 5TH AVE<br>ANCHORAGE AK 99501 |
| **Mailing Address:** | |

### Officers, Directors, 5% or more Shareholders, Members or Managers

| | |
|---|---|
| **Name:** | Kathy Hartman |
| **Address:** | 333 M St #401<br>Anchorage AK 99501 |
| **Title:** | President |
| **Owner Pct:** | 100 |

Entity

| | |
|---|---|
| **Name:** | **Kathy Hartman** |
| **Address:** | 333 M St #401<br>Anchorage AK 99501 |
| **Title:** | Director |
| **Owner Pct:** | 100 |

| | |
|---|---|
| **Name:** | **Armando Gonzalez** |
| **Address:** | 11113 Aurora Ct<br>Eagle River AK 99577 |
| **Title:** | Vice President |
| **Owner Pct:** | 0 |

| | |
|---|---|
| **Name:** | **Armando Gonzalez** |
| **Address:** | 11113 Aurora Ct<br>Eagle River AK 99577 |
| **Title:** | Director |
| **Owner Pct:** | 0 |

| | |
|---|---|
| **Name:** | **Carol Hartman** |
| **Address:** | 3714 E 16th<br>Anchorage AK 99508 |
| **Title:** | Secretary |
| **Owner Pct:** | 0 |

| | |
|---|---|
| **Name:** | **Carol Hartman** |
| **Address:** | 3714 E 16th<br>Anchorage AK 99508 |
| **Title:** | Treasurer |
| **Owner Pct:** | 0 |

| | |
|---|---|
| **Name:** | **Carol Hartman** |
| **Address:** | 3714 E 16th<br>Anchorage AK 99508 |
| **Title:** | Director |
| **Owner Pct:** | 0 |

Officers & Directors

Webmaster   Contact the Division

Online Public Notices                               **Department of Commerce**           [  ] find

# Alaska Corporations, Business and Professional Licensing

Search
- By Entity Name
- By AK Entity #
- By Officer Name
- By Registered Agent
  Verify
- Verify Certification
  Biennial Report
- File Online
  LLC
- File Online
  Business Corporation
- File Online
  Online Orders
- Register for Online
  Orders
- Order Good Standing
  Name Registration
- Register a Business
  Name Online

**Date:** 6/5/2006

## Filed Documents
(Click above to view filed documents that are available.)

### Entity Name History

| Name | Name Type |
|---|---|
| CLUB ELIXIR | Legal |

### Business Name Information

| | |
|---|---|
| **AK Entity #:** | 100607 |
| **Status:** | Active - Registration |
| **Entity Effective Date:** | 04/19/2006 |
| **Primary NAICS Code:** | |
| **Home State:** | AK |
| **Principal Office Address:** | N/A |
| **Principal Mailing Address:** | 1911 E. 5TH AVENUE ANCHORAGE AK 99501 |
| **Expiration Date:** | 12/31/2010 |

### Owners

| | |
|---|---|
| **Name:** | DEBCO, INC. |
| **Mailing Address:** | 1911 E 5TH AVE ANCHORAGE AK 99501 |

| | |
|---|---|
| **Name:** | Hartman, Kathleen Ann |
| **Mailing Address:** | 1911 E. 5th Avenue Anchorage AK 99501 |

# Alaska Corporations, Business and Professional Licensing

Online Public Notices                                Department of Commerce    [    ] find

**Search**
- By Entity Name
- By AK Entity #
- By Officer Name
- By Registered Agent Verify
- Verify Certification Biennial Report
- File Online LLC
- File Online Business Corporation
- File Online Online Orders
- Register for Online Orders
- Order Good Standing Name Registration
- Register a Business Name Online

**Date:** 6/5/2006

## Filed Documents
(Click above to view filed documents that are available.)

### Entity Name History

| Name | Name Type |
|---|---|
| SANDS NORTH, INC. | Legal |

### Business Corporation Information

| | |
|---|---|
| **AK Entity #:** | 45802D |
| **Status:** | Active - Good Standing |
| **Entity Effective Date:** | 04/27/1990 |
| **Primary NAICS Code:** | |
| **Home State:** | AK |
| **Principal Office Address:** | 1911 E 5TH AVE<br>ANCHORAGE AK 99501 |
| **Principal Mailing Address:** | No Address |
| **Expiration Date:** | Perpetual |
| **Last Biennial Report Filed Date:** | 10/24/2005 |
| **Last Biennial Report Filed:** | 2006 |
| **Biennial Report Month:** | |

### Registered Agent

| | |
|---|---|
| **Agent Name:** | KATHY HARTMAN |
| **Office Address:** | 1911 E 5TH AVE<br>ANCHORAGE AK 99501 |
| **Mailing Address:** | |

### Officers, Directors, 5% or more Shareholders, Members or Managers

| | |
|---|---|
| **Name:** | Kathleen a Hartman |
| **Address:** | 333 M St #401<br>Anchorage AK 99501 |
| **Title:** | President |
| **Owner Pct:** | 88 |

Entity

| | |
|---|---|
| **Name:** | **Kathleen a Hartman** |
| **Address:** | 333 M St #401<br>Anchorage AK 99501 |
| **Title:** | Director |
| **Owner Pct:** | 88 |
| **Name:** | **Carol J Hartman** |
| **Address:** | 3714 E 16th Ave<br>Anchorage AK 99508 |
| **Title:** | Secretary |
| **Owner Pct:** | 10 |
| **Name:** | **Carol J Hartman** |
| **Address:** | 3714 E 16th Ave<br>Anchorage AK 99508 |
| **Title:** | Treasurer |
| **Owner Pct:** | 10 |
| **Name:** | **Carol J Hartman** |
| **Address:** | 3714 E 16th Ave<br>Anchorage AK 99508 |
| **Title:** | Director |
| **Owner Pct:** | 10 |
| **Name:** | **Marco Gonzalez** |
| **Address:** | 3714 E. 16th Avenue<br>Anchorage AK 99508 |
| **Title:** | Vice President |
| **Owner Pct:** | 2 |

Officers & Directors