**ANCHORAGE PRESS**

Vol. 14, Ed. 5 February 3 - February 9 2005

**COVER STORY**

A clean, well-lighted porn store

Castle Megastore joins Anchorage's friskiest non-neighborhood

*By Scott Christiansen*

"It's like a puzzle," Ken Arthur says as he shows an employee how to put a shiny steel hanger on a display rack. If a customer accidentally knocks a product to the floor, they'll be embarrassed, he says - they'll fumble, they won't be able to put things back in place, and "you'll have to do it for them."
Keeping the customers from embarrassment is key here at Castle Megastore, on East Fifth Avenue across from Merrill Field. It's just after 9 on a recent Wednesday morning, and Arthur is restocking shelves at Anchorage's new adults-only shop, with pornography, lingerie, sex manuals and naughty toys.

For years the same handful of porn stores have served customers in town, but now there's something for them that's bigger, brighter and quite different. Also, it's quite busy.

Arthur, the manager, is trying to keep a certain G-string in stock. Woven with candy beads, it's "going so fast we can't keep them on the shelves," he says. He figures people want the candy G-string for sentimental reasons: "It's because they look like those candy necklaces that we all grew up with."

No matter how sexually adventurous you are, it's unlikely you'd be interested in everything Castle sells in its 5,500-square-foot Anchorage store - unless you have nearly every sexual preference and fetish under the sun. But Castle apparently has something for almost anyone, and something to make you wonder about someone else's desires.

At Castle, there are waterproof massage gloves, interactive DVDs, "classic" porn from the '70s, and vibrators in every conceivable shape and size. One tiny vibrator runs on watch-sized batteries and can be strapped to a tongue. Another has a wireless remote control. Still others are meant for men. Some are expensive, like the iVibe Rabbit, featured on "Sex and the City" and selling right here in Anchorage, in front of moose and bears and commuters, car dealers and commercial truckers, for just $150.99.

In the market for something similar but less pricey? Castle also has rabbit copycats. "We want to offer less expensive products, too," Arthur says, "because we will be here for the upgrade."

The new Anchorage location is actually the smallest store in Castle's chain of 15 shops. The company, which is based in Phoenix, at one time was building adult stores twice as big as the new Anchorage store. "It was a great idea," Arthur says, but the overhead on a big-box adult store was too high.

"Now," he says, "we ask our distributors to send us only their best products and their fastest-selling products."

Castle is trying to polish the image of sex-oriented retail businesses. Outside, there's a sign that says "Knights and Damsels Welcome," but

what you won't find is triple X's in neon, and you won't see the sign saying 18-and-up-only until you reach the front door. There's no hint of graphic sex until you're well inside.

Castle employees wear uniform sports shirts and nametags. Customers always get a greeting, not unlike at Wal-Mart or Subway. If Castle has aspirations, it's to be known as a clean, well-lighted place to shop for pornography and sex toys.

It's the retail equivalent of safe sex, and arguably one more sign of the mainstreaming of porn.

Castle Megastore in some ways is a good fit in its area. This stretch of the Fifth Avenue/Glenn Highway corridor is zoned B-3 by the city, which means any legal business is allowed there. City code also requires a minimum of 1,000 feet between a business in which minors are not allowed and things such as schools, churches, daycare operations or residential neighborhoods.

Sisters Carol and Kathy Hartman chose a spot a stone's throw away for their business in 1998, when they bought the Irish Setter Lounge, renamed it The Setter Lounge and opened a non-alcoholic strip club, Fantasies on Fifth, under the same roof. The Setter/Fantasies arrangement raised some eyebrows because the 18-and-up strip club shared the building with a bar, separated by a glass partition - which meant that people 21 and over conceivably could hoist a pint and gaze at nude 18-year-old girls.

Now the Hartmans are expanding. They plan to add two floors to the building, with an office on the new top floor, a new bar on the second floor and an expanded Fantasies on Fifth down below. The second floor will have "nightclub dancing," not nude dancing, Kathy Hartman explained recently.

It hasn't been a smooth road for the sister strip-club operators. Last year state lawmakers introduced a

bill that would have required dancers and patrons to be 21 and dancers to be licensed. Early versions also mandated that nude dancers be tested for sexually-transmitted diseases, given assertiveness training, and offered job training and information about financial aid for education.

Kathy Hartman sees that as a government ploy to control her business. The dancers at her club already know that there are other jobs out there, she says, and many are paying for educations with the money they earn taking off their tops and bottoms. Two-thirds of their customers are already over 21, she says, as are three-quarters of their dancers. They've hired dancers as young as 18, she says, but the average is about 27.

Fantasies is a family business, where six other immediate family members, in addition to the sisters, are employed. The sisters are so close they sometimes finish each other's sentences, as in this exchange about lobbying against the strip club bill in Juneau:

"We were the only ones down there," said Carol.

"- fighting for the industry," said Kathy.

"- and we'll probably be doing it again this year," said Carol.

"- because they will reintroduce that bill," said Kathy.

Castle Megastore isn't the Hartmans' only new neighbor. Terry Stahlman is a colorful figure who for years ran The Showboat, another 18-and-over strip club, near the intersection of International Airport Road and Old Seward Highway. Stahlman recently purchased The Big Timber Motel, just down the street on Fifth Avenue, which now bears the name Stahlman Arms. After The Showboat was torn down in October, Showboat signs went up on The Big Timber.

Was Stahlman testing the waters at a new location?

Last week, he said he has no plans to reopen The Showboat at The Big Timber.

So what was with the signs?

"By putting them up on (The Big Timber), I'm keeping them from getting damaged," he said. "But now that you mentioned it, I'm going to take them down."

Stahlman plans to clean up The Big Timber, he said, and get its rooms rented to a better class of customers than before. "Our theory is that all money is not good money," he said. "If I let someone in there who is wrong, that's going to affect our customers, and it's going to affect our future customers."

That came as good news to Suzette Ibraimi, one of a handful of people who live in the neighborhood. Ibraimi can see the illustrated teddy-clad woman on the old Showboat sign from the front door of her '60s-vintage log home. "He needs to take the sign down, because it looks like a party place," she said.

Ibraimi and her husband, Nedzip, bought property in the area for the same reason the Castle store and the Hartmans did, because of the permissive zoning. They had planned to open an auto repair shop, but decided their house was too good to raze.

Suzette said she hasn't been inside the Castle store and has no plans to go there. "I don't want it there, but I don't want these clubs here, either," she said, referring to Fantasies.

On Friday, February 4, the Castle Megastore will hold its official grand opening, replete with appearances by XXX film stars Ron Jeremy and Kelly Erickson. Arthur, the store manager, has hosted Jeremy at other Castle stores. It's the equivalent of a book-signing, he says - people will typically ask the porn stars to sign video boxes, and occasionally a woman will ask Jeremy to write on a part of her body - but, he says, it's all clean fun.

There's been nary a peep about Castle opening in Anchorage so far, but the chain has sparked controversy in other cities. In suburban Deer Valley, Arizona, a new Castle store was met with protests and lawsuits. That store is still open. Arthur has managed four Castle stores in Washington State, however, where he says he encountered just one protester. "I had to tell him to stay off the property and stay on the sidewalk, but that was the only experience I've had and it lasted all of 30 minutes. It was cold and raining, so he left."

If customers ask why the store has no privacy fence around the parking lot, Arthur has a ready response: "'If your friend knows what's in here, then he must come in here, too.'…

"People say you should have a back door or you should do this or do that, but that turns it into a back-alley place. Well, we're a retail operation with a front door and bright lights. Everybody wants a brighter, safer porn store…"

"People don't want to go into what they consider an adult store to be… There are people who would never come into a porn store had it not been clean and well organized."

Arthur is grooming an Anchorage employee to become the new store manager. Then he'll head back to his four Washington State stores.

Neighbors, he says, should look forward to a clean parking lot, new landscaping and a better-looking roof on the building.

"No matter who manages the store, we'll do everything we can to keep this property looking good.

scott@anchoragepress.com

*Anchorage Press articles, commentary, news, reviews, features and calendar are copyrighted by:* **Anchorage Publishing, Inc.** 540 E. 5th Avenue Anchorage, Alaska 99501. For information **call 907-561-7737**. Website development by Press Online Services.