03/09/06  17:12 FAX 9073438437          MOA LAND USE ENFORCEMENT                    ☑002
09/29/2005  12:02   9073434313          MUNICIPALCLERK                              PAGE  01/07

RECEIVED
Licensing Clerk MUNICIPAL ATTORNEY      **MUNICIPALITY OF ANCHORAGE**          Fax
343-4316                                                                       343-4313
          06 MAR -9 PM 4: 19

                                                                    RECEIVED

                                                                    SEP 2 9 2005

                                                                    OFFICE OF
                                                                    LAND USE
          **BUSINESS LICENSE REVIEW TRANSMITTAL**  ENFORCEMENT
09/28/2005  Please Return to Clerk's Office By: 10/10/2005

TO:    _____Fire Dept. Chief/Administration Sharon Mason    267-4900    Fax: 267-4958
       XXX Code Enforcement          Sonia Walker           343-8343    Fax: 343-8437
       _____Health/Environmental Services  Christ T.        343-6509    Fax: 343-4786
       _____Code Abatement           Vickie G.              343-8334    Fax: 343-8200

In accordance with Title 10 of the Municipal Code, please review the attached application(s) and
determine whether the proposed activity complies with the laws and regulations enforced by your
department.

**XXX   New**          Renewal  _____          **approx:    additional truck(s)**

**License Type:    Adult Oriented**

**COMMUNITY COUNCIL(s):** Fairview, Airport Heights, Mountain View

**Applicant Name:**    **Terry Stahlman**
**dba:**               **Pinettes Showgirls**
**Address:**           **2037 E. 5th Ave.**
**City/State:**        **Anchorage, AK 99501**

APPROVED: _____          Date: _____
                    Signature

DENIED: _Dunatt_____          Date: _10/10/05_____
                    Signature

REASON FOR DENIAL: _Change of use not approved_
_inadequate parking_
_failure to provide ADA parking_

                                                            Adult License
                                                            Page 1 of 7

03/09/06  17:13 FAX 9073438437          MOA LAND USE ENFORCEMENT                    ☑003
09/29/2005  12:02    9073434313                MUNICIPAL CLERK                      PAGE  02/07

 **MUNICIPALITY OF ANCHORAGE**
OFFICE OF THE MUNICIPAL CLERK
P.O. Box 196650 (632 W. 6th Avenue)
Anchorage, Alaska 99519-6650

**ADULT ORIENTED ESTABLISHMENT APPLICATION**

(LICENSES ARE NOT TRANSFERABLE)

PLEASE PRINT OR TYPE INFORMATION

| For Office Use Only |
|---|
| License No. _____ |
| Date Issued _____ |
| ☐ Original Application ☑ Renewal |
| Date: ~~Aug. 16~~, 2005 |
| Sept 16, 2005 |

I, __Terry Stahlman__, hereby make application for an ADULT ORIENTED ESTABLISHMENT LICENSE in accordance with Title 10 of the Anchorage Municipal Code for the 20__05__ license year.

APPLICANT'S NAME: __Terry M. Stahlman__ (PHONE) __248-4466__

APPLICANT'S MAILING ADDRESS: __9230 Buddy Werner Drive, Anchorage, AK__ (ZIP) __99516__

APPLICANT'S STREET ADDRESS: __same__ (ZIP) _____

BUSINESS NAME: __Pinettes Showgirls__ (PHONE) _____

BUSINESS MAILING ADDRESS: __9230 Buddy Werner Drive, Anchorage AK__ (ZIP) __99516__

BUSINESS STREET ADDRESS: __2037 E. 5th Ave., Anchorage, AK__ (ZIP) __99501__

PERSON HAVING ACTIVE MANAGEMENT OF THE ESTABLISHMENT:

NAME: __Terry M. STahlman__ DATE OF BIRTH: __8/4/43__ DAYTIME PHONE: __248-4466__
    (Last)      (First)      (Middle)

ADDRESS: __9230 Buddy Werner Drive, Anchorage, AK__ (ZIP) __99516__

Within 2 years prior to the date of application have you been convicted of any of the following offenses as described in Title 10 of the Anchorage Municipal Code? Check those that apply: ☐ Assignation for prostitution ☐ Prostitution ☐ Offering to secure another for prostitution ☐ Coercing another to become a prostitute ☐ Owning or leasing a place of prostitution ☐ Maintaining a place of prostitution ☐ Section 8.05.410 Minors -Prohibited performances and exhibitions ☐ Section 8.05.420 Minors -Disseminating indecent material to minors. ☐ Section 8.05.425 Sexual exploitation of minors

If you answered yes to any of the above, list all charges, date of charges, places of charges, and sentences or fines imposed.

_____

_____

State of Alaska Business License No. __706 894__ (PLEASE ATTACH A COPY) EXPIRATION DATE __12/31/05__

Note: State of Alaska business license is required. Municipal business license NOT transferable. Any change requires NEW license.

IF CORPORATION, PLEASE COMPLETE:

| Corporate Officer's Name | Address | Zip Code | Telephone |
|---|---|---|---|
| Registered Agent: | | | |
| President: | | | |
| Vice President: | | | |
| Secretary: | | | |
| Treasurer: | | | |

Directors and Stockholders holding 30% or more of stock in the corporation:

| Name: | | | |
|---|---|---|---|
| Name: | | | |
| Name: | | | |

State of Alaska    )
            ) ss:
Third Judicial District    )

__Terry M. Stahlman__, being duly sworn, deposes and says that he/she is the individual making the foregoing application and that the answers to the questions and other statements contained in the application are true and complete to his/her knowledge.

_____
Signature of Applicant

Subscribed and Sworn to before me this ____ day of _____

_____
Notary Public
My commission expires: _____

| FOR OFFICE USE ONLY | | | | |
|---|---|---|---|---|
| I.D. Furnished (Document & Number) | Fee Paid: $ | Cash | Check No. | Receipt No. |
| | | | | |

02-069 (Rev.3/01)

Adult License
Page 2 of 7

03/09/06  17:14 FAX 9073438437          MOA LAND USE ENFORCEMENT                    ☑004
09/29/2005  12:02    9073434313             MUNICIPALCLERK                              PAGE  03/07

# Municipality of Anchorage



F.O. Box 196650
Anchorage, Alaska 99519-6650
Telephone: (907) 343-4311
Fax: (907) 343-4318 or 343-4780
www.ci.anchorage.ak.us/Assembly

OFFICE OF THE CLERK

## PRE-INSPECTION QUESTIONNAIRE FOR ADULT-ORIENTED ESTABLISHMENTS

1.  Establishment Name: _Pinettes Showgirls_ (phone)

2.  Establishment Address: _2037 E. 5th Ave._

3.  Establishment Owner/Operator: _Terry Stahlman_

4.  Check <u>ALL</u> that apply to your business (see AMC 10.40.050 A. for definitions):

    _____ Adult bookstore                              _✓_ Adult cabaret

    _____ Adult mini-motion picture theater            _____ Adult entertainment

    _____ Adult motion picture theater                 _____ Escort service

    _____ Physical culture, studio or massage parlor

5.  List services provided: _NON ALCOHOL BEVERAGES_

6.  Number of rooms used for private viewing: _Ø_

7.  Number of signs displayed: _2_

8.  List all employees (attach extra sheet if necessary):

    | Name | Position/Title | SS# |
    |------|----------------|-----|
    |      | MANAGER        |     |
    |      | WAITRESS       |     |
    |      | Door           |     |

    ( _Names & SSN to be provided on hire_ )

9.  Hours of operation: _7 P.M. To 4:00 A.M._

_Peter C. Gamache, Esq._
_Terry M. Stahlman_                     _____     _9/16/05_
    Print Name                               Signature              Date

H:\AdultOriented\PreinspectionQuestionnaire

03/09/06  17:14 FAX 9073438+37          MOA LAND USE ENFORCEMENT          ☑005
09/29/2005  12:02    9073434313              MUNICIPALCLERK               PAGE  04/07

# MUNICIPALITY OF ANCHORAGE
## PRE-INSPECTION QUESTIONNAIRE FOR ADULT-ORIENTED ESTABLISHMENTS
## PHYSICAL LAY-OUT OF PREMISES

Please draw a floor plan on the diagram below and indicate all areas and their use: (i.e. doors, windows, front entrance, rear exit, private viewing rooms, massage, entertaining, theater, books, videos, etc.). Exact measurements for each room are not necessary.





Please Return Questionnaire to:  Licensing Clerk, Clerk's Office
                                 Municipality of Anchorage
                                 P.O. Box 196550
                                 Anchorage, AK 99515-6550

H:AdultOrientedPreinspectionQuestionnaire

Adult License
Page 4 of 7

03/09/06  17:15 FAX 9073438437          MOA LAND USE ENFORCEMENT                    ☑006
09/29/2005  12:02  9073434313              MUNICIPALCLERK                      PAGE  05/07

## Alaska Department of Community and Economic Development
P.O. Box 110806, Juneau, Alaska 99811-0806

# Alaska Business License

This is to certify that the licensee named below holds Alaska Business License Number 706894 covering the period Friday, November 21, 2003 through Saturday, December 31, 2005.

Line of Business:   Arts, Entertainment and Recreation

# PINETTES INC.

9230 BUDDY WERNER DR., ANCHORAGE AK 99507

Owner:

PINETTES INC.

This license shall not be taken as permission to do business in the state without having complied with the other requirements of the laws of the State of Alaska or of the United States.

*Commissioner: Edgar Blatchford*

*Department of Community and Economic Development*

This license must be posted in a conspicuous place at the business location. It is not transferable or assignable.

CLERKS OFFICE

2005 SEP 16 PM 2:19

M.O.A.

03/09/06  17:16 FAX 9073438437          MOA LAND USE ENFORCEMENT                    ☑007
09/29/2005  12:02  9073434313              MUNICIPAL CLERK                      PAGE  06/07

CLERK'S OFFICE

## Municipality of Anchorage
### PERMIT FOR
### UNLICENSED NIGHT CLUB

PERMIT NUMBER: ADE-03-0007

Business Name:  Phoettes, Inc.

Business Address: 2037 E. 5ᵗʰ Ave.
ANCHORAGE, AK

Date Issued: September 11, 2003

Property Owner's Name:  Terry M. Stalzman

Business Permit Holder:  Terry M. Stalzman

Property Owner's Address: 9530 Buddy Werner Drive
Anchorage, AK 99516

Legal Description: Fourth Addition
BLK 26D LT 12 N2, LT11 N2, LT 10A

This permit is issued per Section 21.45.245, Anchorage Municipal Code (AMC) for Unlicensed Night Club.
Check one:

X   These premises are located in compliance with AMC 21.45.245 relating to requirements for 300 foot separation from certain specified uses.

___  These premises were established prior to enactment of AMC 21.45.245 and are allowed to continue until _____ (Date)
in accordance with the Administrative Hearing Officer's decision per AMC 3.60.

This permit remains valid so long as the enterprise named herein remains in continuous operation at this location and does not physically expand. In addition, a permit granted under AMC 21.45.245 shall remain valid so long as the enterprise does not engage in any activity which is prohibited under AMC 21.

APPROVED:
_____
Administrative Official

**THIS PERMIT SHOULD BE ON DISPLAY IN A PROMINENT PLACE.**

Adult License
Page 6 of 7

MOA LAND USE ENFORCEMENT
MUNICIPAL CLERK

☑008
PAGE  07/07

## Municipality of Anchorage

### Permit for Premises Where Minors Are Not Allowed

PERMIT NUMBER: ADE-03-0488

Business Name: Plastics, Inc.

Business Owner: Terry M. Stahlman

DATE ISSUED: September 11, 2003

Property Owner's Name: Terry M. Stahlman

Property Owner's Address: 9930 Buckly Warner Drive
Anchorage, AK  99516

Business Address: 2137 E. 5th Ave.
Anchorage, AK

Legal Description:  Fourth Addition, BLK 26D, LT 12 N2, LT 11 N2, LT 10s

This permit is issued per Section 21.45.240, Anchorage Municipal code (AMC) for PREMISES WHERE MINORS ARE NOT ALLOWED
Check one:

X  These premises are located in compliance with AMC 21.45.240.B relating to requirements for 1,000 foot separation from certain specified uses.

☐  These premises are located in compliance with AMC 21.45.240.C relating to separation requirements from certain specified uses in accordance with the State of Alaska's means of measurement for this type enterprise.

☐  These premises were established prior to enactment of AMC 21.45.240 and are granted nonconforming use status subject to the provisions of Chapter 21.55, Anchorage Municipal Code.

This permit remains valid so long as the enterprise named hereon remains in continuous operation at this location and does not physically expand. In addition, a permit granted under AMC 21.45.240.C shall remain valid so long as the enterprise does not engage in an activity for which a permit is required under AMC 21.45.240.B.

APPROVED:

_____
Administrative Official

THIS PERMIT SHOULD BE ON DISPLAY IN A PROMINENT PLACE.

CLERKS OFFICE
2005 SEP 29

Adult License
Page 7 of 7