



# APPLICATION


# Application for Conditional Use Retail Sale Alcoholic Beverages

Municipality of Anchorage
Planning Department
PO Box 196650
Anchorage, AK 99519-6650

Please fill in the information asked for below.

**PETITIONER***
Name (last name first): Hartman, Kathy
Mailing Address: 1911 E. 5th Ave.
Anchorage, AK 99501
Contact Phone: Day: 563-0042   Night: 227-0770
FAX: 563-0043
E-mail: caroljhartman@prodigy.net

*Report additional petitioners or disclose other co-owners on supplemental form. Failure to divulge other beneficial interest owners may delay processing of this application.

**PETITIONER REPRESENTATIVE** (IF ANY)
Name (last name first): Hartman, Carol
Mailing Address: 1911 E. 5th Ave.
Anchorage, AK 99501
Contact Phone: Day: 563-0042   Night: 229-4839
FAX: 563-0043
E-mail: caroljhartman@prodigy.net

**PROPERTY INFORMATION**
Property Tax #(000-000-00-000): 003-081-66-00016
Site Street Address: 1911 E. 5th Avenue, Anchorage, AK
Property Owner (if not the Petitioner): Kathy Hartman
Current legal description: (use additional sheet if necessary)

Lot 1, Fantasies Subdivision, a subdivision of Lots 7,8 and 9, Block 26C of the subdivision of Block 26c, Fourth Addition to the Town Site of Anchorage Plat C-43, in the NE ¼ Section 17, T13N, R3W, Anchorage Recording District, Seward Meridian, Alaska. Except for the South 10 feet of said Lots 7,8 & 9, as taken in the Final Order of the Condemnation recorded April 27, 1961 in Miscellaneous Book @ Page 259.

Zoning: B-3   Acreage:   Grid #:

**ALCOHOLIC BEVERAGE CONTROL BOARD LICENSE PROPOSED**

- [x] Beverage Dispensary
- [ ] Beverage Dispensary-Tourism
- [ ] Brew Pub
- [ ] Package Store
- [ ] Private Club
- [ ] Public Convenience
- [ ] Recreational
- [ ] Restaurant
- [ ] Restaurant, exempt
- [ ] Theater
- [ ] Other (Please explain):

Is the proposed license: [x] New   [x] Transfer of location: ABC license number: 561
*K Amended License*
Transfer license location: 1911 E. 5th Ave., moving to 2nd floor only
Transfer licensed premises doing business as: The Setter

I hereby certify that (I am)(I have been authorized to act for) owner of the property described above and that I petition for a retail sale of alcoholic beverages conditional use permit in conformance with Title 21 of the Anchorage Municipal, Code of Ordinances. I understand that payment of the application fee is nonrefundable and is to cover the costs associated with processing this application, and that it does not assure approval of the conditional use. I also understand that assigned hearing dates are tentative and may have to be postponed by Planning Department, Municipal Clerk, or the Assembly for administrative reasons.

Date: 6/13/05   Signature: Kathy Hart (Agents must provide written proof of authorization)   50

Accepted by: AC   Poster & Affidavit:   Fee: $4,300   Case Number: 2005-183

20-006 (Rev. 05/02)*Front

Application for conditional use retail sale alcoholic beverages continued

## COMPREHENSIVE PLAN INFORMATION

Anchorage 2020 Urban/Rural Services: ☒ Urban ☐ Rural

Anchorage 2020 West Anchorage Planning Area: ☒ Inside ☐ Outside

Anchorage 2020 Major Urban Elements: Site is within or abuts:
- ☐ Major Employment Center    ☒ Redevelopment/Mixed Use Area    ☐ Town Center
- ☐ Neighborhood Commercial Center    ☐ Industrial Center
- ☐ Transit - Supportive Development Corridor

Eagle River-Chugiak-Peters Creek Land Use Classification: N/A
- ☐ Commercial    ☐ Industrial    ☐ Parks/opens space    ☐ Public Land Institutions
- ☐ Marginal land    ☐ Alpine/Slope Affected    ☐ Special Study
- ☐ Residential at _____ dwelling units per acre

Girdwood- Turnagain Arm  N/A
- ☐ Commercial    ☐ Industrial    ☐ Parks/opens space    ☐ Public Land Institutions
- ☐ Marginal land    ☐ Alpine/Slope Affected    ☐ Special Study
- ☐ Residential at _____ dwelling units per acre

## ENVIRONMENTAL INFORMATION (All or portion site affected)

| | | | | | |
|---|---|---|---|---|---|
| Wetland Classification: | ☒ None | ☐ "C" | ☐ "B" | ☐ "A" | |
| Avalanche Zone: | ☒ None | ☐ Blue Zone | ☐ Red Zone | | |
| Floodplain: | ☒ None | ☐ 100 year | ☐ 500 year | | |
| Seismic Zone (Harding/Lawson): | ☐ "1" | ☒ "2" | ☐ "3" | ☐ "4" | ☐ "5" |

## RECENT REGULATORY INFORMATION (Events that have occurred in last 5 years for all or portion site)

- ☐ Rezoning - Case Number: N/A
- ☐ Preliminary Plat ☐ Final Plat - Case Number(s): N/A
- ☐ Conditional Use - Case Number(s): N/A
- ☒ Zoning variance - Case Number(s): 2003-131 (attached)
- ☐ Land Use Enforcement Action for N/A
- ☐ Building or Land Use Permit for N/A
- ☐ Wetland permit: ☐ Army Corp of Engineers N/A  ☐ Municipality of Anchorage N/A

## DOCUMENTATION

Required:
- ☒ Site plan to scale depicting: building footprints; parking areas; vehicle and pedestrian circulation; lighting; landscaping; signage; and licensed premises location.
- ☒ Building plans to scale depicting: floor plans indicating the location of sales and service areas; building elevations (photographs are acceptable).
- ☒ Photographs of premises from each street frontage that include and show relationship to adjacent structures and the premises visible street address number.
- ☒ Narrative: explaining the project; construction, operation schedule, and open for business target date.
- ☒ Copy of a zoning map showing the proposed location.
- ☒ Copy of ~~completed Alcoholic Beverage Control Board liquor license application form including all~~ drawings and attachments, if filed with ABC Board. Red line drawings

Optional:  ☐ Traffic impact analysis    ☐ Economic impact analysis    ☐ Noise impact analysis

51

Application for conditional use retail sale alcoholic beverages continued

## PROPERTY OWNER AUTHORIZATION* (if petitioner is not property owner)

(I)(WE) hereby grant permission to and acknowledge that person shown as the petitioner on this application is applying for a conditional use permit for the retail sales of alcoholic beverages on a property under (MY)(OUR) ownership and that as part of the conditional use permit process the Assembly may apply conditions which will be (MY)(OUR) responsibility to satisfy.

| Date | Signature |
|---|---|
|  |  |

*Report additional petitioners or disclose other co-owners on supplemental form. Failure to divulge other beneficial interest owners may delay processing of this application.

## FACILITY OPERATIONAL INFORMATION

What is the proposed or existing business name (Provide both if name is changing):
The Setter (existing nam)   (Proposed name): Fantasies Upper Deck

What is the gross leaseable floor space in square feet?
licensed premises 2nd floor: 4225 sq. ft., all other areas 8,450 sq. ft.

What is the facility occupant capacity?
2nd floor licensed area: 107

What is the number of fixed seats (booth and non movable seats)?

What is the number non-fixed seats (movable chairs, stools, etc.)?
licensed area 80, plus 24 seasonal for deck area

What will be the normal business hours of operation?
as allowed by law: 10 AM - 2:30 AM weekdays, 10-3:AM weekends

What will be the business hours that alcoholic beverages will be sold or dispensed?
as allowed by law: 10-2:30 AM weekdays, 10-3 AM weekends

What do you estimate the ratio of food sales to alcohol beverage sales will be?

85 % Alcoholic beverage sales

15 % Food sales

Type of entertainment proposed: (Mark all that apply)
☒ Recorded music  ☐ Live music  ☐ Floor shows  ☒ Patron dancing  ☐ Sporting events  ☐ Other  ☐ None

Do you propose entertainment or environmental conditions in the facility that will meet the definition of "indecent material" or "adult entertainment" as set forth by AMC 8.05.420 Minors-Disseminating indecent material or AMC 10.40.050 Adult oriented establishment?   ☒ Yes   ☐ No

## DISTANCE FROM CHURCHES, DAY CARE, AND SCHOOLS

Locate and provide the names and address of all churches, day care, and public or private schools within 200 feet of the site property lines

| Name | Address |
|---|---|
| none |  |
|  |  |
|  |  |

Application for conditional use retail sale alcoholic beverages continued

### PACKAGE STORES   N/A

Provide the projected percentage of alcoholic product inventory in the store where the retail unit price is:

N/A  % less than $5.00

N/A  % $5.00 to $10.00

N/A  % $10.00 to $25.00

N/A  % greater than $25.00

### CONDITIONAL USE STANDARDS

The Assembly may only approve the conditional use if it finds that **all** of the following 4 standards are satisfied. Each standard must have a response in as much detail as it takes to explain how your project satisfies the standard. The burden of proof rests with you. Use additional paper if needed.

Explain how the proposed conditional use furthers the goals and policies of the comprehensive development plan and conforms to the comprehensive development plan in the manner required by AMC 21.05.

> The proposed amendment is for an existing Alcohol Beverage Conditional Use that has been in effect for decades. Our liquor license dates back to 1968, and the land use back to at least the early 1950's. Because of the addition and remodeling that we have been doing, our property, building, and businesses come into complete compliance with AMC 21.05, and will meet the goals and policies of the comprehensive development plan. We have been in business for nearly 17 years (almost 7 years at this location), and get along with the surrounding businesses in the area (see attached letters). We provide a compatible land use mix, with no conflicts in the surrounding area. Our construction and required landscaping will further enhance the neighborhood and raise property values.

Explain how the proposed conditional use conforms to the standards for that use in this title and regulations promulgated under this title.

> The Alcohol Beverage Conditional Use on this land has existed for decades, and conforms to the standards for its use in this title. We are the only full service alcohol dispensary license in the immediate area, and have fulfilled the social and recreational needs of the surrounding community for decades. Our only change will be relocating the bar from the 1st floor to the 2nd floor in the same building, which should have no other impact on the surrounding areas.

Explain how the proposed conditional use will be compatible with existing and planned land uses in the surrounding neighborhood and with the intent of its use district.

> Our land use classification melds well with all other mixed uses in the immediate area. There are a variety of different businesses in this area, and across the highway to the south is Merrill Field. The businesses in the surrounding area have existed together for many years, even decades, and have not had any problems.

53

Application for conditional use retail sale alcoholic beverages continued

Explain how the proposed conditional use will not have a permanent negative impact on the items listed below substantially greater than that anticipated from permitted development:

1. Pedestrian and vehicular traffic circulation and safety.

   The pedestrian and vehicular traffic circulation and safety issues regarding this business and property will not change. Our main entry will now be off Sitka Street instead on directly on and off of 5th Avenue. Due to the parking requirements, we are paving, striping, and landscaping all lots which will in turn create a better flow of traffic in and out of our property, and also in the surrounding area.

2. The demand for and availability of public services and facilities.

   Expanding our business, and merely modifying our existing conditional use permit should have no effect at all on the demand for, and availability of public services and facilities.

3. Noise, air, water or other forms of environmental pollution.

   We see no changes in the future regarding, any noise, air, water, or other forms of environmental pollution. This business has existed for years without any problems in these areas. The only issue that could apply would be noise pollution, and we have not had complaints regarding noise, and don't foresee noise being an issue anytime in the future.

4. The maintenance of compatible and efficient development patterns and land use intensities.

   Our existing land use, and that of the surrounding area has not changed in years. This commercial area has been well established for many, many years, and I do not see any major changes in the future. This conditional use amendment should have no impact on any zoning and/or land use issues in the surrounding areas.

### STANDARDS CHAPTER 10.50 ALCOHOLIC BEVERAGES

In the exercise of its powers and under AS 04.11.480 and 15 AAC 104.145 to protest issue, renewal and transfer or alcoholic beverage licenses within the Municipality of Anchorage, the Assembly shall consider whether the proposed license meets each and every factor and standard set forth below.

**Concentration and land use.** Whether transfer of location or issue of the requested license will negatively impact the community through an increase in the concentration of uses involving the sale or service of alcoholic beverages within the area affected and will conform to the separate standards of AMC 21.50.020.

How many active liquor licenses are located on the same property as your proposed license?   none

Within 1,000 feet of your site are how many active liquor licenses?   none

How would you rate this area's license concentration on a scale of 1 to 5 with 5 = high   (1)

How many active liquor licenses are within the boundaries of the local community council?

In your opinion, is this quantity of licenses a negative impact on the local community?   NO

54

20-006 (Rev. 05/02)*    5

Application for conditional use retail sale alcoholic beverages continued

**Training.** If application is made for issue, renewal or transfer of a beverage dispensary license, restaurant or eating place license, or package store license, whether the applicant can demonstrate prospective or continued compliance with a Liquor "Server Awareness Training Program approved by the State of Alaska Alcoholic Beverage Control Board, such as or similar to the program for techniques in alcohol management (T.A.M.). Until such plan is approved, training by a licensee's employees in the T.A.M. shall constitute compliance with this ordinance.

How many employees in direct contact with alcohol will be trained in accordance with the Alcoholic Beverage Control Board's Liquor Server Awareness Training Program?

There will be approximately 12-15 employees that will deal with alcohol and/or security issues in the bar. They will all have a TAM or TIPS card as mandated by law, and will be required to keep their cards up to date and renewed as required. We belong to Anchorage CHARR, Alaska CHARR, HERE Local Union 878, Downtown Bar Owner's Association, Mt. View Community Council, and are politically active, so we always strive to comply with all state and local laws, regulations, and ordinances. We also take part in the Security Training Program and the Off The Road Program offered by Anchorage CHARR.

**Operations procedures.** If application is made for issue, renewal, or transfer of a license, whether the applicant can demonstrate prospective or continued compliance with operations procedures for licensed premises set forth in Section 10.50.035 of this code.

- ☐ Yes  ☒ No   Happy hours?
- ☐ Yes  ☒ No   Games or contests that include consumption of alcoholic beverages?
- ☒ Yes  ☐ No   Patron access and assistance to public transportation?
- ☒ Yes  ☐ No   Notice of penalties for driving while intoxicated posted or will be posted?
- ☒ Yes  ☐ No   Non-alcoholic drinks available to patrons?
- ☐ Yes  ☒ No   Solicitation or encouragement of alcoholic beverage consumption?

**Public safety.** When application is made for the renewal or transfer of location or transfer of ownership of a beverage dispensary license restaurant or eating place license, or package store license, the Assembly shall consider whether the operator can demonstrate the ability to maintain order and prevent unlawful conduct in a licensed premises. In determining the operator's demonstrated ability to maintain order and prevent unlawful conduct, the Assembly may consider police reports, testimony presented before the Assembly, written comments submitted prior to or during the public hearing, or other evidence deemed to be reliable and relevant to the purpose of this subsection. For purposes of this section and Section 10.50.035 "licensed premises" shall include any adjacent area under the control or management of the licensee.

What are the proposed precautions to maintain order and prevent unlawful conduct at the licensed premises?

*inside facility:*

We have security personnel on duty during the evening hours. We have a minimum of one security person at all times, and usually four on the weekends. When the bar moves to the second floor, there will be security personnel on duty at both businesses. All ID's are checked prior to entry into either establishment, however, the bartenders are still required to check ID's also.

*outside facility:*

We are installing more security cameras which will encompass the entire outside and parking area, as well as the interior of both businesses. Our security personnel also make frequent trips outside and around the building to ensure there is nothing going on that the camera's may have missed, i.e. anything going on inside of a car that may not show up on the cameras.

55

Application for conditional use retail sale alcoholic beverages continued

**Payment of taxes and debts.** When application is made for renewal of a license the assembly shall consider, pursuant to AS 4.11.330, whether the applicant is delinquent in payment of taxes owed to the Municipality. When application is made for transfer of ownership of a license the Assembly shall consider, pursuant to AS 4.11.360, whether the municipality has received either payment or adequate security, for the payment of any debts or taxes, including any estimated taxes for the current year, arising from the conduct of the licensed business. Adequate security" for the payment of debts and taxes may be in the form of: 1) escrowed funds sufficient to Pay the debts and taxes claimed and any escrow fees; 2) actual payment of debts and taxes claimed; or, 3) a guarantee agreement in accordance AMC 10.50.030. Any guarantee agreement shall be in writing. signed by the transferor, transferee and Municipality

☒ Yes ☐ No   Are real estate and business property taxes current?
☐ Yes ☒ No   Are there any other debts owed to the Municipality of Anchorage?

**Public health.** If application is made for the renewal or transfer of location or transfer of ownership of a license, the Assembly shall consider whether the operator has engaged in a pattern of practices injurious to public health or safety, such as providing alcohol to minors or intoxicated persons, committing serious violations of State law relevant to public health or safety, or other actions within the knowledge and control of the operator which place the public health or safety at risk. In determining if a pattern of practices injurious to public health or safety exists, the Assembly may consider criminal convictions, credible proof of illegal activity even if not prosecuted, police reports, testimony presented before the Assembly, written comments submitted prior to or during the public hearing, or other evidence deemed to be reliable and relevant to the purpose of this subsection.

☒ Yes ☐ No   As the applicant and operator can you comply? If no explain

56