Excerpted transcript from Assembly work session August 30, 2005
(Testimony by Kara Nyquist)

2

10  MS. NIQUIST: Good evening, Madam Chair, Assembly members,
11  Mayor Begich.  My name is Kara Niquist and I am an attorney
12  and I also am the Advocacy Director at Covenant House.  Can
13  everyone hear me okay?
14     (No audible response)
15     MS. NIQUIST: I also care to address all of the community
16  members who are watching tonight, more of which are sitting at
17  home than are in this room.  Covenant House has been in this
18  town for 16 years.  I have been there for two years, but I
19  don't speak tonight just on my opinion.  I speak in my
20  capacity as Advocacy Director at Covenant House.  I speak on
21  behalf of our Board of Directors, on behalf of our staff of 40
22  individuals and on behalf of all of the youth in town who have
23  been victimized.
24     You are right, Madam Fairclough, this is a land use issue
25  and I am an attorney and I also work at a social service

3

1  agency and I understand that the two of those are very much
2  intertwined.  If you look under chapter 2150020, you must look
3  at the compatible -- you must look at whether the request
4  before you is compatible with the existing land.  When you
5  look at compatibility, you also have to look at conduct that
6  arises from that land, past and future.
7     You also need to look at the demands and the availability
8  for public services and facilities including social services,
9  and so I hope that you will hear me out on what I have to say
10  tonight.
11     Like I said, Covenant House has been in this town for 16
12  years and the stories of young women in this town run all 16
13  years of being exposed to the sexually oriented businesses in
14  this town including Fantasy's on 5th.  This is not a new issue,
15  and the youth tell their stories.
16     We serve youth between the ages of 13 and 21.  This is
17  the exact population that clubs like Fantasy's on 5th go after.
18  These youth have told their stories to me and to the other
19  staff.  Some of them residents, some of them drop in at our
20  legal clinic and others just come in for different types of
21  medical assistance or different resources in the community.

22    Their stories go like this; underage girls working in the
23  club with fake ID's, some of which supplied by the managers of
24  the club.
25    It also talks -- I also recently interviewed a girl who

4

1  was raped in the parking lot of Fantasy's and was not allowed
2  to use the phone to call the authorities.  I also know of a
3  girl, only recently, who wouldn't pay the house part of her
4  tips and was hit in the face and all of her money was taken.
5  The youth has told us about addiction to drugs -- drug use on
6  this site, alcohol use.  Even last night, yesterday, on one of
7  the radio shows, someone that works at Fantasy's told about
8  how a patron asked this young woman to go home with him for
9  $1,000 that night.
10    All of these things are relevant to what is going on in
11  this site.  The quest before you is to add an alcohol
12  establishment upstairs to where the strip club facility is
13  where there are 18-year-olds dancing.  This is an issue about
14  youth being preyed upon in our community and not -- our
15  community not having the police and the social service
16  resources to fix all of these lives that are being destroyed.
17    This is not about art.  This is about 18-year-olds having
18  their vaginas in the faces of drunk men.  This is not about
19  women between the ages of 18 and 20 having a right to dance.
20  This is about their right to be protected because we know
21  about what is going on in this community and we cannot -- no
22  longer ignore this.  This is not a new issue.
23    Covenant House has been talking about this issue for two
24  years.  We went before the Alaska Legislature.  This was a
25  tough decision for us.  We are trying to balance the privacy

5

1  of these women and the incidents they have been involved in
2  and try to protect their identity, but yet we feel that this
3  community has got to know what is going on.  There is.....