Excerpted transcript from Assembly work session August 30, 2005
(Testimony by Jennifer Johnson)

24

3  MS. JOHNSON: There is [are] no rules to dancing, to doing
4  a table dance except for that the men cannot touch you and on
5  given nights I've seen it happen anyway.  There's no rule as
6  to how far away a person should be, which also opens up the
7  question of blood borne pathogens because the dancers are
8  topless and bottomless and these girls are doing bump and
9  grind dances on people's laps, sometimes multiples of girls do
10  dances, and it's just -- there's no space between them.  It's
11  not required.
12     MR. TESCHE: Well, if you say there's -- well, first of
13  all, there is no rule, I understand that, but when you say
14  there is no space, are the women that you have seen there, are
15  they, in fact, on top of.....
16     MS. JOHNSON: Yes.
17     MR. TESCHE: .....or in direct physical contact?
18     MS. JOHNSON: They are very -- it's very physical.  It's
19  extreme physical contact.  It's basically -- they're topless.
20  They're bottomless and they're straddling -- it's a straddle
21  dance, which means both your legs are on both sides and you're
22  that close to the person.  The closer you are to the person,
23  the more you can ensure selling more dances because the
24  patrons like the closeness of the dance.
25     MR. TESCHE: They like the intimate contact?

25

1     MS. JOHNSON: Yeah (affirmative).
2     MR. TESCHE: Somebody had described that type of contact
3  to me as literally draping a female body over a male patron;
4  is that accurate or not accurate?
5     MS. JOHNSON: Yes, it is, and they've also, at one point
6  in time, had a bondage room where they did horizontal lay
7  [lie] down lap dances in a closed room with no security.  The
8  only thing they had to keep close watch of the girls was a
9  video camera that I believe is black and white, so you
10  couldn't really make out what was going on, and they're
11  topless and bottomless, horizontal lie down dances, which were
12  sold for, I believe, $60 a dance.
13     MR. TESCHE: And I know that I am going to get trashed for
14  asking this, but how can you dance lying down?
15     MS. JOHNSON: I don't think that you can.
16     MR. TESCHE: So the term dance is a flexible term?
17     MS. JOHNSON: Yes, it is.