Excerpted transcript from Assembly work session August 30, 2005
(Testimony by Dr. Becky Usry)

27

12  MADAM CHAIR FAIRCLOUGH: We can.  If you could state your
13  name though, into the mic for the record?
14      MS. OSSRY: Certainly, Dr. Beckey Ossry.  I'm a
15  sociologist with 25 years helping people escape human
16  trafficking in the area of commercial sexual exploitation.  I
17  ran a program in San Diego and I worked in Oregon and
18  Washington helping other people establish their programs.
19  When I worked, I was a board member of the council on
20  prostitution alternatives, sexual exploitation project, which
21  was a Johns Reeducation Project.
22      At that time, Dr. Lawrence Gotierre (sp) or Portland
23  State University did a study with the men who were arrested
24  for soliciting undercover police women as prostitutes.
25  Generally, what they said was, gosh, I just stepped out of a

28

1   strip club and I thought I'd get a woman. In San Diego and in
2   Portland when prostitution crackdowns occurred, the Police
3   Departments said there was a greatly reduced number of grand
4   theft auto, sexual assault, strong-arm robbery, breaking and
5   entering, robbery, many crimes that we would not consider
6   related.
7       Now, why does this apply to land use?  Because pimps
8   aren't stupid.  They -- reprehensible as they are, are shrewd
9   businessmen.  You want a woman?  Well, let's sell this woman
10  right outside the strip club.  Maybe not at the front door,
11  but that is why crime rates go down where prostitution is
12  reduced. I'm not saying the strippers are prostituting.  What
13  I am saying is that the crime in the surrounding area comes in
14  because you have people who are drunk, people who are sexually
15  excited, and Mr. Tesche, the nature of the lap dance is that
16  the dancer continues until the man has an orgasm.  That is
17  what a lap dance is.
18      I just want to ask you to please consider the crime rate
19  in Anchorage.  We have a terrible crime rate.  I live in south
20  Anchorage where there have been a number of shootings lately.
21  Please, think about the periphery of the business, what is
22  going on around the business.