Excerpted transcript from Assembly work session August 30, 2005
(Testimony by Stacy Papinough)

79

15   MS. PAPINOUGH: Madam Chair and Assembly members, my name
16   is Stacy Papinough and I am Chair of the Anchorage Women's
17   Commission.  Thank you for allowing me the opportunity to
18   speak on behalf of the Commission tonight.  Our initial
19   reaction to the expansion of the stripping club is of great
20   concern to the women involved and the community it is in, and
21   yes, we oppose this resolution.
22       Strippers often experience addictions and low self
23   esteem, oftentimes affecting their families and the community
24   in which we all live.  It's no secret residential and
25   commercial areas often experience traffic congestion, noise,

80

1   litter, harassment of residents, declining of property values
2   and business loss, also referred to as secondary effects,
3   which we heard a little bit about earlier.
4       Among the secondary effects, which adult businesses,
5   bookstores, video stores and cabarets, which we have all right
6   in that area, are reputed to have are a decrease in property
7   values, an increase in crime and in some cases, an adverse
8   effect on community health in and around the businesses
9   locations.  Many scientific studies have been conducted in
10   communities around the country and they support the notion of
11   secondary effects.
12       Furthermore, adult businesses such as Fantasy's, excuse
13   me, have been linked specifically in other communities with
14   reducing property values and increasing crimes in their areas
15   as well as a congregation of sexual offenders.  Nude female
16   employees gyrating in the lap of a customer for a sexual
17   arousal is conduct that carries one right up to the line of
18   where prostitution begins as Terry testified to a few minutes
19   ago.
20       If you think this behavior is not taking place at
21   Fantasy's, I challenge all of you to take a trip down there
22   after 8:00 at night when business is being conducted as I did
23   and see what happens in the establishment.  Our own Health
24   Department has stated that this increase will significantly
25   impact the kind of crimes that victimize women and children.

81

1   I encourage you to see it as your responsibility to prevent
2   these secondary effects from increasing in this community.
3       This community has a right to foster a good morale.  You

```
 4  say it's a land use issue, but I say it's poor public policy.
 5  I appreciate your time tonight.
 6      MADAM CHAIR FAIRCLOUGH: You spark questions.  Mr. Traini.
 7      MR. TRAINI: Thank you.  What did you see when you went
 8  down there specifically, incidents of sexual contact going on
 9  or what?
10      MS. PAPINOUGH: Absolutely.  I saw nude, totally nude
11  females gyrating on the laps of male patrons and female
12  patrons, physical contact, they were sitting on the laps like
13  we heard earlier, legs wrapped around, gyrating on the men's
14  penis area.  I saw nipples on men's mouths.
15       I saw a vagina right in a man's face.  There was no way
16  he could have moved his face without touching her vagina, and
17  that was all.  I stayed about an hour.  That was the whole
18  time.  It wasn't isolated incidences and I've heard testimony
19  tonight that the patrons are not allowed to touch the women
20  back and it may be a rule, but that does happen.  I saw
21  several instances of men's hands being on the woman's hips
22  right here as they were gyrating on their penis area.
```