Excerpted transcript from Assembly meeting September 13, 2005
(Testimony by Beverly Wooley)

82

19  MR. TRAINI: Just I want to ask our Health and Human
20  Services Director to come up here and you went on a tour of
21  one of these clubs, is that correct, ma'am?
22      CHAIRMAN COFFEY: Now, Mr. Sullivan (sic), I don't want to
23  stop Ms. Wooley from testifying, but if it doesn't.....
24      MR. TRAINI: Mr. Traini.
25      CHAIRMAN COFFEY: .....have to do with the 1,000 feet.....

83

1     MR. TRAINI: No.
2     CHAIRMAN COFFEY: .....it has to do with something other
3  than that, let's stay on point, please.
4     MR. TRAINI: Can you tell us what you ran into when you
5  were there?
6     MS. WOOLEY: Mr. Traini, through the Chair, yes, I did
7  visit one of the strip clubs, Fantasy's on 5th Avenue.  While I
8  was there I observed female dancers who were coming into
9  sexual contact with patrons.  From the dance stage there were
10 patrons who were actually, basically encouraged by the dancer
11 to come up and where mouths came in contact with breasts.
12 There was also observed dancing what.....