# COVENANT HOUSE  ALASKA

April 6, 2005

Testimony for Anchorage Women's Commission

My name is Kara Nyquist; I am the Advocacy Director at Covenant House Alaska. I am also the legislative advocate for the Alaska Association of Homes for Children an association representing 18 social service agencies providing social services to youth throughout Alaska.

Over the last year I have attempted to make Alaska a safer place to live and work for young women that are employed in unregulated non-alcoholic strip-clubs by sharing their stories and supporting legislation to regulate this industry. My attempts to educate the public and politicians include testimony before the Anchorage Assembly; meeting with individual Anchorage Assembly members; meeting with members of the legislature; testifying several times before the Alaska Legislature on House Bill 367, a bill that passed in the House but died because it did not get to the Senate floor before the session ended; I co-authored a compass editorial in the Anchorage Daily news; and have been a voice at community meetings.

Through my work at Covenant House, I have learned that there is a very dark side to Anchorage and the stories of violence against women are horrific and I cannot believe we as a city are allowing so much violence to continue on a nightly basis.

I have interviewed several women who have been employed by one or more of the local non-alcoholic strip clubs. These venues have not been well regulated or monitored since they don't serve alcohol and are not under control of the state Alcoholic Beverage Control Board (although some customers drink in cars or adjacent bars, one strip club in separated to a bar with only a glass partition, and intoxicated individuals patronize these businesses).

I have not met one woman who has had a positive experience working in a strip-club. Instead, I had heard stories involving physical abuse, threats, fear, unsafe work environments, drug use, prostitution, guns, rape, and violations of health and safety laws and wage and hour laws.

These clubs feature explicit nude shows, there are no restrictions under the law on the distance between dancers and patrons, full nudity is permitted, and graphic nude and genital contact with customers and "lap dances" occur often. There are rooms for bondage activities and sex and sexual contact also takes place in the open areas. Women have shared stories of being afraid of the owners and managers of these establishments, having their tips taken by managers, receiving no hourly wages, being encouraged to prostitute and being supplied by club managers with fake ID's to work at the clubs.

Please help me advocate for these women and children until action is taken to protect them.

*shelter from the storms*

HELPING ALASKA'S KIDS FOR 15 YEARS
MAILING: P.O. BOX 104640 ANCHORAGE, ALASKA 99510-4640
(907) 272-1255  www.covenanthouseak.org

8/23/2005

## COMPASS: Points of view from the community

# Make strip clubs off-limits to teens

By KARA NYQUIST and NANCY FAIR

"Mary" began stripping at 17 (with a fake ID), lured by tales of big money. The club owner charged her $50 a night to strip for tips (a common practice). She took Ecstasy to withstand the often intoxicated customers touching her and tipping her to perform sex acts. Other teen strippers she knew endured unwanted pregnancies and numerous STDs. She endured unsanitary conditions, being called names, groped and even smacked when she wouldn't go home with customers. She felt scared to say no to managers, recruiting pimps and drug offers, but finally left with the help of social services.

How would you feel if Mary were your daughter or sister? House Bill 367, passed by the state House and pending in the Senate, could ensure more protection for teens like Mary.

At least seven non-liquor-licensed strip clubs in Anchorage, Fairbanks, Soldotna and Wasilla can legally hire 18-year-olds. Last year, more than 3,400 Anchorage high school students were 18-20 and able to attend or work at these clubs. Knowing it or not, clubs have involved even younger teens. Even though they are located adjacent to or near bars, these clubs are not regulated or investigated by the state Alcoholic Beverage Control Board, as strip bars are. They feature explicit nudity and contact between strippers and customers, including genital contact. This models unhealthy behavior to adolescents, who are most at risk for STDs.

Studies across the nation have linked strip clubs to prostitution, sexual and other assaults, drugs, labor violations, tax evasion and neighborhood degradation. Officers from the Anchorage and Fairbanks police departments, Alaska State Troopers and former strippers have verified these problems here. They have testified for House Bill 367 in support of stricter licensing of strip clubs to deter crime, and to



Nyquist

> Stripping can be a destructive and deadly path towards drug addiction and prostitution. According to the Westside Community Patrol, most prostitutes in Spenard started in strip clubs. These are not "victimless" crimes.



Fair

raise the minimum age to 21. Communities that have benefited from stricter laws include Oklahoma City, which reduced sexual assaults by 27 percent with stringent laws and enforcement of strip clubs and other sex businesses.

Stripping can be a destructive and deadly path toward drug addiction and prostitution. According to the Westside Community Patrol, most prostitutes in Spenard started in strip clubs. These are not "victimless" crimes. The true victims are on the streets, in jail, social service clients, taxpayers, property owners, families and our children. If stripping were harmless, there would be no need for groups found in many cities, such as Anchorage's Mary Magdalene Home, which help entrapped strippers leave the sex industry.

Although some people think that age 18 is "adult," you must be at least 19 to buy tobacco, at least 21 to become a hunting guide; acupuncturist; buy pull-tabs; possess some deadly weapons; buy, possess, sell or stock alcohol; be elected to the state House of Representatives; and at least 25 to be a state Senator. The U.S. military doesn't allow strip clubs on bases for soldiers of any age.

Brain research shows that maturity of judgment, decision making and problem solving take until our children are in their mid-20s. The American Academy of Pediatrics considers adolescence to extend to age 21, and adolescent males are most susceptible to pornography addiction. So there is good reason to delay participation in strip clubs until 21, similar to alcohol and gambling laws. Raising the age would also eliminate high school students stripping in front of other students (or teachers).

Some people question the legality of raising the age to 21. The U.S. and Alaska Supreme Courts have ruled that nude "dancing" is at the outer edge of protected free speech but that it can be regulated to protect children and reduce associated crime.

Some owners claim to run "clean clubs," that new laws are unnecessary, and threaten lawsuits. However, they could sell anytime to unscrupulous owners, and we shouldn't sacrifice our children to threats.

Despite a recent Anchorage ordinance, Alaska has very weak laws regulating strip clubs involving our adolescents. Urge your senator today to pass House Bill 367 with strip club licensing to deter crime, and to include an amendment to raise the age of customers and strippers to 21.

■ Kara Nyquist, Esq., is director of advocacy at Covenant House, Alaska. Nancy Fair is a member of the PTA and mother of two adolescents.

April 30, 2004