**Strip clubs are gateways to addiction, prostitution**
**Incest, rape core issues behind problem, former prostitute says**
By Heather A. Resz, Staff writer
Anchorage Chronicle, March 20, 2003

After decades spent selling her body to support her heroin addiction, with the help of the Mary Magdalene Home, D. Cowan has transitioned from life as a prostitute to life as a student at Alaska Pacific University.

Her senior research project focuses on the core issues that lead young women into street life, said Cowan, who would not give her full first name.

"I have heard so many stories from women in corrections – what's going on in some households is unbelievable," Cowan said. "Home is where it started for most of the women I know. Something very traumatic has to happen for a girl to stop valuing her body and soul."

Cowan was an A student and ran track before she dropped out of high school at 15 or 16. She said a couple of experiences with inappropriate touching, and an illegal abortion influenced her decision to pursue street life.

"That abortion changed my life," Cowan said. "It just really did something to me spiritually and emotionally."

Rather than complete her degree and recover from her emotional scars, a 16-year-old Cowan dropped out of school. She started dancing using a fake ID when she was just 14. Even when a couple of older women tried to talk her out of it, she persisted.

But she couldn't dance naked in her 14-year-old state of mind, Cowan said. So she turned to alcohol and drugs to deaden her emotions.

Heroin addiction came shortly thereafter, she said. She entered her first residential recovery program at 24.

"I didn't even believe that you could leave addiction until I saw people in the program who were junkies," Cowan said.

She said she repeatedly met people who encouraged her to reach for her potential.

"I want to be that kind of person for somebody," Cowan said. "If you survived, you need to be encouraged to go on with your life, there is something for you.

"I know a lot of women who didn't survive — who were killed by customers, or overdosed."

Often, when the topics of prostitution and strip clubs are discussed, it is the women involved who are the scapegoats, she said.

"Young adult guys who are going there have no respect for women," Cowan said. "What's in your mind, partner, while you are sitting there watching?"

At issue, she said is the question of community wellness.

"The whole thing does not make for a healthy community," she said. "How healthy do you want your community to be? Would you stand up for a crack house?"

Heather A. Resz can be reached at hresz@anchoragechronicle.com or 348-2432.