CLERK'S OFFICE
AMENDED AND APPROVED
Date: 2-15-94
Reconsideration Given 2/16/94
Not Reconsidered 2/22/94

Submitted by: Assemblymember Murdy
Prepared by: Department of Law
For reading: February 15, 1994

ANCHORAGE, ALASKA
AO NO. 93-157(S-6)

AN ORDINANCE OF THE MUNICIPALITY OF ANCHORAGE AMENDING ANCHORAGE MUNICIPAL CODE CHAPTERS 21.25, 21.40, 21.50, 21.55 AND 10.40, AND ANCHORAGE MUNICIPAL CODE OF REGULATIONS 10.40 REGARDING ADULT ORIENTED ESTABLISHMENTS, INCLUDING PHYSICAL CULTURE STUDIOS AND MASSAGE PARLORS.

WHEREAS, it is a lawful purpose of the Assembly to enact regulatory ordinances protecting and promoting the general welfare, health and safety of Municipal citizens; and

WHEREAS, the Municipality is empowered to enact such ordinances pursuant to the Constitution and Laws of the State of Alaska; and

WHEREAS, the Assembly deems it necessary to provide for licensing and regulation of adult oriented establishments including, but not limited to, adult bookstores, adult mini-motion picture establishments, adult motion picture theaters, physical culture studios, massage parlors, escort services, or similar type businesses where, by the nature of the business, minors under the age of 18 are denied entry or, businesses which are prohibited by law from having minors or unaccompanied minors on the premises for reasons other than the sale of liquor; and

WHEREAS, many adult oriented establishments provide rooms or install booths with doors in which patrons can view adult oriented movies or videotape or film or view other forms of adult entertainment; and

WHEREAS, adult businesses have been determined, by court accepted independent studies, to produce secondary impacts on surrounding land uses. The impacts include a decline in property values, and increase in the level of criminal activity including prostitution, rape, and assaults in the vicinity of these types of enterprises, and the degradation of the community standard of morality by including a loss of sensitivity to the adverse effect of pornography upon children, upon established family relations, and upon respect for marital relationships.

NOW THEREFORE, THE ANCHORAGE ASSEMBLY ORDAINS:

Section 1: That a new AMC 10.40.050 is enacted to read as follows:

10.40.050   Adult oriented establishment--license.

A.   Definitions.

For the purpose of this section, the following words and phrases shall have the meanings indicated:

- 2 -

1. "Adult-oriented establishment," or "Adult Business", shall include, but is not limited to, "adult bookstores," "adult motion picture theaters," "adult mini-motion picture establishments," "physical culture studios," "massage parlors," "escort services," or similar type businesses where, by the nature of the business, minors under the age of 18 are denied entry, or businesses which are prohibited by law from having minors or unaccompanied minors on the premises for reasons other than the sale of liquor, and further, means any premises to which public patrons or members are invited or admitted and which are so physically arranged so as to provide booths, cubicles, rooms, compartments or stalls separate from the common areas of the premises for the purposes of viewing adult-oriented motion pictures, or where an entertainer provides adult entertainment to a member of the public, a patron or a member, whether or not such adult entertainment is held, conducted, operated or maintained for a profit, direct or indirect. Adult-oriented establishment does not include an "adult cabaret".

2. "Adult bookstore" means an establishment having as its stock in trade, for sale, rent, lease, inspection or viewing of books, films, video cassettes, magazines or other periodicals which are distinguished or characterized by their emphasis on matters depicting, describing or relating to "specific sexual activities" or "specified anatomical area" as defined below, and in conjunction therewith have facilities for the presentation of adult oriented films, movies or live performances, for observation.

3. "Adult motion picture theater" means an enclosed building with a capacity of fifty (50) or more persons used for presenting material having as its dominant theme, or distinguished or characterized by an emphasis on, matters depicting, describing or relating to "specified sexual activities," or "specified anatomical areas," as defined below, for observation by patrons therein.

4. "Adult mini-motion picture theater" means an enclosed building with a capacity of less than fifty (50) persons used for presenting material having as its dominant theme, or distinguished or characterized by an emphasis on, matters depicting, describing or relating to "specified sexual activities," or "specified anatomical areas, " as defined below, for observation by patrons therein.

5. "Adult cabaret" means a cabaret which features topless dancers, strippers, male or female impersonators, or similar entertainers.

6. "Adult entertainment" means any exhibition of any motion pictures, live performance, display or dance of any type, which has as its dominant theme, or is distinguished or characterized by an emphasis on, any actual or simulated "specified sexual activities," or "specified anatomical area," as defined below.

- 3 -

7. "Escort service" means a person or business that furnishes, offers to furnish or advertises to furnish escorts for a fee, tip or other consideration and/or prohibits service to or entry onto their premises of minors under the age of eighteen (18). Escort service shall not include computerized or telephonic services which do not allow access to the premises by customers.

8. "Operators" means any person, partnership, or corporation operating, conducting, maintaining or owning any adult-oriented establishment.

9. "Physical culture studio or massage parlor" means an establishment which provides any of the following services for hire or compensation:

   a) baths or bathing facilities;

   b) steamrooms, saunas or related facilities;

   c) modeling or modeling facilities;

   d) services involving the use of conditioning or exercise equipment;

   e) massage or related services.

   which does not have either a license for the establishment under Alaska Statutes Title 8 or under this chapter for the practice of a profession or vocation licensed or regulated under Alaska Statutes Title 8 or this chapter or which provides services through persons acting as employees, independent contractors or otherwise who do not have a current license to provide such services pursuant to either Alaska Statutes Title 8 or this chapter.

10. "Specified sexual activities" means simulated or actual:

    a) showing of human genitals in a state of sexual stimulation or arousal;

    b) acts of masturbation, sexual intercourse, sodomy, bestiality, necrophilia, sado-masochistic abuse, fellatio or cunnilingus;

    c) fondling or erotic touching of human genitals, pubic region, buttock or female breasts.

11. "Specified anatomical areas" means:

    a)    less than completely and opaquely covered human genitals, pubic region, buttocks, and female breast below a point immediately above the top of the areola;

    b)    human male genitals in a discernible turgid state, even if opaquely covered.

**B.**   License

1    Except as provided in subsection (4) below, from and after the effective date of this ordinance, no adult oriented establishment shall be operated or maintained in the Municipality of Anchorage without first obtaining a license to operate issued by the Municipal Clerk.

2    A license may be issued only for one (1) adult-oriented establishment located at a fixed and certain place. Any person, partnership, or corporation which desires to operate more than one adult-oriented establishment must have a license for each. The requirements of AMC 21.45.240 will apply to each location.

3.    No license or interest in a license may be transferred to any person, partnership or corporation.

4.    All adult-oriented establishments existing at the time of the passage of this ordinance must submit an application for a license within sixty (60) days of the passage of this ordinance. If an application is not received within said sixty (60) day period, then such existing adult-oriented establishment shall cease operations.

**C.**   Application for License

1.    Any person, partnership or corporation desiring to secure a license shall make application to the Municipal Clerk. The application shall be filed in triplicate with and dated by the Clerk. A copy of the application shall be distributed promptly by the Clerk to the Anchorage Police Department and to the applicant.

2    The application for a license shall be upon a form provided by the Clerk. An applicant for a license, shall furnish the following information under oath:

    a)    Name and address;

    b)    Written proof that the individual is at least eighteen (18) years of age;

    c)    The address of the adult-oriented establishment and the name of the business to be operated by the applicant.

    d)    If the applicant is a corporation, the application shall specify the name of the corporation, the date and state of incorporation, the name and address of the registered agent and the name and address of all shareholders owning more than five percent (5%) of the stock in said corporation and all officers and directors of the corporation.

3.    Within twenty one (21) days of receiving an application for a license the Clerk shall notify the applicant whether the application is granted or denied.

4.    Whenever an application is denied, the Clerk shall advise the applicant in writing of the reasons for such action. If the applicant requests a hearing within ten (10) days of receipt of notification of denial, a public hearing shall be held within ten (10) days thereafter before the Clerk, as hereinafter provided.

5.    Failure or refusal of the applicant to give any information relevant to the investigation for the application or his or her refusal or failure to appear at any reasonable time and place for examination under oath regarding said application or his or her refusal to submit to or cooperate with any investigation required by this ordinance shall constitute an admission by the applicant that he or she is ineligible for such license and shall be grounds for denial thereof by the Clerk.

D.    Standards for Issuance of License.

To receive a license to operate an adult-oriented establishment, an applicant must meet the following standards:

a)    If the applicant is an individual:

    1)    The applicant shall be at least eighteen (18) years of age.

    2)    The applicant must have not been convicted of a violation of this ordinance or any of the offenses listed in subsection I.1.f.1 of this ordinance within the two (2) years immediately preceding the date of application.

b)    If the applicant is a corporation:

    1)    All officers, directors and stockholders required to be named under Section C.2.d shall be at least eighteen (18) years of age.

    2)    The applicant must have not been convicted of a violation of this ordinance or any of the offenses listed in subsection I.1.f.1 of this

- 6 -

        ordinance within the two (2) years immediately preceding the date of application.

    c) If the applicant is a partnership, joint venture, or any other type of organization where two (2) or more persons have a financial interest:

      1 All persons having a financial interest in the partnership, joint venture or other type of organization shall be at least eighteen (18) years of age.

      2) The applicant must have not been convicted of a violation of this ordinance or any of the offenses listed in subsection I.1.f.1 of this ordinance within the two (2) years immediately preceding the date of application.

   2 The location for which the license is sought must meet the requirements of AMC 21.45.240 or comply with that section as an existing nonconforming use.

E. Fees.

A license fee of THREE HUNDRED ($300.00) DOLLARS shall be submitted with the application for a license. If the application is denied, the fee shall be returned.

F. Display of License or Permit.

The license shall be displayed in a conspicuous public place in the adult-oriented establishment. Any premises licensed under this section shall also post a notice at all entrances that it is a premises where minors are not allowed.

H. Renewal of License or Permit.

   Every license issued pursuant to this Ordinance will terminate at the expiration of one (1) year from the date of issuance, unless sooner revoked, and must be renewed before operation is allowed in the following year. Any operator desiring to renew a license shall make application to the Clerk. The application for renewal must be filed not later than sixty (60) days before the license expires. The application for renewal shall be filed in triplicate with and dated by the Clerk. A copy of the application for renewal shall be distributed promptly by the Clerk to the Anchorage Police Department and to the operator. The application for renewal shall be upon a form provided by the Clerk and shall contain such information and data, given under oath or affirmation, as is required for an application for a new license.

2. A license renewal fee of THREE HUNDRED ($300.00) DOLLARS shall be submitted with the application for renewal. In addition to the renewal fee, a late penalty of ONE HUNDRED ($100.00) DOLLARS shall be assessed against the applicant who files for a renewal less than sixty (60) days before the license expires. If the application is denied, the renewal fee only shall be returned.

3. If the Anchorage Police Department is aware of any information bearing on the operator's qualifications, or that of the applicant's employees, that information shall be filed in writing with the Clerk.

I. Revocation of License.

1. The Clerk may revoke or suspend a license or permit for any of the following reasons:

   a) Discovery that false or misleading information or data was given on any application or material facts were omitted from any application.

   b) The operator violates any provision of subsection K of this Chapter or any rule or regulation adopted pursuant to this Chapter.

   c) The operator becomes ineligible to obtain a license or permit.

   d) Any cost or fee required to be paid by this Ordinance is not paid.

   e) Any intoxicating liquor or cereal malt beverage is served or consumed on the premises of the adult-oriented establishment.

   f) The licensee, or the licensee's employees, manager or designated representative is convicted of the following offenses at the location to which an adult business license has been issued or if services are rendered at another location by any employee representing the business to which the license has been issued:

      (1) involving any of the following offenses as described in Chapter 8 of the Anchorage Municipal Code:

         (a) assignation for prostitution
         (b) prostitution
         (c) offering to secure another for prostitution
         (d) maintaining place of prostitution
         (e) owning or leasing a place of prostitution
         (f) coercing another to become a prostitute

- 8 -

      (g)    Section 8.05.410 Minors--Prohibited performances and exhibitions

      (h)    Section 8.05.410 Minors--Disseminating indecent material to; or

      (i)    Section 8.05.425 Sexual exploitation of minors.

(2) the fact that a conviction is being appealed shall have no effect on the revocation of the license.

g) Any of the reasons set forth in AMC 10.10.035.

2. The transfer of a license or any interest in a license shall automatically and immediately revoke the license.

3. The Clerk, before revoking or suspending any license or permit, shall give the operator at least ten (10) days written notice of the charges against him/her, and the opportunity for a hearing before the Clerk, as hereinafter provided. In deciding whether to revoke or suspend a license or permit the Clerk may consider remedial measures taken by the licensee or permittee.

4. Any person whose license has been revoked under this section may apply for a new license when they have met the qualifications required for new license applicants.

J. **Physical Layout of Adult-Oriented Establishment.**

Any adult-oriented establishment having available for customers, patrons or members, any booth, room or cubicle for the private viewing of any adult entertainment must comply with the following requirements:

    a. Access. Each booth, room or cubicle shall be totally accessible to and from aisles and public areas of the adult-oriented establishment, and shall be unobstructed by any curtain, door, lock or other control-type devices.

    b. Construction. Every booth, room or cubicle shall meet the following construction requirements:

    (1) Each booth, room or cubicle shall be separated from adjacent booths, rooms and cubicles and any non-public areas by a wall.

    (2) Have at least one side totally open to a public lighted aisle so that there is an unobstructed view at all times of anyone occupying same.

  (3) All walls shall be solid and without any openings, extended from the floor to a height of not less than six (6) feet and be light colored, non-absorbent, smooth textured and easily cleanable.

  (4) The floor must be light colored, non-absorbent, smooth textured and easily cleanable.

  (5) The lighting level of each booth, room or cubical, when not in use shall be a minimum of ten (10) foot candles at all times, as measured from the floor.

 c. Occupants. Only one individual shall occupy a booth, room or cubicle at any time. No occupant of same shall engage in any type of sexual activity, cause any bodily discharge or litter while in the booth. No individual shall damage or deface any portion of the booth.

2. The licensee of any adult oriented establishment which is physical culture studio or massage parlor shall keep licensed premises clean and sanitary. Clean towels, sheets and linens shall be provided for each patron receiving massage services. Disinfecting agents and sterilizing equipment sufficient to assure the cleanliness and safe condition of all equipment shall be provided and used.

K. Responsibilities of the Operator.

1. Every act or omission by an employee constituting a violation of the provision of this Ordinance shall be deemed the act or omission of the operator if such act or omission occurs either with the authorization, knowledge, or approval of the operator, or as a result of the operator's negligent failure to supervise the employee's conduct, and the operator shall be punishable for such act or omission in the same manner as if the operator committed the act or caused the omission.

2. Any act or omission of any employee constituting a violation of the provisions of this Ordinance shall be deemed the act or omission of the operator for purposes of determining whether the operator's license shall be revoked, suspended or renewed.

3. No employee of an adult-oriented establishment shall allow any minor to enter, loiter around or to frequent an adult-oriented establishment or to allow any minor to view adult entertainment as defined herein.

4. The operator shall maintain the premises in a clean and sanitary manner at all times.

10

5. The operator shall maintain at least ten (10) foot candles of light in the public portions of the establishment, including aisles, at all times. However, if a lesser level of illumination in the aisles shall be necessary to enable a patron to view the adult entertainment in a booth, room or cubicle adjoining aisle, a lesser amount of illumination may be maintained in such aisles, provided, however, at no time shall there be less than one (1) foot candle of illumination in said aisles, as measured from the floor.

6. No licensee shall have any other license or permits for games of chance to be played or sold on that premises licensed as an Adult Business.

7. An operator may not have his/her business premises connected by any means of ingress or egress with premises occupied by an establishment selling or dispensing alcoholic beverages.

8. Licensees who operate physical culture studios or massage parlors must keep records of treatments given and the names of masseurs or masseuses giving such treatments. Such records, as well as the premises of the business establishment, shall be subject to administrative inspection by municipal officers as permitted under this title.

L. Administrative Procedure and Review.

Review of the grant, denial, renewal, nonrenewal, suspension or revocation of a license shall be in accordance with AMC 10.10.035 and AMC 3.60.

~~M.~~ ~~Exclusions.~~

~~All private schools, and public schools, operated under the supervision of the Anchorage School District and/or the Alaska State Board of Education, located within the Municipality are exempt from obtaining a license hereunder when instructing pupils in sex education as part of its curriculum.~~



M. Penalties and Prosecution.

Any person, partnership, or corporation which is found to have violated this Ordinance shall be fined a definite sum not exceeding the bond posted by the applicant required under section E.2. of this ordinance and shall result in the revocation of any license. The Municipal Clerk shall notify the administrative official, as identified in AMC 21.25.030, of any convictions for violations of AMC 10.40.050. Whenever a particular establishment is the location of two or more violations of subsection K of this ordinance for which the employer is responsible under subsection K.1 occurring within a twenty

four (24) month period, the administrative official shall proceed against the use entitlement under AMC 21.25.030.

N. Severability.

If any provision of this Ordinance is deemed invalid or unconstitutional by a Court of competent jurisdiction, such invalidity or unconstitutionality shall not affect the other provisions of same.

O. Enforcement.

The Anchorage Police Department shall have the authority to enter any adult oriented establishment at all reasonable times to inspect the premises and enforce this ordinance.

Section 2: That AMC 10.40.015 is amended to read as follows:

10.40.015   Adult oriented establishment--prohibited acts.

A person holding a [PHYSICAL CULTURE STUDIO] adult oriented establishment license or a masseur/masseuse license may not:

A. Operate the business or engage in the licensed activity between the hours of 2:00 a.m. and 6:00 a.m.;

B. Lock patrons inside any part of the premises during business hours;

C. Solicit for another person, engage in, or offer to engage in an act of prostitution, cunnilingus or fellatio with a business invitee.

D. Intentionally expose their genitals to a business invitee or intentionally touch the genitals of a business invitee.

Section 3: That AMCR 10.40.010 is amended to read as follows:

10.40.001   Service establishment license fee.

Pursuant to AMC Chapter 10.40 the license fee for service establishments [WHICH INCLUDE PHYSICAL CULTURE STUDIOS, MASSEUSE/MASSEURS, AND PRIVATE DETECTIVE AGENCIES,], except as otherwise provided in AMC Chapter 10.40, is $50.00.

- 12 -

Section 4: That this ordinance shall become effective May 1, 1994.

PASSED AND APPROVED by the Anchorage Assembly this 15th day of February, 1994.

_____
Chairman of the Assembly

ATTEST:

_____
Municipal Clerk

g:\assy\so\s-6.so



# MUNICIPALITY OF ANCHORAGE

## ASSEMBLY MEMORANDUM

No. __AM 254-94__

Meeting Date: __February 15, 1994__

**From:** Assemblymember Murdy

**Subject:** AN ORDINANCE OF THE MUNICIPALITY OF ANCHORAGE AMENDING ANCHORAGE MUNICIPAL CODE CHAPTERS 21.25, 21.40, 21.50, 21.55 AND 10.40, AND ANCHORAGE MUNICIPAL CODE OF REGULATIONS 10.40 REGARDING ADULT ORIENTED ESTABLISHMENTS, INCLUDING PHYSICAL CULTURE STUDIOS AND MASSAGE PARLORS.

AO 93-157(S-6) differs from AO 93-157(S-5) in that it deletes the bond requirement and reduces the license fee from $500.00 to $300.00.

I RECOMMEND APPROVAL OF AO 93-157(S-6).

Respectfully submitted by:            Prepared by:

Joe Murdy                              Richard L. McVeigh
Assemblymember                         Municipal Attorney

g:\assy\am\adult6.she

AO 93-157(S-6)

01-001 (Rev. 6/91) MOA 23

CLERK'S OFFICE
Feb 16  4 11 PM '94

I hereby ~~wish~~ give notice of reconsideration on AO 93-157 (5-6).

Cheryl Clementson

*[signature]*

TOTAL P.01

02-16-1994 04:50PM    FROM Cheryl A. Clementson    TO 3434780    P.01