MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*Sands North, Inc. v. The City of Anchorage, Alaska*
Case No.  3:05-cv-256 TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

**IT IS HEREBY ORDERED:**

By Wednesday, June 21, 2006, each party shall file with the Court a document setting forth (1) dates between July 24 and August 4, 2006 on which it is available for a hearing on plaintiff's pending motion for a preliminary injunction, (2) whether it seeks an evidentiary hearing and, if so, (3) the anticipated length of that hearing.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: June 16, 2006