Kenneth P. Jacobus
KENNETH P. JACOBUS, P.C.
310 K Street, Suite 200
Anchorage, Alaska 99501
(907) 277-3333
(907) 264-6666 (Fax)

ALLAN S. RUBIN
DRAPER & RUBIN, P.L.C.
29800 Telegraph Road
Southfield, Michigan 48034
(248) 358-9400
(248) 358-9729 (Fax)

Co-Counsel for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SANDS NORTH, INC., d/b/a FANTASIES ON 5th AVENUE, an Alaskan Corporation<br><br>Plaintiff,<br><br>vs.<br><br>MUNICIPALITY OF ANCHORAGE, ALASKA, an Alaskan Municipal Corporation<br><br>Defendant. | **STATUS REPORT OF PLAINTIFF, SANDS NORTH, INC.**<br><br>U.S. District No. 3:05-cv-256 (TMB) |

Sands North, Inc., is furnishing the following information in response to the orders of this Court:

(1) Sands North is not certain whether a response is still required to the Order at Docket #15. Most of this information appears in the Scheduling and Planning Conference Report filed

January 23, 2006, and this Court would have been fully advised as to additional information at the most recent hearing. If this Court desires additional information, Sands North will be pleased to provide it.

(2) The order at Docket #27 requires that certain specific information be provided. (1) Sands North will not be available for a hearing earlier than August 1, 2006. Allan Rubin has a trial scheduled for the week of July 24-28. I have an arbitration scheduled for July 24 and 25, and then I leave the state from July 26 through July 31. (2) The hearing being sought is an evidentiary hearing. (3) Depending on the length of the Court day and the responses which will be made by the Municipality, I anticipate a 2 to 3 day hearing.

There may be some problems which will arise in the future. The Municipality is late on providing discovery responses. These responses must be provided to Sands' expert for analysis prior to the hearing so that he can give meaningful testimony. This analysis will take some time. In addition, there will likely be certain depositions which will be taken, based on the discovery responses. The Municipality itself may want some depositions.

The bottom line is that it cannot be said with certainty at this time that the parties will be ready for a hearing on the preliminary injunction during the period of time specified by this Court. It is already late in June. In order to solve this potential problem, Sands has proposed that this case be set for trial in approximately October and the matter fully resolved at that time without the need for a separate hearing on a preliminary injunction. The Municipality wants scheduling certainty, however, and desires to proceed with the hearing during the time tentatively agreed upon. A scheduling hearing with this Court in the near future would probably

KENNETH P. JACOBUS, P.C.
310 K STREET, SUITE 200
ANCHORAGE AK 99501-2064
TELEPHONE (907) 277-3333

be useful to again discuss the scheduling needs of this case.

Dated this 21st day of June, 2006.

                          KENNETH P. JACOBUS, P.C.

                By /s/ Kenneth P. Jacobus
                        KENNETH P. JACOBUS, P.C.
                        310 K Street, Suite 200
                        Anchorage AK 99501-2064
                        Phone: (907) 277-3333
                        Fax: (907) 264-6666
                        E-mail: kpjlaw@yahoo.com
                        ABA No. 6911036

**CERTIFICATE OF SERVICE**

I, Kenneth P. Jacobus, hereby certify under penalty of perjury that I mailed a copy of this Status Report on June 21, 2006, to:

Thomas M. McDermott
Assistant Municipal Attorney
Office of the Municipal Attorney
P.O. Box 196650
Anchorage AK 99519-6650

Kenneth P. Jacobus

KENNETH P. JACOBUS, P.C.
310 K STREET, SUITE 200
ANCHORAGE AK 99501-2064
TELEPHONE (907) 277-3333