IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SANDS NORTH, INC. d/b/a FANTASIES ON 5TH AVENUE,<br><br>        Plaintiff,<br><br>   vs.<br><br>MUNICIPALITY OF ANCHORAGE, ALASKA,<br><br>        Defendant. | Case No. 3:05-cv-00256   TMB<br><br>ORDER APPROVING STIPULATED PARTIAL STAY OF ENFORCEMENT |

Pursuant to the stipulation of the parties,

**IT IS HEREBY ORDERED THAT** the provision of Municipal Ordinance 10.04.050 which provides that "A separation of a minimum of four (4) feet shall be maintained between entertainers, dancers, and/or strippers" shall not be enforced by the Anchorage Police Department or any other law enforcement official of the Municipality of Anchorage, prior to the initial grant or denial of the presently pending Motion for Preliminary Injunction.

Dated at Anchorage, Alaska, this 21st day of June, 2006.

                                            /s/ Timothy Burgess
                                            Timothy M. Burgess
                                            United States District Judge