Thomas M. McDermott
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
(907) 343-4545

Attorney for Defendants
Municipality of Anchorage

## THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SANDS NORTH, INC., d/b/a FANTASIES ON 5TH AVENUE, an Alaskan Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MUNICIPALITY OF ANCHORAGE, ALASKA, an Alaskan Municipal Corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

U.S. District No. 3:05-cv-00256 (TMB)

### RESPONSE TO JUNE 16, 2006 MINUTE ORDER

COMES NOW Defendant Municipality of Anchorage, and in response to this Court's Minute Order dated June 16, 2006 hereby states:

1) The Municipality will be unavailable for hearing on July 27, 28 and 31, 2006 but otherwise available any date between July 24 and August 4, 2006.

2) The Municipality seeks an evidentiary hearing.

3) The Municipality anticipates it will need two to three hours to present its evidence at the hearing.

Respectfully submitted this 21st day of June, 2006.

                                    FREDERICK H. BONESS
                                    Municipal Attorney

By:   s/ Thomas M. McDermott
       Assistant Municipal Attorney
       P.O. Box 196650
       Anchorage, AK  99519-6650
       (907) 343-4545
       (907) 343-4550 – fax
       uslit@muni.org
       Alaska Bar No. 9910050

The undersigned hereby certifies that on June 21st, 2006 a true and correct copy of the MOA's Response to June 16, 2006 Minute Order was served on:

- Kenneth P. Jacobus
- Allan S. Rubin

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing

s/ Patricia A. Karella
Patricia A. Karella, Legal Secretary
Municipal Attorneys Office