# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

*Sands North, Inc. v. The City of Anchorage, Alaska*
Case No. 3:05-cv-256 TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

<u>PROCEEDINGS</u>:   ORDER FROM CHAMBERS

**IT IS HEREBY ORDERED:**

A one day hearing on plaintiff's motion for a preliminary injunction is set for Tuesday, August 1, 2006, commencing at 9.00 a.m. in Anchorage Courtroom 1.

Parties are not required to submit a status report pursuant to the Order at Docket No. 15.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: June 22, 2006