KENNETH JACOBUS
310 "K" Street, Suite 200
Anchorage, AK 99501-2064
(907) 277-3333 – Phone
(907) 264-6666 - Fax
kpjlaw@yahoo.com

Attorney for Plaintiff

Thomas M. McDermott
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
(907) 343-4545

Attorney for Defendant

ALLAN S. RUBIN*
DRAPER & RUBIN, P.L.C.
29800 Telegraph Road
Southfield, Michigan 48034
(248) 358-9400 – Phone
(248) 358-9729 – Fax
allan@draper-rubin.com
*Admitted Pro Hac Vice

Co-Counsel for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**

SANDS NORTH, INC., d/b/a FANTASIES
ON 5th AVENUE, an Alaska Corporation,

   Plaintiff,

vs.

THE CITY OF ANCHORAGE, ALASKA,
an Alaska Municipal Corporation,

   Defendant.

Case No: 3:05-cv-256

HON. Timothy M. Burgess

**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE REPLY BRIEF TO
DEFENDANTS RESPONSE TO PLAINTIFFS MOTION FOR PRELIMINARY
INJUNCTION**

The parties, by and through their respective counsel, hereby stipulate and agree as follows:

### Recitals to Stipulation

1. The Plaintiff has filed a Motion for Preliminary Injunction;

2. The Plaintiff has served certain discovery upon the Defendant which has yet to be fully responded to by the Defendant;

3. That the Defendant contends that it is diligently attempting to gather the requested information and the Plaintiff does not dispute that contention;

4. That Plaintiff contends that receipt of the outstanding discovery is necessary for it to properly reply to the arguments of the Defendant in Opposition to the Plaintiffs Motion for Preliminary Injunction. The Defendant does not dispute that contention; and

5. The Plaintiff has sought concurrence in a Motion to Extend the Date that its Reply Brief would otherwise be due from the Defendant as required by the Local Rules of Practice based upon Plaintiffs contention that the outstanding discovery is necessary for it to prepare its response to the Defendants Reply Memorandum. The Defendant has concurred in that request and this stipulation is filed in lieu of a Motion.

### Stipulation to Extend Time to File Reply Brief

Now therefore it is hereby stipulated and agreed that the Plaintiff shall have 10 business days from the date the Defendant serves its Response to Plaintiffs outstanding discovery to file is Reply to the Defendants Opposition to the Plaintiffs Motion for Preliminary Injunction.

**IT IS SO STIPULATED**.

Dated this 28 day of June, 2006

s/ Kenneth Jacobs with consent  
KENNETH JACOBUS  
310 "K" Street, Suite 200  
Anchorage, AK 99501-2064  
(907) 277-3333 – Phone  
(907) 264-6666 - Fax  
kpjlaw@yahoo.com  

Attorney for Plaintiff

s/Thomas M. McDermott with consent  
THOMAS M. MCDERMOTT  
Assistant Municipal Attorney  
Municipal Attorney's Office  
P.O. Box 196650  
Anchorage, Alaska 99519-6650  
(907) 343-4545  

Attorney for Defendant

s/ Allan S. Rubin  
ALLAN S. RUBIN*  
DRAPER & RUBIN, P.L.C.  
29800 Telegraph Road  
Southfield, Michigan 48034  
(248) 358-9400 – Phone  
(248) 358-9729 – Fax  
allan@draper-rubin.com  
*Admitted Pro Hac Vice

Co-Counsel for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**

SANDS NORTH, INC., d/b/a FANTASIES
ON 5th AVENUE, an Alaska Corporation,

        Plaintiff,

Case No: 3:05-cv-256

HON. Timothy M. Burgess

vs.

THE CITY OF ANCHORAGE, ALASKA,
an Alaska Municipal Corporation,

        Defendant.

---

**ORDER EXTENDING TIME FOR PLAINTIFF TO FILE REPLY BRIEF TO DEFENDANTS RESPONSE TO PLAINTIFFS MOTION FOR PRELIMINARY INJUNCTION**

This matter having come before the Court on the Stipulation of the Parties, the Court having reviewed same and being otherwise duly advised in the premise:

**IT IS HEREBY ORDERED** that the Plaintiff shall have 10 business days from the date that the Defendant serves its answers to the Plaintiffs outstanding discovery to file its Reply to the Opposition of the Defendant to the Plaintiff's Motion for Preliminary Injunction.

**IT IS SO ORDERED**.

Dated: _____          _____
                                                 UNITED STATES DISTRICT COURT JUDGE