## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*Sands North, Inc. v. The City of Anchorage, Alaska*
Case No.  3:05-cv-256 TMB

By:                THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

The Court has reviewed the parties' stipulation to extend Plaintiff's time to reply (Docket No. 33).

**IT IS HEREBY ORDERED:**

The stipulation is **DENIED**, however, the Court appreciates the concerns prompting the parties' request for an extension and extends the filing deadline as follows:

Defendant shall serve Plaintiff with the discovery materials referenced in the parties' stipulation on or before July 18, 2006.

Plaintiff shall file its reply on or before July 25, 2006.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: June 28, 2006