Kenneth P. Jacobus
KENNETH P. JACOBUS, P.C.
310 K Street, Suite 200
Anchorage, Alaska 99501
(907) 277-3333
(907) 264-6666 (Fax)

ALLAN S. RUBIN
DRAPER & RUBIN, P.L.C.
29800 Telegraph Road
Southfield, Michigan 48034
(248) 358-9400
(248) 358-9729 (Fax)

Co-Counsel for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SANDS NORTH, INC., d/b/a FANTASIES ON 5th AVENUE, an Alaskan Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MUNICIPALITY OF ANCHORAGE, ALASKA, an Alaskan Municipal Corporation<br><br>Defendant. | )<br>)<br>)<br>)<br>) **NON-OPPOSED MOTION TO**<br>) **VACATE HEARING**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) U.S. District No. 3:05-cv-256 (TMB) |

The plaintiffs move that the hearing on the preliminary injunction, presently set for August 1, 2006, be vacated. The hearing should be reset at a time mutually convenient to the parties and this Court on or after September 1, 2006. I discussed this one month extension with the attorney for the Municipality, who stated that the Municipality does not oppose this motion.

The reason for this motion is that the parties have been unable to completely prepare for a hearing on August 1, 2006. Among things which need to still be completed are (1) the plaintiffs need more detailed information from the Municipality to present to plaintiff's expert for the purpose of his analysis, and (2) both parties desire to depose witnesses or representatives of the other party. The parties are working together amicably to get these issues resolved. A

delay of the hearing date is needed, however, in order that adequate preparation can be completed.

Executed at Anchorage, Alaska, this 19th day of July, 2006

                    KENNETH P. JACOBUS, P.C.
                    Attorney for Plaintiffs

By /s/ Kenneth P. Jacobus
KENNETH P. JACOBUS, P.C.
310 K Street, Suite 200
Anchorage AK 99501-2064
Phone: (907) 277-3333
Fax: (907) 264-6666
E-mail: kpjlaw@yahoo.com
ABA No. 6911036

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that true copies of this Motion to Vacate and proposed Order were mailed on July 19, 2006, to:

Thomas McDermott
Office of Anchorage Municipal Attorney
P.O. Box 196650
Anchorage AK 99519-6650

Kenneth P. Jacobus

2

Kenneth P. Jacobus
KENNETH P. JACOBUS, P.C.
310 K Street, Suite 200
Anchorage, Alaska 99501
(907) 277-3333
(907) 264-6666 (Fax)

ALLAN S. RUBIN
DRAPER & RUBIN, P.L.C.
29800 Telegraph Road
Southfield, Michigan 48034
(248) 358-9400
(248) 358-9729 (Fax)

Co-Counsel for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SANDS NORTH, INC., d/b/a<br>FANTASIES ON 5th AVENUE,<br>an Alaskan Corporation<br><br>Plaintiff,<br><br>vs.<br><br>MUNICIPALITY OF<br>ANCHORAGE, ALASKA,<br>an Alaskan Municipal<br>Corporation<br><br>Defendant. | **PROPOSED ORDER GRANTING<br>NON-OPPOSED MOTION TO<br>VACATE HEARING**<br><br><br><br><br><br><br><br><br><br>U.S. District No. 3:05-cv-256 (TMB) |

IT IS ORDERED THAT plaintiff's motion that the hearing on the preliminary injunction, presently set for August 1, 2006, be vacated, is **GRANTED**. This hearing is vacated and shall be reset at a time mutually convenient to the parties and this Court on or after September 1, 2006.

Dated at Anchorage, Alaska, this _____ day of July, 2006

_____
United States District Judge

KENNETH P. JACOBUS, P.C.
310 K STREET, SUITE 200
ANCHORAGE AK 99501-2064
TELEPHONE (907) 277-3333