### MINUTES OF THE UNITED STATES DISTRICT COURT
### DISTRICT OF ALASKA

*Sands North, Inc. v. The City of Anchorage, Alaska*
Case No. 3:05-cv-256 TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

The Court has reviewed the Plaintiff's non-opposed motion to vacate the preliminary injunction hearing scheduled for Tuesday, August 1, 2006. (Docket No. 35).

**IT IS HEREBY ORDERED:**

A hearing on the motion to vacate is set for 10 a.m. on Tuesday, July 25, 2006 in Courtroom 1. The parties may participate telephonically. All individuals appearing telephonically should contact the case manager at (907) 677-6144 at least 24 hours prior to the hearing.

The parties should be prepared to discuss the continued need for a preliminary injunction in light of the stipulations into which they have entered. If there is a continuing need for a preliminary injunction hearing, the Court is inclined to hold that hearing as scheduled, on Tuesday, August 1, 2006. Plaintiff's motion to vacate asks the Court to postpone the preliminary injunction hearing to allow the parties to conduct further discovery. However, "[t]he purpose of a preliminary injunction is merely to preserve the relative positions of the parties until a trial on the merits can be held. Given this limited purpose, and given the haste that is often necessary if those positions are to be preserved, a preliminary injunction is customarily granted on the basis of procedures that are less formal and evidence that is less complete than in a trial on the merits. A party thus is not required to prove his case in full at a preliminary-injunction hearing." Univ. of Texas v. Camenisch, 451 U.S. 390, 395 (1981).

In the alternative, the parties should be prepared to discuss the consolidation of the preliminary injunction hearing and trial on the merits pursuant to Fed. R. Civ. P. 65(a)(2) and the setting of a trial date.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: July 21, 2006