# MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*Sands North, Inc. v. The City of Anchorage, Alaska*
Case No. 3:05-cv-256 TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

   Discovery was originally scheduled to be completed by June 30, 2006. (Docket No. 10). The deadline for certain discovery was later extended to July 18, 2006. (Docket No. 34). The parties have stated that they now require additional time to complete discovery. The parties have also requested an expedited trial schedule.

   **IT IS HEREBY ORDERED:**

   All discovery must be completed by Friday, August 18, 2006.

   All dispositive motions must be served and filed by Friday, September 8, 2006. Opposition to these motions must be served and filed by Monday, September 18, 2006. Replies must be served and filed by Monday, September 25, 2006.

   This schedule is meant to accommodate the parties' request for an early trial date and to ensure that dispositive motions, if any, are fully submitted prior to the pre-trial proceedings outlined in a separately issued order.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: July 25, 2006