MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*Sands North, Inc. v. The City of Anchorage, Alaska*
Case No. 3:05-cv-256 TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

Per the Court's order at Docket No. 38, dispositive motions, if any, must be fully briefed by September 25, 2006. In light of the participation of out-of-state counsel, the expedited nature of these proceedings, and this Court's busy fall trial schedule, the Court deems it prudent to now set a date for oral argument of any dispositive motions the parties may file.

**IT IS HEREBY ORDERED:**

Oral argument on any dispositive motions filed herein is scheduled for 3.00 p.m. on Tuesday, October 10, 2006 in Courtroom 1 at Anchorage, Alaska.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: August 22, 2006