Thomas M. McDermott
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
(907) 343-4545
Fax: (907) 343-4550
e-mail: uslit@muni.org

Attorney for Defendants
Municipality of Anchorage

## THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SANDS NORTH, INC., d/b/a FANTASIES ON 5TH AVENUE, an Alaskan Corporation,   Plaintiff, vs. MUNICIPALITY OF ANCHORAGE, ALASKA, an Alaskan Municipal Corporation,   Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

U.S. District No. 3:05-cv-00256 (TMB)

### MOTION FOR PARTIAL SUMMARY JUDGMENT

COMES NOW Defendant Municipality of Anchorage, and pursuant to Fed.R.Civ.P. 56 hereby moves for partial summary judgment in the above captioned case. This motion is made on the grounds that there are no disputes of material fact and the movant is entitled to judgment as a matter of law.

Respectfully submitted this 7th day of September, 2006.

        JAMES N. REEVES
        Municipal Attorney

By:   <u>s/ Thomas M. McDermott</u>
      Assistant Municipal Attorney
      P.O. Box 196650
      Anchorage, AK  99519-6650
      (907) 343-4545
      (907) 343-4550 – fax
      uslit@muni.org
      Alaska Bar No. 9910050

The undersigned hereby certifies that on September 7, 2006 a true and correct copy of the Motion for Partial Summary Judgment was served on:

- Kenneth P. Jacobus
- Allan S. Rubin

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing

<u>s/ Patricia A. Karella</u>
Patricia A. Karella, Legal Secretary
Municipal Attorneys Office