Thomas M. McDermott
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
(907) 343-4545
Fax: (907) 343-4550
e-mail: uslit@muni.org

Attorney for Defendants
Municipality of Anchorage

## THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SANDS NORTH, INC., d/b/a FANTASIES ON 5TH AVENUE, an Alaskan Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MUNICIPALITY OF ANCHORAGE, ALASKA, an Alaskan Municipal Corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

U.S. District No. 3:05-cv-00256 (TMB)

## ORDER GRANTING
## MOTION FOR PARTIAL SUMMARY JUDGMENT

This Court, having considered Defendants' Motion for Partial Summary Judgment filed by the Municipality of Anchorage, and all opposition filed thereto, hereby orders that the Motion is GRANTED.

                                                  _____
                                                  The Honorable Timothy M. Burgess
                                                  United States District Court Judge

The undersigned hereby certifies that on _____ a
true and correct copy of the Order on Motion for Partial
Summary Judgment was caused to be served on:

- Kenneth P. Jacobus
- Allan S. Rubin

- Thomas M. McDermott

by first class regular mail, if noted above, or by electronic
means through the ECF system as indicated on the Notice
of Electronic Filing

_____

Order on Motion for Partial Summary Judgment
Sands North v. MOA  3:05-cv-00256 (TMB)
Page 2 of 2