

# MUNICIPALITY OF ANCHORAGE

## ASSEMBLY MEMORANDUM

No. AM 1022-93

Meeting Date: September 14, 1993

**From:** Assemblymember Murdy

**Subject:** AO 93-157  Regarding Regulation of Physical Culture Studios, Massage Parlors, and Adult Businesses

The Municipality currently has a licensing program for physical culture studios and massage parlors under AMC 10.40. The Municipality also regulates the location of premises where minors are not allowed.

AO 93-157 enacts new provisions in chapters 10.40, 21.15, 21.40, 21.50 and 21.55 to flesh out the Municipality's regulatory program. The provisions revise the licensing program for physical culture studios and massage parlors and establish a new licensing program for other adult businesses. The ordinance is patterned after a licensing program which was upheld against a constitutional challenge in the case of _Suburban Video, Inc. v. City of Delafield_, 694 F.Supp. 585 (E.D. Wis. 1988).

The ordinance also amends portions of AMC 21.40 to make physical culture studios, massage parlors and adult businesses conditional uses in R-11, B-1B, B-2A, B-2B, B-2C, B-3, I-1 and I-2 zones. The ordinance also establishes conditional use standards for those businesses.

The ordinance specifically excludes "adult cabaret" establishments from its scope. This means that businesses conducting topless dancing or similar shows will not be regulated by this ordinance unless the enterprise also falls into one of the other classifications.

Finally, the ordinance uses the enforcement order procedure in AMC 21.25.030 to suspend or eliminate use entitlements on premises which violate the licensing requirements two or more times in any 24 month period. Appeals from suspension or revocation of a conditional use or other land use entitlement may be heard either by the Zoning Board of Examiners and Appeals or an administrative hearing officer. A further appeal would be taken to superior court.

Facilities regulated by the ordinance which exist and operate legally upon the effective date of the ordinance would be treated as if there were operating pursuant to an approved conditional use permit. This status may be lost in the event of two convictions for violation of the licensing ordinance within a 24 month period.

I RECOMMEND APPROVAL OF AO 93-157.

AO 93-157

- 2 -

Respectfully submitted by:                                Prepared by:

*Joe Murdy*  /s/                                          *Richard L. McVeigh*
Joe Murdy                                                 Richard L. McVeigh
Assemblymember                                            Municipal Attorney

**SUMMARY OF ECONOMIC EFFECTS**                                                                 Page 2

*Private Sector Economic Effects:*

It is estimated that there are nearly one-hundred establishments would fit be affected if this ordinance is approved. This expands the number of establishments regulated from the seventy that are currently licensed as physical culture studios and massage parlors, since the definition of adult establishment includes the health clubs, massage parlors, and physical culture studios currently licensed, and has been expanded to also include escort services, adult bookstores, adult movie houses, and adult video rentals.

The increase in the license fee from $50 to $500 is intended to cover Municipal costs associated with issuance, oversight, and enforcement of the conditional use permits. Compliance by covered businesses will increase license revenue to the Municipality by approximately $46,500 from the current license revenue of about $3,500 to $50,000 under the new ordinance.

The $5,000 bond requirement will likely cost permittees 10% of the face value of the bond.

Prepared by:  Clay McDowall, Policy and Budget Director        Telephone: 343-4755

Approved by: _____                            Date: _____
            (Director, Preparing Agency)

# MUNICIPALITY OF ANCHORAGE
## Summary of Economic Effects - General Government

AO Number: 93-157

Title: Amending AMC Chapters 21.40, 21.50 and 10.40 Regarding Adult Oriented Establishments, Including Physical Culture Studios and Massage Parlors

Sponsor:   Assemblymember

Preparing Agency: Assembly Policy and Budget Office   Others Affected:

### CHANGES IN EXPENDITURE AND REVENUES (Thousands of Dollars)

| Operating Expenditures | FY 93 | FY 94 | FY 95 | FY 96 | FY 97 |
|---|---|---|---|---|---|
| 1000 Personal Services | | | | | |
| 2000 Supplies | | | | | |
| 3000 Other Services | | | | | |
| 4000 Debt Service | | | | | |
| 5000 Capital Outlay | | | | | |
| TOTAL DIRECT COSTS: | | | | | |

| | FY 93 | FY 94 | FY 95 | FY 96 | FY 97 |
|---|---|---|---|---|---|
| ADD: 6000 Charge from Others | | | | | |
| LESS: 7000 Charge to Others | | | | | |
| FUNCTION COSTS: | | | | | |

| REVENUES: | | | | | |
|---|---|---|---|---|---|

| CAPITAL: | | | | | |
|---|---|---|---|---|---|

| POSITIONS: FT/PT and Temp. | | | | | |
|---|---|---|---|---|---|

Public Sector Economic Effects:

The public sector economic effects, if any, would be less than $30,000.