Thomas M. McDermott
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
(907) 343-4545
Fax:  (907) 343-4550
e-mail:  uslit@muni.org

Attorney for Defendants
Municipality of Anchorage

# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SANDS NORTH, INC., d/b/a FANTASIES ON 5TH AVENUE, an Alaskan Corporation,    Plaintiff, vs. MUNICIPALITY OF ANCHORAGE, ALASKA, an Alaskan Municipal Corporation,    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

U.S. District No. 3:05-cv-00256 (TMB)

## MOTION FOR JUDGMENT ON THE PLEADINGS

COMES NOW Defendant Municipality of Anchorage, and pursuant to Fed.R.Civ.P. 12(c) hereby moves for judgment on the pleadings with respect to any remaining claims in this case not addressed in the Municipality's Motion for Partial Summary Judgment.

Respectfully submitted this 8th day of September, 2006.

          JAMES N. REEVES
          Municipal Attorney

By:    <u>s/ Thomas M. McDermott</u>
       Assistant Municipal Attorney
       P.O. Box 196650
       Anchorage, AK  99519-6650
       (907) 343-4545
       (907) 343-4550 – fax
       uslit@muni.org
       Alaska Bar No. 9910050

The undersigned hereby certifies that on September 8, 2006 a true and correct copy of the Motion for Judgment on the Pleadings was served on:

- Kenneth P. Jacobus
- Allan S. Rubin

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing

<u>s/ Patricia A. Karella</u>
Patricia A. Karella, Legal Secretary
Municipal Attorneys Office