Thomas M. McDermott
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
(907) 343-4545
Fax:  (907) 343-4550
e-mail:  uslit@muni.org

Attorney for Defendants
Municipality of Anchorage

# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SANDS NORTH, INC., d/b/a FANTASIES ON 5TH AVENUE, an Alaskan Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| MUNICIPALITY OF ANCHORAGE, ALASKA, an Alaskan Municipal Corporation, | ) ) ) |
| Defendant. | ) ) |

U.S. District No. 3:05-cv-00256 (TMB)

## ORDER GRANTING
## MOTION FOR JUDGMENT ON THE PLEADINGS

This Court, having considered the Motion for Judgment on the Pleadings filed by the Municipality of Anchorage, and all opposition filed thereto, hereby orders that the Motion is GRANTED.  Defendant is entitled to judgment as a matter of law with respect to all remaining claims in this case not addressed in other motions.

                                                                _____
The Honorable Timothy M. Burgess
United States District Court Judge

The undersigned hereby certifies that on _____ a
true and correct copy of the Order on Motion for Judgment
on the Pleadings was caused to be served on:

- Kenneth P. Jacobus
- Allan S. Rubin

- Thomas M. McDermott

by first class regular mail, if noted above, or by electronic
means through the ECF system as indicated on the Notice
of Electronic Filing

_____

Order on Motion for Judgment on the Pleadings
Sands North v. MOA  3:05-cv-00256 (TMB)
Page 2 of 2