Kenneth P. Jacobus
KENNETH P. JACOBUS, P.C.
310 K Street, Suite 200
Anchorage, Alaska 99501
(907) 277-3333
(907) 264-6666 (Fax)

ALLAN S. RUBIN
DRAPER & RUBIN, P.L.C.
29800 Telegraph Road
Southfield, Michigan 48034
(248) 358-9400
(248) 358-9729 (Fax)

Co-Counsel for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SANDS NORTH, INC., d/b/a FANTASIES ON 5th AVENUE, an Alaskan Corporation<br><br>Plaintiff,<br><br>vs.<br><br>MUNICIPALITY OF ANCHORAGE, ALASKA, an Alaskan Municipal Corporation<br><br>Defendant. | **NON-OPPOSED MOTION FOR ENLARGEMENT OF TIME**<br><br>U.S. District No. 3:05-cv-256 (TMB) |

The plaintiff moves for an enlargement of time from September 18, 2006, to September 25, 2006, to file its opposition to the Municipality's Motion for Partial Summary Judgment dated September 7, 2007 (Docket No. 41). This opposition is being prepared by Allan Rubin, and this enlargement of time is needed because he has two other briefs in other cases due at approximately the same time.

The undersigned has been authorized to state that the Municipality of Anchorage

does not oppose this motion.

              DATED this 14th day of September, 2006.

                          KENNETH P. JACOBUS, P.C.
                          Attorney for Plaintiff

                          By
                            /s/ Kenneth P. Jacobus
                          KENNETH P. JACOBUS, P.C.
                          310 K Street, Suite 200
                          Anchorage AK 99501-2064
                          Phone: (907) 277-3333
                          Fax: (907) 264-6666
                          E-mail: kpjlaw@yahoo.com
                          ABA No. 6911036

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that
true copies of this Unopposed Motion
for Enlargement of Time and proposed
Order were mailed on eptember 14, 2006, to:

Thomas McDermott
Office of Anchorage Municipal Attorney
P.O. Box 196650
Anchorage AK 99519-6650

_____
Kenneth P. Jacobus

2