Kenneth P. Jacobus
KENNETH P. JACOBUS, P.C.
310 K Street, Suite 200
Anchorage, Alaska 99501
(907) 277-3333
(907) 264-6666 (Fax)

ALLAN S. RUBIN
DRAPER & RUBIN, P.L.C.
29800 Telegraph Road
Southfield, Michigan 48034
(248) 358-9400
(248) 358-9729 (Fax)

Co-Counsel for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

SANDS NORTH, INC., d/b/a )
FANTASIES ON 5th AVENUE, )
an Alaskan Corporation )
) **PROPOSED ORDER GRANTING**
Plaintiff, ) **MOTION FOR ENLARGEMENT**
) **OF TIME**
vs. )
)
MUNICIPALITY OF )
ANCHORAGE, ALASKA, )
an Alaskan Municipal )
Corporation )
)
Defendant. )
_____ ) U.S. District No. 3:05-cv-256 (TMB)

**IT IS ORDERED** that the Plaintiff may have an enlargement of time to Monday, September 25, 2006, to serve and file its opposition to the Municipality's Motion for Partial Summary Judgment dated September 7, 2006.

**DATED** this _____ day of September, 2006.

_____
United State District Judge