Thomas M. McDermott
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
(907) 343-4545

Attorney for Defendants
Municipality of Anchorage

## THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SANDS NORTH, INC., d/b/a FANTASIES ON 5TH AVENUE, an Alaskan Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| MUNICIPALITY OF ANCHORAGE, ALASKA, an Alaskan Municipal Corporation, | ) ) ) |
| Defendant. | ) ) |

U.S. District No. A05-256 CV

## SUBSTITUTION OF COUNSEL

Defendant Municipality of Anchorage hereby gives notice to this Court of the substitution of James N. Reeves for Frederick H. Boness as counsel for the defendant in the above-referenced case, and requests that all future correspondence and documents pertaining to this action be forwarded to James N. Reeves Hillhouse at the Department of Law, Municipality of Anchorage, @ uslit@muni.org or P.O. Box 196650, Anchorage, Alaska 99519-6650.

Respectfully submitted September 21, 2006.

                                            JAMES N. REEVES
                                            Municipal Attorney

                                        By:    s/ Thomas M. McDermott
                                                  Assistant Municipal Attorney
                                                  P.O. Box 196650
                                                  Anchorage, AK  99519-6650
                                                  (907) 343-4545
                                                  (907) 343-4550 – fax
                                                  uslit@muni.org
                                                  Alaska Bar No. 9910050

The undersigned hereby certifies that on 9/21/06 a true and correct copy of the Substitution of Counsel was served on:

- Kenneth P. Jacobus
- Allan S. Rubin

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing

s/ Patricia A. Karella
Patricia A. Karella, Legal Secretary
Municipal Attorneys Office