Kenneth P. Jacobus
KENNETH P. JACOBUS, P.C.
310 K Street, Suite 200
Anchorage, Alaska 99501
(907) 277-3333
(907) 264-6666 (Fax)

ALLAN S. RUBIN
DRAPER & RUBIN, P.L.C.
29800 Telegraph Road
Southfield, Michigan 48034
(248) 358-9400
(248) 358-9729 (Fax)

Co-Counsel for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SANDS NORTH, INC., d/b/a FANTASIES ON 5th AVENUE, an Alaskan Corporation<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>MUNICIPALITY OF ANCHORAGE, ALASKA, an Alaskan Municipal Corporation<br><br>　　　　　　Defendant. | **JOINT STATUS REPORT REGARDING TRIAL DATES AND PROPOSED PROCEDURE**<br><br>U.S. District No. 3:05-cv-256 (TMB) |

　　　　The parties, through their attorneys of record, suggest that this Court should not set a trial date at this time. After this Court rules on the pending motions for summary judgment, a trial setting conference should be convened for that purpose. At that point, the parties and this Court will know what issues remain in the case, the amount of time needed for trial, the then availability of the parties and attorneys, and what will be necessary for the purposes of the trial.

　　　　In the event that this Court desires to set a trial date now, the following dates are jointly available or unavailable to the parties' attorneys as indicated:

　　　　January, 2007 - Trial time during the weeks of January 8, 15, or 29 would be available. The week of January 22 is not available.

   February, 2007 - Conflicts exist for the earlier part of the month. The weeks of February 19 and 26 are available.

   March, 2007 - March is pretty clear for all attorneys, except that the week of March 12 is not available.

   Availability beyond March is not certain, except that the week of May 1 is not available.

DATED: September 22, 2006

            KENNETH P. JACOBUS, P.C.
            Attorney for Plaintiff

            By *[signature]*
            Kenneth P. Jacobus
            ABA #6900136

DATED: September 22, 2006     MUNICIPALITY OF ANCHORAGE, ALASKA

            By *[signature]*
            Tom McDermott
            Asst. Municipal Attorney
            ABA #9910050

KENNETH P. JACOBUS, P.C.
310 K STREET, SUITE 200
ANCHORAGE AK 99501-2064
TELEPHONE (907) 277-3333