## LIST OF EXHIBITS

| Exhibit | Description |
|---|---|
| A. | Original Affidavit of Carol Hartman |
| B. | Anchorage Ordinance AO 2005-139 |
| C. | Anchorage Assembly Minutes Related to Adoption of AO 2005-139 |
| D. | Affidavit of Dr. Daniel Linz |
| Exhibits attached to Affidavit of Dr. Linz | 1. Curriculum Vitae<br><br>2. Article - *"Governmental Regulation of "Adult" Businesses Through Zoning and Anti-Nudity Ordinances; Debunking the Legal Myth of Negative Secondary Effects,"* Paul, et al., *Communication Law & Policy*, Vol. 6, No. 2, Spring, 2001, pp. 355-391<br><br>3. Award Letter – Department of Justice<br><br>4. A study entitled: *"Using Crime Mapping to Measure the Negative Secondary Effects of Adult Businesses in Fort Wayne, Indiana: A Quasi-Experimental Methodology"*<br><br>5. *A paper entitled: "An Examination of the Assumption that Adult Businesses are Associated with Crime in Surrounding Areas: A Secondary Effects Study in Charlotte, North Carolina."*<br><br>6. A study entitled: *"Measuring Secondary Effects of Adult Businesses Using Spatio-temporal Estimation of Real Estate Price Appreciation"*<br><br>7. A study entitled: *"Peep Show Establishments, Police Activity, Public Place and Time: A Study of Secondary Effects in San Diego"* |

|   |   |
|---|---|
| | 8.   A study entitled: *Examining the Link Between Sexual Entertainment and Crime: The Presence of Adult Businesses and the Prediction of Crime Rates in Florida* |
| | 9.   A study entitled: *"Testing Supreme Court Assumptions in California v. la Rue: Is There Justification for Prohibiting Sexually Explicit Messages in Establishments that Sell Liquor?"* |
| | 10.   a.  Dayton Beach Study<br><br>b.  Daytona Beach Study Continued<br><br>c.  Daytona Beach Study Continued |
| | 11.   U.S. District Court Opinion, Daytona Grand v. Daytona Beach |
| | 12.   Fulton County Georgia Police Study |
| | 13.   A report entitled: *Exploring the Causal Connection Between Adult Use Enterprises and the Adverse Secondary Effect of Crime: The Casselberry and Seminole County Experience"* |
| | *14.*   A report entitled: *Criminogenic Impact Analysis: Peek-A-Boo Lounge of Bradenton 5412 14th Street West Bradenton, FL and Temptations II 3824 U.S. 41 North Palmetto, FL.* |
| | 15.   A report by Dr. Greenwood regarding Sexually Transmitted Diseases. |
| | 16.   Trial Testimony of Dr. Rebeka Thomas in a case, The State of Florida v. Katie Coleman, et. al. |
| | 17.   Trial Testimony of Dr. Rebekka Thomas in a case, Kentucky Restaurant Concepts, Inc. v. City of Louisville, Ky. |
| | 18.   Report – Dr. Rebekka Thomas |
| | *19.*   An article entitled: *"Exotic Dance Adult Entertainment: A Guide for Planners and Policy* |

| | |
|---|---|
| | *Makers," Journal of Planning Literature*, Vol. 20, No.2 (November 2005) |
| | 20. An article entitled: *Testing Legal Assumptions Regarding the Effects of Dancer Nudity and Proximity to Patron on Erotic Expression. Law and Human Behavior*, 24, 5, 507-533. |
| E. | Affidavit of Dr. Judith Lynn Hanna |
| Exhibits Attached to Dr. Hanna's Affidavit | 1. Curriculum Vitae <br><br> 2. Court Cases Testified (related to exotic dance) <br><br> 3. Peer-reviewed article, "Adult Entertainment Exotic Dance: A Guide for Planners and Policy Makers," *Journal of Planning Literature*, 20(2):116-134, 2005 <br><br> 4. "*Reality & Myth: What Neighbors Say About Exotic Dance Clubs: A Case Study in Charlotte, NC,* Charlotte, NC: Tarheel Entertainment Association, submitted to the City of Charlotte Zoning Board, 2001, and Interview Schedule <br><br> 5. "Prince George's County, Legal Predicate: High Number of Calls for Service" <br><br> 6. Comparison of Verbal Language and Dance (body language) <br><br> 7. Proximity of Romantic Interest <br><br> 8. Messages of Physical Distance <br><br> 9. Messages of Proximity <br><br> 10. Messages of Absence of Proximity <br><br> 11. Expressive Contact (distance and touch) |

|   |   |
|---|---|
|   | 12. Absence of Touch |
|   | 13. Communication of Direct Tipping |
|   | 14. Photo of Booty Dancing |
|   | 15. Lap Dance Heritage |
|   | 16. "Oh Calcutta!" (heterosexual nudity and body contact) |
|   | 17. "Mutations" (heterosexual nude dance simulating sex in "legitimate" theater |
|   | 18. "Bugaku" (simulated sex in New York City Ballet) |
|   | 19. Dancer Self Touch |
|   | 20. Lighting of Romance |
|   | 21. Meaning of Nudity in Exotic Dance & Male and Female Perspectives |
|   | 22. Exotic Dance Definition |
|   | 23. Criteria for Artistic Dance |
|   | 24. Simulated Sex |
|   | 25. Social Dances Considered Simulated Sex |
| F. | Anchorage Municipal Ordinance 10.40.050 |
| G. | Supplemental Affidavit of Carol Hartman |
| H. | Affidavit of Kathy Hartman |
| I. | Entertainer Affidavits<br>　　1.　Tamer Chapson |

|  |  |  |
|---|---|---|
|  | 2. | Chystal M. Johansen |
|  | 3. | Linda C. Leslie |
|  | 4. | Jennifer L. Powell |
|  | 5. | Rebecca Lewis |
|  | 6. | Anastasia Yazykova |
|  | 7. | Yana Tatarlnova |
|  | 8. | Ellen M. Seppala |
|  | 9. | Katherine Toasten |
|  | 10. | Liberty Roman |
|  | 11. | Adrienne Hoffman |
|  | 12. | Amy Litson |
|  | 13. | Claudine Chapson |
|  | 14. | Sarah Welling |
|  | 15. | Crystal M. Ysbrand |
|  | 16. | Jessica Carter |
|  | 17. | Samantha Tymrak |
|  | 18. | Simone Robb |
|  | 19. | Monique Arnold |
|  | 20. | Anna Masewicz |
|  | 21. | Meghan Taylor |
|  | 22. | Natasha L. Knoop |
|  | 23. | Jessica Litson |
|  | 24. | Jennifer Frey |

|  | | |
|---|---|---|
|  | 25. | Jamie Frey |
|  | 26. | Lisa Felber |
|  | 27. | Eleanor R. Helfrich |
|  | 28. | Ashley Bent |
|  | 29. | Ashlyn R. Corbell |
|  | 30. | Sabrina M. Martino |