

**U.S. Department of Justice**

Office of Justice Programs

*National Institute of Justice*

Washington, D.C. 20531

Mr. Bryant Paul
University of California, Santa Barbara
Department of Communication
Santa Barbara, CA 93106


October 2, 2001


Dear Mr. Paul,

Congratulations, your paper *"Using Crime Mapping to Measure the Negative Secondary Effects of Adult Businesses in Fort Wayne, Indiana: A Quasi-Experimental Methodology"* has been selected to receive the 2001 Outstanding Student Paper Award. As a result of this distinction we would also like to invite you to present your research at the *Fifth Annual Crime Mapping Research Conference* to be held December 1st - 4th, 2001, in Dallas, Texas.

The Crime Mapping Research Center is pleased to be able to fund your travel, lodging, and conference registration fees. You will be contacted by a representative from the Institute for Law and Justice (ILJ,) our conference planners, to help arrange your travel plans.

An ILJ representative will also provide you with further conference information including abstract deadlines, conference logistics, and the specific day and time of your panel. A digital copy of your paper will be due to ILJ on or before November 1, 2001 so that it may be reproduced for conference attendees and placed on the CMRC web site.

Your panel will consist of yourself and the other Outstanding Student Paper Award winner and the length of your presentation will be approximately 30 minutes (please allow 10 minutes for questions).

We believe that your presentation will make a significant contribution to our conference, and we look forward to your participation in this event. If you have any questions relating to the conference, please contact Alanna Lafranchi at ILJ (Tel: 703.684.5300 or E-mail: alanna@ilj.org).


Best regards,

Elizabeth Groff
Crime Mapping Research Center