Figure 1: Locations of adult cabarets in the City of Daytona Beach by Census tracts.



Figure 2: 1000ft area surrounding adult cabarets and businesses with retail alcoholic beverage license in the City of Daytona Beach by Census tracts.



Figure 3: Sex offenses density map (Daytona Beach).



Figure 4: Rape crime incidents density map (Daytona Beach).



Figure 5: Prostitution crime incident density map (Daytona Beach).

