# James R. Greenwood, Ph.D.
# Curriculum Vitae

**MAILING ADDRESS –**

> UCLA Office of Environment, Health & Safety
> 501 Westwood Plaza, 4th Floor
> Los Angeles, CA 90095

**TELEPHONE/FAX/EMAIL –**

> Phone - (310) 206-6544
> FAX    -        825-7076
> Email - greenwood@admin.ucla.edu
>              James.r.greenwood@infragard.org

**ACADEMIC EMPLOYMENT -**

| | |
|---|---|
| 1979 | Lecturer, Department of Microbiology, University of California, Los Angeles |
| 1980-88 | Adjunct Assistant Professor, Division of Epidemiology, School of Public Health, University of California, Los Angeles |
| 1980-83 | Visiting Lecturer, Department of Civil and Environmental Engineering |
| 1986-88 | Adjunct Assistant Professor, Department of Medicine, School of Medicine, University of California, Irvine |
| 1988-02 | Adjunct Associate Professor, Division of Epidemiology, School of Public Health, University of California, Los Angeles |
| 1993-94 | Assistant Clinical Professor, Department of Medicine, School of Medicine, University of California, Irvine |
| 2002- | Adjunct Professor, Division of Epidemiology, School of Public Health, University of California, Los Angeles |
| 2002- | Participating Faculty, UCLA Center for Public Health and Disasters |

**PROFESSIONAL EMPLOYMENT -**

| | |
|---|---|
| 1974-79 | Clinical Microbiologist, UCLA Hospital and Clinics |
| 1979-87 | Director, Public Health Laboratory, County of Orange, California |
| 1987-89 | Director, Public Health Laboratory and Program Manager, Communicable Disease Treatment Services, County of Orange, California |
| 1989-91 | Chief Operating Officer, Bio-Diagnostics Laboratories Torrance, California |
| 1991-94 | Deputy Director, Public Health, Disease Control and Prevention, County of Orange, California |
| 1994- | Director, Office of Environment, Health, and Safety, University of California, Los |

Angeles

**EDUCATION -**

| | |
|---|---|
| 1967 | University of California, Riverside, B.A., Zoology |
| 1972 | San Diego State University, San Diego, M.S., Microbiology |
| 1975 | University of California, Los Angeles, M.P.H., Epidemiology |
| 1978 | University of California, Los Angeles, Ph.D., Microbiology |

**PATENTS -**

United States Patent 4,335,205  Low protein degradation product basal medium for identification of non-fermentative gram-negative bacilli and other microorganisms.

United States Patent  5,856,172   Preservation of microorganisms in a vial with a cap comprising an immobilized desiccant.

United States Patent  6,057,151  Preservation of microorganisms in a vial with a cap comprising an immobilized desiccant.

**ELECTED OFFICES –**

| | |
|---|---|
| 1996 | President, Southern California Public Health Association (American Public Health Association affiliate) |
| 2001-02 | Vice-chairman, Board of Directors, Public Health Foundation Enterprises |
| 2001- | Board of Directors, Whitley Heights Civic Association |

**OTHER EXPERIENCE -**

| | |
|---|---|
| 1978 | Consultant, Max Factor Cosmetics, Division Norton Simon Industries |
| 1978 | Consultant, Sitmar Steamship Lines |
| 1978-81 | Consultant in Microbiology, Ross-Loos Medical Group and Hospital |
| 1979-80 | Consultant, Hyland, Division Travenol Laboratories |
| 1979 | Consultant, Inolex Biomedical, Division American Can Company |
| 1979-81 | Member/Technical Advisory Committee, Orange County Water District |
| 1980 | Member, Study Group on Sexually Transmitted Diseases, National Institute of Allergy and Infectious Diseases |
| 1980-82 | Chairman, Committee on Public Health Laboratory Standards, California Association of Public Health Laboratory Directors |

2

1308

1982-83    Representative-at-large, California Association of Public Health Laboratory Directors

1983-85    Chairman, Committee on Research, California Association of Public Health Laboratory Directors

1983-89    Science Advisor, U.S. Food & Drug Administration, Los Angeles District Office

1983-86    Member, Environmental Review Committee, Board of Education and Training, American Society for Microbiology

1984-94    Consultant, Trainex Division, Medcom Incorporated

1985-89    Member, Microbiology Advisory Council, California State University, Long Beach

1985-86    Representative to California Conference of Local Health Officers, Environmental Health Committee

1985    Member, March of Dimes Health Professional Advisory Committee, Orange County Chapter

1986-93    Instructor, Center for Disease Control/Long Beach City Health Department, Model Sexually Transmitted Diseases Clinic (through UCI Department of Medicine)

1986-93    Consultant, CIGNA Medical Group

1987    Member, Tuberculosis Advisory Committee, Orange County Chapter, American Lung Association

1987    Consultant in Infectious Diseases, Hybritech Incorporated

1987-88    Chairman, Committee on Training for Public Health Microbiologists, California Association of Public Health Laboratory Directors

1987-88    Member, Statewide Policy Committee, AIDS Alternative Test Site Program

1989    Vice-Chairman, Health Professional Advisory Committee, March of Dimes, Orange County Chapter

1989    Co-Chairman, California Sexually Transmitted Disease Control Association

1989-90    Member, Board of Directors, AIDS, Walk Orange County

1991-92    Co-Chairman, California Sexually Transmitted Disease Control Association

1992-93    Representative-at-large, Southern California Public Health Association

1992-    Science Advisor, U.S. Food & Drug Administration, Los Angeles District Office

1993-96    Member, Cancer Prevention and Control Advisory Board, Epidemiology Division, University of California, Irvine, College of Medicine

1994-95    President Elect, Southern California Public Health Association

**1309**

1994-95    Member, Statewide Committee to Eliminate Lead Poisoning in California, California Department of Health Services

1995-02    Member, Board of Directors, Public Health Foundation Enterprises

1998-      Health & Safety Consultant, Art Center College of Design

2000-      Health & Safety Consultant, Amgen

2002-      Committee Chair, Mayor's City of Los Angeles Landfill Oversight Committee

2002-      Member, Los Angeles Terrorism Early Warning (TEW) Group

2002-      Sector Chair (Universities), FBI InfraGard Program – Los Angeles Field Office

2002       Federal Bureau of Investigation (FBI) Citizens' Academy – Los Angeles Field Office

2003       Specialist Reserve Police Officer – Los Angeles Police Department (LAPD)

## PUBLICATIONS

1.  Greenwood, J.R., Flanigan, S.M., Pickett, M.J., and Martin, W.J., 1975.  Clinical Isolation of *Yersinia enterocolitica*: Cold Temperature Enrichment.  J. Clin. Microbiol. 2:559-560.

2.  Greenwood, J.R., and Pickett, M.J., 1976.  Deoxyribonuclease:  Detection with a Three-hour Test. J. Clin. Microbiol. 4:453-454

3.  Harvey, S., Greenwood, J.R., Pickett, M.J., and Mah, R.A., 1976.  Recovery of *Yersinia enterocolitica* from Streams and Lakes of California. Appl. Envir. Microbiol. 32:352-354.

4.  Greenwood, J.R., and Steenbergen, J.F., 1976.  A Unique Thermal Aquatic Environment:  A Microbial Characterization. Hydrobiologia. 51:265-273.

5.  Greenwood, J.R., Pickett, M.J., Martin, W.J., and Mack, E.G., 1977.  *Haemophilus vaginalis (Corynebacteruim vaginale)*:  Method for Isolation and Rapid Biochemical Identification.  Health Lab Sci. 14:102-106.

6.  Greenwood, J.R., and Picket, M.J., 1979.  Salient Features of *Haemophilus vaginalis*, J. Clin. Microbiol. 9:200-204.

7.  Newman, M.G., Sutter, V.L., Pickett, M.J., Blackman, U., Greenwood, J.R., Grienko, V., and Citron, D., 1979.  Detection, Identification, and Comparison of Capnocytophaga, *Bacteroides ochraceus*, and DF-1. J. Clin. Microbiol. 10:557-562.

8.  Greenwood, J.R., and Pickett, M.J., 1980.  Transfer of *Haemophilus vaginalis* Gardner and Dukes to a New Genus, *Gardnerella: G. vaginalis* (Gardner and Dukes) Comb. Nov. Inter. J. System. Bacteriol. 30:170-178.

9.  Pickett, M.J., and Greenwood, J.R., 1980.  A Study of the VA-1 Group of Psuedomonads and Its Relationship to *Pseudomonas pickettii*. J. Gen. Microbiol. 120:439-446.

1310

10. Greenwood, J.R., 1981. *Gardnerella vaginalis (Haemophilus vaginalis, Corynebacteruim vaginale)*. Clin. Microbiol. Newsletter. 3:23-25.

11. Greenwood, J.R., and Kirk-Hillare, K., 1981. Evaluation of Acridine Orange Stain for Detection of *Trichomonas vaginalis* in Vaginal Specimens. J. Clin. Microbiol. 14:669.

12. Minh, Vu-Dinh, Engle, P., Greenwood, J.R., Prendergast, T.J., Salnes, K,. and St. Clair, R., 1981. Pleural Paragonimiasis in a S.E. Asian Refugee, Am. Rev. of Rep. Dis. 124:186-188.

13. Greenwood, J.R., and Mack, E.G., 1982. *Gardnerella vaginalis*. Microbiology Check Sample No., MB 82-2. Am. Society for Clin.Path., Chicago, IL.

14. Hannah, P. and Greenwood, J.R., 1982. Isolation and Rapid Identification of *Haemophilus ducreyi*. J. Clin. Microbiol. 16:861-864.

15. Ascher, M.S., Horwith, G.S., Thornton, M.F., Greenwood, J.R., and Berman, M.A., 1983. A Rapid Immunofluorescent Procedure for Serodiagnosis of Q Fever in Mice, Guinea Pigs, Sheep, and Humans. Diag. Immunol. 1:33-38.

16. Harvey, S.M. and Greenwood, J.R., 1983. Relationship Among Catalase-Positive Campylobacters Determined by Deoxyribonucleic Acid-Deoxyribonucleic Acid Hybridization. Int. J. System. Bacteriol. 33:257-284.

17. Greenwood, J.R., 1983. A New Approach to Identifying Non-fermentative Bacilli. Particulate Microb. Control. 2:51-54.

18. Harvey, S.M. and Greenwood, J.R., 1983. Probable *Campylobacter fetus* subsp.*fetus* Gastroenteritis. J. Clin. Microbiol. 18:1 78-79.

19. Greenwood, J.R., Current Taxonomic Status of *Gardenerella vaginalis*, 1983. Scand.J.Infect.Dis., Suppl. 40:11-14.

20. Greenwood, J.R. and Robertson, C.A. *Haemophilus ducreyi* Infections. Microbiology Check Sample. Am. Soc. for Clin. Path., Chicago, Il, 1983.

21. Harvey, S.M. and Greenwood, J.R., 1985. Isolation of *Campylobacter fetus* from a Pet Turtle. J. Clin Microbiol. 21:260-261.

22. Backmore, C.A., Limpakarnjanarat,K., Rigau-Perez, J.G., Albritton, W.L., and Greenwood, J.R., 1985. An outbreak of Chancroid in Orange County, California: Descriptive Epidemiology and Disease Control Measures. J. Infec. Dis. 151:840-844.

23. Pickett, M.J. and Greenwood, J.R., 1986. *Pseudomonas alcaligenes and Pseudomonas testosteroni:* Characterization and identification. Current Microbiology 13:197-201.

24. Pickett, M.J. and Greenwood, J.R., 1986. Identification of Oxidase-Positive, Glucose-Negative, Motile Species of Nonfermentative Bacilli. J. Clin. Microbiol., 23:920-923.

25. Greenwood, J.R., Voss, J., Smith, R.F., Wallace, H., Peter, C., Nachtgall, M., Maier, T., Wilner, J., and Busumyo, A., 1986. Comparative Evaluation of Media for Isolation of *Neisseria gonorrhoeae*. J. Clin. Microbiol. 24:111-112.

26. Evans, K.D., Peterson, E.M., Curry, J.I., Greenwood, J.R., and de La Maza, Luis M., 1986. Effect of Holding Temperature on Isolation of *Neisseria gonorrhoeae*. J. Clin. Microbiol. 24:1109-1110.

1311

27.  Greenwood, J.R. and Alexander, R.C.   Rapid Diagnosis of Genital *Chlamydia trachomatis* Infections. Microbiology Check Sample. Am. Soc. of Clin. Path., 1986.

28.  Peterson, E. M., Alexander, R., Aarnaes, S. L., King, S., Greenwood, J. R., and de la Maza, L. M. 1987. Evaluation of the Cellmatics and direct monoclonal fluorescence antibody staining for detection of genital chlamydial infections. Diag. Microbiol. And Infect. Dis.    6:139-43.

29.  Peterson, E. M., Oda, R., Alexander, R., Greenwood, J. R., and de la Maza, L. M.   1989. Molecular techniques for the detection of Chlamydia trachomatis.   J. Clin. Microbiol. 27:2359-63.

30.  Pickett, M. J., Greenwood, J. R., and Harvey, S. M. 1991. Tests for detecting   degradation of Gelatin: Comparison of five methods. J. Clin. Microbiol. 29:2322-2325.

## CHAPTERS IN BOOKS

1.  Greenwood, J.R., Harvey, S.M., and Pickett, M.J. *Haemophilus* Infections.   *In*, Diagnostic Procedures for Bacterial, Mycotic and Parasitic Infections, 6th Ed. Am. Public Health Assoc., Inc., New York, 1981.

2.  Von Gravenitz, A., Greenwood, J.R., and Price, K.   Miscellaneous Gram-negative Rods/*In*, Diagnostic Procedures for Bacterial, Mycotic and Parasitic Infections, 6th Ed., Am. Public Health Assoc., New York, 1981.

3.  Asher, M.S., Greenwood, J.R., and Thornton, M.P.  A Rapid Immunofluorescent Procedure for Serodiagnosis of Q Fever.   *In*, Rocky Mountain Laboratory Conference on rickettsia and Rickettsial Diseases. Academic Press, New York, 1981.

4.  Greenwood, J.R., *Gardnerella vaginalis* infections.  *In*, Bottone (Ed.) Gram-negative Fastidious Species. Marcel Dekker, Inc., New York, 1983.

5.  Greenwood, J.R., *Gardnerella vaginalis*.  *In*, Krieg (Ed.) Bergey's *Manual of Systematic Bacteriology*, 9th Edition.  The William and Wilkins Co., 1984.

6.  Greenwood, J.R., *Gardnerella vaginalis*.   *In*, Mcgraw-Hill 1985 Yearbook of Science and Technology, Mcgraw-Hill, New York, 1984.

7.  Greenwood, J.R.  Methods of Isolation and Identification of Glucose-Nonfermenting Gram-negative Rods.  *In*, Gilardi (Ed.) Nonfermenting Gram-negative Rods. Marcell Dekker, Inc., New York, 1985.

8.  Greenwood, J.R. and Harvey, S.M.  Miscellaneous Gram-negative Rod Infections:  Fastidious Organisms.  *In*, Diagnostic Procedures for Bacterial, Mycotic and Parasitic Infections, 7th Edition American Public Health Association, Inc.  1987.

9.  Pickett, M. J., Greenwood, J. R. and S. M. Harvey. Gardnerella Vaginalis.  In, The Procaryotes (2nd Ed.), Springer-Verlag, New York, 1991.

10.  Harvey, S. M. and J. R. Greenwood. Genus Cardiobacterium. In. The Procaryotes (2nd Ed.), Springer-Verlag, New York, 1991.

1312

11.    Greenwood, J. R. and S. M. Harvey.  Streptobacillus moniliformis.  In, The Procaryotes (2nd Ed.) Springer-Verlag, New York, 1991.

12.    Baron, E. J., G. H. Cassell, L. B. Duffy, D. A. Eschenbach, J. R. Greenwood, S. M. Harvey, N. E. Madinger, E. M. Peterson, and K. B. Waites.  Laboratory Diagnosis of Female Genital Tract Infections.  In, Cumulative Techniques and Procedures in Clinical Microbiology,   American Society for Microbiology, Washington, 1993.

13.    Sorvillo, F., Greenwood, J. R., and R. Detels.  Bioterrorism.  In, The Oxford Textbook of Public Health,  4th Edition, Oxford University Press, 2002.

## PAPERS PRESENTED BY INVITATION

1.    The Laboratory Diagnosis of *Haemophilus vaginalis* Infections.   Colorado Association for Continuing Medical Laboratory Education, 1977.

2.    Unusual and Non-fermenting Gram-negative Bacilli.  California Association for Medical Laboratory Technology, 1977.

3.    Identification Systems for Gram-negative Bacilli.  California Association for Medical Laboratory Technology, 1978.

4.    DNA Hybridization Studies on fastidious Gram-negative Bacilli.  In, Symposium on Modern Taxonomic Tools, American Society for Microbiology, Southern California Branch, 1978.

5.    *Gardnerella vaginalis*.  In, Symposium on Bacteriology and Clinical Significance of Organisms Found in the Genitourinary Tract.  American Society for Microbiology, Southern California Branch, 1979.

6.    *Gardnerella vaginalis* Infections.  In, Symposium on Sexually Transmitted Diseases, American Society for Medical Technology, 1979.

7.    Update on Non-fermenting Gram-negative Bacilli.  California Association of Medical Laboratory Technology, Orange County Chapter, 1980.

8.    Non-fermentative Gram-negative Bacilli.  Scripps Memorial Hospital, 1980.

9.    Non-fermentative Gram-negative Bacilli.  Kaiser Santa Clara Medical Center, 1980.

10.    Non-fermentative Gram-negative Bacilli.   Identification Methods and Clinical Significance. California Association for Medical Technology, 1980.

11.    Rapid Identification of Gram-negative Bacteria.  In, symposium on Microbiology, Northern California Branch, 1981.

12.    *Gardnerella vaginalis*.  Hawaii Society for Medical Technology, 1981.

13.    Laboratories and Infection control.  In, Developing an Effective Infection Control Program. American Lung Association and California Department of Health Services, 1981.

14.    Laboratory Diagnosis of Chancroid.  California V.D. Controllers, 1982.

15.    Chancroid: An Unusual Outbreak.  Department of Health Services, Los Angeles County, 1982.

1313

16. Rapid Identification of Gram-negative Bacteria. *In*, Update on Food Microbiology, Department of Food Science and Technology, University of California, Davis, Extension, 1982.

17. Current Taxonomic Status of *Gardnerella vaginalis*. First International Conference of Vaginosis, Kristiansand, Norway, 1982.

18. Laboratory AIDS for the Diagnosis and treatment of tuberculosis. *In*, Seminar on Tuberculosis:A New Challenge for an Old Disease. American Lung Association of Orange County, 1983.

19. Rapid Identification of Gram-negative Bacteria in Food. *In*, Update on Food Microbiology, Department of Food Science and Technology, University of California, Davis, Extension, 1982.

20. Clinical and Industrial Techniques: Non-fermentative Gram-negative Bacilli, UCLA Extension, 1983.

21. Diagnosis and Treatment of Nonspecific Vaginitis. *In*, Sexually Transmissible Disease Update. California V.D. Controller, 1985.

22. Laboratory Aspects of AIDS. *In*, Clinical Symposium on AIDS. Coalition for AIDS, University of California, Irvine, 1985.

23. AIDS Update: Epidemiology and Laboratory Diagnosis. With R. Alexander. California Association for Medical Laboratory Technology, 1985.

24. Laboratory Methods for Virology. *In*, Clinical Microbiology A Rapid, Economical, and Practical Approach. UCLA Extension, 1985.

25. Identification of Fastidious, Fermentative, Gram-negative Bacilli. *In*, Workshop on Unusual Gram-negative Bacilli. American Society for Microbiology, Washington, D.C., 1986.

26. Monitoring Enterococci: Two Years Experience in Upper Newport Bay. With M. Wehner, J. Curry, M.Mazur. *In*, Analytical Techniques and Residuals Management in Water Pollution Control, Water Pollution Control Federation, Los Angeles, 1987.

27. Laboratory Testing for AIDS. *In*, Continuing Education for Health Care Personnel, Golden West College, Huntington Beach, 1987.

28. AIDS Virus Isolation and Antigen Detection. *In*, AIDS Grand Rounds, University of California Irvine Medical Center, 1987.

29. Technical consideration for Pre-Employment Drug Testing. *In*, Pacific Conference on Chemistry and Spectroscopy, Irvine, 1987.

30. HIV Testing: Antigen, Antibody, and Viral Culture Techniques. *In*, AIDS on the Front Line, Orange County Medical Association, Orange, 1988.

31. AIDS and Sexually transmitted Diseases in the Homeless. *In*, The Homeless, Issues of Health Care and Available Resources, Santa Ana, 1988.

32. The Interface Between Clinical and Public Health Microbiology. *In*, Ninth Annual Symposium: Laboratory and Clinical Aspects of Microbiological Diagnosis, UCLA Extension, Newport Beach, 1988.

33. Syphilis Diagnosis and Treatment. STD Control Association, Irvine, 1988.

1314

34.  Virology:  What's Old, What's New - An Overview.  Association for Practitioners in Infection Control, Irvine, 1988.

35.  Non-fermentative Bacilli, An Identification Approach.  American Society for Microbiology Annual Meeting, San Diego, 1991.

36.  Non-fermentative Bacilli, An Identification Approach.  California Association for Medical Laboratory Technology, Los Angeles, 1992.

37.  Recent Advances in Diagnosis and Treatment of Sexually Transmitted Disease. American Council on Pharmaceutical Education, San Francisco, 1994.

38.  New Pathogens in the 1990's. California Association of Medical Laboratory Technologists, Torrance, 1994.

39.  Medical Waste Management Strategies: Minimizing Cost and Liabilities.  UCLA Medical Waste Management Symposium, Los Angeles, 1995.

40.  Research Campus Environmental Health Programs. California Environmental Health Association 44th Annual Educational Symposium, Costa Mesa, 1995.

41.  Human Behavior and Emerging Pathogens. American Society for Microbiology Annual Meeting,  San Diego, 1995.

42.  Current Trends in Laboratory Safety and Food Poisoning Epidemiology. United Food and Commercial Workers, Los Angeles, 1996.

43.  Current Concepts Regarding Food Poisoning. United Food and Commercial Workers, Los Angeles, 1998.

44.  Screening for Cardiovascular Disease.  Korean Academy of Primary Care, Seoul, Korea, 2002.

45.  Radiological Weapons Preparedness Training.  Public health Summit on Weapons of Mass Destruction.  Physicians for Social Responsibility/UCLA, 2002.

46.  Non-Accidental Trauma: Injury & Terrorism.  (with Steven Rottman) CDC's National Center for Injury Prevention and Control (NCIPC) 10th Anniversary Meeting, Los Angeles, 2002.

47.  Bioterrorism (with LAPD Officer Matt Sieber).  Law Enforcement and Private Security (LEAPS) Conference, Los Angeles, 2003.

48.  Public Health and Law Enforcement: Forging Collaborations.  Second UCLA Conference on Public Health and Disasters, Torrance, 2003.


**PAPERS PRESENTED**

1.  Greenwood, J.R., Pickett, M.J., and Martin, W.J., Identification of *Corynebacterium vaginale (Haemophilus vaginalis)* with buffered substrates.  American Society for Microbiology, Atlantic City, 1976.

2.  Greenwood, J.R., and Pickett, M.J.  Salient features of *Haemophilus vaginalis.*

1315

3.  Greenwood, J.R., Pickett, M.J., and Martin, W.J.  Gram-negative Non-fermentative bacilli:  Rapid identification of commonly encountered species.  American Society for Microbiology, 1978.

4.  Greenwood, J.R., Henke, R.P., Capers, E., Otto, L.A., and Pickett, M.J.  Non-fermentative Gram-negative bacilli:  A Joint Antimicrobial Study.  American Society for Microbiology, Los Angeles, 1979.

5.  Nikaido, M., and Greenwood, J.R.  Evaluation of a Solid-Phase Immunoassay System for Torch Screening.  American Society for Microbiology, Dallas, 1981.

6.  Greenwood, J.R., convener, Seminar on Identification and Clinical Significance on Non-fermenters. American Society for Microbiology, New Orleans, 1983.

7.  Greenwood, J.R., *Gardnerella vaginalis and Haemophilus ducreyi*.  In, Seminar on Fastidious and recondite Gram-negative Species Encountered in Clinical Microbiology. American Society of Microbiology, New Orleans, 1983.

8.  Harvey, S. M., and Greenwood, J.R.  Isolation of *Campylobacter fetus* from turtles.  Third International Workshop on *Campylobacter* Infections, Ottawa, Canada, 1985.

9.  Evans, K.D., Peterson, E.M., Curry, J.I., Greenwood, J.R., De La Maza, L.M.  Effect of Holding Temperature on the Isolation of *Neisseria gonorrhoeae*.  American Society for Microbiology, Washington, D.C., 1986.

10.  Greenwood, J.R., Convener, Seminar on Sexually Transmitted Diseases, American Society for Microbiology, Atlanta, 1987.

11.  Lutz, B., Galliher, H., and Greenwood, J.R.  Combined Use of the Bactec 460 and Gen-Probe DNA Probes for Rapid Isolation and Identification of *Mycobacterium Tuberculosis* and *M.Avium* complex. American Society for Microbiology, Miami, 1988.

12.  Galliher, K., Curry, J.I., and Greenwood, J.R.  Comparison of GC-Lect Medium with Modified Thayer-Martin Medium for Isolation of *Neisseria gonorrhoeae*.  American Society for Microbiology, Miami, 1988.

13.  Magana, J.R., Greenwood, J.R., Carrier, J., Prendergast, T., and Hahn, R.  Seroprevalance and Behavioral Study of farm Workers in the State of California.  Primer Simposio Internacional de Educacion y Comunicacion Sobre el SIDA, Ixtapa, Mexico, 1988.

14.  Magana, J.R., Blair, M., Greenwood, J.R., Romney, A.K., Lara, D., and La;icier, R.  Modelo Educativo Para La Precencion del Virus V.I.H. Primer Simposio Internacional de Educacion y Comunicacion Sobre el SIDA, Ixtapa, Mexico, 1988.

15.  Greenwood, J.R., Magana, J.R., Prendergast, T.J., and Edelman, W.L.  An Integrated Approach to the Control of AIDS Transmission in a County Health Jurisdiction.  Managing AIDS Services and Resources, A National Conference, Charleston, South Carolina, 1988.

16.  Peterson, E.M., Oda, R., Alexander, R., Greenwood, J.R.  Evaluation of a DNA Probe for the Direct Detection of *Chlamydia trachomatis*.  American Society for Microbiology, New Orleans, 1989.

17.  McCormick, J., Lutz, B., Greenwood, J.R.  Evaluation of Modification of the N-Acetylcysteine Sodium Hydroxide Digestion-Decontamination Procedure for the Isolation of Mycobacteria from Clinical Specimens. American Society for Microbiology, New Orleans, 1989.

10

1316

18.  Lutz, B., Peck, W., Greenwood, J.R.  Mycobacterial Identification by Gas Liquid Chromatography and Selected Biochemical Tests.  American Society for Microbiology, New Orleans, 1989.

19.  Prendergast, T., Maxwell, R., Greenwood, J.R., Burrell, P., Swatzel, C.  Incidence and Prevalence of HIV Infection During 44 Months of Testing Prostitutes/IVDU's in the Women's Jail, Orange County, California. Fifth International Conference of AIDS, Montreal, Canada, 1989.

20.  Magana, J.R., Burrell, P., Greenwood, J.R., Prendergast, T., Montoya, R.  An Application of Social Marketing to the Development of AIDS Educational Materials.  Fifth International Conference on AIDS, Montreal, Canada, 1989.

21.  Van Dalfsen, J., Harrington, E., and J. R. Greenwood.  Rapid Detection of Group A Streptococcus in Throat Cultures by the Gen-Probe AccuProbe Culture Confirmation Test. Interscience Conference on Antimicrobial Agents and Chemotherapy, Anaheim, CA, 1992.

22.  Meyers, H., Dale, A., and J. R. Greenwood.  A Childhood Immersion Injury Prevention Project. American Public Health Association Annual Meeting, Washington, DC, 1992.

23.  Greenwood, J. R., H. Meyers, D. Moore, P. Hannah, and A. Shefer.  A Cluster of Wound Botulism Cases.  American Public Health Association Annual Meeting, San Francisco, 1993.

24.  Rediker, D., J. R. Greenwood, H. Shimazu.  Evaluation of a Novel Noninvasive Blood Pressure Monitor to Screen for Coronary Artery Disease and Arrhythmia. Cardiovascular Health: Coming Together for the 21st Century.  A National Conference.  San Francisco, 1998.

6/2003

1317

# EXHIBIT 35

1318

1319

# A Public Health Analysis of Rancho Cordova
## Proposed – Adult Business Ordinance Number 22-2004

**J. R. Greenwood, Ph.D., M.P.H.**
**Adjunct Professor, Public Health**
**UCLA School of Public**
**(Formerly, Deputy Director, Public Health**
**Disease Prevention and Control,**
**County of Orange, CA)**

## Introduction

A public health analysis regarding adult entertainment facilities in Rancho Cordova was performed during the past month. As part of this analysis the following was done:

1. The three adult facilities in Rancho Cordova were visited and inspected.

2. Depositions related to Adult-Oriented Businesses were reviewed.

3. The December 22, 2004 Planning Commission Staff Report on Resolution No. 22-2004 was reviewed.

4. The latest report (2002 data released in July 2004) from the State of California on sexually transmitted diseases in California was reviewed.

5. Scientific literature related to the control and transmission of sexually transmitted diseases was reviewed for recent transmission trends and current intervention strategies (see references).

## Statement of Public Health Issue Presented

The public health issue presented by the proposed Rancho Cordova Adult-Business Ordinance Number 22-2004 is that adult entertainment facilities are related to the transmission of sexually transmitted diseases and present a public health hazard. As detailed in this paper, there are no public health concerns, which justify further regulation of the adult entertainment facilities within this jurisdiction.

## Discussion

A major premise, upon which Resolution No. 22-2004 is based, is that control of Adult Oriented Businesses has an impact on the spread of sexually transmitted diseases (STDs such as HIV/AIDS, syphilis and gonorrhea) within a community. While the premise might be laudable in its goal, it is not supported by data from any governmental disease control agency such as the California Department of Health Services or the Centers for Disease Control (1, 2).

This epidemiological analysis focuses specifically on Section 1- Findings (k), (l), (m) and (n) where STD data and statistics are used to justify this ordinance.

## Findings Section 1 – (k)

"At least (50) communicable diseases may be spread by activities occurring in Adult-Oriented Businesses including, but not limited to, syphilis, gonorrhea, human immunodeficiency virus infection (HIV-AIDS), genital herpes, hepatitis B, Non A, Non B amebiasis, salmonella infections and shigella infections"

1320

**Analysis** – This section uses the phrase "may be spread" but there are no data to support that they are spread at Adult-Oriented Businesses. As an example, HIV and syphilis continue to be spread among the population of men having sex with men (MSM) and salmonella infections are more commonly transmitted by contaminated food in Sacramento County. It is far more likely that the STDs mentioned in this section are spread in motels, home bedrooms and hotels within the community where unprotected (i.e. no condom use) sexual intercourse takes place.

## Findings Section 1 - (k(i))

"The Centers for Disease Control and Prevention ("CDC") estimates that 19 million sexually transmitted disease (STD) infections occur each year."

**Analysis** – A recent review of STD control plans by both California and federal agencies that have a mandate to control STDs demonstrates that no efforts are underway to target Adult-Oriented Businesses as a source of STDs either nationally or within California. Prevention resources, however, are being spent to educate gay males and adolescents and teens, three groups with increasing STD rates, about the dangers of STDs and methods to prevent infection. Neither of these two groups, either because of their sexual orientation nor the restrictions of age of admission to Adult Oriented Businesses, would be patrons of the Rancho Cordova establishments.

## Findings Section 1 - (k(ii))

"The estimated number of diagnoses of AIDS through 2002 in the United States is 886,575. Adult and adolescent AIDS cases total 877,275 with 718,002 cases in males and 159,271 cases in females. Through the same time period, 9,300 AIDS cases were estimated in children under 13."

**Analysis** – Since the start of the HIV epidemic in the early 1980's, the risk factors for becoming infected with HIV have remained the same – male-to-male sexual contact, injection drug use and heterosexual intercourse with an HIV-infected injection drug user or an HIV-infected bisexual male (3). CDC HIV statistics through 2003 show that approximately 75% of the cases continue to occur because of male-to-male sexual contact and injection drug use and the heterosexual cases (approximately 16% of the total) are linked to these risk groups.

Unfortunately, HIV infection status has been used for discriminatory purposes. The CDC has become so concerned that they have issued a position paper on HIV and its transmission. Comments made in this position paper are appropriate as the implication from the Rancho Cordova Ordinance is that HIV will be transmitted through Adult Oriented Businesses. As the CDC states "The ways in which HIV can be transmitted have been clearly identified. Unfortunately, false information or statements that are not supported by scientific findings continue to be shared widely through the Internet or popular press. HIV is spread by sexual contact with an infected person, by sharing needles and/or syringes (primarily for drug injection) with someone who is infected, or, less commonly (and now very rarely in countries where blood is screened for HIV antibodies), through transfusions of infected blood or blood clotting factors. Babies born to HIV-infected women may become infected before or during birth or through breast-feeding after birth. Some people fear that HIV might be transmitted in other ways; however, no scientific evidence to support any of these fears has been found. If HIV were being transmitted through other routes (such as through air, water, or insects), the pattern of reported AIDS cases would be much different from what has been observed." The CDC also answers a commonly held misconception that individuals can become infected by touching surfaces where bodily fluids (such as seamen and saliva exist). To quote them "Since the HIV concentrations used in laboratory studies are much higher than those actually found in blood or other specimens, drying of HIV-infected human blood or other body fluids reduces the theoretical risk of environmental transmission to that which has been observed—essentially zero. (4)"

2

1321

**Findings Section 1 - (k(iii - v))**

"An estimated one-third of those living with HIV are aware of their status but are not in treatment and an estimated one-third of those living with HIV have not been tested and are not aware of their status (iii). California has the second highest number of cumulative AIDS cases in the nation with 128,064 cases reported as of December 2002 (iv). Since 1981 to the present, there have been an increasing number of persons testing positive for the HIV antibody in Sacramento County, California. The estimated number of people living with AIDS in Sacramento County was approximately 2,803 in the year 2003 (v)."

**Analysis –** While all of the statistics quoted in this section are correct, they are not related to the activities that take place in the Rancho Cordova Adult-Oriented Businesses. The major risk factors for HIV transmission, as outlined in the section above, do not apply to these businesses.

**Findings Section 1 - (k(vi)**

"In the United States, health officials reported over 32,000 cases of syphilis in 2002, including 6,862 cases of primary and secondary (P&S) syphilis. In 2002, half of all P&S syphilis cases were reported from 16 counties and 1 city; and most P&S syphilis cases occurred in persons 20 to 39 years of age. Even more cases never come to the attention of heath officials. The incidence of infectious syphilis was highest in women 20 to 24 years of age and in men 35 to 39 years of age. Reported cases of congenital syphilis in newborns decreased from 2001 to 2002, with 492 new cases reported in 2001 compared to 412 in 2002.

**Analysis – According to the Control of Communicable Diseases Manual (17th Edition) published by the American Public Health Association, transmission of syphilis "nearly always occurs during sexual intercourse." Consequently, the activities in Rancho Cordova Adult-Oriented Businesses do not lend themselves to syphilis transmission. It is also important to note that the California Department of Health Services initiated an enhanced venue surveillance system for syphilis in 2000. The three commonly reported venues reported by gay males (the segment of the population that has the most rapid increase in P&S syphilis rates) were the Internet, bathhouses and gay sex clubs. No mention of Adult Oriented Businesses is present in the Department's report on syphilis that was released in 2004.**

**Findings Section 1 - (k(vii – viii))**

"Chlamydia is the most frequently reported infectious disease in the United States with 877,478 cases reported in 2003, up from the 834,555 cases reported in 2002. An estimated 2.8 million cases occur annually. Under-reporting is substantial because most people with chlamydia are not aware of their infections and do not seek testing (vii). The number of cases of chlamydia in Sacramento County increased from 316.6 per 100,00 population in 1996 to 363.4 per 100,000 population in 2002. The provisional rate from the California Department of Health Services for 2003 is 397.5 per 100,000 population compared with the statewide rate of 71 per 100,000."

**Analysis – Chlamydia, like syphilis, are transmitted during sexual intercourse and not through other means of contact (with the exception of congenital infection during birth). Consequently, there is no opportunity for chlamydia to be transmitted in Adult Oriented Businesses. Additionally, the California Department of Health Services continues to report that case-based chlamydia surveillance data by age have consistently shown the highest rates to be among adolescents and young adults. For this reason juvenile hall facilities have been targeted as locations for chlamydia surveillance activities. Adult Oriented Businesses have not been selected for these studies.**

**1322**

**Findings Section 1 - (k(ix – x))**

"Gonorrhea is second only to chlamydia infection in the number of cases reported to the CDC with 335,104 cases reported to the CDC in 2003. It is estimated that 718,000 new infections occur each year (ix). The rate of gonorrhea is Sacramento County was 111.1 per 100,000 population in 2002. The provisional rate from the California Department of Health Services for 2003 is 130.5 per 100,000 population compared with the statewide rate of 71.7 per 100,000 (x)."

**Analysis – Gonorrhea is also transmitted through sexual intercourse and not casual contact. While the case numbers within California and Sacramento County are relatively high (San Francisco, Alameda, Fresno, Long Beach, Kern are higher) they are similar to other urban areas across the country and reflect sexual activity, gender, age and ethnicity trends. High-risk behavior, that is, unprotected intercourse is the driving force behind these rates.**

**Gonorrhea transmission within Adult-Oriented Businesses has also been used to try and focus on the sanitation of these facilities and their potential for disease transmission within a community. Gonorrhea transmission from inanimate objects is part of an urban legend that states that one can become infected with gonorrhea from sitting on a contaminated toilet seat or touching an inanimate object that has bodily fluids or semen. No cases of transmission by this method have ever been proven.**

**Findings Section 1 - (k(xi - xiii))**

"The Surgeon General of the United States in his report of October 22, 1986, and other reports, has advised the American public that AIDS and HIV infection may be transmitted through sexual conduct, intravenous drug abuse, exposure to infected blood and blood components, and from an infected mother to her unborn child (xi). According to the best scientific evidence, AIDS and HIV infection, as well as syphilis and gonorrhea, are principally transmitted by sexual acts (xii). Among the published recommendations for preventing AIDS is avoiding unprotected or unsafe activities with multiple partners or sex industry workers (xiii)."

**Analysis – While all of these statements are correct, they have no relationship to Adult-Oriented Businesses in Rancho Cordova. As has been stated in previous sections of this analysis, STDs are transmitted during sexual intercourse or, as in the case of HIV infection, IV drug use. The Surgeon General and all other disease control organizations promote protected intercourse (condoms) as a primary method to prevent STD transmission. Adult-Oriented Businesses that promote lap dances and other forms of casual contact are not the locations that facilitate transmission of these diseases.**

**Findings Section 1 - (l - n)**

"Numerous studies and reports have determined that semen is found in the areas of Adult-Oriented Businesses where persons view films that depict or describe Specified Sexual Activities of Specified Anatomical Areas (l)." "As a result of the factors above, and the continuing incidence of sexually transmitted diseases, the City has a substantial interest in adopting regulations which will reduce, to the greatest extent possible, the possibility for the occurrence of prostitution and unlawful sex acts at Adult Oriented Businesses (n)."

**Analysis – The City does have a substantial interest in adopting regulations, which will reduce unlawful sex acts and prostitution as one possible method to reduce the incidence of sexually transmitted diseases. However, no data are available to support regulating Adult-Oriented Businesses as a method of STD control. The City would be far better served to work with Sacramento County disease control programs to increase sex education classes within high schools, increase the number of condom dispensers in public**

4

1323

**restrooms and also support more STD and HIV screening in local medical clinics. These activities have a proven record of success in controlling STDs.**

References

1. Tracking the Hidden Epidemics: Trends in STDs in the United States, 2000.  Centers for Disease Control and Prevention, Atlanta, GA.

2. STD – Sexually Transmitted Diseases in California, 2002.  California Department of Health Services, Sacramento, CA.

3. Basic HIV Statistics.  Divisions of HIV/AIDS Prevention.  Centers for Disease Control, Atlanta, GA http://cdc.gov/hiv/stats.htm  (attached)

4. HIV and Its Transmission.    Centers for Disease Control, Atlanta, GA. http://www.cdc.gov/hiv/pubs/facts/transmission.htm  (attached)

1324

Reference #3 (see yellow highlighted areas)



**National Center for HIV, STD and TB Prevention**
## Divisions of HIV/AIDS Prevention

Fact Sheets   Home   Index   Search   Site Map   Subscribe

*Esta página en*
**Español**

# HIV and Its Transmission

Research has revealed a great deal of valuable medical, scientific, and public health information about the human immunodeficiency virus (HIV) and acquired immunodeficiency syndrome (AIDS). The ways in which HIV can be transmitted have been clearly identified. Unfortunately, false information or statements that are not supported by scientific findings continue to be shared widely through the Internet or popular press. Therefore, the Centers for Disease Control and Prevention (CDC) has prepared this fact sheet to correct a few misperceptions about HIV.

## *How HIV is Transmitted*

HIV is spread by sexual contact with an infected person, by sharing needles and/or syringes (primarily for drug injection) with someone who is infected, or, less commonly (and now very rarely in countries where blood is screened for HIV antibodies), through transfusions of infected blood or blood clotting factors. Babies born to HIV-infected women may become infected before or during birth or through breast-feeding after birth.

In the health care setting, workers have been infected with HIV after being stuck with needles containing HIV-infected blood or, less frequently, after infected blood gets into a worker's open cut or a mucous membrane (for example, the eyes or inside of the nose). There has been only one instance of patients being infected by a health care worker in the United States; this involved HIV transmission from one infected dentist to six patients. Investigations have been completed involving more than 22,000 patients of 63 HIV-infected physicians, surgeons, and dentists, and no other cases of this type of transmission have been identified in the United States.

Some people fear that HIV might be transmitted in other ways; however, no scientific evidence to support any of these fears has been found. If HIV were being transmitted through other routes (such as through air, water, or insects), the pattern of reported AIDS cases would be much different from what has been observed. For example, if mosquitoes could transmit HIV infection, many more young children and preadolescents would have been diagnosed with AIDS.

All reported cases suggesting new or potentially unknown routes of transmission are thoroughly investigated by state and local health departments with the assistance, guidance, and laboratory support from CDC. *No additional routes of transmission have been recorded*, despite a national sentinel system designed to detect just such an occurrence.

The following paragraphs specifically address some of the common misperceptions about HIV transmission.

**HIV in the Environment**

Scientists and medical authorities agree that HIV does not survive well in the environment, making the possibility of environmental transmission remote. HIV is found in varying concentrations or amounts in blood, semen, vaginal fluid, breast milk, saliva, and tears. (See page 3, *Saliva, Tears, and Sweat.*) To obtain data on the survival of HIV, laboratory studies have required the use of artificially high concentrations of laboratory-grown virus. Although these unnatural concentrations of HIV can be kept alive for days or even weeks under precisely controlled and limited laboratory conditions, CDC studies have shown that drying of even these high concentrations of HIV reduces the amount of infectious virus by 90 to 99 percent within several hours. Since the HIV concentrations used in laboratory studies are much higher than those actually found in blood or other specimens, drying of HIV-infected human blood or other body fluids reduces the theoretical risk of environmental transmission to that which has been observed--essentially zero. Incorrect interpretation of conclusions drawn from laboratory studies have unnecessarily alarmed some people.

Results from laboratory studies should not be used to assess specific personal risk of infection because (1) the amount of virus studied is not found in human specimens or elsewhere in nature, and (2) no one has been identified as infected with HIV due to contact with an environmental surface. Additionally, HIV is unable to reproduce outside its living host (unlike many bacteria or fungi, which may do so under suitable conditions), except under laboratory conditions, therefore, it does not spread or maintain infectiousness outside its host.

## Households

Although HIV has been transmitted between family members in a household setting, this type of transmission is very rare. These transmissions are believed to have resulted from contact between skin or mucous membranes and infected blood. To prevent even such rare occurrences, precautions, as described in previously published guidelines, should be taken in all settings "including the home" to prevent exposures to the blood of persons who are HIV infected, at risk for HIV infection, or whose infection and risk status are unknown. For example,

- Gloves should be worn during contact with blood or other body fluids that could possibly contain visible blood, such as urine, feces, or vomit.

- Cuts, sores, or breaks on both the care giver's and patient's exposed skin should be covered with bandages.

- Hands and other parts of the body should be washed immediately after contact with blood or other body fluids, and surfaces soiled with blood should be disinfected appropriately.

- Practices that increase the likelihood of blood contact, such as sharing of razors and toothbrushes, should be avoided.

- Needles and other sharp instruments should be used only when medically necessary and handled according to recommendations for health-care settings. (Do not put caps back on needles by hand or remove needles from syringes. Dispose of needles in puncture-proof containers

## Businesses and Other Settings

There is no known risk of HIV transmission to co-workers, clients, or consumers from contact in industries such as food-service establishments (see information on survival of HIV in the environment). Food-service workers known to be infected with HIV need not be restricted from work unless they have other infections or illnesses (such as diarrhea or hepatitis A) for which any food-service worker, regardless of HIV infection status, should be restricted. CDC recommends that all food-service workers follow recommended standards and practices of good personal hygiene and food sanitation.

**1326**

In 1985, CDC issued routine precautions that all personal-service workers (such as hairdressers, barbers, cosmetologists, and massage therapists) should follow, even though there is no evidence of transmission from a personal-service worker to a client or vice versa. Instruments that are intended to penetrate the skin (such as tattooing and acupuncture needles, ear piercing devices) should be used once and disposed of or thoroughly cleaned and sterilized. Instruments not intended to penetrate the skin but which may become contaminated with blood (for example, razors) should be used for only one client and disposed of or thoroughly cleaned and disinfected after each use. Personal-service workers can use the same cleaning procedures that are recommended for health care institutions.

CDC knows of no instances of HIV transmission through tattooing or body piercing, although hepatitis B virus has been transmitted during some of these practices. One case of HIV transmission from acupuncture has been documented. Body piercing (other than ear piercing) is relatively new in the United States, and the medical complications for body piercing appear to be greater than for tattoos. Healing of piercings generally will take weeks, and sometimes even months, and the pierced tissue could conceivably be abraded (torn or cut) or inflamed even after healing. Therefore, a theoretical HIV transmission risk does exist if the unhealed or abraded tissues come into contact with an infected person's blood or other infectious body fluid. Additionally, HIV could be transmitted if instruments contaminated with blood are not sterilized or disinfected between clients.

## Kissing

Casual contact through closed-mouth or "social" kissing is not a risk for transmission of HIV. Because of the potential for contact with blood during "French" or open-mouth kissing, CDC recommends against engaging in this activity with a person known to be infected. However, the risk of acquiring HIV during open-mouth kissing is believed to be very low. CDC has investigated only one case of HIV infection that may be attributed to contact with blood during open-mouth kissing.

## Biting

In 1997, CDC published findings from a state health department investigation of an incident that suggested blood-to-blood transmission of HIV by a human bite. There have been other reports in the medical literature in which HIV appeared to have been transmitted by a bite. Severe trauma with extensive tissue tearing and damage and presence of blood were reported in each of these instances. Biting is not a common way of transmitting HIV. In fact, there are numerous reports of bites that did *not* result in HIV infection.

## Saliva, Tears, and Sweat

HIV has been found in saliva and tears in very low quantities from some AIDS patients. It is important to understand that finding a small amount of HIV in a body fluid does not necessarily mean that HIV can be *transmitted* by that body fluid. HIV has *not* been recovered from the sweat of HIV-infected persons. Contact with saliva, tears, or sweat has never been shown to result in transmission of HIV.

## Insects

From the onset of the HIV epidemic, there has been concern about transmission of the virus by biting and bloodsucking insects. However, studies conducted by researchers at CDC and elsewhere have shown no evidence of HIV transmission through insects--even in areas where there are many cases of AIDS and large populations of insects such as mosquitoes. Lack of such outbreaks, despite intense efforts to detect them, supports the conclusion that HIV is not transmitted by insects.

The results of experiments and observations of insect biting behavior indicate that when an insect bites a person, it does not inject its own or a previously bitten person's or animal's blood into the next person bitten. Rather, it

8

injects saliva, which acts as a lubricant or anticoagulant so the insect can feed efficiently. Such diseases as yellow fever and malaria are transmitted through the saliva of specific species of mosquitoes. However, HIV lives for only a short time inside an insect and, unlike organisms that are transmitted via insect bites, HIV does not reproduce (and does not survive) in insects. Thus, even if the virus enters a mosquito or another sucking or biting insect, the insect does not become infected and cannot transmit HIV to the next human it feeds on or bites. HIV is not found in insect feces.

There is also no reason to fear that a biting or bloodsucking insect, such as a mosquito, could transmit HIV from one person to another through HIV-infected blood left on its mouth parts. Two factors serve to explain why this is so--first, infected people do not have constant, high levels of HIV in their bloodstreams and, second, insect mouth parts do not retain large amounts of blood on their surfaces. Further, scientists who study insects have determined that biting insects normally do not travel from one person to the next immediately after ingesting blood. Rather, they fly to a resting place to digest this blood meal.

## Effectiveness of Condoms

Condoms are classified as medical devices and are regulated by the Food and Drug Administration (FDA). Condom manufacturers in the United States test each latex condom for defects, including holes, before it is packaged. The proper and consistent use of latex or polyurethane (a type of plastic) condoms when engaging in sexual intercourse--vaginal, anal, or oral--can greatly reduce a person's risk of acquiring or transmitting sexually transmitted diseases, including HIV infection.

There are many different types and brands of condoms available--however, only latex or polyurethane condoms provide a highly effective mechanical barrier to HIV. In laboratories, viruses occasionally have been shown to pass through natural membrane ("skin" or lambskin) condoms, which may contain natural pores and are therefore not recommended for disease prevention (they are documented to be effective for contraception). Women may wish to consider using the female condom when a male condom cannot be used.

For condoms to provide maximum protection, they must be used *consistently* (every time) and *correctly*. Several studies of correct and consistent condom use clearly show that latex condom breakage rates in this country are less than 2 percent. Even when condoms do break, one study showed that more than half of such breaks occurred prior to ejaculation.

*When condoms are used reliably,* they have been shown to prevent pregnancy up to 98 percent of the time among couples using them as their only method of contraception. Similarly, numerous studies among sexually active people have demonstrated that a properly used latex condom provides a high degree of protection against a variety of sexually transmitted diseases, including HIV infection.

For more detailed information about condoms, see the CDC publication *"Male Latex Condoms and Sexually Transmitted Diseases."*

## CDC's Response

*CDC is committed to providing the scientific community and the public with accurate and objective information about HIV infection and AIDS.* It is vital that clear information on HIV infection and AIDS be readily available to help prevent further transmission of the virus and to allay fears and prejudices caused by misinformation. For a complete description of CDC's HIV/AIDS prevention programs, see *"CDC's Role in HIV and AIDS Prevention."*

1328

| Main Topics | Index   Search   Site Map   Subscribe   What's New |

**Main Topics**

Basic Science
Surveillance
Prevention Research
Vaccine Research
Prevention Tools
Treatment
Funding
Testing
Evaluation
Software
Training

**General Information**
» Basic Statistics

Home

## Basic Statistics

Unless otherwise noted, the following data is from the CDC *HIV/AIDS Surveillance Report: HIV Infection and AIDS in the United States*, 2003
For a more complete understanding of the current surveillance trends, you may download the *HIV/AIDS Surveillance Report* or request a free copy by calling the CDC National Prevention Information Network at 1-800-458-5231.

HIV Estimate
AIDS Cases
Deaths Due to AIDS
AIDS Cases by Age
AIDS Cases by Race/Ethnicity

AIDS Cases by Exposure Category
Top 10 AIDS Cases by State/Territory
State HIV/AIDS Data
International Statistics

### HIV Estimate

An estimated 850,000–950,000 persons in the United States are living with human immunodeficiency virus (HIV), including 180,000–280,000 who do not know they are infected.[1]

1. Source: Fleming P, Byers RH, Sweeney PA, et al. HIV prevalence in the United States, 2000 [Abstract 11]. Presented at the Ninth Conference on Retroviruses and Opportunistic Infections, Seattle, WA; February 24–28, 2002.

### AIDS Cases

In 2003, the **estimated number** of diagnoses of AIDS in the United States was **43,171**. Adult and adolescent AIDS cases totaled **43,112** with **31,614** cases in males and **11,498** cases in females. Also in 2003, there were **59** AIDS cases estimated in children under age 13.

The cumulative **estimated number** of diagnoses of AIDS through 2003 in the United States is **929,985**. Adult and adolescent AIDS cases total **920,566** with **749,887** cases in males and **170,679** cases in females. Through the same time period, **9,419** AIDS cases were estimated in children under age 13.

### Deaths Due to AIDS

In 2003, the **estimated number** of deaths of persons with AIDS was **18,017**, including **17,934** adults and adolescents, and **83** children under age 13.

The cumulative **estimated number** of deaths of persons with AIDS through 2003 is **524,060**, including **518,568** adults and adolescents, and **5,492** children under age 13.

### AIDS Cases by Age

Of the **estimated number** of AIDS cases, person's age at time of diagnosis were distributed as follows:

| Age | Estimated Number of AIDS Cases in 2003 | Cumulative Estimated Number of AIDS Cases through 2003 |
|---|---|---|
| Under 13 | 59 | 9,419 |
| Ages 13 to 14 | 59 | 891 |
| Ages 15 to 24 | 1,991 | 37,599 |
| Ages 25 to 34 | 9,605 | 311,137 |
| Ages 35 to 44 | 17,633 | 365,432 |
| Ages 45 to 54 | 10,051 | 148,347 |
| Ages 55 to 64 | 2,888 | 43,451 |
| Ages 65 or older | 886 | 123,711 |

11

**AIDS Cases by Race/Ethnicity**
Estimated **numbers** of diagnoses of AIDS, by race or ethnicity:

| | | |
|---|---|---|
| White, not Hispanic | 12,222 | 376,834 |
| Black, not Hispanic | 21,304 | 368,169 |
| Hispanic | 8,757 | 172,993 |
| Asian/Pacific Islander | 497 | 7,166 |
| American Indian/Alaska Native | 196 | 3,026 |

**AIDS Cases by Exposure Category**
Following is the distribution of the **estimated number** of diagnoses of AIDS among adults and adolescents by exposure category. A breakdown by sex is provided where appropriate.

| Exposure Category | Estimated # of AIDS Cases, in 2003 | | |
|---|---|---|---|
| | Male | Female | Total |
| Male-to-male sexual contact | 17,969 | - | 17,969 |
| Injection Drug Use | 6,353 | 3,096 | 9,449 |
| Male-to-male sexual contact and injection drug use | 1,877 | - | 1,877 |
| Heterosexual contact | 5,133 | 8,127 | 13,260 |
| Other | 281 | 276 | 577 |

| Exposure Category | Estimated # of AIDS Cases, Through 2003 | | |
|---|---|---|---|
| | Male | Female | Total |
| Male-to-male sexual contact | 440,887 | - | 440,887 |
| Injection Drug Use | 175,988 | 70,558 | 246,546 |
| Male-to-male sexual contact and injection drug use | 62,418 | - | 62,418 |
| Heterosexual contact | 56,403 | 93,586 | 149,989 |
| Other | 14,191 | 6,535 | 20,726 |

* Includes hemophilia, blood transfusion, perinatal, and risk not reported or not identified.

The distribution of the **estimated number** of diagnoses of AIDS, among children* by exposure categories follows:

| | | |
|---|---|---|
| Perinatal | 58 | 8,749 |
| Other** | 1 | 670 |

* The term "children" refers to persons under age 13 at the time of diagnosis.
** Includes hemophilia, blood transfusion, and risk not reported or not identified.

1330

**Top 10 AIDS Cases by State/Territory**
The 10 states or territories **reporting** the highest number of AIDS cases are as follows:

| Total AIDS Cases in 2003 | State/Territory |
|---|---|
| 6,684 | New York |
| 5,903 | California |
| 4,666 | Florida |
| 3,379 | Texas |
| 1,907 | Georgia |
| 1,895 | Pennsylvania |
| 1,730 | Illinois |
| 1,570 | Maryland |
| 1,516 | New Jersey |
| 1,083 | North Carolina |

| Cumulative AIDS Cases through 2003 | State/Territory |
|---|---|
| 162,446 | New York |
| 133,292 | California |
| 94,725 | Florida |
| 62,983 | Texas |
| 46,703 | New Jersey |
| 30,139 | Illinois |
| 29,988 | Pennsylvania |
| 28,301 | Puerto Rico |
| 27,915 | Georgia |
| 26,918 | Maryland |

**State-by-State HIV/AIDS Data**
State-by-state information about new and cumulative AIDS cases, AIDS case rates, persons living with AIDS, AIDS deaths, HIV infections, HIV testing statistics and policies, additional AIDS-related state policies, Ryan White funding and funding for HIV prevention, and AIDS Drug Assistance Programs, including budget, client, and expenditure data from the Kaiser Family Foundation.

- statehealthfacts.org ◄

13

**1331**