1
2

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL
CIRCUIT OF THE STATE OF FLORIDA, IN AND FOR
HILLSBOROUGH COUNTY

3

COUNTY CRIMINAL DIVISION

4
5
6   THE STATE OF FLORIDA,

7           Plaintiff,

8       vs.

CASE NO.:  00-CM-24463
DIV.: "A", "B", "C", "E"

9
10  KATIE COLEMAN, et al.,

10          Defendants.

11  _____

12
13                    TRANSCRIPT OF PROCEEDINGS

14
15  BEFORE:        HONORABLE JAMES V. DOMINGUEZ
16                 HONORABLE MARK WOLFE
                   HONORABLE JOELLE OBER
17                 HONORABLE CHERYL THOMAS

18  TAKEN AT:      Hillsborough County Courthouse
                   Tampa, Florida
19
    DATE:          April 6, 2001
20
    TIME:          8:30 a.m.
21
    REPORTED BY:   SONJA HOPE
22                 Court Reporter
                   Notary Public
23                 State of Florida at Large

24
25
                   BERRYHILL & ASSOCIATES, INC.
                625 EAST TWIGGS STREET - SUITE 100
                   TAMPA, FLORIDA  33602
            813.229.8225   813.229.8722 - FAX

382

110

**REBEKAH J. THOMAS,**

1

2        being first duly sworn to tell the truth, the

3    whole truth and nothing but the truth was examined

4    and testified as follows:

5               **DIRECT EXAMINATION**

6        BY MR. LIROT:

7        Q    Dr. Thomas, what is your education and

8    background?

9        A    I have a Bachelors in Physiology and

10   Anthropology, and a Ph.D. in Physiology.

11       Q    All right.  And your training and experience,

12   please.

13       A    I have done research on cell physiology.  And

14   cell physiology has to do with individual cells itself

15   and how things get into and out of a cell, the life of a

16   cell, how a cell stays alive.  I have also done research

17   on skeletal muscle and things that can effect the

18   skeletal muscle.

19       Q    And in your research, do you study the spread

20   of diseases?

21       A    Well, not specifically in research that I have

22   done before, but in studying other people's research and

23   in doing reports for that and in what I teach at the

24   university.  I do deal with immunology as a specific

25   topic that falls within my area.

1    I also teach and am qualified to teach anatomy
2 and physiology. And in immunology, we get into
3 reproductive physiology and reproductive anatomy and the
4 things that affect those particular regions of the body.
5 And in immunology, we do discuss particular kinds of
6 diseases, how they enter the body, what they do to the
7 body, how the body fights against it, so --
8    Q    Right. What is the definition of immunology
9 as a study?
10    A    Immunology is the study of the immune system
11 of the -- mainly in the human body. Although, as with
12 all biological scientific research, we often use animal
13 models. But where appropriate and when available, we do
14 use human evidence to support that.
15    MR. FEE: Judge, I am going to object to the
16    relevance of this witness' testimony.
17    THE HONORABLE JUDGE DOMINGUEZ: Overruled.
18    MR. FEE: Thank you.
19    DIRECT EXAMINATION (continues)
20    BY MR. LIROT:
21    Q    Doctor, are you familiar with Ordinance 99-265
22 and the allegations or findings that contact between
23 human beings causes the spread of disease?
24    A    Yes, sir, I am.
25    Q    And can you tell this Court, what are the

492

1  diseases that were elaborated either in that particular
2  ordinance or the hearings regarding that ordinance, if
3  you reviewed them.
4      A    I believe that the diseases listed in evidence
5  for that ordinance included chancroid, gonorrhea,
6  granuloma inguinale, lymphogranuloma venereum --
7          THE COURT REPORTER:  I am sorry, Judge.  Would
8      you start over again?
9          THE WITNESS:  Would it help if I said the
10     diseases listed in Florida Statute 796.08?  Does
11     that help or do you want me to go into it?
12         THE HONORABLE JUDGE WOLFE:  You can testify,
13     just do it slower, okay?
14         THE WITNESS:  Okay, I will back up and go
15     slower.
16         DIRECT EXAMINATION (continues)
17     BY MR. LIROT:
18     Q    There is a lot of syllables in those diseases.
19     A    Chancroid, gonorrhea, granuloma inguinale,
20  lymphogranuloma venereum --
21         THE HONORABLE JUDGE DOMINGUEZ:  You might want
22     to spell a few of those for us.
23         THE WITNESS:  Okay.  Granuloma inguinale is
24     spelled G-R-A-N-U-L-O-M-A I-N-G-U-I-N-A-L-E,
25     lymphogranuloma venereum is spelled

1    L-Y-M-P-H-O-G-R-A-N-U-L-O-M-A, venereum is spelled

2    V-E-N-E-R-E-U-M.  There is genital herpes simplex,

3    clamydia, spelled C-L-A-M-Y-D-I-A, nongonococcal

4    urethritis, N-O-N-G-O-N-O-C-O-C-C-A-L

5    U-R-E-T-H-R-I-T-I-S, there is pelvic inflammatory

6    disease and human immunodeficiency virus.

7         Those were the majority of sexually

8    transmitted diseases that were discussed.

9         Q    All right.  What is a sexually transmitted

10   disease?

11        A    A sexually transmitted disease is a disease

12   that can be transmitted from person to person through

13   sexual contact.  Whether or not that disease results in

14   reproductive problems or -- diseases manifest in genital

15   organs or reproductive organs.

16        Q    And you talked about sexual contact.

17        A    That is correct.

18        Q    What is sexual contact?  What type of sexual

19   contact would result in the transmission of these

20   different diseases?

21        A    In general, sexual contact is taken to mean

22   penetration of oral, vaginal or anal orifices by a

23   genital organ or device.

24        Q    Now, the allegations, clearly, in the findings

25   of Ordinance 99-265, they talk about the contact.  I

494

1  would like you to tell me, in the contact of a close
2  personal dance, colloquially referred to as a lap dance,
3  what is the likelihood for each of those individual
4  diseases of transmitting or operating as a transmitted
5  factor of those specific sexually transmitted diseases?
6      A     In general, as I understand what a lap dance
7  is, where the dancer is nude, the patron is not, there
8  is no risk of the transmission of sexual diseases or
9  most other types of diseases.
10     Q     All right, how are these individual diseases
11 transmitted?
12     A     Diseases are transmitted by direct contact
13 with mucosal membranes.  And mucosal membranes are
14 specific types of tissue that lines the oral tract, the
15 anal -- the whole digestive tract.  It goes from the
16 mouth to the anus, the reproductive tract, the
17 respiratory tract and the urinary tract.  And those
18 mucosal membranes are susceptible to the disease.
19 Because usually during sexual contact, they are abraded
20 or exposed to those kinds of fluids.
21     Q     All right.  And in casual contact between one
22 human being that is clothed and one human being that is
23 unclothed, what is the likelihood of transmitting any of
24 those diseases?
25     A     In casual contact, there is no risk of

1  transmission of those kinds of diseases.

2      Q    All right.  What is it about sexual contact

3  that makes it conducive to the transmission of those

4  diseases?

5      A    In sexual contact, we are talking about the

6  actual exchange of body fluids or the exposure of body

7  fluids to areas of the body that are being abraded or

8  have areas of abrasion which makes them particularly

9  susceptible to the transmission of those diseases.

10      Q    How extensive does that contact have to be?

11      A    The contact -- it depends on the disease

12  itself.  There are certain kinds of sexually transmitted

13  diseases that are nastier than others.  For example, the

14  bacteria that causes syphilis is capable of actually

15  capable of penetrating the mucosal membranes itself

16  whether or not there is an abrasion there.  But syphilis

17  is carried directly in body fluids.  And, so, there

18  would have to be the entry of body fluids into a cavity

19  that is lined by mucosal membranes.

20          In the case of the HIV virus, there would have

21  to be a specific arouse of transmission, there has to be

22  specific body fluid to body fluid contact.  The contact

23  has to be multiple in nature, there has to be maybe

24  direct contact of blood from one person to another,

25  semen to an abraded area of the vaginal tract, for

116

1  example, could be where HIV could be transmitted.  So,

2  it has to be a fairly intensive kind of contact for

3  these things to spread.

4     Q     More expansive than a lap dance?

5     A     Yes.

6     Q     All right.  What other sexually transmitted

7  diseases are the most prevalent in the United States

8  right now?

9     A     According to the Centers for Disease Control,

10 the most prevalent sexually transmitted diseases in the

11 United States are clamydia, gonorrhea, syphilis, genital

12 herpes, hepatitis B, human papilloma virus,

13 trichomonisis, that is spelled

14 T-R-I-C-H-O-M-O-N-I-S-I-S, and bacterial vaginosis.

15    Q     All right.

16    A     Those are the most prevalent in the United

17 States.

18    Q     For those diseases, if you would, would you

19 explain to me the likelihood of transmission in the

20 conduct of one human being unclothed in the lap of

21 another human being?

22    A     Okay.  I will start, I guess, with gonorrhea.

23 Gonorrhea is an infection that is transmitted through

24 contact from exudates of mucosal membranes.  That means

25 that an infected person that has gonorrhea will have --

1   I am trying to remember the proper word here, cysts or

2   abscesses that will break open at times and produce its

3   own fluids.  And in those fluids will be the disease

4   carrying a substance that will further gonorrhea.

5          Now, gonorrhea in females is usually

6   asymptomatic because the abscesses tend to be internal

7   and there may or may not be evidence of that exudate

8   vaginally.  But the cervix is the most prominent place

9   for this in females.

10         And, so, the disease -- the person would have

11  to penetrate all the way up to the cervix in the vagina

12  in order to be exposed to a significant amount of that

13  exudate in order to be infected.

14         In terms of how men can give it -- transmit

15  it, it has to be from the penis and exudate from the

16  penis itself or a sore located on the outside of the

17  penis outside, which is usually not the case in

18  gonorrhea.

19         Clamydia is a similar type of infection as

20  gonorrhea.  It is not merely as intense or prevalent as

21  gonorrhea in terms of -- or it is not as intense, I

22  should say.  It is -- motive action is not -- it does

23  not produce as much pain or discomfort as exudate as

24  does the gonorrhea, but the types of transmission is

25  very similar.

498

1        Syphilis is another one prevalent in the

2   United States.  And syphilis has four or five stages

3   that the disease goes through; only three of those are

4   communicable.  Syphilis has an incubation period in

5   which the disease is not transmittable.  But once it is

6   out of incubation, you have a primary phase, a secondary

7   phase and then the phase where the disease can be given.

8        But that disease, again, has to be from direct

9   contact of sexual fluids into the mucosal membrane.

10  This is, in particular, as I said before, a bacteria

11  that is good at finding its own way into tissue.  So,

12  there doesn't need to be any damage from sexual contact,

13  no abrasions, no open exposure or wounds.  It will find

14  its own way if it is a nice, happy, moist environment of

15  the mucose membrane.

16      Q    Of those three, what about the conducive

17  nature of a lap dance; would you say it is conducive or

18  nonconducive to the transmission of those diseases?

19      A    I would say that a lap dance is nonconducive

20  to the transmission of those diseases.

21      Q    All right.  What about the other diseases that

22  you referenced?

23      A    In terms of prevalence in the United States?

24  Those diseases?

25      Q    Yes.

1    A    No, they are not going to be likely to be

2  transmitted through a lap dance.

3    Q    All right.  Now, you mentioned the CDC, can

4  you tell the Court or, obviously, for the record, what

5  the CDC is?

6    A    The CDC is the Centers for Disease Control and

7  Prevention.  It was renamed in 1992 by -- under congress

8  -- under direct order from congress to President Reagan

9  because the -- previously, the Centers for Disease

10  Control had been -- their primary function was to find

11  out where diseases were, what they were, how they

12  worked, where they were located, were there epidemics,

13  those kinds of things.

14          And then, in 1992, the decision was not only

15  should we research the disease and how it works, but how

16  to prevent it.  And, so, that is a national organization

17  paid for by tax payer's money, that is a group of

18  centers that studies various diseases.

19          And a particular part of the Centers for

20  Disease Control and Prevention, that is important in

21  sexually transmitted diseases, is called the National

22  Center for HIV, STDs and TB Prevention, Division of

23  Sexually Transmitted Diseases Prevention.

24          So, the CDC is much bigger than just the STDs

25  or the sexually transmitted diseases, but that is a

(  500

1   small part of it.   They study and track the disease

2   itself, they do research on the disease and they do

3   research on the prevention of the disease.

4        Q     All right, how have they been doing that?

5        A     They've been doing it -- I am not exactly sure

6   when the organization started, but if you log onto their

7   website, for example, and look at data, the tracking of

8   diseases goes back easily to the 70s and in some cases

9   the 50s.

10        Q     And if the national agency is responsible for

11   tracking diseases, do they tend to focus on activities

12   that they find to be high risk to the transmission of

13   diseases?

14        A     Yes, because they do publish information for

15   the public about what -- how are the best causes or the

16   best ways to prevent the transmission of these kinds of

17   diseases.

18        Q     Okay.   Basically, what does the CDC recommend

19   for the prevention of sexual transmission of diseases?

20        A     The most this -- this is a quote from the

21   Centers of Disease Control and Prevention itself:   "The

22   most effective way to prevent sexual transmission of HIV

23   and other STDs is to avoid sexual intercourse with an

24   infected partner."

25        Q     Okay.   Now, in your research, did you evaluate

1  whether or not the CDC maintain any records of adult

2  entertainment businesses or adult entertainment issues

3  as it pertains to the spread of sexually transmitted

4  diseases?

5       A    I did try to get information from the Centers

6  for Disease Control.  Since the City of Tampa thinks

7  this is an issue, I thought there would be data for

8  that.  So, I looked on the Centers for Disease Control

9  website, because they do publicize all of their

10  information, I did a number of searches, including

11  female dancers and sexually transmitted diseases, erotic

12  dancing and sexually transmitted diseases, exotic

13  dancing and sexually transmitted disease, dancing and

14  sexually transmitted disease and I came up empty.

15           So, I chose to e-mail them.  They have a

16  contact site.  I e-mailed them and asked them -- you

17  know, I told them, this is what I am looking for, I am

18  looking for data on sexually transmitted diseases and

19  erotic and exotic dancing, female dancing.  And I even

20  explained a little bit about adult use in terms of the

21  way the City of Tampa is using it today.  And I got back

22  a message that said we don't track that data, but if it

23  is out there, you can check this particular area.

24           So, I went to another search engine, did the

25  same five, six, eight searches, I can't remember how

502

1    many I did, and came up empty again.  Completely empty.

2          There is nobody out there that thinks that

3    this is enough of a deal to produce any evidence that

4    erotic or exotic dancing will promote sexually

5    transmitted diseases.

6        Q    All right.  If it did, in your opinion, would

7    the CDC track something like that as it relates to this

8    industry?

9        A    I would think so, considering the reaction of

10   the American public to the discovery of the HIV disease

11   and how the issues involving the homosexual community

12   were pounced on and studied very closely and then other

13   studies from that, one ought to test other populations

14   and other, quote, unquote, at-risk people.

15          I would have imagined that at that point, if

16   there was any indication at all that that was an area

17   where disease was being promoted, it would have come up

18   and they would have studied and tracked it.

19       Q    If a governmental body -- I am sorry, excuse

20   me.  If a governmental body was handed pictures of the

21   symptoms of a variety of sexually transmitted diseases,

22   would be enough for that governmental body to have a

23   reasonable belief that a certain activity caused

24   sexually transmitted diseases?

25          MR. LAWSON:  This is going to be calling for

1    speculation on the part of the witness.

2        THE HONORABLE JUDGE DOMINGUEZ:  Sustained.

3        MR. LIROT:  All right.

4        DIRECT EXAMINATION (continues)

5        BY MR. LIROT:

6    Q    Do pictures establish any nexus between a

7    certain activity and the transmission of sexually

8    transmitted diseases?

9    A    The pictures themselves are only a point in

10   time of a disease at a certain point of progress and

11   what it produces on a specific person at a specific

12   time.  I don't think it can say anything about behaviors

13   that causes.

14   Q    All right.  And did you have an opportunity

15   to review the testimony at the public hearing of

16   Dr. Holt?

17   A    Yes, I did.

18   Q    All right.  Can you tell us what you looked at

19   relative to Dr. Holt's testimony?

20   A    Page 133 of the December 2nd, 1999 City of

21   Tampa hearing, Dr. Holt -- this is on Page 133, Line 12.

22   And this was the City's own expert testimony.  And he

23   says, and I quote, nude lap dancing that does not

24   involve contact between genital areas and the mucose

25   membrane of a patron would not transmit disease.  And I

504

1    agree with that.

2        MR. FEE:  Can we do a little bit of

3    completeness here and have her read the continued

4    statement?

5        THE WITNESS:  The continued statement has

6    nothing to do with lap dancing because --

7        THE HONORABLE JUDGE DOMINGUEZ:  Why don't you

8    read it anyway and we will decide.

9        THE WITNESS:  Okay.  All right.  "The

10   activities that we have been describing, and that

11   occurred between both performers and in cases where

12   a patron described in the police report and the

13   video clearly represents sexual activity, certainly

14   do represent a risk of transmission of sexually

15   transmitted diseases from person to person."

16       Mr. Fee:  Thank you.

17       THE WITNESS:  Sure.

18        DIRECT EXAMINATION (continues)

19       BY MR. LIROT:

20   Q    For the record, anybody accused of lap

21   dancing, that specific activity, that specific conduct,

22   serves as a likely act for the transmission of sexually

23   transmitted diseases?

24   A    No.

25   Q    So, specifically, as it relates to that

1  contact, would you find that there is anything in your

2  scientific background to support the allegation that

3  that activity causes the spread of disease?

4      A    I've read no research article, I've read no

5  statistics, I have no text book that I would use to

6  teach that has any reference to that as being a behavior

7  that puts a person at risk for the transmission of a

8  sexual disease.

9      Q    If, in fact, the goal of the City in adopting

10 this legislation was to prevent the transmission of

11 disease, would a five-foot restriction be effective

12 perhaps as much as a six foot?

13          MR. FEE:  Objection, speculation.

14          THE HONORABLE JUDGE DOMINGUEZ:  Sustained.

15          DIRECT EXAMINATION (continues)

16          BY MR. LIROT:

17      Q    Is there anything likely about the spread of

18 any sexually transmitted disease that would cause

19 something that would be problematic from one foot away?

20          MR. FEE:  Objection, relevance and

21      speculation.

22          THE HONORABLE JUDGE DOMINGUEZ:  I think she

23      can go there.  You need to establish what the least

24      restrictive --

25          MR. LIROT:  I am sorry, Judge, I didn't hear

1    you.

2         THE HONORABLE JUDGE DOMINGUEZ:  She may answer

3    the question.

4         THE WITNESS:  Can you rephrase the question?

5    I am sorry.

6         DIRECT EXAMINATION (continues)

7    BY MR. LIROT:

8    Q    Assuming as a hypothetical that any activity

9    between human beings caused the transmission of sexually

10   transmitted diseases, would a one-foot restriction

11   achieve the governmental goal of preventing disease?

12        MR. FEE:  Objection, speculation.

13        THE HONORABLE JUDGE DOMINGUEZ:  Answer the

14   question.

15        THE WITNESS:  There is no reason to believe

16   that a one-foot separation in distance would

17   promote the transmission of sexually transmitted

18   diseases.

19   Q    Thank you.

20        THE HONORABLE JUDGE WOLFE:  Anything further,

21   Mr. Lirot?

22        MR. LIROT:  No.  I pass the witness, Your

23   Honor.

24        THE HONORABLE JUDGE WOLFE:  Counsel, anything

25   else?

1                  (No response.)

2          THE HONORABLE JUDGE WOLFE:  All right.  Cross,

3      Mr. Fee?

4          MR. FEE:  Yes, Your Honor.  Thank you.

5          I would also like to address the City's

6      concern.  We need to put on some evidence very

7      briefly and submit into the record exactly what the

8      City Council was presented with.  I would like to

9      do it through a summary.

10         MR. BENJAMIN:  Objection as to him using a

11     summary.

12         MR. FEE:  I just want to make sure that I have

13     enough time at the end.

14                  CROSS-EXAMINATION

15         BY MR. FEE:

16     Q    First of all, you are being paid for being

17  here today, aren't you?

18     A    Yes.

19     Q    Thank you.  Can sexually transmitted diseases,

20  such as the ones you described, be transmitted by mouth

21  to genital contact?

22         THE HONORABLE JUDGE DOMINGUEZ:  Excuse me,

23     Mr. Fee.

24         MR. FEE:  Yes, sir?

25         THE HONORABLE JUDGE DOMINGUEZ:  Just for my

1  own edification, are you being paid to be here

2  today?

3      MR. FEE: Your Honor, I would love to answer

4  that. I am on salary. It doesn't matter whether I

5  am here or not, so -- and I would be here for free.

6      THE HONORABLE JUDGE DOMINGUEZ: I thought you

7  might.

8      MR. FEE: Thank you. I am sorry, I had

9  trouble hearing your comments.

10      CROSS-EXAMINATION (continues)

11      BY MR. FEE:

12  Q   Do the sexually transmitted diseases that you

13  described, can they be transmitted from mouth to genital

14  contact?

15  A   It depends on the disease, but in some cases,

16  yes.

17  Q   And can they be transmitted from finger to

18  genital to mouth contact if it occurs within the span

19  of, say, five seconds?

20  A   Finger to genital to mouth contact. It would,

21  again, depend on what the nature of the sexual disease

22  was.

23  Q   But some can be?

24  A   Some can be.

25  Q   Can some, such as herpes, be transmitted

1  through French kissing?

2      A    It depends the type of herpes that you are

3  talking about.

4      Q    But some forms of herpes can be, right?

5      A    The type that is not considered to be genital

6  herpes, yes, it can be.

7      Q    And, certainly, you can get genital herpes

8  through mouth to genital contact.

9      A    That is correct.

10     Q    Are you aware of a nonprofit group that

11 targets the adult use industry to provide testing for

12 sexually transmitted diseases?

13     A    I am -- if you are -- if you -- maybe I should

14 just back up and say can you be more specific?

15     Q    Are you aware of any nonprofit group that

16 provides testing specifically to the adult entertainment

17 industry for sexually transmitted diseases?

18         MR. BENJAMIN:  Judge, objection, it is too

19     broad.  What is the adult entertainment industry?

20     Are we talking about the pornograph industry in

21     California?

22         THE HONORABLE JUDGE DOMINGUEZ:  Answer the

23     question.  Are you aware of --

24         THE WITNESS:  The only thing that I read was

25     what the City submitted in the evidence for the

                                                    510

1    public hearing on December 2nd.  There was a flyer

2    for -- I believe the organization was called AIM.

3         CROSS-EXAMINATION (continues)

4         BY MR. FEE:

5    Q    So you are aware of that?

6    A    I read that particular flyer, yes.

7    Q    And does that in any way change your opinions

8    as to whether or not there may be a problem within the

9    adult entertaining industry --

10        No, sir.

11   Q    -- regarding sexually transmitted diseases?

12   A    -- because I would hope that any --

13   Q    I am sorry, can you please let me finish?

14   A    I am sorry.

15   Q    It does not change your opinion that there is

16   a problem with sexually transmitted diseases within the

17   adult entertainment industry, being that there is an

18   organization dedicated to testing for such diseases?

19   A    I would think that that means that that

20   organization is being responsible in that they are

21   trying to eliminate the prevalence of such diseases

22   within that industry.  And I would hope that any of us

23   would have insurance or availability of testing for

24   those so that we can prevent the transmission of the

25   disease.

1    Q    And, clearly, we can prevent the transmission

2  of diseases by keeping people six feet away from each

3  other, right?

4    A    We can also prevent the transmission of

5  diseases by --

6    Q    I am sorry, can you answer the question first

7  and then give your statement?

8    A    We can prevent the --

9         MR. BENJAMIN:  Judge, she was answering the

10    question.

11             CROSS-EXAMINATION (continues)

12         BY MR. FEE:

13    Q    Did you read the testimony of the police

14  officers who testified at the December 2nd, 1999 public

15  hearing?

16    A    Yes, I did.

17    Q    Including the testimony of Brian Duggan

18  (phonetic) who testified at length about girl-on-girl

19  shows that occurred and group sex activities at the Red

20  Rouster?

21    A    I read that, yes.

22         MR. LIROT:  Objection as it pertains to this

23    defendant.

24         THE HONORABLE JUDGE WOLFE:  Overruled.

25             CROSS-EXAMINATION (continues)

512

1       BY MR. FEE:

2       Q    Could those activities --

3            THE HONORABLE JUDGE WOLFE:  Ask a question and

4       let her answer.

5            MR. FEE:  I am sorry.  I thought she said she

6       did.

7            THE WITNESS:  I have read those transcripts,

8       yes.

9            THE HONORABLE JUDGE WOLFE:  I understand that.

10      Go ahead.

11           CROSS-EXAMINATION (continues)

12           BY MR. FEE:

13      Q    And are those activities that Detective Brian

14  Duggan described the types of activities that could

15  cause the transmission of sexually transmitted diseases?

16      A    Yes, they can.  But I don't see what that has

17  to do with lap dancing.

18      Q    I am sorry, but I didn't ask you that.

19           THE HONORABLE JUDGE DOMINGUEZ:  Mr. Fee, ask

20      your next question.

21           MR. FEE:  That was my last question.

22           THE HONORABLE JUDGE DOMINGUEZ:  Very good.

23           THE HONORABLE JUDGE WOLFE:  Any redirect,

24      Mr. Lirot?

25                REDIRECT EXAMINATION

1    BY MR. LIROT:

2    Q    Does the effort to maintain a charitable

3    contribution for any health problem indicate any

4    evidence that any activity causes any sexually

5    transmitted diseases?

6    A    No.

7    Q    Thank you.

8    THE HONORABLE JUDGE WOLFE:  Anything else for

9    this witness?

10    MR. LIROT:  No, Your Honor.

11    THE HONORABLE JUDGE WOLFE:  You may step down.

12    THE WITNESS:  Thank you.

13    THE HONORABLE JUDGE WOLFE:  Thank you, doctor.

14    Mr. Lirot?

15    MR. LIROT:  Judge, at this point, I think it

16    is -- this is an interesting issue, Judge.  As you

17    know, we filed a Motion in Limine.  We feel that

18    the entire record that the City of Tampa compiled,

19    this thick book, that they think shows some kind of

20    nexus between the activity that they have

21    criminalized and these alleged governmental

22    interests, we don't think any of it is relevant.

23    We think it is entirely subject to a Motion in

24    Limine.

25    We have retained Dr. Randy Fisher, a research

514