# The Effect of Adult Use Entertainment Activities on Transmission of Disease

Rebekah J. Thomas, Ph.D.
Associate Professor of Biology
Saint Leo University

04/26/01

# Introduction

Sexually transmitted diseases (STDs) are a large group of diseases, approximately twenty-five (25), that can be transmitted as a result of sexual contact [1,2,5]. This group of diseases does not have to affect genitalia in order to be classified as an STD [1,2,5]. According to the National Center for HIV (human immunodeficiency virus), STD, and TB (tuberculosis) Prevention, Division of Sexually Transmitted Diseases Prevention [5], one of the centers included in the Centers for Disease Control and Prevention (CDC), sixty-five (65) million people in the United States are infected with an incurable STD. They also estimate that each year fifteen (15) million people are infected with one (1) or more STDs, twenty-five (25) percent of which are teenagers. Approximately fifty (50) percent of people infected with an STD each year will have the disease for life [5]. The National Center for HIV, STD, and TB Prevention, Division of Sexually Transmitted Diseases Prevention (NCHSTP) [5] also indicates that many people in the United States carry STDs without symptoms and are undiagnosed. Those people that are diagnosed are often not reported to the CDC or NCHSTP resulting in the sexual transmission of disease to be considered a "'hidden'" epidemic [5].

The NCHSTP, because they are involved in the prevention of HIV, STD, and TB, have established guidelines concerning behaviors that put people at risk for becoming infected. They state that, "The most effective way to prevent sexual transmission of HIV and other STDs is to avoid sexual intercourse with an infected partner [5]." Other behaviors considered to be risks for disease transmission include the use of injected drugs and exposure to contaminated blood products [5]. In an email received from the

1

American Social Health Association (ASHA) they indicated that, "STD transmission occurs through vaginal, anal, and oral sex," and by taking semen, vaginal secretions, or blood into the body (see Appendix A). According to the ASHA, some STDs can be transmitted by direct contact with skin surrounding the genital area of infected persons, symptomatic or asymptomatic, if the uninfected person contacts this area with their mouth, anus, skin immediately surrounding the anus (perianal area), or skin surrounding the genital region (Appendix A). Examples of diseases transmitted in this way include genital herpes simplex virus and genital warts [1,2,5].

The CDC and NCHSTP, national governmental agencies, are involved in educating people about STDs and their routes of transmission in order to encourage the elimination of behaviors that result in disease. The concern for preventing behaviors that spread STDs occurs not only at the national level, but also at the state, county, and city levels. For example, Pinellas County Ordinances 79-11 [p. 2, line 17 and 25] and 99-55 [p. 1, second Whereas] state an interest in public health by establishing regulations for adult use establishments. Given this specific concern of Pinellas County, a search of the literature was undertaken to establish a connection between activities occurring within adult use establishments and the transmission of disease. In addition, direct contact was made via email to the CDC, NCHSTP, ASHA, and via phone to the CDC National Prevention Information Network to query their knowledge of a connection between the adult entertainment industry and transmission of STDs.

The literature search revealed two publications concerning disease transmission among exotic dancers [3,4]. In a report given by Magruder et.al., to the Wichita-Sedgwick County Department of Community Health, the Kansas Department of Health

2

and Environment, and the CDC, investigators identified a cluster of eighteen (18) TB cases from 1994 to 2000 [4]. According to Magruder, et.al. [4], the cluster included seven (7) women with a history of working as entertainers in adult use establishments and one (1) woman with no such history, seven (7) men, and three (3) children. Six (6) of the eleven (11) persons who were not adult entertainers, were exposed to TB outside of adult use establishments [4]. In addition, investigators indicated that injected drug use may have linked the adults [4]. No direct correlation between dancing and disease transmission could be made.

The telephone query to the CDC National Prevention Information Network revealed that the CDC had no data on disease transmission resulting from adult use establishment activities but indicated that a search of the AEGiS database (a website dedicated to HIV and AIDS information) might reveal literature not included in the CDC database. The AEGiS search revealed a study conducted by investigators at the University of Washington, Seattle and published by the National Library of Medicine [3]. This study by Gorman, et.al., reported risks associated in the spread of HIV, hepatitis C, and STDs among twenty-three (23) female methamphetamine drug users. Gorman, et.al. [3], found that the women participated in the following disease transmission risk behaviors: reuse of drug paraphernalia; needle sharing; multiple sex partners; unprotected sex; and sharing straws. A sub-population of exotic dancers was identified, but there was no indication that dancing in adult use establishments qualified as a risk behavior [3].

A direct inquiry was sent to the CDC pertaining to nude lap dancing and the transmission of STDs (see Appendix A). The CDC subsequently sent this inquiry, to the ASHA. The ASHA sent the following response, "A person CANNOT become infected

3

with a STD through a lap dance. There have been no cases of STD transmission through lap dancing and a fully clothed person (Appendix A)." Because of a lack of literature exists on the correlation between adult use activities and the transmission of disease, and because the CDC, NCHSTP, and ASHA do not identify exotic dancing or lap dancing as risk behavior for the transmission of STDs, it was necessary to observe activities within adult use establishments to determine if entertainers within these types of establishments were participating in identified risk behaviors for the transmission of disease.

## Methods

Seven Pinellas County adult use establishments were visited on a Friday night between the hours of 8:00 p.m. and 2:00 a.m. The visits were informal, meaning that the observer was acting as a patron. Observations were conducted on dancers on stage and dancers involved in private dances. Each adult use establishment was observed for a minimum of forty-five (45) minutes. The specific establishments visited were Christine's Cabaret, Diamond Dolls, Jake's Cabaret, Mermaid's, Show Girls, Silk Stalking, and Sweethearts.

## Results

Observations at each of the seven specified establishments produced the same results. At no time was any entertainer or patron observed to be involved in sexual intercourse, involving the vagina, anus or oral cavity. At no time was any entertainer or patron observed to inject drugs. At no time was any entertainer or patron observed to take blood, semen, or vaginal secretions into their bodies. At no time was any entertainer

4

or patron observed to have direct contact with genital-to-genital, genital-to-anal, or genital-to-mouth areas that would involve the skin surrounding the genitals, anus, or mouth of both the entertainer and the patron. In addition, at no time was any non-entertainer employee of the seven adult use establishments observed to exhibit any of these behaviors.

## Conclusions

The absence of participation in risk behaviors that can lead to transmission of HIV or other STDs by adult use entertainers, employees, and patrons indicates that public health is not in jeopardy because of activities occurring in Pinellas County adult use establishments. The fact that the CDC, and specifically, the NCHSTP, does not include adult use activities as a behavioral risk for transmission of disease also indicates that public health is not being jeopardized. Pinellas County adult use establishments do not pose a public health problem due to entertainment activities specific to these types of establishments.

5

1241

# References

1.  Bullock, BL. *Pathophysiology: Adaptations and Alterations in Function*. Philadelphia: Lippincott, 1996, pp. 1160-1171.

2.  Copstead, LEC. *Perspectives on Pathophysiology*. Philadelphia: W.B. Saunders Company, 1995, pp. 688-697.

3.  Gorman EM, Clark CW, Welch SP, Nicholson S, Amato E, Laughren L, and Coppedge K. Women, risk and speed: implications for HIV, HepC prevention among female methamphetamine users. Aidsline National Library of Medicine [Online]. Univ. of Washington, Seattle. http://www.aegis.com/pubs/aidsline/2000/may/a0051078.html [2001, April 24]

4.  Magruder C, Woodruff G, Minns G, Barnett V, Baker P, Brady E, and Julian T. Cluster of Tuberculosis Cases Among Exotic Dancers and Their Close Contacts --- Kansas, 1994—2000. CDC MMWR Weekly [Online]. Wichita-Sedgwick County Department of Community Health, Kansas Department of Health and Environment, CDC. http://www.cdc.gov/mmwr/preview/mmwrhtml/mm5015a4.htm [2001, April 23]

5.  CDC/NCHSTP [Online]. Tracking the Hidden Epidemics: Trends in STDs in the US. http://www.cdc.gov/nchstp/dstd/Press_Releases/National_Report_Card_STDs.htm [2001, April 25]

RE: you Ha\'e: New WEB Mail! ~ .

Subject: RE: You Have New WEB Mail'
Date: Thu, 12 Apr 2001 10:09:12 -0400
From: HIVNET3 <HIVNET3@ashastd.org>
To: ll'rebekah.thomas@saintleo.edu'" <rebekah.thomas@saintleo.edu>

Your email has been forwarded to the CDC National STD and AIDS Hotlines for response. A person CANNOT become infected with a STD through a lap dance. There have been no cases of STD transmission through lap dancing and a fully clothed person.

Generally, STD transmission occurs through vaginal, anal, and oral sex.

Transmission can occur if a person takes someone else's blood or sexual fluid directly into their body. However, some STDs can be transmitted through genital-to-genital skin contact with blisters, lesions (tiny red bumps, nick/cuts, or rashes), warts, or infected skin areas of another person when they are asymptomatic (not showing symptoms).

You may want to contact the CDC National Prevention Information Network (NPIN) and speak with a reference specialist. A reference specialist can do a literature search to find documents, journal articles, or studies about

lap dancing and STD transmission. You can contact NPIN at: www.cdcnpin.org (800) 458-5231
M -F 9a.m. -6p.m., EST

If you have questions, need national or local referrals, or would like to
order copies of single publications, please contact the CDC National STD and AIDS Hotlines.

English Service:
800-342-AIDS (800-342-2437), open 24 hours daily, 7 days

TTY Service for Deaf and Hard of Hearing:
800-AIDS- TTY (800-243-7889) Monday -Friday, 10a.m. -10p.m. EST

Servicio en Espanol:
800-344-SIDA (800-344-7432) open Ba.m. to 2a.m. EST

Another resource for information about other sexually transmitted diseases (STDs) is the CDC Division of STD Prevention's Web page: htte://www.cdc.gov/std

1 of 3 -... ..4/20/01 2:26 PM

8

1243

You may also want to visit the CDC National AIDS Hotline's Web site at: htte:/ /www.ashastd.ora/nah/index.html

Once there, you will find links to many reliable sources of information. Many of the CDC's HIV/AIDs publications are available at: htte:/ /www.cdc.aov/hiv/pubs.htm

We hope this is helpful. Thank you for contacting us. CDC sTD/HIVNet Imt

Original Message From: rebekah.thomas@saintleo.edu [sM TP: rebekah.thomas@saintleo.edu] Sent: Wednesday, April 04, 2001 11:51 PM To: DsTD@cdc.gov
Subject: You Have New WEB Mail!

RCPT1
MLF1@cdc.gov

Name
Rebekah J. Thomas, Ph.D.

Title
Associate Professor of Biology

Organization
Saint Leo University

Address
Department of Mathematics and Sciences MC-2188 P.O. Box 6665
Saint Leo, FL 33574

Telephone
352-588-8410

Comments
Thanks for your very helpful site. I have a question, do you have any reason to believe that exotic dancing is related to transmission of sTDs?

2 of 3 4/20/01 2:26 PM -

RE: You Have New WEB Mail!

Specifically lap dancing that involves a nude dancer and a fully clothed patron? I would be very interested in knowing if you have done any
research on STDs and the adult entertainment industry. Thank you!

3 of 3 4/20/00 12:26 PM

# CURRICULUM VITAE

Rebekah J. Thomas

Department of Math & Science-MC 2188
Saint Leo University
P.O. Box 6665
Saint Leo, Florida 33574-6665
(352) 588-8410; FAX (352) 588-8440
rebekah.thomas@saintleo.edu

Social Security Number 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

Home Address
P.O. Box 2385
Saint Leo, Florida 33574-2385

## EDUCATION:

University of Texas Health Science Center          August 1995
Ph.D., Physiology
Dissertation Title: Transmembrane Chloride
  Distribution in Ehrlich Mouse Ascites Tumor Cells
Dissertation Advisor: Dr. C. Levinson

Metropolitan State College of Denver               May 1990
B.A., Physiology and Anthropology

## ACADEMIC AND PROFESSIONAL HONORS:

| | | |
|---|---|---|
| Associate Professor of Biology | Saint Leo University | 8/00-present |
| Nominated and Elected Saint Leo University | Inaugural University Senate President | 1/00-8/01 |
| Assistant Professor of Biology | Saint Leo University | 8/95-7/00 |
| Regular Member | The American Physiological Society | 7/98-present |

| | | |
|---|---|---|
| Chair, Sport Management | Saint Leo College | 10/95-6/97 |
| Nominated and Selected Saint Leo University | The Maura Snyder Outstanding Faculty Member Award | 1999-2000 1998-1999 |
| Selected Saint Leo University | Student Life Award for Outstanding Contribution to the Quality of Student Life | 1998-1999 |
| Nominated and selected | Who's Who Among America's Teachers | 1/98 |
| Teaching Assistantship | University of Texas Health Science Center San Antonio, Texas | 6/90-8/95 |
| Physiology Undergraduate Research Experience | University of Texas Health Science Center San Antonio, Texas | 6/89-7/89 |

**TEACHING EXPERIENCE**:

    Cell Biology, Mammalian Physiology, Immunology,        8/95-presesnt
Kinesiology, The Physiology of Exercise, Anatomy & Physiology I & II, Integrated Life Science, Introduction to Biology, Scientific Revolutions (honors), Introduction to the World of Thought (freshman seminar), Foundations of Learning and Knowing (freshman seminar), Developmental Biology, Measurement & Evaluation, and Seminar in Self-Awareness (freshman mentor).
Saint Leo University (SLU)

Physiology laboratories for Graduate & Medical Students    1/92-5/92
Teaching Assistant    1/93-5/93
University of Texas Health Science Center at San Antonio (UTHSCSA)

Mammalian/Human Physiology for Graduate Students    8/92-8/95
Tutor (Cell, Cardiovascular, Respiratory, Renal/Acid-Base, Neuro and GI)
UTHSCSA

Medical Physiology    1/93-5/93
Medical Student Tutor    1/94-5/94
(Cell, Cardio, Respiratory, Neuro, Renal/Acid-Base, Endocrine & GI)
UTHSCSA

Physiology for Allied Health Sciences Students    6/94
Section: Neurophysiology
UTHSCSA

Physiology for Allied Health Sciences Students    6/94-8/94
Tutor (Cellular, Respiratory, & Renal/Acid-Base)
UTHSCSA

## COMMITTEES:

University Senate (SLU)    1/99-present
Elected Faculty Representative    1/99-present
Elected Senate President    1/99-8/01

Strategic Planning Committee (SLU)    8/99-present
Elected Campus Faculty Representative

| | |
|---|---|
| Campaign Planning Committee (SLU)<br>Appointed Faculty Member | 8/01-present |
| Educational Programs Committee (SLU)<br>Appointed Campus Faculty Representative | 5/99-2/00 |
| Mission and Governance Committee (SLU)<br>Chair, Faculty Senator Reprentative | 1/00-5/00 |
| Sexual Harassment Workshop Committee (SLU)<br>Appointed Faculty Representative | 10/98-10/99 |
| Student Life Committee (SLU)<br>Faculty Representative | 2/98-8/99 |
| Academic Standards Committee (SLU)<br>Elected Chair (9/98-5/99) | 9/97-9/99 |
| Freshman Year Experience Committee (SLU)<br>Faculty Member | 1/98-5/98 |
| Graduate Faculty Council<br>Student Representative (UTHSCSA) | 8/91-8/92 |
| U.T. System Student Advisory Group to the Board of Regents<br>UTHSCSA Representative | 8/91-5/92 |
| Graduate School of Biomedical Sciences<br>Twentieth Anniversary Coordinating Committee<br>Student Representative (UTHSCSA) | 8/91-10/92 |

| | |
|---|---|
| UTHSCSA Student Fee Advisory Committee<br>Graduate Student Representative | 8/92-5/94 |
| UTHSCSA Student Health Advisory Committee<br>Graduate Student Representative | 8/93-5/94 |
| Graduate Student's Association (UTHSCSA)<br>Representative - Department of Physiology<br>President | 5/91-12/92<br>8/91-8/92 |
| Student Government Association (UTHSCSA)<br>GSBS Representative<br>Vice President<br>President | 8/91-5/95<br>8/92-5/93<br>5/93-5/94 |

## PUBLICATIONS:

Thomas-Young, R.J., T.C. Smith and C. Levinson. Regulatory volume decrease in Ehrlich ascites tumor cells is not mediated by a rise in intracellular calcium. Biochimica et Biophysica Acta, 1146: 81-86, 1993.

Thomas-Young, R.J. and C. Levinson. Chloride accumulation in freshly isolated Ehrlich ascites tumor cells: the role of the Na/K/2Cl cotransporter. Biochimica et Biophysica Acta, 1280: 231-237, 1996.

## *ABSTRACTS:

Thomas-Young, R.J., L.C. Maxwell, R.A. deLemos and D.R. Gerstman. Lazaroid retards maturation of diaphragm muscle fibers after premature delivery. FASEB J., 5(6): A1742, 1991.

Maxwell, L.C., R.J. Thomas-Young, R.A. deLemos and D.R. Gerstman. Ventilation with hyperoxia accelerates diaphragm muscle fiber maturation after premature delivery. FASEB J., 5(6): A1741, 1991.

Thomas-Young, R.J., C. Levinson and T.C. Smith. Regulatory volume decrease occurs without an increase in intracellular $Ca^{++}$ in Ehrlich ascites tumor cells. FASEB J., 6(5): A1747, 1992.

Thomas-Young, R.J., and C. Levinson. The effect of an acid load on (Na-K-2Cl) cotransport and anion exchange in Ehrlich ascites tumor cells. FASEB J., 8(4): A23, 1994.

Thomas-Young, R.J., and C. Levinson. Changes in cellular ionic composition in freshly isolated Ehrlich ascites tumor cells. FASEB J., 9(4): A635, 1995.

Thomas, R.J. Lactate and pH sensitivity of the (Na:K:2Cl) cotransporter in freshly isolated Ehrlich ascites tumor cells. FASEB J., 14(4): A351, 2000.

*All abstracts were presented at annual meetings of the Federation of American Societies for Experimental Biology (FASEB) in the year published in the FASEB Journal.

**REFERENCES**:

John S. Wozniak, Ph.D.
Dean, School of Liberal Arts and Sciences-MC 2127
Saint Leo University
P.O. Box 6665
Saint Leo, Florida 33574-6665
(352) 588-8288; FAX (352) 588-8300
john.wozniak@saintleo.edu

Maribeth Durst, Ph.D.
Dean, School of Education and Social Services-MC 2067
Saint Leo University
P.O. Box 6665
Saint Leo, Florida 33574-6665
(352) 588-8305; FAX (352) 588-8289
maribeth.durst@saintleo.edu

George Dooris, Ph.D.
Chair, Department of Mathematics & Sciences-MC 2188
Saint Leo University
P.O. Box 6665
Saint Leo, Florida 33574-6665

(352) 588-8339; FAX (352) 588-8440
george.dooris@saintleo.edu

Douglas Astolfi, Ph.D.
Vice President, Academic Affairs-MC 2006
Saint Leo University
P.O. Box 6665
Saint Leo, Florida 33574-6665

(352) 588-8244; FAX (352) 588-828907
douglas.astolfi@saintleo.edu

Arthur F. Kirk, Jr., Ed.D.
President
Saint Leo University
P.O. Box 6665
Saint Leo, Florida 33574-6665

(352) 588-8242; FAX (352) 588-8654
arthur.f.kirk.jr@saintleo.edu