THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

U.S. District No. 3:05-cv-00256 (TMB)

SANDS NORTH, INC., d/b/a FANTASIES    )
ON 5TH AVENUE, an Alaskan Corporation,    )
    )
           Plaintiff,    )
    )
vs.    )
    )
MUNICIPALITY OF ANCHORAGE,    )
ALASKA, an Alaskan    )
Municipal Corporation,    )
    )
           Defendant.    )
    )

## AFFIDAVIT OF JUDITH LYNNE HANNA, Ph.D.

Affiant, being first duly sworn, deposes and states as follows:

1.      I am a cultural anthropologist, Senior Research Scholar in the Department of Dance and Affiliate in the Department of Anthropology at the University of Maryland, College Park, Maryland, educator, writer and dance critic.

2.      I earned a bachelor's degree in political science from the University of California at Los Angeles in 1958, a master's degree in political science from Michigan State University in 1962, a master's degree in anthropology from Columbia University in 1975 and a doctoral degree in anthropology from Columbia University in 1976.

Anthropology comprises four separate but related disciplines: physical anthropology, cultural anthropology, linguistic anthropology and archeology. Anthropologists most often specialize in one area, but have training in all four. I have specialized in cultural anthropology, focusing on the arts and society, including the interrelationship of the arts and nonverbal communication in everyday life. In

examining the relationship between dance and its context/environment, anthropologists explore the impact of society, history, government, economics and place on dance and vice versa (how dance affects its participants and the community in which it is located). My doctoral dissertation was on the content and context of dance as nonverbal communication.

3.      I have training in dance (for example, ballet, modern, jazz, hip-hop, street jam, flamenco, belly dance, swing, folk/ethnic) and have danced since 1946.  In addition, I have taught dance, as well courses on dance theory and dance and society at Michigan State University in 1965, Fordham University during 1970-1973, the University of Texas at Dallas in 1976, the University of Maryland, 2006, and continually for teacher workshops and youngsters at summer camps. I have served as a consultant in dance/arts education for New York University; African-American Institute; Peace Corps; New York City Board of Education; School District of Philadelphia; Black Studies Department, City College, City University of New York; Gill/St. Bernard's High School, Bernardsville, NJ; West Dallas Community Center; Disney World; National Geographic Society; Montgomery County, MD, Public Schools; Dance Place, Washington, D.C.; National Endowment for the Arts; The Arts Education Partnership (National Endowment for the Arts, U.S. Department of Education and arts organizations); D.C. Commission on the Arts Dance Advisory Panel; National Dance Association; National Dance Education Organization; MSNBC; British Broadcasting Corporation; Radio Netherlands; and for the publications *Dance Teacher, American Journal of Dance Therapy, Dance Research Journal, Dancer* and numerous encyclopedia.

I have been a dance critic for *Dance Magazine*, *Dance Teacher*, *Dance Spirit*, *Dance International/Canada*, and *Dancer,* as well as a judge in dance competitions for grants and awards given by the National Endowment for the Arts, D.C. Commission on the Arts, Burlesque Museum Hall of Fame Annual Striptease Reunion and Miss Exotic World Contest, and the first America's #1 Dancer at Expo's Fan Fair for the exotic dance industry.

4.      Organizations that have recognized my research on dance include the National Endowment for the Humanities-funded public lectures and American Council for Learned Societies, Wenner-Gren Foundation, National Science Foundation, American Sociological Association, American Psychological Association, International Research and Exchanges Board, and Biomusicology Academy awards.  I have given invited keynote addresses, and I received the W.G. Anderson Award for Significant Publications. As an expert on dance as nonverbal communication, I have been an invited speaker at the annual meetings and special symposia of various academic disciplines in the United States, Canada, Europe and the Caribbean, as well as at the First Amendment Lawyers Association.  I organized and chaired a peer-reviewed panel for the 1997 annual meeting of the American Anthropology Association on "Exotic Dance: Fiction, Fantasy, and Fact," and also presented a paper at this meeting and another paper in 2005 at an international conference in Amsterdam.

5.      I have conducted fieldwork in the United States and Africa, studying the performing arts and society.  I have examined how dance movement in time, space and effort, like verbal language and American Sign Language, is able to convey messages from the dancer to the viewer. I have also studied what messages performers try to send, how they send them, and what the audience perceives in such communication.  In one study, I asked performers what feelings, emotions and ideas they were trying to convey and how they thought these were communicated.  I also surveyed the audience to determine what they saw and what were the significant cues they identified to receive the messages. The coincidence of performers' communication intentions and audience perceptions was a measure of successful communication. In several studies, I ascertained various groups' notions of aesthetic value and the artist's exercise of aesthetic control.

6.      Since 1995 I have been conducting research on "exotic" dance, also referred to as erotic, striptease, strip, topless, barroom, show bar, sports bar, go-go and nude and/or semi-nude stage, table, couch, shower and gentlemen's club dancing and adult entertainment. Following the research approach I

used with other forms of dance, I have examined the characteristics of exotic dance, how it communicates messages from the performer to the viewer, how the performer gets viewer feedback to know if the communication was successful, how the dancer exercises artistic control within the aesthetics of exotic dance and how the dance fits within its context of society, history and politics.

6a.    In conducting my research, I have visited a number of adult clubs (also called erotic dance studios, dance halls, adult cabarets, adult nightclubs, adult theaters, taverns, sports bars and barrooms) in order to gain an understanding of the exotic dance industry (of approximately 3,000 adult clubs nationwide, about a 16 billion dollar industry, and clearly a recognized field of performance in academe) as well as related community, social and policy issues.

My research has taken me thus far to one hundred and thirty-one-eight (131) adult clubs: seven (7 -- Club Extasy, Déjà Vu-Airport, Déjà Vu-Lake City, Sugars, Papagayos, Babes and Rick's) in greater Seattle, Washington; two (2 -- Filmore and For Your Eyes Only) in Toronto, Canada; eleven (11 -- Good Guys, 1720, Camelot, JP's, Royal Palace, Club 55, Joanna's, Skylark Lounge, Ron and Dee's Clancy's, Nexus Gold Club and Showcase Theater in Beltsville, Maryland) in metropolitan Washington, D.C.; three (3 -- Admiral in Chicago, Old Higgins Inn in Elk Grove Township, Baby Dolls in Lake County) in Illinois; seven (7 -- Club Paradise, Little Darlings, Spearmint Rhino, Déjà Vu, Sapphire's, Scores, Club Sin, Treasures ) in Las Vegas, Nevada; three (3 -- Platinum and Flashdancers in New York City; Sirens in McLean) in New York; seven (7 -- Crazy Girls, 7th Veil, Nude City, Jumbos and Cheetah's in Los Angeles; Mitchell Brothers' O'Farrell Theatre in San Francisco; and Fantasy Topless Theatre in Colton) in California; two (2 -- Girls, Girls, Girls in Roanoke; Paper Moon in Virginia; one (1 -- Omar's) in Lansing, Michigan; nine (9 -- Baby Dolls Topless Saloon, Déjà  Vu, Fare West, Santa Fe, Cabaret Royale and The Men's Club in Dallas; Fantasy Ranch, Hardbody's, Peep-n-Toms in Arlington) in Texas; twelve (12 -- Tiffany's Cabaret in New Brunswick, Cleveland and Youngstown; The Amber Lounge, Crazy Horse Cabaret, Fox's Den, GiGi's Lounge, Hollywood Nites

Showbar, Medders Touch of Gold Night Club, Model Tease and Pinky's Famous Saloon in Brook Park;

Dockside Dolls in Columbus), in Ohio; five (5 -- Thee DollHouse, Fantails, Pink Pony, Gentlemen's

Club and Miss Kitty's) in County of Horry, South Carolina; and three (3 -- Déjà Vu, Ken's Gold Club

and Regina's) in Nashville, Tennessee; one (1 -- Centerfold Cabaret) in Hudson, Wisconsin; four (4 --

HiLiter Showclub and Tiffany's Cabaret in Phoenix; Td's Showclub East and TD's Showclub West in

Tuscon) in Arizona;  twenty-two (24 -- Pure Platinum in Oakland Park; Solid Gold in Fort Lauderdale;

Peek-A-Boo in Bradenton; Temptations II in Palmetto; Rachels, Club Juana, Cabaret International

North and Circus in Casselberry; Cabaret International South and The Dollhouse in Orange County;

Mons Venus and Déjà Vu, Tampa; Showgirls in Hillsborough County; Christine's Cabaret,

Gaslight/Sweethearts, Diamond Dolls, Jakes, Showgirls, Silk Stockings, Mermaids and Club Atlantis in

Pinellas County; Bare Assets in Pasco County; Pure Platinum/Solid Gold and Thee Doll House in

Oakland Park; twelve (12 -- Wacko's Showbar, Centerfold Lounge, Diamond Lounge, Vixen's Show

Bar, Stud's Pub, Caesar's Gentlemen's Club, Gold Club, Vegas, Westside, SOS Lounge, Crossroads

Showbar, Mirage Showbar, The Doll House and J.R. Lounge in  Jacksonville), in Florida; nine (9 –

Men's Club, Leather and Lace South, Leather and Lace University, Gentlemen's Club, Twin Peaks,

Temptations, VIP Showgirls in Charlotte; Christie's Cabaret in Greensboro; Pure Gold in Southern

Pines) in North Carolina; three (3 -- Class Act in Cannon Falls, Jake's in Coates and Sugar Daddy's in

Benton County) in Minnesota; two (2 -– Pin-Ups and Club Risqué on the Delaware in Philadelphia) in

Pennsylvania; two (2 — Babes and Danny's) in Jackson, Mississippi; Paper Moon in Richmond. I also

served as a judge at America's #1 Dancer Contest at Exotic Dancer Fan Fair, Mandalay Bay, Las Vegas,

2005.

      6b.    While in the one hundred and thirty-one (131) clubs I visited (Centerfold Cabaret in

Hudson, Wisconsin, had ceased dancing), I observed no fewer than 1,500 performances. I interviewed

over 1,000 dancers, managers, owners, bartenders, disc jockeys, housemothers and housedads, patrons

and community members. I learned about some of the performers' background and training; relationship to the clubs and income; artistic control of the intended messages of their dance communication; imagination/creativity, judgment and skills used; and their perceptions of patrons' expectations. I learned about patrons' motives for visiting the clubs, patrons' expectations and their reception and interpretation of the dancers' messages. I also took cognizance of the federal, state and local laws, club rules and economic and performance space constraints on dancers and patrons. Moreover, both by telephone and through E-mail, I have interviewed additional dancers, patrons and club owners and personnel, as well as researchers on exotic dance in numerous states and Canada.

6c.    In addition, I have reviewed the literature on the impact of adult entertainment artistic dance on the quality of life in the neighborhoods in which it is located.

I conducted a case study, "Reality & Myth: What Neighbors Say About Exotic Dance Clubs: A Case Study in Charlotte, North Carolina," of what first-hand knowledge residents and business operators within a 1,000 foot radius (as a measure of neighborhood) had of three exotic dance clubs in Charlotte, North Carolina, October 2000. My interviews elicited the extent and quality of knowledge of what takes place at and around the clubs. None of the 112 respondents reported any negative effect of the presence of an exotic dance club in the neighborhood. Only two male businessmen objected to exotic dance clubs. One objection had nothing to do with the nature of exotic dance. A car lot owner complained about "those places," a billiard hall behind his lot that has caused problems including drinking, brawling and murder, and an exotic dance club, a few doors down the street from his business. Patrons had parked in his lot, cluttered it with beer bottles, and collided with one of his cars. So, he was forced to put up a railing around his lot. The businessman offered no evidence that the club's patrons harmed his property. Another objector said that exotic dance clubs are sin, but the club in his neighborhood had no impact on the quality of life. A few residents and business people were not favorably disposed toward exotic dance clubs, but matters of taste are just that. Some businesses used

the club as a landmark to find their establishment. Exotic dance clubs benefited neighborhood businesses by attracting clients to them. I have reported my research in *Journal of Planning Literature* and also *City and Society*.

In another study, "Prince George's County, Legal Predicate: High Number of Calls for Service," I compared crime-related and public-order-related calls for police service between three adult entertainment nude exotic dance clubs with alcohol (27) and three licensed alcohol beverage establishments without such performances (138) in Prince George's County, Maryland, from November 19, 2002 to November 19, 2003. This preliminary analysis found there is no association between the operation of exotic dance adult cabarets and significant crime-related secondary effects. (Presentation to the Prince George's County Council Hearing on Proposed CB 86-2003, November 26, 2003.)

6d.    I have also read the extensive literature on the exotic dance industry, including reports from the Associated Press, Reuters, *New York Times* and *Washington Post*; master's and doctoral theses (in, for example, anthropology, theater studies, social work and women's studies; books and articles on exotic dancing across the U.S.; directories such as *Exotic Dancer* and *Dream Girls;* trade publications such as *Exotic Dancer Bulletin*, *Showgirls*, *Stripper Magazine*, *Danzine*, *Exotic Dancer Alliance*; and American Planning Association reports.  These works were written by scholars, planners, journalists, former exotic dancers and photographers.

6e.    Since dance is a form of nonverbal communication, I have examined the scientific research on nonverbal communication, "a field that encompasses a wide variety of disciplines within both the social and natural sciences, from neurophysiology, psychophysiology, behavioral ecology, and ethology to social psychology, psychiatry, anthropology, sociology and linguistics" (Ullica Segerstråle and Peter Molnár, Eds., *Nonverbal Communication*, Erlbaum, 1997, p. 2).  I have examined the literature on the relationship of nonverbal communication to adverse secondary effects, such as nude

female proximity to a patron in clubs, with and without alcohol, as a stimulus to male aggression against women or to prostitution, drugs and property depreciation.

      7.     Over the years my writings have been frequently published in the United States as well as in thirteen (13) other countries: Belgium, Brazil, Canada, France, Germany, Ghana, Italy, Jamaica, Netherlands, Poland, Santo Domingo, Sweden and United Kingdom. I have written six substantial books on dance and more than one hundred and fifty (150) articles on dance in peer-reviewed scholarly journals, more than thirty-three (33) reviews and commentaries and over one hundred (100) popular articles. My books include: *To Dance Is Human: A Theory of Nonverbal Communication,* University of Chicago Press, 1987 (original 1979); *Dance, Sex and Gender: Signs of Identity, Dominance, Defiance, and Desire*, University of Chicago Press, 1988 (translated *Dança, Sexo e Gênero:  Signos de Identidade, Dominação, Desafio e Desejo,* Rio de Janeiro, Brazil. Editora Rocco Ltda., 1999); *The Performer-Audience Connection: Emotion To Metaphor in Dance and Society*, University of Texas Press, 1983; *Dance and Stress: Resistance, Reduction, and Euphoria*, AMS Press, 1988); *Partnering Dance and Education: Intelligent Moves for Changing Times*, Human Kinetics Press, 1999; *Dancing for Health: Conquering and Preventing Stress* (Alta Mira Press, 2006; and *Nigeria's Ubakala Igbo Dance*, revision of doctoral dissertation in preparation.

      8.     I have written eight (8) peer-reviewed articles on exotic dance:  "Undressing the First Amendment and Corsetting the Striptease Dancer," *The Drama Review* (T158) 42(2):38-69, 1998; "Toying with the Striptease Dancer and the First Amendment," in Stuart Reifel, ed., *Play and Culture Studies*, Ablex, pp. 37-55, 1999; "Ballet to Exotic Dance," in Janice LaPointe-Crump and Juliette Crone-Willis, eds., *Dancing  in the Millennium: An International Conference, 2000 Proceedings*, Washington, D.C., 2001, pp. 230-234; "Dance Under the Censorship Watch," *Journal of Arts Management Law and Society* 29(1):1-13, 2002; "Review of Eric Damian Kelly and Connie Cooper, *Everything you always wanted to know about regulating sex businesses,"* Journal of

*Planning Literature* 17(3):45-46, 2003; "Exotic Dance Adult Entertainment: Ethnography Challenges False Mythology," *City and Society* 15(2):165-193, 2003; "The First Amendment, Artistic Merit and Nudity in Minnesota: Dance, Criminal Public Indecency and Evidence," *Minnesota Law and Politics Web Magazine,* www.lawandpolitics.com (click  MN & then web magazine; "Adult Entertainment Exotic Dance: A Guide for Planners and Policy Makers" (CPL [Council of Planning Librarians] Bibliography 375), *Journal of Planning Literature* 20(2):116-134, 2005.

I have also written popular articles: "In Defense of Exotic Dance," *Exotic Dancer Bulletin* 1(3):70, 72, 1996; "Exotic Dance, the First Amendment, and Court," *AnthroWatch* 4(2):12, 1996; "Exotic Dance and Anthropology Update," *AnthroWatch* 5(2):23, 1997; "Witness to Injustice?" *Exotic Dancer Bulletin* 2(4):80, 1997; "In the Courtroom: The Right to Dance!" *Exotic Dancer Bulletin* 3(1):20, 1998; "Analysis: The First Amendment and Exotic Dance," *National Campaign for Freedom of Expression Quarterly*, Autumn 1998, p. 8; "Exotic Dance in Seattle: The First Amendment and Anthropology," *AnthroWatch* 6(1):4-6, 1998; "Defining Dance in the Courtroom," *Exotic Dancer Bulletin* 3(3):29, 1998; "The First Amendment and Defense of Exotic Dance," *Anthropology Newsletter* 40(4):50-51,1999"Washington, D.C. Bureau," *Exotic Dancer Bulletin* 3(4):74-76, 1999; "Club Owners--Are You Harassing or Discriminating Against Your Dancers?" *Exotic Dancer Bulletin* 4(1):61, 1999; "Here's the Naked Truth," *Gazette Community Forum*, p. A-17, 1999; "Arrests In A Family Business," *Exotic Dancer Bulletin* 4(2):20-21, 1999; "The Naked Truth," *Exotic Dancer Bulletin* 4(2):138-139, 1999; "Helping Dancers, Helping Business?" *Exotic Dancer Bulletin* 5(1):52, 2000; "Club Wins First Round of Nudity Battle," *Exotic Dancer Bulletin* 5(3)12-13, 2000; "Still Dancing Nude at Class Act," with Randall D.B.Tigue, *Exotic Dancer Bulletin* 5(7):8-9, 60, 2001; "Reality and Myth: What Neighbors Say About Exotic Dance Clubs: A Case Study on Charlotte, North Carolina," Charlotte, NC: Tarheel Entertainment Association,

submitted to the City of Charlotte Zoning Board, 2001; "Wrapping Nudity In a Cloak of Law," *New York Times*, July 29, Arts & Leisure Section, pp. 14, 18, 2001; "Book Perpetuates Dangerous Myths," *ACE National Newsletter* 2(2):1-2, 2002; "The Stigma of Exotic Dance: Sexy, Not Sex," *Exotic Dancer Bulletin* 7(1):37, 2002; "American Planning Association Volume Would 'Plan' Adult Businesses into Oblivion" (Legal News, Book Review), *Adult Video News* (<u>AVN</u>) 18(4):218, 2002 "If This Is Stripping, What Is Adult Entertainment?" *Exotic Dancer Bulletin*, 7(3):62, 2002; "History of Burlesque on Display at Exotic World Museum," *Exotic Dancer's Club Bulletin*, Feb/March, p. 65, 2003; "A Room With a View?" *Exotic Dancer's Club  Bulletin*, June, p. 30, 2003; "Arte posta a nu," *Gesto (Revista do Centro Coreográfico do Rio)* (Brazil), June pp. 24-29, 2003; "Dance Speaks Out on Social Issues," *Anthropology News* 46(4):11-12, 2005; "Strip Club FYI," "Gentlemen's Clubs, Councils & Courtrooms," *Adult Entertainment Today* 2:9, 2006; "Body to Body, Dimes to Dollars, *Adult Entertainment Today*, 3:13, 2006; "Music and the Art of Seduction, University of Amsterdam, May 19-22, 2005, Dance and  Seduction? *Congress on Research in Dance* 37(1):157-162, 2006.

       9.      On thirty-five (35) occasions, I have been permitted to testify as an expert in court/regulatory hearings on issues related to exotic dance.

      I also prepared reports, declarations and affidavits on exotic dance in Federal Way, Pierce County, Kent County, Tukwila, Seattle, Shoreline and Snohomish County, Washington; the State of Tennessee; Cleveland, Brook Park, and Columbus, Ohio; Nashville, Tennessee; San Francisco, La Habra and Orange County, California; Dallas and Arlington, Texas; Denver, Colorado; Hudson, Wisconsin; Phoenix and Tucson, Arizona; Casselberry, Ft. Meyers,  Hillsborough County, Pinellas County, Jacksonville, Flagler, Daytona Beach, and Tampa and Manatee, Florida; Charlotte, North Carolina; Philadelphia, Pennsylvania; Lake County and Rockford, Illinois; Jackson, Mississippi; Cannon Falls, Minnesota; Portland Oregon; South Hackensack, Union, and Sayreville New Jersey;

Milford, Connecticut; Alabama, Michigan, and for Amicus Curiae Briefs (especially Bill Conte) in Support of the Respondent, *City of Erie, v. Pap's A.M.*, in U.S. Supreme Court.).

In addition, I gave presentations to the Shoreline City Council, Washington, October 13, 1997, in absentia ("Dancer-Patron Up Close or Distant: What Difference Does it Make? Why?"); Lansing City Council, Michigan, March 16, 1998 ("Nudity -- Not Nice?"); County of Horry City Council, South Carolina, September 22, 1998 ("Exotic Dance and the Proposed County of Horry Ordinance #83-98"); the Manatee County Board of Commissioners, Florida, March 16, 1999 ("Exotic Dance and the Proposed Manatee County Public Nudity Ordinance No. 98-51"); City of Tampa, three times ("Exotic Dance and the Proposed No-Contact 3-Foot Ordinance of the City of Tampa," November 18, 1999; "First Amendment Protection of Exotic Dance and the Proposed No-Contact/Patron-Dancer Distance Ordinance of the City of Tampa," December 2, 1999; "First Amendment Protection of Exotic Dance, including the Expressive Contact Component, and the Proposed No-Contact /Patron-Dancer Distance Ordinance of the City of Tampa," September 21, 2000); Prince Georges County Council, November 25, 2003 ("Testimony Against CB-86-2003" and "Proposed Bill, CB-86-2003, Legal Predicate: High Number of Calls for Service"); City of Oakland Park,  July 21, 2004 ("Testimony on City of Oakland Park Dance Restrictions Legislation"); the Manatee County Board of Commissioners, Florida, Manatee County,  April 5, 2005 ("Testimony on Manatee County's Adult Entertainment Proposed Ordinance No. 05-21"); State of Ohio Senate Criminal Justice Committee, October 5, 2005 ("Testimony on Ohio House Bill 23, Adult Entertainment Regulations of Exotic Dance"); Prince Georges County Council, July 18, 2006 ("Testimony v. Prince George's County, Maryland, Proposed Bill, CB-61-2006").

10.     Attached hereto as Ex. 1 is a copy of my Curriculum Vitae, Ex. 2 Court Cases related to exotic dance in which I have testified as an expert at trial or by deposition, "Adult Entertainment Exotic Dance: A Guide for Planners and Policy Makers," *Journal of Planning Literature*, 20(2):116-

134, 2005; Ex. 4. Summary of "Reality & Myth: What Neighbors Say About Exotic Dance Clubs: A Case Study in Charlotte, North Carolina," and Interview Schedule for Neighbors of Exotic Dance Clubs, Ex. 5. "Prince George's County, Legal Predicate: High Number of Calls for Service."

11.      I have been retained by attorney Allan S. Rubin to express an opinion based upon my expertise as an anthropologist, dance scholar and dance critic regarding the anthropological, communicative and artistic concerns that arise from the Municipality of Anchorage's adult entertainment AO 2005-139. The facts and data upon which my opinions are based are of a type relied upon in forming opinions by experts in my field.

For my professional expertise, I am being compensated at a rate of $250.00 per hour.

12.      In summary, it is my professional opinion that when adult entertainment exotic dancers are barred from expressive use of space, touch, self touch, simulated self touch, simulated sexual activities, costume and lighting in compliance with AO 2005, their communication is suppressed. The ordinance shows a lack of understanding of dance in general -- its fundamental use of space, touch, self-touch, nudity and lighting to communicate.

What the ordinance is banning in adult entertainment is discriminatory to the message, as the elements of expression being banned are common to many forms of dance, from ballet to contact improvisation, to social dancing done by children and adults and other types of theatrical performance.

The ordinance bans a broad spectrum of content-based live theatrical expression, even that which a performer might be condemning. The ordinance's use of simulation chills expression because what constitutes simulation of sexual activity or bodily covering is in the eyes of the beholder. What is the distinction between friendliness and eroticism? Moreover, dancers commonly appear nude and wear flesh colored leotards that simulate nudity. In my opinion, the Ordinance renders just about every dance performance by any professional entertainer "adult."

AO 2005.6 includes "any…live performance, display or dance of any type, which has as its dominant theme, or is distinguished or characterized by an emphasis on, any actual or simulated 'specified sexual activities,' or 'specified anatomical area.'" This would include New York City Ballet's dance "Bukagu" which simulates the consummation of a marriage or the ballet "Mutations" in which a nude man and woman simulate sex. Attached are Ex. 5 and Ex. 6.

The Ordinance ban of performer-patron nonsexual touch, direct tipping and dancer self-touch as is customary in exotic dance entertainment in effect, eliminates the elements that constitute adult entertainment. Moreover, dancer self-touch is common in jazz, flamenco, MTV, Broadway and other forms of dance.

The requirement of ten (10) candles lighting impedes artistic expression since variable use of lighting is a key theatrical element.

Terms such as "simulation," 11a. "buttocks," 10c. "fondling and erotic touching" are vague and subjective.

Many artists would be forced to present a limited form of expression or be fearful of prosecution. As a result, they would forfeit their constitutional right to choice of artistic expression.

13.     I will first discuss some challenges to my misconceptions that are also held by others -- concerning types of cabarets, negative impact, degradation of women, location of clubs, types of patrons,  social and psychological values (#14) and three points to consider -- early court decisions and new knowledge, art-play-sex continua, meaning of exotic dance comes from social life (#15).

Then I will discuss  what dance is (#16), how it uses the senses of smell, requiring proximity/space (#18), touch of another (#19), touch in direct tipping (#20), touch in body contact (#21), performer-performer touch (#22), self touch (#23), lighting/ambience (#24), nudity (#25, #26), nude breast (#27), tradition of nudity in mainstream theater, dance, opera, performance art, public art, film (#28), simulated nudity (#29), what exotic dance is (#31), communicative (#32),

artistic (#33), and simulated sex (#34) .

14.     Research findings have challenged many misconceptions, also held by others, about exotic dance and adverse secondary effects in addition to performers and patrons.

14a.     I learned, for example, that in about the last 20 years there has been the development of upscale "gentlemen's clubs" run by businesspeople. There are about 3,000 clubs nationwide, an annual national trade exposition (in 2006 it drew over 3,000 attendees) and several exotic dance organizations and publications for club owners and for dancers. The industry is estimated to be a 15 billion dollar business.  Annual individual club revenues are $500,000 and higher, and clubs pay substantial local and state taxes. There are exotic dance clubs on the Nasdaq and American Stock Exchanges.  Some businessmen and women bring clients to the clubs for entertainment to close financial deals.

14b.     I learned that exotic dancing in well-managed upscale gentlemen's clubs, even with complete nudity, alcohol and contact between dancer and patron, is no more likely to be linked with prostitution, sexually transmitted diseases, property depreciation, drugs or harm to children and juveniles than dancing in restaurants, community centers, municipal theaters and hotels.  If we blamed people's occupations for such problems, no occupation would go uncondemned.

Dance and prostitution and drugs are different and separate activities. In fact, in well-managed clubs exotic dancers monitor each other, and managers terminate a dancer who has contacts with a patron inside or outside the club or uses drugs inside.

Enforcing existing laws would eliminate any illegal acts that are the bases of community concern -- without penalizing those gentlemen's clubs that comply with the law.  We don't blame the clergical profession for the pedophilia and rape by some clergy for which there have been convictions nationwide (David France, *Our Fathers: The Secret Life of the Catholic Church in an Age of Scandal*, Broadway Books, 2003).

Moreover, men are less likely to be aggressive after seeing nudity (R.A. Baron, "Sexual Arousal and Physical Aggression: The Inhibiting Influence of 'Cheesecake' and Nudes," *Bulletin of the Psychonomic Society* 3:337-339, 1974; E. Donnerstein, and R. Evans, "Erotic Stimulation and Aggression: Facilitation or Inhibition," *Journal of Personality and Social Psychology* 32:237-244, 1975). Desmond Morris (*Naked Woman: A Study of the Female Body,* Thomas Dunne Books/St. Martin's Press, 2005) says women's smooth baby faces evolved to elicit protective responses in their mates. The smooth body devoid of body hair, including pubic hair renders women more youthful and similarly evokes male protectiveness.

In fact, there was no disruptive behavior with clubs that served alcohol and had live nude dancing, although there was with clubs that only served alcohol, according to Ron Fuller and Sue Miller, *Fulton County Police Study of Calls for Service to Adult Entertainment Establishments Which Serve Alcoholic Beverages*, January 1995-May 1997, County Attorney's Office.  A subsequent study found the same consequence.

Paul Gruenewald and L. Remer, "Changes in outlet densities affect violence rates," *Alcoholism: Clinical and Experimental Research*, No. 7, July 2006, looked at six years of data from 581 zip codes in California. Hospital admissions related to assaults showed the more bars in a neighborhood and off-premise establishments that sell alcohol, the higher the rates of assault.

Physical and psychological violence against exotic dancers has come primarily from some vice-squad misbehavior and radical moralists (as is the case at abortion clinics). Aggression against dancers comes for the same reasons as violence against women in general.

I learned that most "studies" that localities nationwide cite as evidence that exotic dance clubs cause adverse primary or secondary effects, including property depreciation, do not meet the basic requirements for the acceptance of scientific evidence prescribed in *Daubert v. Merrell Dow*, 509 U.S. 579 (1993). These "studies" do not meet professional standards of scientific inquiry and are not valid,

reliable or relevant to time, place or circumstance.

In contrast, scientifically credible studies demonstrate either no negative secondary effects associated with adult businesses or a reversal of the resumed negative effect. See Bryant Paul, Daniel Linz and Bradley J. Shafer, "Government Regulation of 'Adult' Businesses Through Zoning and Anti-nudity Ordinances: Debunking the Legal Myth of Negative Secondary Effects," *Communication Law and Policy,* 6(2):355-391, 2001 (Reprinted in Patricia E. Salkin, ed., *Zoning and Planning Law Handbook.* Eagan, Minnesota: West Publishing, 2002).

Neither psychologists and lawyers Paul et al., planner R. Bruce McLaughlin, psychologist Randy Fisher, criminologists Terry Danner and Kenneth Land, real estate appraiser Richard Schauseil, real estate analyst George McCarthy, economist G. Hartley Mellish, biologist Rebekah Thomas and public health specialist J. R. Greenwood, whose numerous current and site-specific studies are reported in declarations, affidavits and court proceedings, show that exotic dance clubs cause the adverse secondary effects frequently attributed to them. Similarly, Kenneth Land, Kenneth C., Jay R. Williams, Michael E. Ezell, Bryant Paul and Daniel Linz ("An Examination of the Assumption that Adult Businesses are Associated with Crime in Surrounding Areas: A Secondary Effects Study in Charlotte, North Carolina." *Law and Society Review* 38(1):69-103, 2004) examining evidence in Charlotte, North Carolina found no basis for regulating exotic dance in order to further a substantial governmental interest, according to the *Renton* and *O'Brien* tests; see, *City of Renton v. Playtime Theatres Inc.*, 475 U.S. 41 (1986); *United States v. O'Brien*, 391 U.S. 367, 377 (1968).

14c.    When performing nude, most exotic dancers feel empowered and not exploited, degraded or psychologically and physically assaulted by males. About one-third of the exotic dancers are putting themselves through college and graduate school with earned income and flexible schedules. Single women, single moms and married women dance to support themselves. All are doing an artistic job. Former dancers in social work, women's studies, anthropology and theater arts have written

doctoral dissertations on "gentlemen's clubs" disproving misconceptions about exotic dance.

The exotic dancer placing her body within a financial transaction reduces herself to an object, such as a sex object devoid of the full spectrum of human personality, or a commodity no more than does a professional model, actor or athlete who earns a livelihood using his or her body. Everyday language commonly refers to the body as something to be cultivated, used and presented. Actor George Clooney says, "I'm selling me" (Lynn Hirschberg, "True Confessions," *New York Times Magazine*, November 2, 2002, p. 19). A model, and a few dancers, gets money indirectly through an agent, whereas a stripper takes pay straight from admirers. In exotic dance the commodity a patron purchases is the license to dream. Moreover, in the second part of exotic dance when the dancer dances with a particular patron for a fee, there is often conversation that reveals more of the dancer's personality.

14d. I learned that law-abiding adult clubs may be woven into the mainstream of everyday life. For instance, I recently discovered that after driving on Wisconsin Avenue in the elite mixed business and residential Georgetown area of Washington, D.C., for two decades, two exotic dance clubs have been across the street from each other for years and have caused no adverse secondary effects.

14e. I learned that patrons vary by age, income, profession, ethnicity, religion, health and motivation for attending exotic dance clubs. Some patrons are lonely, unhappy, shy or lacking relationship skills who seek "understanding" nonjudgmental listeners, attention from attractive women, perhaps as a spouse once was, or perhaps as desirable as a new spouse or lover. Some men feel safer with exotic dancers who are perceived as "vulnerable" in their nudity and not competitors or judges. Patrons may seek a refuge, a place to hang out, relieve work-related stress, relax and be entertained. Some patrons just like to view and fantasize about a variety of women and still remain faithful to one. Watching and fantasizing about exotic dancers, or getting suggestions from dancers on how to please a woman, sometimes saves a marriage by relighting a fire. A man can feel manly and dominant when he pays for a dance, without having to try to relate to a woman, spend time developing a relationship and

risk failure. The pleasant ambience of upscale establishments seals many business deals. Bachelor parties celebrate and educate the groom. Macho males find male identity, bonding and dominance through the fantasy of phallic man. Many men, and increasingly women who frequent the clubs, seek aesthetic pleasure in the beauty and gracefulness of the nude female body. Persons with disabilities find comfort in an accepting milieu.

14f.    I learned about social, psychological and health benefits for patrons. Some exotic dancers provide a kind of "therapy" for those patrons who seek a nonjudgmental person to listen to their problems. Exotic dancers may aide men perform the conjugal role by providing fantasy or giving suggestions on how to rekindle a dim sexual flame.

Sexual fantasy triggered or reinforced through exotic dance is beneficial. It is now considered a sign of pathology not to have sexual fantasies (H. Leitenberg & K. Henning, "Sexual Fantasy," *Psychological Bulletin* 117:469-496, 1995.) Sexual fantasy may be a safety valve, a liberating possibility of self-acceptance (Jerome Neu, "An Ethics of Fantasy," *Journal of Theoretical and Philosophical Psychology* 22(2):133-157, 2000). Research led by Peter S. Statts, Division of Pain Medicine at Johns Hopkins University (report at American Pain Society October 1999 meeting) found that envisioning pleasurable sexual fantasies increased pain tolerance, improved mood, reduced worry and tension, and enhanced participants' feelings of self-worth.

Dr. Bruce S. McEwen in *The End of Stress As We Know It* (Joseph Henry Press, 2002, p. 173) reports that the pleasant stimuli of touch triggers the release of the hormone oxytocin that  creates a psychological bond that appears to ward off some of the physical as well as psychological ill effects of stress. It also lowers blood pressure, heart rate and cortisol levels for up to several weeks. (See T.R. Insel, B.S. Gingrich and L.J. Young, "Oxytocin: Who Needs it?" *Prog. Brain Research* 133:59-66, 2001.)  Touch causes stress hormone levels to drop; oxytocin is a hormone associated with emotional safety (*Zoo*, May-June, 2004).

James A. Coan, Hillary S. Schaefer and Richard J. Davidson, "Lending a Hand: Social Regulation of the Neural Response to Threat," *Psychological Science*, in press, demonstrated that touch, such as hand holding, promotes enhanced health and well being and mitigates the destructive effects of negative environmental events, stress, injury and infection and social isolation, now considered a major health risk.

15.    Three points are important to keep in mind.

15a.    First, some courts have been hampered in their deliberations by *not* having before them the comparatively new results of research on dance, nonverbal communication and exotic dance (drawn from the social and behavioral sciences as well as the arts and humanities) that would clarify what exotic dance is and how it communicates. This knowledge invalidates some early decisions regarding adult entertainment exotic dance. Recall that for at one time people thought the world was flat!

Most people without training in nonverbal communication cannot verbalize the nonverbal. There have been misunderstandings about exotic dance and its constituent elements and whether they are merely "conduct" or "communication" and "expression" (see #32d). These determinations affect whether exotic dance and its constituent elements are protected by the First Amendment to the United States Constitution. Several visits to a club, or views of clubs sensationally portrayed in cinema and television or presented on talk shows, provide insufficient bases to make a determination. The courts have viewed exotic dance communication narrowly, yet courts have changed course over time, for example, the separate but equal doctrine was overturned.

The courts have also been hampered by not having before them the scientific studies that demonstrate exotic dance clubs do not cause adverse secondary effects. See above #14b.

15b.    Second, exotic dance can be viewed on three continua: art, play and sexuality. The continuum of dance is from exotic dance, considered by some as "low brow art" (another example is popular social dance), to "high brow art" (such as ballet). The play continuum ranges from child and

family play to adult fantasy play and entertainment. The sexuality continuum goes from fantasy (exotic dance) to real sex. The fact that the instrument of dance and sex are the human body sometimes creates controversy.

15c.    Third, the meanings of exotic dance come from the meanings of social behavior, movements and sensory elements in contemporary mainstream everyday life.  These meanings have a history.  Of course, the perception of dance, art, play and sexuality are subject to an individual's interpretation.

16.      What is adult entertainment exotic dance (also called erotic, striptease, stripping, titty bar, topless, nude, table, couch, lap, go-go, and "gentleman's club" dance)? It is a distinct form of dance, art and theater (fantasy) that communicates nonverbally. See #29, 19c, 20, 23c, 25a, b. c, 26, 31, 32.  To understand exotic dance, it is important to consider its elements and how these are in other forms of performance. First I will explain what dance is.

16a.     While the term "dance" has many definitions, as a dancer and anthropologist, I find the following conceptualization aptly encompassing.

(i) Dance is purposeful (individual choice and social learning play a role), intentionally rhythmical, and culturally influenced sequences of nonverbal body movements, mostly other than ordinary motor activities.  (ii) The motion (in time, space and with effort or energy expended) has inherent and "aesthetic" value (notion of appropriateness and competency held by the dancer's culture) and symbolic potential. This concept of dance recognizes a dancer's purpose may be to play with movement itself, to provide an emotional experience or to conceptualize through movement. (iii) The instrument of dance is the human body; the dancer and the dance are one and the same. (By contrast, other arts use objects: e.g., the musician uses a piano to make music; the visual artist uses brush and paint to make a painting.)

16b.    Dance is like a language in the sense of being a systematic means of communicating

ideas or feelings by the use of signs, senses and movements that have understood meanings and behavior. Like verbal speech, dance has communicative components. Verbal speech uses the mouth and vocal cords to communicate. Dance uses the body language of movement through time, space and effort to communicate; music, costume, lighting and verbal speech may enhance the messages. Attached, Ex. 6.

Dance requires the same underlying faculty in the brain for conceptualization, creativity and memory as does verbal language in speaking and writing. Means of self-expression, both forms have vocabulary (steps and gestures in dance), grammar (rules for putting the vocabulary together) and meaning. Dance, however, assembles these elements in a manner that more often resembles poetry, with its ambiguity and multiple, symbolic and elusive meanings. Both verbal and nonverbal forms of communication have social, economic, cultural, historical and environmental contexts in which communication takes place. Early in the 20th century with the dancer Isadora Duncan, movement became a matter of self-expression rather than codified technique to tell stories written by others.

As with much verbal language in which an individual creates sentences and responds to them without being aware of how, dance often occurs without the dancer's or spectator's awareness of its vocabulary, grammar and meaning. The meaning of both dance and verbal speech is influenced by an individual's personal and cultural experiences. Dancers and viewers may engage in nonverbal "conversation" as the viewer responds to the dance communication.

*The New York Times* language specialist William Safire says that in dance "we deal with a lexicon of wordlessness, which seems to be an oxymoron; however, it is apt to treat the art of dance as silent speech .... we have words to bridge the spoken and unspoken languages. One is *expression* .... When some bit of dialect we use is met with a blank look, we say, 'that's an expression' meaning 'that's a figure of speech to express a meaning; another sense of *expression* is 'a suggestion of emotion,' as when a face adopts a pained 'expression.'...The point is that language, most often used in the sense of a system

of words, also has a sense of 'communication by means other than words' -- by signs, movements, touches, sounds, tastes ... and ... smells" ("On Language," *New York Times Magazine*, p. 16, April 29, 1991).

16c.    Dance communicates through the senses:  the sight of performers moving in time and space. A dancer sends messages of emotion through muscle contraction and release, and tension and relaxation as well as costume -- nudity being a change and form of costume — and bringing the patron within her kinesphere (the space defined by extending her limbs without changing her stance and within which she bodily creates designs). The eyes indicate degrees of attentiveness and arousal, influence attitude change and regulate interaction. In addition, the eyes define power and status relationships (Dale Leathers, *Successful Nonverbal Communication Principles and Application*s, Macmillan, 1986, p. 42). Dance communicates through the sounds of physical movement, breathing, accompanying music and talk; the tactile sense of body parts touching the ground, other body parts or props and air about the dancer and a dancer touching a spectator; the sense of spatial distance between people; the sense of empathy with a performer's bodily movement and energy; and the smell of the dancers' breath, physical exertion and, especially, the perfume.

17.    *Smell* is the most powerful trigger of mood, memory and emotion (Constance Classes, *World of Sense: Exploring the Senses in History and Across Cultures,* Routledge, 1993).  The human nose has 350 different odorant receptors used in varying combinations to identify chemicals. Smell is evocative; odors have an uncanny ability to call up the entire ambience of an experience. "The human body may produce some of the most powerful olfactory aphrodisiacs of all" (Helen Fisher, *Anatomy of Love*, Fawcett Columbine, 1992).  "Humans are well-equipped for broadcasting and receiving social chemical messages," states Aaron Weller ("Human Pheromones: Communication Through Body Odour") in *Nature*, March 12, 1998). Apocrine glands in the skin, mouth, feet and vagina secrete pheromones that produce physiological and behavioral changes in another person. D. Michael Stoddart

in *The Scented Ape: The Biology and Culture of Human Odour* (Cambridge University Press, 1991) says of human olfaction, "communication using chemicals as messengers is as old as life itself." Moreover, odors stir memories and emotions as a function of the nasal lining's direct connection to deep parts of the brain.

Perfume is an important mediator of personal attraction and even love (Rick Weiss, "U.S. Scientists Win Nobel Prize in Medicine for Studies on Smell," *Washington Post*, October 5, 2004, p. A12). J. S. Jellinek In "Perfumes as Signals," in *Advances in the Biosciences*, 1994, says that perfume sends multiple messages: "Notice and like me," "love me," and "I am sophisticated." Scent is essential in the reproduction of many animals and therefore it is not surprising that perfume is linked to sexual attraction.

Scent has a long-standing association with sensuality; a spicy smell conveys the social identity of alluring *femmes  fatale*s. Even the Bible attaches communicative value to fragrance; the "Song of Songs" is particularly noteworthy for its olfactory imagery that bespeaks of romance.

Scent also releases the hormone oxytocin that contributes to promoting a person's sense of well-being and a decrease of stress (Kerstin Uvna¨s-Moberg, "Oxytocin May Mediate the Benefits of Positive Social Interaction and Emotions," *Psychoneuroendocrinolog* 23(8):819–835, 1998).

The importance of scent in our multicultural society is further indicated by Edward Hall (*The Hidden Dimension*, Doubleday, 1966), who notes that "Arabs consistently breathe on people when they talk .... To smell one's friend is not only nice but desirable, for to deny him your breathe is to act ashamed" (p. 159-160).  Norine Dresser, in *Multicultural Manners: New Rules of Etiquette for a Changing Society*, Wiley, 1996, reports that when a Filipina mother is going out she leaves on her child's pillow or in her baby's crib a piece of clothing that she had just removed so that her scent remains with the child, offering reassurance she is still with her offspring. A grandmother will sniff a child, because odors, inter alia, disclose information about health and hygiene. Many exotic dancers are

identified by their particular perfumes.

18.    The meaning of the artistic messages of distance between the exotic dancer and patron comes from the use of space in everyday social relations as people send and receive messages. Meaning also comes from how messages have been communicated in the history of dancers interacting with audience members.

18a.    A key element of any kind of dance is body motion in space. The differential use of space distinguishes the first part of exotic dance, a stage dance performed for the entire audience, from the second part, a dance performed for an individual patron for a fee (see #20, #31).

18b.    Dr. Edward Hall's research on the meaning of the use of space in daily life (*The Hidden Dimension*, Doubleday, 1966) found this: In American culture, *intimate* distance has a close phase (0-6 inches, such as in love-making, wrestling, comforting and protecting) and a far phase (6-18 inches for less intense but still intimate interaction). A romantic relationship in American culture commonly includes a dinner or nightclub date with the pair seated proximate and touching as a metaphoric sign of attraction and Eros. See Ex. 7. Consequently, in individual patron-focused exotic dances, the performer is similarly close to the patron to evolve a fantasy of romance. The proximity permits normal conversation and erotic whispering over the sound of loud music. Dancers ask about a patron's preference for kind of movements; they joke about recent sports events; they talk about the patron being special. They make eye contact and become co-creators of fantasy. Proximity permits  blowing in the ear.

Hall also found that *personal* distance, the usual space we maintain between ourselves and others also has a close phase (½ to 2½ feet for people bonded in some ways, such as family members) as well as a far phase (2½ to 4 feet used for discussing subjects of personal interest and involvement). *Social* distance has a close phase of 4 to 7 feet, used for impersonal business, and a far phase of 7 to 12 feet for formal business as in an office or home. Finally, p*ublic* distance has a close phase of 12 to 25

feet, such as in a presentation to a small audience, and a far phase of 25 feet or more. Attached Ex. 8.

Physical proximity in a social interaction conveys a message and an expectation about the level of intimacy appropriate or desired for that interaction (J.K. Burgoon, D.B. Buller and W.G. Woodall, *Nonverbal Communication: The Unspoken Dialogue*, Harper Collins, 1996). Karl Grammer, Kirsten B. Kruck and Magnus S. Manusson note ("The Courtship Dance: Patterns of Nonverbal Synchronization in Opposite-Sex Encounters," *Journal of Nonverbal Behavior* 22(1):3-29, Spring 1998) "... communication in courtship shows a process in which the sender slowly reveals his/her intentions and the receiver seems to sum up different combinations of courtship signals over time. Basically women control male approaches and elicit male self-presentation. In contrast to females, males seem to make their decisions on the basis of interpersonal attraction" (p. 7).

18c.    A field experiment (Daniel Linz, Eva Blumenthal, Edward Donnerstein, Dale Kunkel, Bradley J. Shafer and Allen Lichtenstein, "Testing Legal Assumptions Regarding the Effects of Dancer Nudity and Proximity to Patron on Erotic Expression," *Law and Human Behavior* 24(5):507-533, 2000) found that it made a difference if the dancer were nude and close to a patron in sending and receiving messages. Nudity and closeness had expressive, communicative meanings according to patrons' answers to these questions:

i. Relational communication. "Did you feel that the dancer was expressing to you through her dance the fantasy that: (a) She wanted to make you feel like you were a special person? (b) She liked you? (c) She was personally interested in you? (d) She desired you? (e) There was intimacy between the two of you? (f) She wanted to be romantically involved with you?"

ii. Erotic communication. "The dance was: (a) Passionate, (b) Artistic, (c) Sexy, (d) Erotic, (e) Alluring, (f) Seductive, (g) Stimulating, (h) Personal."

iii. Social message. "Did the dancer express to you that: (a) Women can express themselves as freely as men? (b) She was free to do what she wanted with her body? (c) The female body is

beautiful?"

18d.    Proximity is essential in overcoming "noise" to convey dance messages through sight, sound, smell and touch. Because patrons vary in their physical ability to see, hear and smell, proximity is also important for effective communication. Blind patrons want to incidentally touch the dancer for "imagistic" communication. Moreover, the music is loud as part of the aesthetic ambience of contemporary adult cabarets, so proximity is necessary for dancer and patron to hear each other speak and communicate messages through paralanguage (laughter, crying, pitch and nonverbal vocalizations). Through proximity the dancer sends a message to the patron of being with him in a place apart from the noisy environment. And smells from cigarettes and beverages are strong, so messages of scent can only be received at close distance.

Proximity permits the dancer and patron to receive feedback (for example, signs of interest include pupil dilation and eye widening) from each other, and thus to communicate effectively, both participating in the performance. This is the attraction of live performance. Because every viewer receives artistic messages through a personal mental filter that magnifies what pleases and screens out what does not, the dancer needs to be proximate to discover what messages to send the patron. Paul Ekman in *Emotions Revealed* (Times Books, 2003) describes microexpressions — ultra-rapid facial actions, some lasting as little as one-twentieth of a second—that lay bare our feelings that cross our faces spontaneously and involuntarily.

18e.    Separating the dancer from patron stigmatizes the dancer, giving the false appearance, as many patrons have told me, that women instigate crime, men cannot control themselves, and dancers have a contagious disease. The bill's stigmatizing and degrading treatment of dancers (implying most are immoral, dirty, or inferior) appears in some respects similar to white treatment of blacks during slavery and segregation.

18f.    The use of space between spectator and performer is a key communicative tool all kinds

of dancers and other entertainers use to convey messages. Dancers may invite audience members onto the stage or perform in the audience area. Proximity involves the audience member in the performance and creates a feeling of immediacy: a sense of "here and now."  Audience members, myself included, often sit less than a foot away from dancers.  Dancers perform in close proximity to the audience in flamenco in the caves of Granada, at weddings among Arabs and Jews, and for various occasions in numerous African cultures. Some religious services create a sense of closeness and immediacy by dancing the gospel into the pews where the congregation sits.

Here are a few performing arts examples of the use of proximity, often including touch) between performer and spectator: Such plays and musicals as *Tony and Tina's Wedding*, *Trojan Women* and *Mother Courage* involve close physical interaction between performer and spectator. "Astarte" by the Joffrey Ballet began with a dancer actually seated in the audience, inches away from paying patrons. Award-winning modern dancer B.T. Jones has physically interacted with audience members during choreographed pieces. On April 10, 1998, I saw *Ritual* at the John F. Kennedy Center for the Performing Arts, Washington, D.C., in which about 60 performers were dancing in audience areas, perched on arms of empty seats to the front, side and back of spectators, leaning over them. Performers also danced in spaces leading to the theater, on couches, benches and the floor and even in rest rooms. They took audience members by hand to invite them to participate in the dance.        See Ex.9, 10.

19.     Touch, with biological roots in the mother and child connection, is humankind's earliest form of communication, "clearly one of the most basic and commanding forms of human communicative behavior" -- an imperative to the establishment of social attachment (Karl Grammer, Kirsten B, Kruck, and Magnus S. Manusson, "The Courtship Dance: Patterns of Nonverbal Synchronization in Opposite-Sex Encounters," *Journal of Nonverbal Behavior* 22(1):3-29, Spring 1998, p. 59; Shankar Vedantam, "Understanding that Loving Feeling: In a Study of the Brain, Special Nerves Registered the Emotional Context of a Pleasurable Touch," *Washington Post*, July 29, 2002, p. A2).

"There is nothing more real than being touched. It confirms our existence as something concrete. To be physically touched. . .both repairs and makes us whole again.  The feeling of 'completeness,'  the feeling of 'oneness,' the feeling of 'relatedness,' the feeling of 'fullness' are all evoked ..." (Sherry B. Shapiro, *Pedogogy and the Politics of the Body: A Critical Praxis,* Garland Publishing,1999, pp. 96-97).

See #14f on the heath benefits of touch. Attached Ex. 11, 12.

The variety and amount of interpersonal touch can disclose the state and style of relationship between people (Kory Floyd, "Communicating Affection in Dyadic Relationships: An Assessment of Behavior Expectancies," *Communication Quarterly* 45(1):68-80, 1997).

19a.    Touch communicates many different feelings and ideas --- from comfort, pleasantness, friendliness/fellowship, warmth/love, rapport, empathy, humor, playfulness, sentience, immediacy and cordiality to sensuality, sexual desire and intimacy. The context and duration of touch and whether it is active or passive influence meaning. Edward T. Hall in *The Hidden Dimension* (Doubleday, 1969) noted that touch can be sensual, utilitarian and/or friendly.

Our sense of self is connected to the physical experience of touch with its power to establish boundaries of contact and separation, to stimulate and arouse or to pacify and calm. The body is the location for physical sensations that trigger social memories.  Intentional and incidental touch is certainly expressive in life from birth to death. Meanings depend on who are the toucher and touched, the place and strength of touch, and the setting.

Dr. Stephen Thayer states, "Even a fleeting, impersonal touch between strangers can have a powerful emotional impact" ("Social Touching," in *Tactual Perception*, Cambridge University Press, 1982, pp. 263-304, p. 281). Touch is part of attentiveness that includes gaze, smile, direct face-to-face body orientation and forward lean.

An understanding of the meaning of self-touch, performer-performer touch, and performer-

patron touch comes from touch research beginning with S. M. Jourard's "An Exploratory Study of Body Accessibility," *British Journal of Social and Clinical Psychology*, 1966.  "Artists and poets have sought to capture the power and grace of touch to express intense as well as subtle human emotions that transcend words, but only recently have behavioral scientists begun to analyze the role touch plays in human social interaction, physical health, and emotional well being," wrote Thayer ("Touch: Frontier of Intimacy," *Journal of Nonverbal Behavior* 10[1]:7-11, 1986, p. 7).

People who care for one another and who are in an intimate relationship expect touch frequently and evaluate it positively. Of course, there are powerful cultural norms and religious strictures that surround touch and physical contact, as they relate most particularly to sex and aggression, dominance and power.

19b.    Communicating meaning, performer-patron touch commonly occurs in the performing arts. In the Broadway show *Cats, performers* paw patrons and put their heads on patrons' laps. In "Coyote Builds North America" performed in Washington, D.C. at the Arena Stage, Washington Ballet choreographer Septime Webre has dancers sitting on spectators' laps and stealing their programs. At Studio Theater in Washington, D.C., nude performer Tim Miller sat on patron's laps. Bill Erwin's "Full Moon" and magician acts involve performer-audience contact.  Paying audience members are touched on live TV shows and in circus performances. "The fall guy" is asked to be part of hypnotist comedian and juggler acts.

Much of contemporary theater has been breaking down barriers between spectator and performer.  Renowned dance critic Anna Kisselgoff said, "I went to Joyce SoHo where I did not so much attend ... [the dance performance] as took part in three solos performed by three different dancers in three separate cubicles.  Catherine...slid under my legs and also placed my hand on her pulsating carotid artery when she was not executing ...[deep knee bends]... I rolled on the floor with Antoine" ("Yes, a Private Dancer, but Not What You Think," *New York Times*, October 22, 1999, p. 25).

Dance teachers use touch to create body awareness and stimulate imagery among their students in addition to bonding with them. Similarly in exotic dance, touch facilitates fantasy and rapport between dancer and patron that encourages patrons to buy individual patron-focused dances.

Social psychologist Michael Lynn analyzed twenty-three (23) major studies on tipping at restaurants and bars in the United Stages and abroad. He found that waitpersons who briefly touched their patrons received the highest tips (see *Journal of Socio-Economics*, 2000).

19c.    Exotic dancer-patron touch has been integral to exotic dance for about twenty (20) years to distinguish it from Las Vegas type stage shows. A dancer touching a patron in exotic dance parallels the kind of touching one now sees in public, some of which in the past could only be done in private. In public, one sees many forms of touch that communicate displays of warmth and trust, including affectionate greetings of a handshake, kiss on one or both cheeks or lips, hugs, hand holding, arms entwined, arm around the shoulder and pat on the head. Couple dancing often involves body contact.

So an exotic dancer's touch of a patron is metaphoric communication. Because there is a massive involvement of skin in sexual congress (Ashley Montagu, *Touching: The Human Significance of the Skin*, Columbia University Press, 1971), any brief touch, such as a dancer shaking a patron's hand, can be symbolic. Exotic dancers touch patrons in individual patron-focused dances to convey messages of comfort, comradery, affection, playfulness, intimacy and fantasy -- eroticism. Touch communicates shared rhythm and connects participants in a "conversation" to a mutual aura or electricity. Of course, touch is "counterfeit" intimacy of theatrical fantasy.

Exotic dancers commonly swish their hair over a patron's head, brush a hand over a patron's hair or run their fingers through it, put their hands on a patron's shoulder or thigh for balance while arching backward or otherwise moving in a precarious way, kiss a patron's cheek or forehead and hold a patron's hand. Patrons are usually permitted to touch dancer's hands, shoulders, arms, knees, thigh (especially when placing a tip in a garter), hips or waist.  Lap dancing has become a way to

communicate a facade of intimacy.

20.     Direct tipping is involved in several kinds of dance performances. For example, in middle east dance in restaurants, a patron will tuck a dollar bill in a performer's bra or skirt. In exotic dance a patron touching a dancer's garter or hand to give a tip or the dancer briefly touching the patron in thanks, communicates several meanings. It means "this is exotic dance." Michael J. Peter, Cornell University graduate in hotel management, developed the idea of the gentlemen's clubs. He liked the idea of "Vegas Showgirls" plus direct interaction between dancer and patron to make the performance more personal given how impersonal social interaction has become, for example, you get a recorded answer when you phone businesses.

Through direct tipping the patron communicates appreciation of the dancer's physical appearance (attractive body shape and tone hair, makeup, etc.), dancer's costume (4 to 5 inch heels, attire, props), dancer's movement (graceful strut and posture; standard bumps, grinds, shimmy, etc., smooth transitions between movements and positions: prone, kneel, stand, elevated on pole; disrobes with attitude; variety; balanced use of stage; interprets music, proximity to patron), personal style (creative uniqueness) and connection with patron (personality, proximity, smile, eye contact, touch, charisma). The patron's tipping encourages a dancer to continue to perform in a way that pleases patrons. The dancer's brief touch of the patron's head, torso or limbs elicits higher tips. See Ex.

21.     The sale to men of dances that permit close physical contact between performer and patron is a recognized theatrical tradition dating back about 80 years to what were called taxi dances (Paul G. Cressey, *The Taxi-Dance Hall*, University of Chicago Press, 1932). In *City of Anaheim v. Janini* (Super. Ct. No. AP-11130, 1999), a California state judge in ruling lap dancing was not prostitution and could not be banned referred to the "dime-a-dance," that is, taxi-dancing, as an established tradition in America dating from the 1920s and continuing. For a fee, men could dance with a woman in a taxi-dance hall or palace. Taxi-dancers were so named because, like taxis, their services

were hired by customers for short periods and metered by a time clock. Grinding bodies tightly together without moving from a spot was "to dance on a dime." To urge the taxi dancer to keep the customer moving, the floor manager would say, "Git off dat dime!"  In the 1970s there was a resurgence of their popularity (Lawrence K. Hong and Robert W. Duff, "Gentlemen's Social Club: Revival of Taxi Dancing in Los Angeles," *Journal of Popular Culture* 9(4):827-832, 1976), and they persist in the barrios catering to immigrants from Mexico.

21a.     Even earlier in American history than the taxi-dancing era, body contact was noted in a 1799 account of the waltz at its loosest. A man grasped the long dress of his partner so that it would not drag and be trodden upon, and lifted it high covering both bodies closely as they whirled on the dance floor. His supporting hand lay firmly on her breasts, at each movement pressing lustfully.

21b.     Today lap dance moves are similar to young adult and junior and high school student male-female social dance partnering in "da butt," "freaking," "booty dancing," "doggy dancing," "front piggy-backing" or "dirty dancing." Partners twine thighs, pelvises touch and rotate, and upper torsos tilt away from each other or females dance with their backs to their partners, sometimes bending over with hands on the floor and press and grind their butts against the male's crotch. See Ex. 14, 15.

Note that performers in the Broadway and touring production "Oh! Calcutta" have appeared nude in heterosexual physical contact. See Exhibit 16. Ballet dancers also have appeared nude in heterosexual contact. See Exhibit 17, 18.

22.     A performer touching another performer is common to exotic dance and other forms of dance. Touch is integral to couple and group line, circle and mosh pit social, folk and liturgical dance in theaters, recreational venues and churches.  Participants hold hands, waists and shoulders; they link shoulders and arms; and bodies frontally touch each other. In mosh pits, that section of the audience

where people dance in packed hordes and jump on each other, dancers moving on their feet transport other dancers bodily over their heads to one another ("body surf" over the crowd). Touch is part of ballet, jazz and modern duets that also include one person lifting and balancing nearly all body parts of another person. In Madonna's "Beautiful Stranger" music video, she rotates her pelvis on a man's shoulder while he is driving.

23.    Communicating meaning, self-touch commonly occurs in exotic dance <u>and</u> other forms of dance, as well as other performing arts. See Ex. 19.

"Simulated touch" could be so broadly interpreted that dancers could not move their hand in front or behind their bodies.

23a.   Sally Banes, in *Dancing Women: Female Bodies on Stage (*New York: Routledge, 1998) notes that in the 19th century romantic ballet, "La Sylphide," Sylphide "touches herself both protectively and provocatively when James approaches her" (p. 20). In the 1910 classic ballet "The Firebird," the Firebird's incessant self-touching in the form of preening is another marker of her sexual allure. Pioneer modern dancer Ruth St. Denis, a major figure in American dance, was self-caressing in 1906. Her choreography "Radha" during the first decade of the 20th century has a section called the "Dance of Touch."  "She strokes her arms with her palms and caresses her face with the backs of her hands.  She traces the outlines of her breasts, torso, and hips, and leans forward to look at the audience, her hand to her mouth" (p. 86).  In 1928, Hinda Wassaw, trained in modern dance, may have been the first to run her hands over her body while stripping.

23b.   Sensual self-touch in public is exemplified by popular singer/dancer Michael Jackson who touches his crotch in concert and on television (MTV). Singer/dancer Madonna touches her buttocks and breasts.  In amateur jazz and hip-hop street jam dance classes, we slap our buttocks and sensuously run our hands down our hips and the front of our bodies or down our legs.  Tai chi, a Chinese martial art described as slow-motion Kung Fu, in essence a dance, uses self-touch. At the

National Institutes of Health Uniformed Services University of Health Sciences, Dr. Xiao-ying Ge, well known for rehabilitation exercise for relaxation, overall health fortification, anti-aging, energy retrieval and disease prevention, led students and doctors in the traditional Tai chi movement of moving both one's hands down one's own backside over the buttocks.

Albert Scheflen ("Quasi-Courtship Behavior in Psychotherapy," *Psychiatry*, 38:245-257, 1965) described self-touch in American courtship that presents the self in an attractive way, such as preening. Self-touch serves to capture a person's attention and participation in an interaction.

23c.     Through self-touch, an exotic dancer delineates her gender identity as an independent, beautiful, sexual and empowered female who cares for herself and is separate from others. She creates a boundary between herself and the audience. Self-touching regulates audience attention during an overload of stimuli from the total body in action. Self-touch may be symbolic of sexuality, modesty, protective shielding and covering as a tease and calm. Self-touch is artistic ephemeral body decoration as the dancer creates gestural designs on the body, sculpting lines and curves over the body and into space.

By touching her own nude body in a public setting, especially parts usually covered on an American public beach, a performer transgresses social mores of mainstream society in keeping with the historical tradition of adult entertainment. "Being risqué" is part of the attraction for performer and audience member, alike. An observer can identify with a performer's self-touch and fantasize his hands as hers, and thus possessing a beautiful woman.

24.     Dance also communicates through the accompanying music, song texts, make-up, lighting and body disclosure. Bright lighting conveys an atmosphere of a hospital operating room, whereas dim lighting conveys an ambience of romance.  Attached Ex. 20.

25.     Dancers communicate a variety of messages through nudity, a form of costume, which is part of established tradition in exotic dance and mainstream ballet, musicals, plays and

opera. Nude dancing in any kind of performance both reflects and configures a society's attitudes toward the body and its presentation. The meaning of nudity comes from people's traditional and changing ideas and behavior, nudity in mainstream everyday and theatrical life, as well as an individual's experience and perception. Consequently, the meaning of nudity is multifaceted and sometimes controversial in the areas of religion and morality, feminism and liberation and censorship. Nudity is a slippery and contradictory concept. There are places where nudity in the presence of the opposite sex is not equated with a sexual situation, for example, the baths in Japan and Vienna and the sauna in Finland.

Ruth Barcan, in *Nudity: A Cultural Anatomy,* Berg 2004, explains: The fundamental ambiguity of nakedness as a metaphor, and our social unease with it as an embodied state (the 'unnaturalness' of the 'state of nature') continue to make it an ideal vehicle for carrying contradictory ideas about truth and reality" (p. 273). She describes nakedness as a gradation, a physical manifestation, psychological state, and a feeling (p. 21).

The award winning philosopher Leszek Kolakowski ponders in "An Epistemology of the Striptease," *TriQuarterly*, No. 22, Fall 1971: "In heaven will be we clothed or naked? I wonder whether any of the doctors of the Church have ever taken up this question when discussing the conditions surrounding the resurrection of Bodies."

25a.    Nudity in exotic dance conveys the message, "this is the adult entertainment of contemporary artistic theatrical exotic dance." Embedded in the culture of its time, exotic dance by definition must be "naughty" by revealing more of the body and erotic movements than are seen in public and by evoking fantasy. Otherwise what makes it adult entertainment? Attached Ex. 21.

Exotic dancers communicate messages of eroticism, temptation and allurement, pretense of sexual availability and longing. The revelation of nudity in a striptease is the "climax" of the erotic fantasy. Nudity is to exotic dance what a punch line is to a joke. Nudity is what distinguishes adult

entertainment from other forms of dance — old fashioned burlesque and two new transformations of exotic dance: striptease aerobics and striptease therapy.

The 1940s style striptease dancers are making a comeback and bringing along young dancers. Proud of the glamorous costumes and props, they distinguish themselves from contemporary adult entertainment exotic dance with nudity and lap dancing. Shaila K. Dewan, "(Not) for His Eyes Only," *New York Times Magazine*, October 5, 2003, p. 35-36, discusses the revival of pasties and G-strings burlesque in New York for men and women, regarded as "innocence embodied."

*Time Magazine*, September 8, 2003, reported professional trend spotter Irma Zandl's survey of 3,000 young people about "what's cool": "Strippers are really setting the trends right now." Americans now can get a sensual stripper workout at gyms from Los Angeles and San Francisco to New York and Miami and obtain instructional striptease videos (*The New York Times Magazine*, April 28, 2002, pages 82-82). Crunch Fitness in New York and Boston has been offering cardio striptease classes since October 2001, with mirrors, stripper moves, including sliding clothes back and forth between legs and pole work.

Jill Radsken reports, "Bare essentials; Classes, pros help everyday women stage stripteases at home,**"** *Boston Herald*; Feb 6, 2003, p 51). Wives and girlfriends are flocking to stripping classes and purchasing videos that will help them use the art of striptease to spice up their relationships. The Learning Center in Malvern, Pennsylvania, offers a class in "The Art of Exotic Dancing for Everyday Women."  In a companion 86-minute instructional video, an exotic dancer for 23 years takes students, from different backgrounds and ages (20s to 50s) on an adventurous journey to get in touch with their femininity and denied sexuality through striptease dance. Women's Institute of Learning has produced a video entitled "For His Eyes Alone" with step-by-step instruction in a dance to perform at home. Sheila Kelley (of "L.A. Law" and "ER") was so taken with stripping after preparing for a role in the movie "Dancing at the Blue Iguana" that she opened her own studio and

published *Strip Workouts for Every Woman,* Workman, 2004.

Feared as a precursor to apocalypse by some members of the Christian Right, exotic dance with its bump 'n' grind, shoulder shimmy and other racy moves, was taught at Mount Holyoke College. Of course, striptease has appeared on Broadway in revues and in an entire production focused on striptease, for example, "Gypsy."

25b.    Given the tradition of nudity in mainstream theater, contemporary exotic dance is, therefore, an outgrowth of important 20th century artistic developments. The contemporary aesthetics of Western arts are to probe what has been deemed off-limits and find new objects to look at, or new ways to look at familiar ones. By stripping the body, the exotic dancer in an adult club confronts the artistic challenge.

25c.    Nudity as an integral, historical part of exotic dance is also embedded in the cultural context found outside the theater. American culture in the 1960s witnessed a sexual revolution, and sexual imagery now permeates contemporary life. The amount of flesh that could be displayed for sunbathing inched upward, and today one sees the thigh moving into bare hip. *The New York Times* (June 5, 2001) reports the popularity of the bikini among young and old alike "In this Bare-It-All Age, Bikinis are Back." *Cosmopolitan* magazine, June 2001, reported that thong bathing suits revealing all of the buttocks but the line of their division are fashionable for the everyday female. In the media, underwear went public, then frontal nudity, flouting of body parts and simulated sex appeared. In mainstream cinema there was a time when one could see only a kiss. Following Madonna's revelry in her sexuality, most of the country acknowledges women as sexual beings and nudity as acceptable in the popular media. The esteemed ABC television series "N.Y.P.D. Blue" showed a district attorney and her detective fiancé showering together nude in the 1990s. The following season, another pair of detectives appeared nude, in bed and in simulated sexual congress. MTV changed the standard in what is acceptable in the homes of young viewers. Genitalia and pubic hair appear on cable broadcasting

channels. Older movies with nudity, and also self-touch, include "Just One of the Guys," "9 1/9 Weeks," "Hollywood Shuffle," "Divine Madness," "The Lunatic," "Isadora," "True Lies," and "Truth or Dare." Nudity is common in contemporary cinema.

26.     There are many other meanings of nudity besides eroticism.

26a.     For those opposed to nudity, nudity has such meanings as violation of traditional Judeo-Christian and Muslim religious precepts of modesty, humiliation, loss, degradation, deprivation, darkness, disorder, pollution, abomination, immorality, poverty, moral decay, shame, defeat, wretchedness, slavery, stripped of humanity, savage, perverted, state of dispossession, vulnerable, challenge to traditional gender roles, oppression of women and crime.

Among the Ibibio of Nigeria's Niger Delta, showing nudity, especially for older women, is a weapon of last resort.  It is an act of shame and a great curse directed at men.

26b.     However, there are many more positive meanings of nudity communicated in exotic dance: divine manifestation, godliness, affirmation of life and sexuality intertwined with spirituality: Many Christians and members of other religions consider the body is the beneficent gift of the Creator and worthy of the attentive gaze. Indeed, bodies are considered temples of the Holy Spirit and people should glorify God in their bodies as well as spirits (1 Corinthians 6:19-20; see Doug Adams and Diane Apostolos-Cappadona, eds., *Dance as Religious Studies,* Crossroad Publishing Company, 1990. Not all humans are bestowed with the potential for a naturally beautiful or cultivated (for example, through diet, exercise and grooming) persona. God is therefore embodied in the exotic dancer's pulchritude. Created by God in his image, and valuable in God's sight, the nude exotic dancer thus partakes of divinity.

Religious importance attaches to body image, for the body is embodied religion (R. Marie Griffith, *Born Again Bodies: Flesh and Spirit in American Christianity,* University of California Press, 2004). "Why represent Jesus to others without looking confident, put together, and beautifully

appealing -- inside and out?" (Cynthia Culp Alllen and Charity Allen Winters, *The Beautiful Balance for Body and Soul*, Fleming H. Revell, 2003).

Genesis 3:8 recognizes that God created Adam and Eve in his own image, naked: "And God saw everything that he had made, and, behold, it was very good."  It was not Adam's nakedness that was his sin, but his disobedience to God -- eating the fruit that God forbade (Genesis 3:10, 3:11). A preacher from a fundamentalist Christian viewpoint, Robert Bahr wrote in the *Salisbury Daily Time*s (*Nude & Natural* 24(2):11, 2004) that not once are we told that God disapproved of David dancing naked in the street after a battle victory, Isaiah walking naked from town to town prophesying, St. Francis of Assisi wandering the land naked, or Jesus being baptized naked. The Christian church has respected the nude human body: to wit the Vatican has thousands of sculptures and paintings of the nude human form.

26c.   Nudity in exotic dance communicates messages of freedom, independence, liberty, justice, bravery, egalitarianism, acceptance of the body, modernity, historical tension between how the body was revealed in the past and is revealed now, empowerment, relief from artificial and arbitrary social conventions, a break with social norms and challenge to the status quo.

Women capitalizing on their nude bodies is a display of their sexual freedom. Nudity challenges social norms of repression, shame and voyeuristic secrecy, in addition to notions of decency and decorum.

"Choice feminists" believe exotic dancers should have freedom to control their own artistic communication of messages without state interference, police harassment or male dominance. These feminists say the dancers can decide if, when, and under what circumstances they feel oppressed.  The dancer is considered an independent subject creating art, not a submissive object.

Nudity also conveys the fragility, vulnerability and mortality common to all humans.

26d.    In exotic dance, nudity communicates the meaning of the dancer as an art form in

motion, a living sculpture and idealized beauty, state of the ideal human. A dancer has a body to experience, to master aesthetically and to communicate various messages. Some circular stages in exotic dance theaters allow the audience to move around to see various angles and perspectives of the dancer's presentation, much like museum-goers move to observe a statue, and just as countless faces look up at the promenading new Miss America.

Through nudity, dancers communicate the message of the beauty of their moving shapes with finely molded planes and rippling curvaceous surfaces, texture, defined musculature, flickering shadows and highlights, hints of the skeletal frame and vertebrae, and product of hard work in creating and maintaining a buff, sensual body.

From beauty contests, plastic surgery, cosmetics and pin ups, we see American culture worships pulchritude, and exotic dance is part of the culture.  Performers may enhance or parody the "ideal" body with surgically enhanced breasts, liposuction, tattoos and piercings. The ubiquitous six-inch heels (often stiletto platform shoes), which necessitate the dancer taking short steps and leaning back, emphasize the leg, breast and derriere.

26e.    Nudity in exotic dance may communicate a message of high status when the body is made beautiful at substantial financial expense or personal self-discipline.  Nudity in exotic dance sends messages of preciousness because of its relative scarcity elsewhere.

26f.    Nudity in exotic dance communicates a message of parody, humor, as it pokes fun at the pretense of clothing (expensive, military or judicial, for example), the obsession with self, mocking the typical person's self-presentation and social class. The dancer transgresses sartorial codes by removing clothing that often reflects conspicuous consumption and a person's inner self or aspirations.  Some nudity conveys modesty through the dancer's slow and coy style of moving.

26g.    Exotic dancers through nudity communicate messages of self-love and esteem, glamour, youth, being unashamed and what it is to be human: vulnerable and strong.  Dress covers the body

whereas nudity recovers humanity and lays it bare.

26h.    Through nudity, exotic dancers communicate yet other messages, such as nature, nurturance, birth, harmony, honesty, devoid of disguise, simplicity, wholesomeness, health, innocence, reality to satisfy curiosity, fecundity and cleanliness. After the ancestral human figure lost most body hair and was naked for some time, it acquired clothes, along with the dirty human body louse (evolved from the human head louse) that lives only in clothing.

27.    The exotic dancer's nude breast may communicate any of the above messages.

27a.    Although the female breast has an erotic charge for men in American society, other societies lack such responses. Topless sunbathing is common in Europe. In some African and South Pacific groups, the nude female breast seen in public symbolizes fecundity and is regarded as a utilitarian appendage for suckling the young; men are sexually indifferent to the nude mammary gland. Anthropological research has shown that the exposure of female *breasts* does not necessarily result in a sexual definition of a situation. In a review of 190 different societies, Clellan Ford and Frank Beach (*Patterns of Sexual Behavior,* Harper and Row, 1951) found that few societies surveyed insisted upon the concealment of women's *breasts*. Furthermore, they concluded that there was no relationship between the concealment of *breasts* and the importance of breast stimulation as a form of erotic play. People need scripts to define a situation as being potentially sexual. Such a definition involves interaction between the person and the context such that nothing sexual is likely to happen without the proper elements of a sexual script.

27b.    Dr. Marty Klein, noted that policy makers and millions of their constituents claim that seeing real or pictured nude breasts damages adults, harms children, causes sex crimes and destroys families. For example, L.B. Bozell, President of the Parents Television Council described Janet Jackson's one-second Superbowl breast-baring: "Grandpa and eight-year-old Johnny are trying to process why they have to be infected with this communicable disease, this vile programming."

However, there are well-established topless beaches on every continent except Antarctica and clearly, bare breasts are not dangerous to children or adults (*Sexual Intelligence*, an electronic newsletter, No. 65, July 2005).

28.    Nudity is part of an established tradition in exotic dance and the theater of mainstream ballet, musicals, plays and opera.  See the Amicus Curiae Briefs (especially of Bill Conte and the Thomas Jefferson Center) in Support of the Respondent, *City of Erie, v. Pap's A.M.* in The Supreme Court of the United States, No. 98-1161 (1999) for numerous examples from artists, arts organizations and scholars who attest to the multiple meanings of nudity.

28a.    Our conception of nudity has changed.  For example, in the 1820s, public debates over nudity focused on the length of ballet dancers' costumes. At that time, a leg was called a limb, and it was covered, even for sunbathing and swimming.

In 1827 citizens railed against the French ballet dancer, Madame Francisque Hutin, for the "public exposure of a naked female."  She wore a long silk skirt covering loose trousers fastened at the ankle. A glimpse of a loose trouser-clad thigh when the dancer pirouetted and her skirt flew up was conflated with total nudity -- yet not an inch of flesh beneath the waist showed; the costume was not translucent.

It was not until the 1840s that the social status of ballet dancers was elevated. Ballet dancers' skirt lengths had been shortening, but coming from France, dancer Fanny Elssler anticipated American conservatism and lengthened her costume by a full foot. Her successful debut in the U.S. marked the acceptance by upper-class audiences of ballet as "art."  This helped to reduce the transgressive potential of the partially-revealed female form, to play down the role of the purported erotic arousal, and to provide a rationalization for pleasure in viewing ballet.

The 1865 stage spectacle, "The Black Crook," popularized ballet. It had a large number of female legs, that is, "undressed" dancers with close-fitting pantaloons stopping at mid thigh, sleeveless

bodices short skirts -- "nudities."

28b.    At the 1893 Chicago World's Columbian Exposition, Americans first saw in public Middle Eastern "belly dancers" whose bodily revelation -- nudity -- and gyrating movements were thought scandalous and "obscene."  At the time American women wore corsets compressing their internal organs under long dresses, the Middle Easterners wore baggy trousers and midriff-length thin blouses over an uncorsetted body.  They performed heretofore unseen dance movements:  shimmying the breasts and rotating the hips.

The exposition was part of an attempt to popularize the new science of anthropology founded by Franz Boas, at my alma mater, Columbia University. "Streets of Cairo" and Algerian and Persian village exhibits featured the "belly dance," also called danse du ventre, cootch and hootchy-kootchy -- a forerunner of contemporary exotic dance.  The threat the Middle Eastern dancer's sexuality might represent was defused through her presentation as the foreign exotic other and therefore not immoral to view.  The terms "erotic" and "exotic" were considered synonymous, and "exotic dancer" became a euphemism for stripper.

28c.    Motionless full nudity actually appeared in the 1840's theatrical *tableaux vivants*. Performers posed as "classical nudes" on revolving turntable stages that allowed "more revealing" views.  The "living statues" only slightly changed positions.

28d.    "Nudity" has foregrounded sexuality and the body in the face of some people's reticence to acknowledge sexuality at all. In the 19th century, "the 'nudity' of the burlesque performer challenged the authority of bourgeois culture to define her as sexually invisible.... At the same time, she aroused instinctual, irrational urges in her male spectators by encouraging them to 'see' her for what she was, thus producing a double social transgression," said historian Robert C. Allen (*Horrible Prettiness: Burlesque and American Culture,* University of North Carolina, 1991, p. 147). Moving nude dancers in popular art appeared from 1912-1929 in Florenz Ziegfeld's revues in New York City. Flirting with

naughtiness, the revues presented feminine nudity veiled. In 1923 Carrie Finnell, a Vaudeville tap dancer, took off articles of clothing to keep the audience's attention. When in 1925 the police raided Billy Minsky's theater for presenting a performance "likely to corrupt morals," Mary Dawson ended her strip act with bare chest, arms raised above her head. The Minksy brothers named the art "striptease."

Unembellished nudity was still taboo at this time, although the first topless dancer appeared on Broadway in "Artists and Models" in 1923.; exotic dancers used gimmicks to give the illusion of nudity, such as a g-string with glued pubic hair, or they delivered quick intimate glimpses of body parts in flashes in the 1930s. Sally Rand covered and fleetingly exposed her nudity with two huge ostrich fans. A consequence of her influence was the transformation of burlesque in the late 1940s from a focus on slapstick and satiric comedy to a preoccupation with bare female flesh. Famous strippers included Lili St. Cry, who had studied ballet, Blaze Starr, Tempest Storm and Gypsy Rose Lee, the first star performer at Minsky's Republic Theater in 1931. Topless dancers were on the scene by 1945.

Fully disclosed nudity in exotic dance, said a manager of the Big Top Lounge in New York City, "first became the rage in Times Square bars after World War II but got its biggest boost from the 'flower children' of the 1960s." Nudity has been a part of exotic dance for about 50 years.

28e.     The 20th century placed the fully nude body into "high art" theater dance -- and moved exotic dance towards the mainstream. Consider the pioneers of theatrical nude dancing. "Modern dance" (a variety of contemporary dance styles) rebelled against the unnaturalness of ballet with its specific codified positions and movements and fitted costumes. Tight corsets on female bodies of the 19th century were seen as chastisement, pain and symbolic of oppression. But a nude dancer is "free," shedding the discomfort and mystery clothing creates.

In the first three decades of the 20th century, the famous American modern dancer Isadora Duncan established nudity or near-nudity as important to her art: a projection of modern, liberated, natural humanity in an age of mechanical production.

Nine later landmarks in mainstream theater provide a context for nudity in exotic dance. (1) Yvonne Rainer's "Trio A," performed in 1966 in New York City, showed nude dancers with American flags hanging from their necks in protest against repression and censorship. (2) California-based Anna Halprin's New York City debut in April, 1967, of "Parades and Changes," in which modern dancers disrobed, led to a warrant for her arrest. She said, "We were forbidden to do the piece in the United States. I did not do the piece again until 1995, as part of my 75th birthday retrospective show. By then, full frontal nudity was old hat!" Subsequent milestones did not occasion police interference. (3) "Hair," an anti-war rock musical dramatizing a love-in, by Gerome Ragni, James Rado and Galt MacDermot, that opened October 29, 1967, brought nudity, including a glance at pubic hair, to a New York City Broadway theater. (4) The 1969 musical "Oh! Calcutta!" showed female and male frontal nudity and extremely close couples and group body contact. (5) The 1970 classical ballet "Mutations," by Glen Tetley and Hans van Manen, revealed a nude man dance a slow celebratory solo, a nude couple perform an entwining duet, and three nude henchmen move about. (6) American choreographer Mark Morris's "Striptease," with its "down to the buff" commentary on the anti-eroticism and loneliness of burlesque, created an uproar in Belgium in 1988. Director of Dance at the Theatre Royale de la Monnaie, a place where the queen sometimes occupies a box, Morris performed nude. "Artified" is what Morris disparagingly calls forms of dance that traffic in sexual teasing disguised as beautiful, virtuosic dancing. He thinks that the milliskin-unitary, simulated-sex pas de deux in ballet and modern dance is a great deal more pornographic than his "Striptease." Morris is interested in exposing the buttocks, innocent, hardworking motor of action, soft and round, seat of humility and vulnerable target that gets kicked. He also focuses on the crotch, giving birth, revealing something private inside being forced out (Joan Acocella, *Mark Morris*, New York: Farrar, Straus and Giroux, 1993). (7) Bill T. Jones's modern dance "Last Supper at Uncle Tom's Cabin/The Promised Land," first performed in 1990, featured nudity among an assemblage of up to 50 company and community members -- tall and short, fat and thin,

black and white, old and young -- all devoid of disguise, vulnerable, and unashamed, pulling together against the disparate strains of conflict over race, sexual orientation, gender, poverty, and age. (8) The nudity of the all-male modern Creach/Koester Dance Company in its 1998 "Study for a Resurrection" in St. Mark's Church, in New York City, affirmed the body's beauty and vulnerability. (9) "Naked Boys Singing," a 1999 musical review presented at the Actor's Playhouse in Greenwich Village, New York City, pokes fun at social behavior.

In the 21st century, the editor, K.C. Patrick, of the prestigious *Dance Magazine*, now in its 77th volume, wrote about the recent increase in performers appearing onstage sans clothing. "It is about dancers doing what artists do — making meaning." Nudity has gone beyond the 1970s streaking, which was done for its shock effect. The meaning may be "a paean to the grace and beauty of the arrangement of the human body itself," "tribute or insult to contemporary standards of beauty," movement possibilities that arise when the body is unimpeded by clothing, or "a subtext for the conveyance of straightforward honesty—the naked truth" (*Dance Magazine*, November 2003, p. 4)

28f.    Not only may performing arts centers and museums  have nudity, but they may explicitly focus on the genitalia. For example, Eve Ensler's play, *The Vagina Monologues* (Villard, 1998) is a tribute to the female genitalia. It has been adapted and performed in dozens of countries, translated in 35 languages. New York City Mayor Guiliani's wife was scheduled to star in the show. Judy Chicago's art show and book, *The Dinner Table: A Commemorative Volume Celebrating a Major Monument of Twentieth-century Art* (Penguin Books, 1996) portrays on each of 39 place settings a vagina appropriately decorated to symbolize a famous woman in Western Civilization. The musical "Puppetry of the Penis" has toured the United States.

28g.    Nudity is part of mainstream theater. "Frauline Else," a production of the McCarter Theatre, Princeton, New Jersey, focuses on a 19-year-old placed in a morally repugnant situation by her father's needs for money within 48 hours to avoid financial ruin and imprisonment. Her parents

suggest she use her feminine charm to obtain money from a former client, the elderly, lecherous von Dorsday. In return for his money, he demands that Else stand naked before him for fifteen minutes. She stands naked on stage and finds her complete physical submission to be inherent in his demand.

Nudity appears in Franco Fefferelli's staging of Shakespeare's *Romeo and Juliet*, New York Shakespeare Festival's *Hair*, Kenneth Tynan and Jacques Levy's *Oh! Calcutta*, Peter Shaffer's *Equus*, Peter Cattaneo's *The Full Monty*, Paul Foster's *Tom Paine*, Michael McClure's *The Beard,* Tom Eyen's *The Dirtiest Show in Town*, Tom, Stoppard's *Travesties*, Terrence McNally's *Love! Valour! Compassion!* and *Lisbon Traviata*, David Edgar's *Pentecost*, Sam Shepard's *Curse of the Starving Class*, Shakespeare's *Measure for Measure*, *Othello* and *Macbeth*, Norman Allen's *Nijinsky's Last Dance*, Ovid's *Metamorphoses*, Zimmerman's *S/M*, David Kershar's *The Naked King*, Bruce Norris's *Vanishing Twin*, David Rage's *Hurly Burly* and *In the Boom Boom Room*, David Hare's *The Blue Room* and *Judas Kiss*, Tracy Letts's *Killer Joe*, David Dillon's *Party*, Robert Schrock's *Naked Boys Singing*, B. Corbett's *The Big Slam*, Anita Gabroesek's *Disengaged*, Heiner Muller's *Hamletmachine,* Charles L. Moe's *Big Love*, Martha Clarke's *The Garden of Earthly Delights* and *Vers la Flamme*, Caryl Churchill's *Mad Forest* and *Cloud Nine*, Elizabeth Egloff's *The Swan*, John Guare's *Six Degrees of Se*paration. Doug Wright's *Quills*, Craig Lucas's *Missing Persons*, David Edgar's *Pentecost*, Christopher Kyle's *The Monogamist*, Jules Feiffer's *Carnal Knowledge*, Lorraine Hansberry's *Les Blanc*, David Storey's *The Changing Room*, Richard Adler's *Damn Yankees*, Fred Ebb's *Cabaret*, Tennessee William's *A Streetcar Named Desire* and *Orpheus Descending*.

In Simon Morley's *Puppetry of the Penis*, nude men play with their genital organs on stage with their activity projected on a large screen so the audience won't miss any origami. Non-erotic nudity illustrates the ravages of disease and the characters' physical and emotional vulnerability in Tony Kushner's Angels in America: Parts 1 and 2. A body suit, simulating nudity is in Kushner's

*Hydriotaphia*. In Margaret Edson's Wit, the lead succumbs to cancer by shedding her clothes as physical deterioration and fragility are put aside and the spirit is released in freedom.

Musicals such as Stephen Sondheim and James Lapine's *Passion,* John Kander's, Fred Ebb's and Terrence McNally's *Kiss of the Spiderwoman* and R.R. Gurney's *Sweet Sue* have nudity.

28h.    Nudity in part of opera. Examples include Richard Strauss's *Salomé*, Sergey Prokofiev's *The Fiery Angel*, Camolle Erlanger's *Aphrodite*, Carlisle Floyd's *Susannah*, Huge Weisgall's *Esther*, Guiseppe Verdi's *Rigoletto*, Richard Wagner's *Die Walküre*, Arrigo Boito's *Mefistofele*, Jules Massenet's *Hérodiade* and Henry Purcell's *The Indian Queen*.

28i.    Nudity in part of public art. Artists such as New York-born artist Spencer Tunick have had what have been called "strip-art" ventures. About 500 volunteers undressed on a cold and wet Sunday for his installation in New York City. He has had installations in London, Montreal, Canada, and Sao Paolo, Brazil, Barcelona and Belgium - attracting up to seven thousand nude participants  (BBC, April 29, 2003, July 17, 2005). Although art class live models have stripped for art for centuries, mass nudity has become a new fashion. Participants reported the experience provided a relaxed and positive experience, satisfaction of curiosity, and a self-confident view on life." Many participants thought nudity should not be an issue in a healthy society because humans originally wore clothes for protection from the elements, not out of shame.

28j.    Nudity in part of performance art, an outgrowth of Dadaist theatricals early in the 20th century, developed in New York from the late 1970's on as an art of hip monologues, then also dialogues in which men and women told stories about themselves, or stories that responded to social and political issues of the day, through words, movement, song and costume, including nudity. Examples include Rachel Rosenthal's *Timepiece* and numerous works by Karen Finley and Tim Miller.

The Dandelion Dancetheater's Undressed Project began in 2001 to address themes of body

acceptance, society's fear of naked flesh, and the aesthetic beauty of all body colors, shapes and sizes (*Nude & Natural* 24(1):50, 2004).

28k.   Nudity, semi-nudity and sexual activities are common in film, and may in fact be shown in motion picture theaters to minors with parental consent. Examples of such films include Bob Fosse's "All that Jazz," "American Pie," "Troy," Swimming Pool," "Something's Gotta Give," "Monster" and "In America."

29.   In addition to nudity, simulated nudity has been widespread in "high art" ballet and modern dance. The faux nudity of skin-tight leotards and body suits reveal nipples, genitals and anal clefs. Penises bulge through tights, splay-legged actions show crotches and nipples poke through leotards. New York City Ballet choreographer George Balanchine's use of close-fitting sheaths approximated the flesh. Faux nudity appears in dance performances in high schools, colleges and community centers. The Education Department of the John F. Kennedy Center for the Performing Arts, Washington, D.C. Cuesheet designed to help students understand and enjoy American Ballet Theatre's working rehearsal, February 3, 2004, states: "In "Without Words," the women wear flesh-colored leotards and the men wear flesh-colored shorts. The simple costumes emphasize the shapes created by the dancers' bodies."

30.   Note that there are many different forms of dance, such as ballet, tap, jazz, disco, swing, exotic, Latin American and reggae. Each form of dance has its own context, aesthetics and special ways of communicating, although there may be some overlap.

31.   Exotic dance is a distinct form of dance, theatre art, fantasy and adult entertainment. See Ex. 22.

31a.   *Exotic dance*, rooted in an American tradition of parody, namely, American burlesque striptease entertainment and Middle Eastern belly dance, is a form of dance, art and entertainment that is somewhat "risqué" or "naughty" adult play, a fanciful teasing that transgresses social decorum and dress

codes in an ambience ranging from sedate to carnival-like. Exotic dance is erotic fantasy and communication with a display of nudity, disclosure of more skin and different movements than are seen in public, the use of high heels (often six inch stiletto platform shoes) and incorporation of jazz-like, improvisatory movements.

Former exotic dancer and currently a psychologist, D. Clipperton, says, "Stripping shares with other dance forms the privileging of certain body parts; where ballet focuses on the display of the leg, stripping focuses on breasts, hips, thighs and lips" (1994:6).

31b.    Exotic dance is performed in theater, defined in *Webster's New World College Dictionary*, Third Edition, at 1386 (1996) as "a place where plays, operas, films, etc. are presented." Audiences usually pay for entertainment -- fantasy.  Actors and the audience are in the present moment for a direct exchange.  There is an aliveness that parallels certain human truths and realities. Theater engages people in an active construction of meaning in regard to human experience.

The basic undergraduate theater arts text by Milly S. Barranger, *Theatre: A Way of Seeing,* 4th ed., Wadsworth, 1995, states: "Theatre is a performance art," p. 3. "There must be a direct exchange between actor and spectator in the present time of the performance at a certain time and in a certain place," "... immediacy", p. 4.  "... audience members *actively* interact with the actors," p. 3.

Theatrical conventions frame exotic dance. Clubs have an entrance fee to a place for performance that is set off from the broader public. Dancers perform on a raised stage that has special lighting to create a warm, romantic atmosphere and to spotlight the dancing. A special sound system broadcasts music and the master of ceremonies/disc jockey's announcements. Similar to mainstream dinner theaters or Middle Eastern restaurants, seating with table and chairs are arranged in areas where exotic dancers also perform. A separate dressing area is provided for the entertainers before and after they dance. Dancers earn financial remuneration.  "Ushers" seat patrons, answer questions and maintain proper audience behavior.

As at the John F. Kennedy Center for the Performing Arts that sells alcohol and has performances with nudity, clubs often have a special "VIP" room for theater audience members who pay for special ambience and attention.

Similar to performers in mainstream theaters, exotic dancers attempt to arouse and transform the feelings of audience members through fantasy. Audience participation occurs in exotic dance cabarets as in other theaters.

An indication that exotic dance clubs are recognized as theaters is that doctoral students write dissertations on them in theater arts departments and become qualified to teach in these departments. Moreover, the prestigious theater arts journal, *The Drama Review*, based at New York University and published by MIT Press, publishes articles on exotic dance.

31c.    Exotic dance has a long history with roots in a world exposition and burlesque.  The term "exotic dance" comes from the 1893 Chicago World's Columbian Exposition when Americans first saw uncorsetted foreign women in public who shimmied their breasts and rotated their hips. Because the dancers were from the Middle East and a curiosity at the fair, people thought it was not immoral to flock to see these exotic dancers with their "obscene" dress and dance.

Coming from the burlesque tradition, exotic dance became a recognized dance form that borrowed the shimmy and hip rotations from the Middle Eastern and African-American dance traditions. Exotic dance gained public interest with dancer Maude Allan's 1905 performance as the Biblical seductive Salome. She wore a string of pearls covering the breast and a loincloth.

In 1937 the Minsky brothers convinced the U.S. House Immigration Committee to rule that burlesque "striptease is an American art" and disallow foreigners to practice it in the U.S. (see, Robert C. Allen, *Horrible Prettiness: Burlesque and American Culture*, University of North Carolina, 1991). Even the sedate national *Dance Magazine* has featured striptease dancers (for example, November 1924, October 1926, February 1927, December 1929, July 1956, 2002). The Dance Critics Association

invited me to contribute articles on exotic dance to its publication.

Burlesque revue shows began to take form in the 1880s. The first of 21 Ziegfeld Follies began in 1907. The 1930s were the heyday of the stripper-stars Georgia Sothern, Gypsy Rose Lee, Ann Corio, Margie Hart, Carrie Finnel, Hinda Wasseau and fan dancer Sally Rand. In the 1950s striptease flourished in nightclubs and it is memorialized in an Exotic Dance Burlesque Museum Hall of Fame in California. The 1960s saw the advent of topless go-go dancers, soon followed by nude exotic dancers, nudity becoming an integral and historical part of exotic dance.  By 2003, society had become more permissive.  Two-thirds of all prime-time television shows (7 a.m. to 11 p.m.) have some sexual content, ranging from talk about sex to depictions of sexual intercourse according to a Henry J. Kaiser Family Foundation study (Alessandra Stanley, "It's a Fact of Life: Prime-Time Shows are Getting Sexier," *New York Times*, February 5, 2003, p. B1).

The early period of burlesque set the stage for the second part of contemporary exotic dance. Bill Minsky in 1925 at the National Winter Garden, followed cabaret and Broadway practice by encouraging the principals to step off the runway and sit in the audience (Rachel Shteir, *The Untold History of the Girlie Show,* Oxford University Press, 2004, p. 101).

31d.    Contemporary exotic dance has two sequential parts. First, a dancer performs onstage for the audience as a whole, to entertain and to showcase herself like an advertisement for the second part of exotic dance. She initially appears clothed signifying the social norm. Transgressing this norm in the course of one to three songs, she commonly strips to nudity, the erotic climax.

In the second part of exotic dance, a performer dances for a particular patron for a fee. This individual patron-focused dance, a customized performance, takes place next to a patron's table or couch seat, and sometimes on the patron's lap. See above #21 on lap dancing. The dancer artistically communicates to a patron, through body movement, proximity, touch and dim light, the fantasy of "I am interested in you and you alone, I understand you, you're special and important to me, I want you, I

desire you." When the patron directly gives a gratuity to a dancer, the patron communicates a message of approval and enjoyment of the performance. In this way, the dancer learns that she has been successful in communicating the message of exclusive interest in the patron. She will then continue or improve her dancer-patron communication.

Closeness and interaction between a performer and an individual audience member are the most distinguishing characteristics of the second part of an exotic dance, namely, the individual patron-focused dance. Closeness and interaction between a performer and an individual patron permit the dancer to show special interest in the patron and for both to "read" and to acknowledge each other in the fantasy of attraction. This occurs through eye contact, pupil dilation and expansion, winking, lingering glance, eyebrow flash, eyelash fluttering, scent, mouth position and muscle contraction, facial color, nose wrinkle, personality, whispers, incidental touch and nodding, and a dancer's creative response to a patron's reaction and comments.

In creating an illusion of concern and availability for the patron through her dance, the performer seeks to effect a transformation in the patron's feelings. She hopes this transformation will lead to tips and the purchase from her of additional individual patron-focused dances. Some patrons get the personal attention of an attractive female who would otherwise not relate to them, or "give them the time of day"; some patrons are reminded of what it is to be desired.

The individual patron-focused dance creates a sense of intimacy, spontaneity and multisensory and emotional communication not found in a stage dance. If the dancer were only to perform on stage and distant from the patron, this would, by contrast with individual patron-focused dances, denote coldness and impersonality toward him. Onstage, the dancer is viewed as on a pedestal and inaccessible. The impersonal "Bugaku," an erotic ballet performed by the New York City Ballet in a 3,000-seat opera house at distances of several hundred feet from the general audience, provides an illustrative contrast with individual patron-focused dances: "Bugaku" is communication between a man and woman onstage

as they simulate the consummation of a marriage for an entire audience. By contrast, an individual patron-focused dance is a communication between one dancer and one patron engaged in fantasy that takes place off the main stage.

32.     Exotic dancers communicate messages through their performances because dance is language-like, "speaking" nonverbally, and dance is multisensorily expressive. Each of the sensory components is essential to communicating the exotic dancer's messages in individual patron-focused dances. The senses allow perception of the messages of the movement, accompanying music, song texts, lighting, make-up, perfume and costume at the beginning of the performance followed by body disclosure.

32a.     Among other messages, exotic dance aims to communicate and evoke erotic fantasy. Nobel Laureate Octavio Paz (*The Double Flame: Love and Eroticism*, Harcourt Brace & Company, 1995) explains that eroticism is a representation that diverts or denies sex in action. Eroticism is sexuality transfigured, a metaphor, a kind of simulation and counterfeit intimacy. The performer creates a sexual poem through moving contours of the body to send messages of sensuality, sexuality, intimacy, desire, allure, promise of ecstasy, the illusion of a potential family relationship, coyness, helplessness and the beauty of the body. The dancer engages in ploys to maintain customer's belief that his desired sexual experience is possible. For example, a touch on the shoulder enhances the illusion of intimacy.

Dance movements usually have multiple meanings. Exotic dance movements highlight hands, hair, eyes, breasts, buttocks, hips and legs in culturally-specific rhythms of sexual activity to create fantasy. In an individual patron-focused dance, both the performer and patron may create symbolic romance and intimacy, that is, fantasy.

32b.     The communication of fantasy and teasing in exotic dance are adult play. Exotic dance is a pretend "game" outside "ordinary" life; a characteristic of engaging in this adult entertainment is

being somewhat naughty. The special allure is the "presence" or charisma of sentient performing erotic beings (both dancers and patrons), something different. The rules of the game come from federal law, local ordinances, club policy and exotic dance industry norms for performers and patrons.

The exotic dancer plays, that is, acts, a role. Often in jeans and sweatshirt and without makeup, looking like the girl next door when she enters the club, she prepares herself to play the exotic dancer role. She usually assumes a stage name and identity, makes up a life story to tell patrons, dresses for the part with make-up, engages in special grooming (for example, removing body hair and getting a tan) and dons a dress to shed and four-inch heels to keep on.

32c.    The messages of exotic dance come from the meaning of movements and sensory elements in the culture, everyday communication and mainstream American attitudes towards women (accepting them in the workplace), views about bodily exposure (tolerance of nudity), changing sexual mores (accepting of divorced and single parents) and the lack of satisfactory marital and other relationships (the club offering fantasy of the ideal). Of course, in a multicultural society, views vary. For example, a smile can cover a person's potential problem or register satisfaction. Greetings vary: Chinese bow, Anglos shake hands, Latinos kiss, Arabic men hug and kiss other men. The Thai do not touch other people in public. Crossed legs are considered rude in Ghana and Turkey. Among Japanese, prolonged eye contact is considered rude. Eye contact indicates competition among Koreans.

Exotic dance communicates a message of being temporarily naughty through the risqué excitement of a harmless transgression, since it not the cultural norm to look at live "nude" women in close proximity.

32d.    Exotic dance communicates, following Professor of Law, Peter Meijes Tiersma, Ph.D., J.D., in "Nonverbal Communication and the Freedom of 'Speech,'" *Wisconsin Law Review*, 6:1525-1589, 1993. He writes that nonverbal conduct communicates if (i) it is possible to ascribe some meaning to the conduct, (ii) the actor intends to communicate some message and (iii) the actor intends the

audience to receive the message. Indicators of communication are that (iv) the actor's actions differ from everyday noncommunicative activity and (v) the means of communication have an ascertainable meaning that is the result of convention learned either indirectly by observing or directly by being taught.

Exotic dance is communication because (i) dancers, patrons and community members ascribe various meaning to the performance. For dancers and patrons, the meaning is work and entertainment, respectively. Some people ascribe immorality to exotic dance because they believe a woman's place is in the home and only a husband should see a woman's nude body. Some people ascribe to exotic dance scapegoat symbolism for perceived problems in postmodern society at large (exotic dance is an easy target for assault, given an alleged tawdry history and unfounded views of current adverse secondary effects).

However, other people ascribe the meaning of exotic dance as a form of dance, art and entertainment that is somewhat "risqué" or "naughty" adult play, a fanciful teasing that transgresses the usual social decorum and dress code. They recognize exotic dance as language-like, communicating nonverbally through the senses and as expressive activity (a form of "speech"), protected by the First Amendment to the U.S. Constitution. The court in *The People v. Karen Kay Kanini* (CA Super. Ct. No. AP-11129, 1999) and *The People v. Amphone Ann Ly* (Super. Ct. No. AP-11130, 1999) ascribes this meaning: "Theatrical dancing is a well-recognized art form protected by the First Amendment" (p. 2). The court (Super. Ct. No. AP-11130, 1999) overturned the criminal convictions of lap dancers charged for alleged prostitution in the City of Anaheim which sought to discourage disfavored entertainment forms. The dancers brushed scantily clad breasts, buttocks and genitals up against clothed bodies, including torsos, laps and legs, of male patrons in violation of a no-touch rule.

Exotic dance is communication because (ii) a dancer intends to convey various messages, such as erotic fantasy, beauty and interest in a patron.

Exotic dance is communication because (iii) a dancer intends a patron to receive and understand the messages she sends. Her livelihood depends upon the tips and sales of individual patron-focused dances she receives for successful communication.

Exotic dance is communication because (iv) the dancer's communication differs from everyday non-communicative activity. The communication of exotic dance is adult playful fantasy using bodily disclosure and movements not usually seen outside an adult setting.

Exotic dance is communication because (v) the dancer relies on conventional symbols to convey meaning that she learns usually by observation and coaching.  For example, to convey romantic interest, she uses the conventions of eye contact, chatting, touch, proximity, personal appearance and nudity that become metaphors for real-life connections, that is, fantasy.

33.    Exotic dance, taken as a whole, has serious artistic value. See Ex. 23.

33a.    Art, according to *Webster's Ninth Collegiate Dictionary*, is "skill acquired by experience, study or observation," "an occupation requiring knowledge or skill," "the conscious use of skill and creative imagination especially in the production of aesthetic objects." Communication is another common element of art, and exotic dance communicates an array of messages.

33b.    Learned skill (or cultivated talent) in exotic dance, as other forms of dance, is acquired through a teacher's direction or example, as well as supervised practice and coaching.  Former Martha Graham dancer, educator and choreographer, Stuart Hodes says the dancer's experience is irreplaceable: "We pass on our traditions by showing the movements and giving images" (*Dance Magazine* 75[4]:32, 2001). Individuals also learn on their own through observing other dancers in clubs and in movies, music videos and programs such as "Dance Hall," a reggae show or by trial-and-error experience. Many exotic dancers draw upon their training in other forms of dance such as ballet, modern, jazz, tap and disco. Dancers also draw upon experience in modeling, gymnastics and cheerleading, as well as performance in major ballet or modern dance companies.

Exotic dancers also use what psychologist Howard Gardner calls interpersonal intelligence (*Frames of Mind*, Basic Books, 1983). They learn to calculate the effects of their dance, to understand men and to attend to a patron's signs of approval to guide their artistic improvisation and self-presentation. Improvisation refers to an exotic dancer extemporaneously and imaginatively using acquired body techniques and learned skill to choose among dance movement vocabulary; use of time, space and effort; and grammatical possibilities at the moment to achieve a particular effect within the style of exotic dance. Improvisation, sometimes called free-style dance, contrasts with performing choreography or a script determined beforehand. Improvisation is what American Jazz is about – freedom within limits. There is even a type of dance called contact improvisation (see Cynthia J. Novack, *Sharing the Dance: Contact Improvisation and American Culture*, University of Wisconsin Press, 1990).

33c.    Creativity, implying imaginativeness, originality and novelty, is an idea or practice that people knowledgeable about a dance form recognize. A dancer may imaginatively interpret choreography created by another person. However, exotic dancers tend to improvise in response to their own mood, the music and, most importantly, patrons' responses. Exotic dancers put their own stamp on what they learn as they artistically control the tease, costume and body disclosure, shape and quality of movement, amount of space between themselves and patrons and the use of nonsexual touch. Exotic dancers create their own dances to the music they or the disc jockey select.

Creativity in exotic dance is also driven by what most attracts men, as the dancers compete for market share. If one dancer offers more novelty, then others may try to attract attention through being yet more distinct. Some dancers play such roles as little girl or seductress or select special undergarments. In the industry, exotic dancers compete for the attention of patrons who show their appreciation by directly giving the performers tips or buying individual patron-focused dances (and often tipping, as well). Adult club competitions for the best innovation, an opportunity to perform, the

physical workout, the narcissistic and exhibitionist thrill of being admired and desired, and the fantasy of being the most beautiful woman in the world also stimulate creativity.

Performers creatively use stage names, make-up, hair style and color, contact lens color, nails, perfume, costumes, body piercing and designs, gimmicks, props and banter. Some dancers have invested in silicone implant breast enhancement.

33d.     Exotic dance has its own aesthetics, that is, notions of appropriateness and competency and criteria for artistic merit.  Each form of dance may have distinct criteria for artistic value. What is appropriate for ballet differs from what is appropriate for exotic dance.

Criteria of artistic merit in exotic dance center on a performer's sensuality, stripping routine, beauty, personality, friendliness, musicality, movement repertoire, flexibility, creativity and quality of movement and costume. The dancer makes aesthetic choices and exercises artistic control in order to succeed.  Evaluation of a performance is based on how well it fulfills its communicative purpose. As does ballet, exotic dance has local and national dance competitions and awards that recognize the most meritorious (for example, the Miss Nude World and Ponderosa Sun Clubs Nudes-a-Poppin dance pageants and competitions). The exotic dance adult entertainment industry at its annual Expo has competitions with cash awards. The 2005 "America's Number 1 Dancer" contest gave away $50,000 in cash and prizes. Serious artistic value is also recognized in the writing of dance critics and scholars as well as the influence of exotic dance on other forms of dance and art.

The aesthetic pecking order for dance in the United States, according to many observers of different forms of dance, places ballet at the apex and exotic dance toward the nadir. In American culture the arts are often described as "high brow" or elite art, and "low brow" or popular art, although there is a continuum.  There also are cross-overs (dancers moving from one form of dance to another or borrowing from or blending with another).

Exotic dance is commonly thought of as "low brow" (Gary Alan Fine, "Justifying Fun: Why We

do Not Teach Exotic Dance in High School," *Play and Culture,* 4:87-99, 1991, p. 90):

> Certain forms of dance are privileged by both the dance community and the general public. Classical ballet is privileged. It has established critics, expansive venues, charitable events to support it, well-funded companies, international links, textbooks and theories, schools, professional organizations, and so on. Through its historical development, it has been certified as part of elite culture. Exotic dance has no such infrastructure; its performers do not have powerful networks of support, or cultural capital, that they can draw upon to obtain resources of status.....Those who work in the vineyards of exotic dance are typically seen as lower class, and worse, they lack the pretensions that come with Art. And yet, for their audience, they achieve an emotional and meaningful reaction to which the producers of ballet can only envy. No one sleeps during burlesque.

Besides: "Traditionally, and still today, the sponsors of exotic dance have felt little urge to create an intellectual theory to under gird their acts ...."

Yet exotic dance, like other kinds of dance, is a recognized field of artistic endeavor; it has changed over the past twenty years, moving increasingly upscale and developing legal business associations. Exotic dance is performed, discussed by critics, analyzed in scholarly dance conferences and publications and has a place in artistic theater dance history books.

Sometimes undercover detectives video record an exotic dance or parts of it and experts and juries are asked to assess whether the performance as serious artistic merit. However, such a record is inadequate to make such a determination. The National Endowment for the Arts (NEA) Dance Program Director, Douglas Sontag, on July 24, 2002, explained our national procedure for evaluating artistic merit. NEA panelists/evaluators/critics only use filmed or videotaped material as supplementary to site visits in evaluating dances for serious artistic merit. Video recording is two-dimensional, whereas live performance is three-dimensional. NEA relies primarily on site visit reports conducted by connoisseurs of the specific kind of dance being evaluated. For NEA to evaluate filmed or videotaped dances for serious artistic merit, dancers must submit their own tape, and dancers must cue to where they want the panel to start watching. Panelists/evaluators/critics would not evaluate a videotape made and/or edited by others, because it would be the other's point of view rather than the dancer's. One individual does not determine serious artistic merit, and the

panel has an expert in the particular kind of dance being evaluated.

33e.    Moreover, the impact exotic dance has on other forms of dance is further evidence of its artistic value. Different dance forms influence each other, and patrons of one dance form often are inspired to explore other dance forms.

Choreographers need resources for their work.  Dance forms on the margins often contribute to the Western aesthetic for innovation.  Renowned choreographer and founder of the New York City Ballet, George Balanchine featured a sexy burlesque striptease queen in *Slaughter on Tenth Avenue* (1936).  He was inspired by his penchant, when on tour in Paris, after ballet performances to visit the Crazy Horse Saloon for the midnight striptease show. Former New York City Ballet dancer Toni Bentley recognized the stripper as a Balanchine dancer sans leotard. "Partial, simulated, decorated, and disguised nudity is part of the appeal of a ballerina," she said. ". . . . Stilettos are toe shoes with a stabilizing training heel; both elongate the female leg to its erotic pinnacle. . . . The figure-forming beauty inherent in ballet costumes and footwear is erotically related to the bondage element of classic strip lingerie." The turnout in ballet is its "sexual core," she further states. Bentley tried dancing in a strip cabaret and experienced the power, freedom, creativity, and adulation (*Sisters of Salome,* CT: Yale University Press, 2002, pp. 4-6). Jerome Robbins directed and choreographed the Broadway show "Gypsy" in 1959 based on the life of stripper Gypsy Rose Lee; revivals of "Gypsy" have been staged since, and as recently as 2003.  Modern dancer Mark Morris choreographed "Striptease."  Broadway star Bob Fosse produced renditions of exotic dance in Broadway musicals (the comic "Hernando Hideaway" in *The Pajama Game and "Whatever Lola Wants" in Damn Yankees*) and the film *All that Jazz* (a suggestive ballet). Jawole Willa Jo Zollar, a modern dancer based in New York City and head of the Urban Bush Women company, has spoken of the influence on her dances of the strippers she saw in her childhood. The Pepatian troupe presented "Como Desnudarse" (How to Undress) and "El Striptís*" at* the 92d Street Y in New York City. Eliot Feld's Ballet Tech company

performed his "Pianola: Indigo" with its bump and grind of burlesque (Anna Kisselgoff, "Hips Segue Fiercely into Gold Old Bump and Grind," *New York Times*, March 18, 2003, p. B8). Madonna and her backup singers do strip moves, including crotch grabs and floorboard grinding. Maria Hassabi's 2006 hourlong dance "Still Smoking" includes stripping movements.

In 2000, a new social dance style with exotic dance moves and high heels hit New York clubs and has been popularized by music television in so-called booty videos. Women bend over and shake their buttocks. Professional exotic dancers have appeared in videos since the 1980s because the pretty model girls the producers wanted didn't know how to move. Fatima, a choreographer whose clients include Michael Jackson, frequents strip clubs to learn moves to help female artists express their sexuality (Julia Chaplin, "New Club Dance Craze: Rear-Ending," *New York Times*, December 31, 2000, p. st 2).

Broadway plays such as *Pal Joey*, 1940, *Star and Garter*, 1942, and *The Naked Genius*, 1943, also spotlight strippers as characters. At the 2006 MTV awards, the Best Dance Video went to the Pussycat Dolls, doing stripper moves in the clip for "Buttons" a sextet who got their start as neo-burlesque dancers in Los Angeles hyper-sexual image, creating a sleek, sexy sound ideal for both nightclubs and strip joints across this great land. And, at least at first, the songs are about how irresistibly sexy the Pussycat Dolls are, starting with the genius hit single "Don't Cha," where Nicole and the rest of the Pussycats strut around, taunting a hapless man with such come-ons as "Don't cha wish your girlfriend was hot like."

33f.     While some persons may argue that exotic dance is entertainment and not art, there is no clear line between them. World renown choreographer and artistic director of the New York City Ballet, George Balanchine, considered it his duty to entertain his audiences, the neophytes as well as the connoisseurs. Nor is there a clear line of demarcation between "high art," such as the ballet, and "low art," a term some have ascribed to exotic dance. Note that ballet was at one time a disreputable low art

and male patrons focused on the female anatomy and tried to look up the dancers' skirts. Modern dance, too, was at first considered scandalous. Growing out of a rebellion against classical ballet, modern dance is now considered "high art."  And post-modern dance, a development in the 1960s, blasted open traditional concepts of what dance should be, broke down boundaries between art and life experience, offered a sense of immediacy and used strategies of monotony and repetition (Sally Banes, *Terpsichore in Sneakers: Post-Modern Dance*, Houghton Mifflin, 1980). Performance art followed. An outgrowth of Dadaist theatricals early in the 20th century, performance art developed in New York from the late 1970's on; it developed as an art of hip monologues, then also dialogues in which men and women told stories about themselves, or stories that responded to social and political issues of the day, through words, movement, song and costume. Some exotic dancers have performed various kinds of dance.

34.    Simulated sex is a vague term, and whatever it is, simulated sex is in the eyes of the beholder. Humans use symbols with multiple meanings. Since the instrument of dance, acting, opera, performance art and sex are both the human body, any human performance could be interpreted as "simulating sex."  It has been identified in moving body parts in all kinds of dance: breasts, hips, buttocks, thighs, legs, high-heeled shoes, hands, hair, lips, eyes and mouth.

34a.    Just as verbal language has metaphors to refer to sex (for example, in the blues music genre, jelly roll, shortening bread, rock 'n' roll and jazz refer to actual sex) so, too, does the nonverbal. The double entendre abounds. Symbolism is inherent in nonverbal communication on stage as it is in verbal language (see, for example, Hanna, *To Dance Is Human: A Theory of Nonverbal Communication*, University of Chicago Press, 1987, *Dance, Sex, and Gender: Dominance Defiance and Desire*, University of Chicago Press, 1988; Jane C. Desmond, ed., *Dancing Desires: Choreographing Sexualities On and Off the Stage*, University of Wisconsin Press, 2001). A thumb in the mouth could be read as representing a child, or oral copulation. The exotic dancer's five inch stiletto heel could be viewed as a dance shoe or a phallus thrusting toward the

genitals or into the ground. A shaking derriere could be symbolic of derision and abuse or eroticism. In ballet, the extended leg in a pointed toe shoe is a phallic symbol that may be "simulating sex."  In *The Relativity of Icarus* (1974), two male leads represent the mythic airborne figures of Daedalus and Icarus. They touch each other in a cantilevered duet. Some viewed the dancers as father and son, which they are in the story, while others saw implicit simulation of homosexual love (Graham Jackson, *Dance as Dance: Selected Reviews and Essays*, Catalyst, 1978, p. 47).

36b.     The context of dance influences the perception of it. The music and song text that accompany a dance and the stage lighting in which it is performed affects whether a particular person will find a dance simulating sex or not. The exact same dance set to two different types of music may generate widely varying responses in an individual.

36c.     An example of people's different perceptions -- multiple readings -- of the same dance comes from my study, *The Performer Audience Connection: Emotion to Metaphor in Dance and Society* (University of Texas Press, 1983). In an audience with members of ordinary intelligence, 46 percent of the survey respondents saw no emotion in a duet involving a male and female dancer, whereas 55 percent of the respondents observed simulated sex. A male engineer perceived simulated sex in the duet, and he said it made him feel "horny." Another person viewed the dancing as "x-rated." A male lawyer saw ecstasy as the dancers were "lying as if spent," and he felt "excited." And yet, by contrast, some people described the movement style or the duet as mechanical, stilted, robot-like and computerized. "It made me feel like I was watching androids or mechanical mannequins," said a respondent. If two dancers are on stage, the audience will create all sorts of narratives to account for their movements. Personal and cultural experiences determine a viewer's perception of sexuality in dance -- regardless of the choreographer's or performer's intention.

There continue to be adversaries of all dance because it is seen as simulating sex (Ann

Wagner, *Adversaries of Dance: From the Puritans to the Present* (University of Illinois Press,

1997). In Pound, Virginia, in the 1990s, when a 65-year-old cupped her hands and screamed over the

loudspeakers in the Golden Pine restaurant for the disc jockey to play *Cotton-Eyed Joe*, this was a

daring act. *Cotton-Eyed Joe* is a Country and Western partner dance known for its energetic music

and movements with kicks, stomps, shuffles and turns in place or traveling. "'I can never see a time

when dancing can be approved of, especially with people who are not married,' said Tim Shepherd,

an evangelist for the Church of Christ. 'Dancing is one of those things that entices. It imitates sexual

contact'" (quoted in Chris Kahn, "Virginia Town Outlaws Dancing" Associated Press, April 15,

1991).

34d.    Throughout history new dances are introduced by the younger generation and often

perceived as "simulating sex" by the older generation. For example, the waltz in 1830 ushered in the

revolution of men and women dancing in close sensual physical embrace in public eliciting public

outcry. But because the waltz required stiff control and agile skill, it was replaced by the polka,

spieling (wild spinning), and two-step, and then in the next century by more natural "tough" dances

known as rag and animal dances rooted in the black vernacular (derived from the dances of

numerous African groups). Dancing positions changed from the woman's hand on the man's

shoulder, his on her waist, and their other hands clasped, to partners clinging to each other's necks

and shoulders and dancing cheek-to-cheek. Some whites deemed the black dance vocabulary of hip

swinging, pelvic rotations and thrusts (known as the Congo grind), torso undulations, and shoulder

shimmying as immoral. Yet whites frequented Harlem nightclubs, thrilled to partake of a sense of

illicit sexuality. Since the 1910s, America has been known as the land of 1,000 sexy social dances,

including fox trot, turkey trot, bunny hug, duck waddle, camel walk, kangaroo hop, grizzly bear,

monkey glide, chicken scratch, kangaroo dip, bull frog hop, buzz, Texas Tommy, Charleston, Lindy

hop twist, frug, skate, pony, swim monkey, mashed potato, pony, hully gully, line dances and dances

with instructions such as ballin' the jack. These dances include "simulated" sex in such gestures as hip swinging, pelvic rotations and thrusts, torso undulations and shoulder shimmying (Marshall and Jean Stearns, *Jazz Dance: the Story of American Vernacular Dance,* Macmillan, 1968). See Ex. 24.

   "Simulated sex" could be interpreted to encompass the pelvic action is also integral to the dances of Latinos. These include the rumba, cha-cha and mambo from Cuba, bolero from Puerto Rico, samba from Brazil and meringue from Haiti and Dominican Republic. Mexicans dance the banda with the *quebradita*, little break in which the man straddles his partner and leans her back parallel to the ground. The 1989 Brazilian forward and backward hugging bodies and intertwined legs characterize the lambada dance.

   Types of dance that could run afoul of the broad ban of simulated sex also include the social and theatrical flamenco dance that expresses personal emotions of longing, love, passion and pride. The concept of *duende* refers to a spirit or energy taking a dancer into a kind of ecstatic state, the flamenco's passionate body tension and release, facial concentration, hard-hitting foot stamping and staccato striking of heels on the floor, curvaceous fast movement and knife-sharp pivots, in addition to the accompanying music and song.

   The tango, born in Argentina, was rejected by respectable people there and in the United States as "simulating sex." The public display of a couple in tight embrace performing intricate footwork has the effect of sexually arousing some observers. Rebetika, belly dance and today's freaking are perceived by some as improprietously simulating sex.

   34e.    Today, teenagers at school dances and young adults in clubs and on television do da butt, freaking, booty dancing, "doggy dancing," "front piggy-backing," and hot salsa. Partners twine thighs, pelvises touch and rotate, and upper torsos meet. Females with back and buttocks, or bending over with hands on the floor, press and grind against the male's thighs and crotch.  These dances may not be what you and I would do on a dance floor, but as Kennedy High School Principal, Sheila

Dobbins, remarked, "I think each generation has their way of expressing themselves, and this may be one manner. They may not be dancing the way I would have been dancing 30, 40 years ago, but I can't say enough about them doing something positive. . .where there are not risky behaviors going on . . ."-(quoted in Greg Simmons, "'Freaking' Shakes Up Parents" headlines a newspaper article (*The Gazette*, Bethesda, December 11, 2002, pp. A28-29). In Puerto Rico, the 2005-6 in-vogue dance style to music called reggaetón is a graphic, butt-to-crotch meld referred as "el perreo"--the doggie."

34f.    TV has made new "sexy" dances rapidly available nationwide through programs such as American Bandstand (1956, reaching about 20 million people daily), Soul Train (1971), and Solid Gold (1979), followed in 1981 onward by Music Television Video (plays music videos most hours of the day) and Black Entertainment Television. The internet now shows dances and provides instruction; see, for example, salsaweb.com. The films "Dirty Dancing," "Saturday Night Fever," and "Flashdance" both reflected and influenced "sexy" social dances.

In 1981 onward by Music Television Video (MTV), playing music videos twenty-four hours a day, present entertainment that is commonly denigrated or praised for being sexually exciting.

34g.    Dance critic John Rockwell writes, "However much I might feel like a dirty old man, constantly writing about dance events that involve nudity, sexuality or masturbation, I must humbly report the news. And the news is that a lot of modern dance today involves just that," *New York Times*, September 29, 2006, p. B19.

35.    In sum, it is my professional opinion that exotic dance is a form of dance, theater art and adult entertainment that is somewhat "risqué" or "naughty" adult play, a fanciful teasing that transcends the usual social custom and dress code. Language-like, exotic dance communicates nonverbally through the senses; as expressive activity (a form of "speech") with communicative content. It is my professional opinion that nudity, simulated nudity, dancer-patron proximity, nonsexual touch between

dancer and patron, dancer self touch, simulated self-touch, simulated sex and dim lighting are essential and integral expressive and communicative components of the exotic dance and are not merely incidental conduct associated therewith nor merely the manner in which such dance is performed.

Important Issues: There are several reasons for interest in prohibiting disliked forms of entertainment: Some people want to discourage a disfavored form of entertainment that includes "sexuality" or "immodesty" on moral, religious or aesthetic grounds, or unfounded beliefs that the expression causes harm (see #14b). Some people believe a woman's place is in the home and only a husband should see a woman's specified anatomical areas. Some soccer moms object to exotic dance clubs because they don't want to explain the meaning of the club signage to their children on the way to the games.

Prohibiting expression in adult entertainment clubs that occurs in nightclubs and ballrooms that serve alcohol and at school dances and on beaches has no valid legislative predicate, no scientific justification. Rather censorship lies upon a mythology that has been perpetuated by repetition by a minority and echoed by a mislead media and public.

It is my professional opinion that AO 2005 would:

1. ban the adult entertainment of exotic dance and mute or suppress the dancer's artistic, expressive messages,

2. deprive the dancer of artistic choice of communication,

3. deter the dancer-patron freedom of expression in lawful communication; tips given directly to a dancer are a way of rewarding artistic merit and creating the fantasy of intimacy,

4. deter the dancer-patron freedom of expression in lawful communication,

5. chill the arts as a whole because different dance forms influence each other and other art forms and patrons of one dance form often explore other dance forms and the ordinance

encompasses most performing arts,

6. harm the dancer's livelihood as well as the livelihoods of others who work in the exotic
   dance business and other arts, all contributing to the economy. (Clearly, patrons'
   unfulfilled expectations of receiving the messages of exotic dance result in fewer dances
   being sold and tips received.)

7. stigmatize females as instigators of crime. (Certainly, dance with nudity and contact
   between dancer and patron is theater and fantasy, *not* illicit sexual liaisons. The Alaskan
   state and local laws against prostitution, drugs, entry to adult establishments and property
   maintenance can be enforced to eliminate any illegal acts that are the bases of community
   concern -- without penalizing exotic dance clubs that comply with the law.)

8. wrongly presume that men cannot control themselves.

9. deprive patrons of a legal form of artistic, expressive theatrical entertainment.

10. eliminate the psychological and social benefits of dancers gaining self-esteem and
    working with flexible hours to attend school or care for a child and the health and social
    benefits of patrons being accepted and having a nonjudgmental listener.

Further affiant sayeth not.

Dated: 10/04/2007

Judith L. Hanna, Ph. D.

Subscribed and sworn to before me this

4TH day of October, 2006

THERESA BECKLES.

Notary Public

Notary Public, Montgomery County, Maryland
My Commission Expires 02/01/2007

Acting in and for the County of MONTGOMERY

My Commission Expires:

## List of Exhibits

1. Curriculum Vitae

2. Court Cases (related to exotic dance in which I have testified as an expert at trial or by deposition)

3. Peer-reviewed article, "Adult Entertainment Exotic Dance: A Guide for Planners and Policy Makers," *Journal of Planning Literature*, 20(2):116-134, 2005

4. "*Reality & Myth: What Neighbors Say About Exotic Dance Clubs: A Case Study in Charlotte, NC,* Charlotte, NC: Tarheel Entertainment Association, submitted to the City of Charlotte Zoning Board, 2001, and Interview Schedule

5. "Prince George's County, Legal Predicate: High Number of Calls for Service"

6. Comparison of Verbal Language and Dance (body language)

7. Proximity of Romantic Interest

8. Messages of Physical Distance

9. Messages of Proximity

10. Messages of Absence of Proximity

11. Expressive Contact (distance and touch)

12. Absence of Touch

13. Communication of Direct Tipping

14. Photo of Booty Dancing

15. Lap Dance Heritage

16. "Oh Calcutta!" (heterosexual nudity and body contact)

17. "Mutations" (heterosexual nude dance simulating sex in "legitimate" theater

18. "Bugaku" (simulated sex in New York City Ballet)

19. Dancer Self Touch

20. Lighting of Romance

21. Meaning of Nudity in Exotic Dance & Male and Female Perspectives

22. Exotic Dance Definition

23. Criteria for Artistic Dance

24. Simulated Sex

25. Social Dances Considered Simulated Sex