# LIST OF EXHIBITS TO
# DR. JUDITH HANNA AFFIDAVIT

1. Curriculum Vitae

2. Court Cases Testified (related to exotic dance)

3. Peer-reviewed article, "Adult Entertainment Exotic Dance: A Guide for Planners and Policy Makers," *Journal of Planning Literature*, 20(2):116-134, 2005

4. "*Reality & Myth: What Neighbors Say About Exotic Dance Clubs: A Case Study in Charlotte, NC,* Charlotte, NC: Tarheel Entertainment Association, submitted to the City of Charlotte Zoning Board, 2001, and Interview Schedule

5. "Prince George's County, Legal Predicate: High Number of Calls for Service"

6. Comparison of Verbal Language and Dance (body language)

7. Proximity of Romantic Interest

8. Messages of Physical Distance

9. Messages of Proximity

10. Messages of Absence of Proximity

11. Expressive Contact (distance and touch)

12. Absence of Touch

13. Communication of Direct Tipping

14. Photo of Booty Dancing

15. Lap Dance Heritage

16. "Oh Calcutta!" (heterosexual nudity and body contact)

17. "Mutations" (heterosexual nude dance simulating sex in "legitimate" theater

18. "Bugaku" (simulated sex in New York City Ballet)

19. Dancer Self Touch

20. Lighting of Romance

21. Meaning of Nudity in Exotic Dance & Male and Female Perspectives

22. Exotic Dance Definition

23. Criteria for Artistic Dance

24. Simulated Sex

25. Social Dances Considered Simulated Sex