**LIST OF EXHIBITS TO THE
AFFIDAVIT OF DR. DANIEL LINZ**

1.  Curriculum Vitae

2.  Article - *"Governmental Regulation of "Adult" Businesses Through Zoning and Anti-Nudity Ordinances; Debunking the Legal Myth of Negative Secondary Effects,"* Paul, et al., *Communication Law & Policy*, Vol. 6, No. 2, Spring, 2001, pp. 355-391

3.  Award Letter – Department of Justice

4.  A study entitled: *"Using Crime Mapping to Measure the Negative Secondary Effects of Adult Businesses in Fort Wayne, Indiana: A Quasi-Experimental Methodology"*

5.  *A paper entitled: "An Examination of the Assumption that Adult Businesses are Associated with Crime in Surrounding Areas: A Secondary Effects Study in Charlotte, North Carolina."*

6.  A study entitled: *"Measuring Secondary Effects of Adult Businesses Using Spatio-temporal Estimation of Real Estate Price Appreciation"*

7.  A study entitled: *"Peep Show Establishments, Police Activity, Public Place and Time: A Study of Secondary Effects in San Diego"*

8.  A study entitled: *Examining the Link Between Sexual Entertainment and Crime: The Presence of Adult Businesses and the Prediction of Crime Rates in Florida*

9.  A study entitled: *"Testing Supreme Court Assumptions in California v. La Rue: Is There Justification for Prohibiting Sexually Explicit Messages in Establishments that Sell Liquor?"*

10. a.  Dayton Beach Study

    b.  Daytona Beach Study Continued

    c.  Daytona Beach Study Continued

11. U.S. District Court Opinion, Daytona Grand v. Daytona Beach

12. Fulton County Georgia Police Study

13. A report entitled: *Exploring the Causal Connection Between Adult Use Enterprises and the Adverse Secondary Effect of Crime: The Casselberry and Seminole County Experience"*

*14.*   A report entitled: *Criminogenic Impact Analysis: Peek-A-Boo Lounge of Bradenton 5412 14th Street West Bradenton, FL and Temptations II 3824 U.S. 41 North Palmetto, FL.*

15.   A report by Dr. Greenwood regarding Sexually Transmitted Diseases.

16.   Trial Testimony of Dr. Rebeka Thomas in a case, The State of Florida v. Katie Coleman, et. al.

17.   Trial Testimony of Dr. Rebekka Thomas in a case, Kentucky Restaurant Concepts, Inc. v. City of Louisville, Ky.

18.   Report – Dr. Rebekka Thomas

*19.*   An article entitled: *"Exotic Dance Adult Entertainment: A Guide for Planners and Policy Makers," Journal of Planning Literature, Vol. 20, No.2 (November 2005)*

20.   An article entitled: *Testing Legal Assumptions Regarding the Effects of Dancer Nudity and Proximity to Patron on Erotic Expression. Law and Human Behavior*, 24, 5, 507-533.