September 25, 2006

### JUDITH LYNNE HANNA

8520 Thornden Terrace
Bethesda, MD 20817
(301) 365-5683 voice/fax
jlhanna@hotmail.com, jlhanna@umd.edu

Professional Focus: cross-disciplinary study of performance in the arts and society

## Education

1976    Ph.D. (anthropology), Columbia University (1973-1976)
1975    M.A. (anthropology), Columbia University (1974)
1962    M.A. (political science), Michigan State University (1961-1962)
1959    California General Secondary School Teaching Credential, University of California, Los Angeles
1958    B.A. (political science), University of California, Los Angeles (1954-1958)

## Specializations

Anthropology/sociology/theater of dance, arts and society, education, health, gender, movement behavior, nonverbal communication, politics, urban dynamics; Africa and United States

## Awards

American Council of Learned Societies Travel Grant for the International Congress of Anthropological and Ethnological Sciences, Yugoslavia, 1988

American Alliance for Health, Physical Education, Recreation, and Dance, William G. Anderson Award for significant dance publications, 1988

International Research and Exchanges Board Award to participate in Conference on Performance and Art, in Poland, 1985

Wenner-Gren Foundation for Anthropological Research Grant, 1982

UNESCO/IDC Travel Award to present keynote address at Dance and Youth Conference, Stockholm, 1982

American Psychological Association (National Science Foundation) Travel Award for the 18th Inter-American Congress of Psychology, Santo Domingo, 1981

National Endowment for the Humanities Fellow in Residence at American Enterprise Institute for Public Policy Research, Washington, D.C., 1979-1980

American Sociological Association (National Science Foundation) and Committee for the Sociolinguistics Program (Ford Foundation) Travel Awards for the 9th World Congress of Sociology, Uppsala, 1978

American Council of Learned Societies Travel Grant for the Conference of the Association of Social Anthropologists of the Commonwealth, Belfast, 1975

Michigan State University-Ford Foundation Grant (in conjunction with William John Hanna), Africa, 1963

UCLA M.W. Richards Scholarship, 1957-58; C.N. Flint Scholarship, 1956-57

## Primary Field Research

1995-to date    United States (First Amendment, society, and adult entertainment exotic dance)

1980-1981   United States (urban, communication of emotion, performance)
1977-1978   United States (urban, communication, social interaction, education, folklore)
1962-1963   Africa (political, urban, education, arts and society, dance)

## Other Field Experience

1974   México (summer, urban study)
1972   Scandinavia and USSR (summer, urban study)
1960   USA (summer, social studies data collection)
1959   Western and Southern Europe (summer, Los Angeles City School System Project)
1957   México (summer, study at Universidad Nacional de México)

## Professional Appointments

Hanna and Hanna Associates--Research and Consulting, Englewood Cliffs, Dallas, Bethesda, 1968
        to date

Consultantships include:

> New York University; African-American Institute; Peace Corps; New York City Board of
> Education; School District of Philadelphia; Black Studies Department, City College, City
> University of New York; Gill/St. Bernard's High School, Bernardsville, NJ; West Dallas
> Community Center, Richardson Independent School District, TX; Montgomery County, MD;
> Montgomery County Public Schools, MD; Foreign Service Institute; Louis Harris Associates;
> Disney World; Development Associates (Office of Education); National Geographic Society;
> Illume Productions; British Broadcasting Corporation; MSNBC; Discovery Channel

Media Interviews:

> ABC, NBC, Fox News, and Visual Communications television; American Urban Networks (110
> stations); Minnesota Public Radio; media abroad, British Broadcasting Station; Ireland's
> radio Lunchtime Show, Gerry Ryan, TodayFM, Last Word Radio Show; and Focus on the
> Family Radio Network; Irish Times, Washington Examiner, Las Vegas Sun, Washington
> Post

Expert Court Witness, 1995 to date:

> Superior Court of Washington, King County, Washington (twice)
> Municipal Court of Seattle, Washington
> U.S. District Court, Clark County, Nevada
> U.S. District Court, Southern District of Florida
> Circuit Court of City of Roanoke, Virginia
> U.S. District Court, Northern District of Ohio (twice)
> U.S. District Court, District of Arizona
> U.S. District Court, Northern District of Texas, Dallas (twice)
> Superior Court of California, County of San Bernardino
> State of New York, County Court, County of Tompkins

Government of the District of Columbia Department of Consumer and Regulatory Affairs
    Alcoholic Beverage Control Board
U.S. District Court, Middle District of Tennessee
Cook County Alcoholic Beverage Control Commission
Circuit Court, St. Croix, Wisconsin
State Court of Florida, 18th Judicial District
State of Minnesota, 1st Judicial District Criminal Division (twice)
Circuit Court, Seminole County, Florida
U.S. District Court, Middle District of North Carolina (twice)
U.S. District Court, Eastern District, Pennsylvania
County Court, 13th Judicial Circuit, Hillsborough County, Florida
County Court, 6th Division of Local Ordinance Violation, Pinellas County, Florida (twice)
State of Minnesota, 7th Judicial District Criminal Division (twice)
U.S. District Court, Northern District of Illinois, Western Division
State of Illinois, Civil Trial Division
U.S. District Court, Southern District of Mississippi, Jackson Division
State of Illinois, Civil Trial Division, Lake County
Superior Court of New Jersey, Bergen County
U.S. District Court, District of Maryland, Southern Division

United States Department of Education
    Education Program Specialist, Research Applications Division, then Recognition Division,
        Program for the Improvement of Practice, Office of Educational Research and Improvement,
        1989 to 1993

University of Maryland
    Senior Research Scholar, Department of Dance, 1999 to date; Senior Research Scholar,
        Department of Urban Studies and Planning, 1993 to 1998; Senior Research Scholar,
        Department of Family and Community Development, College of Human Ecology, 1978 to
        1993; Lecturer, Institute for Urban Studies, 1979
    Mentor, Intercultural Performing Arts, Individual Studies Program, 2006-2008

University of West Indies, Cultural Studies, Supervisor, doctoral student

International College, Los Angeles / William Lyon University, San Diego, California, Ph.D. Tutor,
    1981 to 1990

University of Texas at Dallas, Richardson, Texas
    Consulting Research Scientist for Program Development, Lecturer, Graduate Program (M.A.
        and Ph.D.) in Humanities, School of Arts and Humanities, 1976-1977
    Designed a Master's Programs in Arts Therapy (dance, music, graphic/plastic) shepherded
        proposal through school and university committees
    Offered first Proseminar in Aesthetics in Graduate Program
    Offered first Dance and Society course in Anthropology Program, School of Social Sciences,
        1976

Fordham University, Lincoln Center Campus, New York City

Adjunct Associate Professor, Liberal Arts College, 1970-1973
Director, African Dance as Human Behavior Institute, Liberal Arts College (Described in
Journal of Modern African Studies 9(2):296-297, 1971; Uganda Argus, April 1, 1972, p. 2)
Focus:  the significance of African dance, criteria for dance participation, costume,
accompaniment, dance style and structure, symbolism, and research methods.  Lecture,
practicum, and film

Gill/St. Bernard's High School, Bernardsville, N.J.
Director, Introduction to the Dance, 1972
Developed three-week, day-long, interdisciplinary special curriculum unit with guest instructors
International survey of dance: students were introduced to (1) techniques and artistic
conceptions of dance from different ethnic groups through movement analysis,
choreography, and performance, and (2) anthropological perspectives: sources from which
dance emanates, contextual dynamics within which it is meaningful, and the impact of dance
on society

The American University, Center for Research in Social Systems, Washington, D.C.
Research Associate (Assistant Professor of Research), 1965-1966
Research Scientist (Associate Professor of Research), 1966-1968

Michigan State University, East Lansing
Dance Instructor, Continuing Education, 1962
Research Specialist, Overseas Project, African Studies Center, 1963
Lecturer, African Studies Center and Department of Health, Physical Education and Recreation,
1965 (See notes on special African Dance Course in African Studies Bulletin, 8(2):96-97, 1965;
Ethnomusicology, 9(3):350, 1965; or Africa, 35(4):433, 1965)
African Dance Instructor, Peace Corps Training Program, Summer 1965

University of Ibadan, Nigeria
Visiting Associate, Institute of African Studies, 1963

Los Angeles City School System
Secondary School Teacher, James Monroe High School, 1959-1961

Olympic Jewish Community Center, Los Angeles: Ethnic/Social Dance Leader, 1958

Purple Sage Camp, Malibu: Modern Dance Councilor, Summer 1956

**Publications on Dance**: **Books**

1979     To Dance Is Human: A Theory of Nonverbal Communication. Austin and London:
University of Texas Press. Paper edition, 1980

1987     Revised edition. Chicago: University of Chicago Press

1983     The Performer-Audience Connection:  Emotion to Metaphor in Dance and Society.
Austin and London: University of Texas Press (Choice, outstanding book)

1988        Disruptive School Behavior: Class, Race, and Culture. New York: Holmes & Meier

1988        Dance, Sex, and Gender: Signs of Identity, Dominance, Defiance, and Desire.  Chicago:
            University of Chicago Press

1999        Dança, Sexo e Gênero:  Signos de Identidade, Dominação, Desafio e Desejo.  Rio de
            Janeiro, Brazil.  Editora Rocco Ltda.

1988        Dance and Stress:  Resistance, Reduction, and Euphoria.  New York: AMS Press

1999        Partnering Dance and Education: Intelligent Moves for Changing Times. Champaign, IL:
             Human Kinetics Press. Forthcoming Korean translation: Jungdam

2001        Reality and Myth: What Neighbors Say About Exotic Dance Clubs:  A Case Study in
            Charlotte, North Carolina. Charlotte, NC: Tarheel Entertainment Association, submitted
            to the City of Charlotte Zoning Board

2006        Dancing for Health: Conquering and Preventing Stress. Lanham, MD: AltaMira Press.

in progress Naked Truth: The Christian Right Battles Strip Clubs

            Nigeria's Ubakala Igbo Dance: Life, Death, and the Women's War. London: Harwood
            Academic Publishers

## Refereed Articles in Journals and Edited Volumes

1965a       "Africa's New Traditional Dance," Ethnomusicology 9:13-21

1965b       "African Dance as Education," Impulse: Dance and Education Now, pp. 48-52

1966        "The Status of African Dance Studies," Africa 36:303-307

1968a       "Field Research in African Dance: Opportunities and Utilities," Ethnomusicology 12:101-
            106

            Synopsized as "Dance Field Research: Some Whys and African Wherefores," in Richard
            Bull, ed., Research in Dance: Problems and Possibilities, New York: Committee on
            Research in Dance, pp. 82-84, 1968

1968b       "Heart Beat of Uganda," African Arts 1(3):42-45, 85 (William John Hanna, co-author)

1968c       "Nkwa di Iche:  Dance-Plays of Ubakala," Présence Africaine No. 65:13-18 (William
            John Hanna, co-author)

            Reprinted in J. Hillion, S. Niang, and J. Tamburini, eds., Elsewhere in Africa, Paris:
            Librairie A. Hatier, 1978

1969        "The Dance-Plays of Biafra's Ubakala Clan," <u>Anthropologica</u> 11:243-273, revised version of 1968d (William John Hanna, co-author)

1970a       "Dance and the Social Sciences:  An Escalated Vision," in Martin Haberman and Toby Meisel, eds.,  <u>Dance--An Art in Academe</u>. NY: Teachers College Press, pp. 32-38

1970b       "Discussion of Rod Rodger's Session (Dance Mobilization as Therapy in the Inner City; Research Design)," <u>Workshop in Dance Therapy: Its Research Potentials</u>. New York: Committee on Research in Dance, pp. 37-42 and 62-63

1971        "The Social Significance of Dance in Black Africa," <u>Civilisations</u> 21:238-242 (William John Hanna, co-author)

1973a       "The Highlife: A West African Urban Dance," in Patricia A. Rowe and Ernestine Stodelle, eds., <u>Dance Research Monograph</u>.  New York: Committee on Research in Dance, pp. 138-152

1975        Reprinted in Judy Van Zile, ed., <u>Dance in World Cultures:  Selected Readings</u>.  New York:  MSS Information Corporation, pp. 164-177

1973b       "Anthropology and the Study of Dance: A Report" and "Ethnic Dance Research Guide: Relevant Data Categories," <u>CORD News</u> 6(1):37-44

1974a       "Dance, Odyssey, and Theory," in Tamara Comstock, ed., <u>New Dimensions in Dance Research: Anthropology and Dance--The American Indian</u>  (Proceedings of the Third Conference on Research in Dance, March 26-April 2, 1972, The University of Arizona and the Yaqui Villages of Tuscon), New York: Committee on Research in Dance, pp. 85-98

            Reprinted in W. Neil Widmeyer (ed.), <u>Physical Activity and the Social Science</u>, New York:  MSS Information Corporation

1974b       "African Dance:  The Continuity of Change," <u>Yearbook of the International Folk Music Council</u> 5:164-174

1975a       "Dances of Anáhuac:  For God or Man? An Alternate Way of Thinking About Prehistory," <u>Dance Research Journal</u> 7(1):13-27

1975b       "The Anthropology of the Body," <u>Dance Research Journal</u> 7(2):39-43

1975c       "The Anthropology of Dance: Reflections on the CORD Conference," <u>Current Anthropology</u> 16(3):445-446

1977a       "African Dance and the Warrior Tradition," in Ali A. Mazrui, ed., <u>The Warrior Tradition in Modern Africa</u>. Special Issue of <u>Journal of Asian and African Studies</u> 12(1-2):111-133.  Also Leiden:  E.J. Brill (book)

1977b    "To Dance Is Human: Some Psychobiological Bases of an Expressive Form," in John
         Blacking, ed., The Anthropology of the Body (A.S.A. Monographs). London: Academic
         Press, pp. 211-232

1978     "African Dance:  Some Implications for Dance Therapy," American Journal of Dance
         Therapy 2(1):3-15

1979a    "Toward Semantic Analysis of Movement Behavior: Concepts and Problems," Semiotica
         25(1-2):77-110

1979b    "Toward a Cross-Cultural Conceptualization of Dance and Some Correlate
         Considerations," in John Blacking, ed., The Performing Arts: Music, Dance, Theater
         (World Anthropology Series, IX ICAES).The Hague: Mouton, pp. 17-45

1979c    "Movements Toward Understanding Humans Through the Anthropological Study of
         Dance," Current Anthropology (CA treatment) 20(2):313-339

2006     Georgiana Wierre-Gore and Andrée Grau, eds. Anthropologie de la danse: Genèse et
         construction d'une discipline. Pantin, France: Centre national de la danse, pp. 105-
         144

1979d    "Dance and its Social Structure: The Ubakala of Nigeria," Journal of Communication
         (The Social Meanings of Art) 29(4):184-191

1980     "African Dance Research:  Past, Present and Future," Africana Journal 11(1):33-51

1981     "The Artist in the Community," Dance Research Journal 13(1):52, 60

1982a    "Public Social Policy and the Children's World: Implications of Ethnographic Research
         for Desegregated Schooling," in George D. Spindler, ed., Doing the Ethnography of
         Schooling:  Educational Anthropology in Action, New York: Holt, Reinhart and Winston,
         pp. 316-355 (reissue, Prospect Heights, Illinois  Waveland Press, 1988)

1982b    "Dance and the Women's War," Dance Research Journal 14(1-2):25-28

1982c    "Is Dance Music?  Resemblances and Relationships," World of Music 24(1):57-71

1982d    "Tempest in a Toeshoe:  Public Policy and the Performing Arts," Practicing
         Anthropologist 4(1):14-15

1983a    "The Mentality and Matter of Dance," Art Education (Special issue on Arts and the Mind,
         ed., Martin Engel) 36(2):42-46

1983b    "Dance and the Cultural Heritage," Proceedings of the International Conference on
         Children and Youth Dancing, Stockholm, 1982. Stockholm: Swedish Division of Dance
         and the Child, UNESCO affiliated, pp. 9-25

1983c    "Dance and the Child," Current Anthropology 24(2):222-224

1983d    "From Folk/Sacred to Popular Culture: Syncretism in Nigeria's Ubakala Dance-Plays,"
         Critical Arts (Rhodes University, South Africa) 3(1):44-54

1984a    "Identity, Defiance, and Race Relations: Children's Spontaneous Dance in a Desegregated
         School," Dance and the Child. Stockholm: Swedish Division of Dance and the Child,
         UNESCO affiliated, pp. 51-73

1984b    "Black/White Nonverbal Differences, Dance and Dissonance:  Implications for
         Desegregation," in Aaron Wolfgang, ed., Nonverbal Behavior: Perspectives,
         Applications, Intercultural Insights. Toronto & Gottingen: C.J. Hogrefe, pp. 349-385

1984c    "Audience Development Through Education," Design 85(6):21-25

1984d    "Towards Discovering the Universals of Dance," World of Music 26(2):88-103
1984e    "Creating Signs With What and For Whom: A Case in Choreography," Semiotica
         52(1/2):140-155

1985     "The Impact of the Critic:  Comments from the Critic and the Criticized," in John
         Robinson, ed., Social Science and the Arts, 1984. Lanham, MD.: University Press of
         America, pp. 141-162

1986a    "Movement in African Performance," in Bob Fleshman, ed., Theatrical Movement: A
         Bibliographical Anthology. Metuchen, NJ: Scarecrow Press, pp. 561-585

1986b    "Interethnic Communication in Children's Own Dance, Play, and Protest," in Young Y.
         Kim, ed. Interethnic Communication (Vol. 10, International and Intercultural
         Communication Annual). Newbury Park, CA: Sage, pp. 176-198

1986c    "Dance," in Thomas A. Sebeok, ed., Encyclopedic Dictionary of Semiotics. Berlin:
         Mouton-de Gruyter, Vol. I, pp. 170-172 (revised version 1993)

1987a    "Dance and Religion (Overview)," in Mircea Eliade, ed., The Encyclopedia of Religion.
         Vol. 4.  New York: Macmillan Co., pp. 203-212 (see Hanna 2005)

1987b    "Patterns of Dominance: Men, Women, and Homosexuality in Dance," The Drama
         Review 113, 31(1):24-47

         Reprinted in Wayne R. Dynes and Stephen Donaldson, eds. Homosexuality and
         Homosexuals in the Arts. Vol. 4 of 13-volume Studies in Homosexuality, New York:
         Garland, pp. 198-223, 1992

1987c    "Gender Language Onstage:  Moves, New Moves, Countermoves," Journal of the
         Washington Academy of Sciences 77(1):18-26

1988a    "The Representation and Reality of Divinity in Dance," <u>Journal of the American Academy of Religion</u> 56(2):501-526

1988b    "Theories and Realities of Emotion in Performance," <u>Polish Art Studies</u> 9:44-66 and <u>Gestos</u> 3(6):27-51

1988c    "Dance and Ritual," <u>Journal of Physical Education, Recreation, and Dance</u>, special issue, "The Source of Them All," Hilmi Ibrahim, ed., 59(9):40-43

1989a    "African Dance Frame by Frame:  Revelation of Sex Roles Through Distinctive Feature Analysis and Comments on Field Research, Film, and Notation," <u>Journal of Black Studies</u> 19(4):422-441; abstracted in <u>Cultural Anthropology Methods Newsletter</u> 1(2):13, 1989

1989b    "Anthropology and the Arts," <u>Anthropology Newsletter</u>, December, pp. 7-8

1989c    "The Anthropology of Dance," in Lynnette Y. Overby and James H. Humphrey, eds., <u>Dance: Current Selected Research</u>, I. New York: AMS Press, pp. 219-237

1989d    "Dance, Politics, and National Identity," <u>Ballett International</u> (Cologne) 12(2):20-25

1990a    "Dance and Semiotics," in Walter A. Koch, ed., <u>Semiotics in the Individual Sciences</u>. Bochum, Federal Republic of Germany: Studienverlag Brockmeyer, Vol. 10, pp. 352-376

1990b    "Dance and Women's Protest in Nigeria and the United States," in Guida West and Rhoda Lois Blumberg, eds., <u>Women and Social Protest</u>.  New York: Oxford University Press, pp. 333-345

1990c    "Anthropological Perspectives for Dance/Movement Therapy," <u>American Journal of Dance Therapy</u> 12(2):115-126

1990d    "Advertising With Dance," in Lynnette Y. Overby and James H. Humphrey, eds., <u>Dance: Current Selected Research</u>, II. New York: AMS Press, pp. 117-136

1991a    "U.S. Department of Education Programs that Support Arts Education," <u>Design for Arts in Education</u> 93(1):21-26

1991b    "Advantages of Bharata Natyam," <u>Dance Theatre Journal</u> 9(1):14-15

1991c    "Using the Arts As a Dropout Prevention Tool," <u>Child Behavior and Development Letter</u> 7(3):1-2

1992a    "Dance," in Helen Meyer, ed., <u>Ethnomusicology:  An Introduction</u>. London: Macmillan & New York:  Norton, pp. 315-326

2002    "La Danza," (Traduzione di Claudio Cento) in Tullia Magrini, ed., Universi Sonori: Introduzione All'Etnomusicologia. Torino, Italy:  Piccola Biblioteca Einaudi, pp. 294-315

1992b    "Tradition, Challenge, and the Backlash:  Gender Education Through Dance," in

Laurence Senelick, ed., Gender and Performance. Hanover, NH: The University Press of New England, pp. 223-238

1992c    "Moving Messages:  Identity and Desire in Dance," in James Lull, ed., Popular Music and Communication, 2nd Edition. Newbury Park, CA: Sage, pp. 176-195

1992d    "Connections:  Arts, Academics, and Productive Citizens," Phi Delta Kappan 73(8):601-607 (April/May)

1992e    "Shock Troupes:  Helms, Kitty Kat, and So What?" Ballet Review 20(3):85-93

1993a    "Classical Indian Dance and Women's Status," in Helen Thomas, ed., Dance, Gender and Culture. London: Macmillan, pp. 119-127

1993b    "Education and Social Change," in John U. Ogbu, sect. ed., Anthropology of Education; T. Husen and T. N. Postelthwaite, eds.-in-chief, International Encyclopedia of Education, Research and Studies, 2nd ed. Oxford: Pergamon Press, pp. 5508-5510

1994a    "Issues in Supporting School Diversity:  Academics, Social Relations, and the Arts," Anthropology & Education Quarterly 25(1):1-20

1994b    "Arts Education and the Transition to Work," Arts Education Policy Review 96(2):31-37

1995a    "Dance," in Alan Barnard and Jonathan Spencer, eds., Encyclopedic Dictionary of Social and Cultural Anthropology.  London:  Routledge

1995b    "An Anthropologist Looks at Undressing the First Amendment and Corsetting the Striptease Dancer," First Amendment Lawyers Association 1995 Summer Meeting, Chicago:  FALA.

1995c    "The Power of Dance: Health and Healing," Journal of Alternative and Complementary Medicine 1(4):323-327

1996a    "Breakdancing" and "Gertrude Kurath," in Jan Harold Brunvald, ed., American Folklore: An Encyclopedia. New York: Garland, pp. 101-102, 429-430

1996b    "Rhythm and Choreography," Degrés, No. 87 (Autumn):65-80

1997a    "'Ubakala, We Are Coming':  Searching For Meaning In Dance," in Ester Dagan, ed., The Spirit's Dance In Africa.  Montreal: Galerie Amrad, pp. 90-93

1997b    "Problems and Dilemmas in Classifying African Dances," in Ester Dagan, ed., The Spirit's Dance In Africa.  Montreal: Galerie Amrad, pp. 210-215

1997c    "Creativity in Ubakala, Dallas Youth, and Exotic Dance," in R. Keith Sawyer, ed. Creativity in Performance, R. Keith Sawyer, ed. Norwood, NJ: Ablex Publishing Corporation, pp. 141-167

1998a    "Ubakala," Vol. 6:219, "West Africa," Vol. 6:381-385, "Cultural Context," Vol. 4:362, in Selma Jeanne Cohen, ed., <u>International Encyclopedia of Dance</u>. New York: Oxford University Press

1998b    "Undressing the First Amendment and Corsetting the Striptease Dancer," <u>The Drama Review</u> (T158) 42(2):38-69, Summer

1998c    "Feminist Perspectives on Classical Indian Dance," in David Waterhouse, ed., <u>Dance of India</u> (South Asian Studies Papers). Toronto: University of Toronto Graduate Centre for South Asian Studies, pp. 193-231

1999a    "Toying with the Striptease Dancer and the First Amendment," in Stuart Reifel, ed., <u>Play and Culture Studies</u>, Vol. 2.  Greenwich, CT., Ablex, pp. 37-55

1999b    "Dance," in David Levinson, James Ponzetti, and Peter Jorgensen, eds., <u>Encyclopedia of Human Emotions</u>, Vol. 1. New York: Macmillan, pp. 171-177

2001a    "Ballet to Exotic Dance – Under the Censorship Watch," in Janice LaPointe-Crump and Juliette Crone-Willis, compilers, <u>Dancing in the Millennium: An International Conference, 2000 Proceedings,</u> Washington, DC, pp. 230-234

2001b    "Dance Training and Education," <u>Dance Research Journal</u> 32(2):4-5

2001c    "The Language of Dance," <u>Journal of Health, Physical Education, Recreation and Dance</u> 72(4):40-45, 53

2001d    "Beyond the Soundbite: What the Research Actually Shows about Arts Education and Academic Outcome," <u>Journal of Dance Education</u> 1(2):81-85

2001e    "Where Is the Research on Dance Education?" <u>Congress on Research in Dance Newsletter</u> 20(2):5-6

2002a    "Dance Education Workshop at Vail International Dance Festival," <u>Research in Dance Education</u> 3(1):47-55

2002b    "Reading A Universal Language?" <u>DCA</u> (Dance Critics Association) <u>News</u>, Spring, pp. 6, 15

2002c    "Dance Under the Censorship Watch," <u>Journal of Arts Management Law and Society</u> 29(1):1-13.

2002d    "Lost Dance Research/Found New Hubris," <u>Dance Research Journal</u>  34(1):7-10

2002e    "Playing Dance Anthropologist in Dance Education," <u>Journal of Dance Education</u> 2(3):100-103

2003a    "Exotic Dance Adult Entertainment: Ethnography Challenges False Mythology," City and Society 15(2):165-193

2003b    "Aesthetics -- Whose Notions of Appropriateness & Competency, What Are They and How Do We Know?" World of Music, Special Issue: Cross-Cultural Aesthetics, eds., D.A. Avorgbedor and M.P. Baumann, 45(3):29-54

2004a    "The First Amendment, Artistic Merit and Nudity in Minnesota: Dance, Criminal Public Indecency and Evidence," Minnesota Law and Politics Web Magazine, April/May (noted in Minnesota Law and Politics 145:34), www.lawandpolitics.com (click on MN & then web magazine)

        Synopsized: "Artistic Merit in Exotic Dance: A Case Study in Exotic Dancer Jury Trials," Free Speaker, August, pp. 12-14

2004b    "Applying  Anthropological Methods in Dance/Movement Therapy Research," in Robyn Flaum Cruz and Cynthia R. Berrol, eds., Dance/Movement Therapists in Action: A Working Guide to Research Options. Springfield, IL: Charles C. Thomas Publishers, pp. 144-165

2004c    "To Tap into the Meaning of Movement," Movement News (Laban/Bartenieff Institute of Movement Studies), 29(1):9-10

2004d    "Dance Classes," in Gary S. Cross, ed., Encyclopedia of Recreation and Leisure in America, Vol. 1. Detroit, MI: Charles Scribner's Sons, pp. 263-265

2004e    "Performing Arts Audiences," in Gary S. Cross, ed., Encyclopedia of Recreation and Leisure in America. Vol 2.  Detroit, MI: Charles Scribner's Sons, pp. 105-107

2004f    "Social Dancing," in Gary S. Cross, ed., Encyclopedia of Recreation and Leisure in America. Vol. 2. Detroit, MI: Charles Scribner's Sons, pp. 284-287

2004g    "Dance," in Cary Wintz and Paul Finkelman, eds., Encyclopedia of the Harlem Renaissance (2 vols.). New York: Routledge, pp. 289-293

2005a    "Dance and Religion (Overview)," in Lindsay Jones, ed., The Encyclopedia of Religion. 2nd edition. New York: Macmillan Co., pp. 2134-2143

2005b    "Body Language and Learning: Insights for K-12 Education," in Lynnette Y. Overby and Billie Lepczyk, eds., Dance Education (Dance: Current Selected Research, Vol. 5). New York: AMS Press, pp. 203-220

2005c    "Adult Entertainment Exotic Dance: A Guide for Planners and Policy Makers" (CPL [Council of Planning Librarians] Bibliography 375), Journal of Planning Literature 20(2):116-134

2006    "Pour une comprehension des humain à travers l'étude anthropologique de la danse," in

André Grau and Georgiana Wierre-Gore, eds. <u>Anthropologie de la danse: Genèse et construction d'uner discipline</u>. Pantin, France: Centre national de la danse (version of 1979c)

2006    "Marian Chace Foundation Annual Lecture: October 2005. The Power of Dance Discourse: Explanation in Self-Defense," <u>American Journal of Dance Therapy</u> 28(1):3-20

2006    "Empowerment: The Art of Seduction in Adult Entertainment Exotic Dance," in Frank Kouwenhoven and James Kippen, eds. <u>Music and the Art of Seduction</u>, forthcoming

2006    "Exotic dance Dance the Suppression of U.S. First Amendment Rights," in Naomi Jackson, ed., <u>Dance and Human Rights</u>, forthcoming

2006    "An Intelligent Move," under publication review

2006    "Naked Truth: The Christian Right Battles Strip Clubs," under publication review

**Bibliographies**

1970    "African Dance as Human Behavior: A Selected Bibliography," New York: Fordham University, Lincoln Center, African Dance Institute

1974    <u>CORD Membership Biographical Bibliography and Directory</u>. New York: Committee on Research in Dance (Romanie Kramoris, co-compiler)

1976    <u>The Anthropology of Dance: A Selected Bibliography</u>.  Englewood Cliffs: Hanna and Hanna Associates. 1978 rev. Distributed by R.L. Shep, Seattle; Ge Nabrink, Amsterdam; Theatre-book, Toronto; Dance Mart, New York; Dance Etc., Oakland, CA

**Reports and Articles in Popular Publications**

1965    "An Understanding of African Dances," <u>The Washington Afro-American</u>, August 28, pp. 2 and 4

Reprinted as "What is African Dance?" <u>Journal of the New African Literature and the Arts</u>, Fall:64-67, 1966

Reprinted in Joseph Okpaku, ed., <u>New African Literature and the Arts</u> (Vol. I), New York: Thomas Y. Crowell Co., 1970, pp. 312-317

1966    "African Research Committee Conference on the African Arts:  Report of the Dance Group," <u>African Studies Bulletin</u> 9(3):14-18

1968    "The Dance Research Center," in Richard Bull, ed., <u>Research in Dance:  Problems and Possibilities</u>, New York: Committee on Research in Dance, pp. 24-26

1973    "Address on Career of Dance Anthropologist (presented at the Symposium on Careers in Dance, Alverno College, Milwaukee, 1972," <u>CORD News</u> (<u>Dance Research Journal</u>)

5(1):35-37

1976        "Social Theory and the Arts Conference," <u>Dance Research Journal</u> 9(1):45-46

1981a       "Does Public Support Hurt Private Enterprise?" <u>Dance Magazine</u> 55(12):109

1981b       "Public vs. Private," <u>Washington Dance View</u>, December 1981-January 1982, p.3; also as "Is Local Government Hurting or Helping the Private Sector?  Dance and Economics in Montgomery County," <u>Connections</u> 1:12-14, 1982

1981c       "Government Should Fund the Arts," <u>The Washington Post</u>, October 20, p. 7

1982a       "Dancing Off-Stage," <u>Stagebill</u>, Kennedy Center for the Performing Arts 11(3):25-26, 29-30 (November); Lincoln Center, June 1983

1982b       "Children Dancing:  the International Conference," <u>Dance Magazine</u> 56(12):132

1983a       "Education in the Arts," <u>The Washington Post</u>, October 11, p. C7

            Excerpted in <u>The Scrap Box</u> 1(6):4, 1986

1983b       "Dance and the Child:  A Conference Report," <u>Dance Research Journal</u> 15(1):50-53

1985        "Foreign Policy and the Arts," <u>The Newsletter of International Dance Alliance</u>, Winter, p. 4

1986a       "Ballets that Shock," <u>Stagebill</u>, Spring (Detroit Book VII), pp. 22, 24, 27, 30

1986b       "Education:  Why Bharata Natyam," <u>Dance Magazine</u> 60(3):115

1988a       "Teaching Adult Beginners," <u>Dance Teacher Now</u>, January 10(1):26, 28-30

1988b       "Do We Teach Sex Roles Through Dance Education?" <u>Dance Teacher Now</u> 10(7):38-41

1989a       "Dance Education in the Public Schools," <u>Dance Teacher Now</u> 11(2):25-26, 28-32. Excerpted in <u>Update: Dance USA</u> 6(6):8-10

1989b       "National Dance Association," <u>Dance Teacher Now</u> 11(7):49-50, 52

1989c       "Divine Dance," <u>Dance Teacher Now</u> 11(9):29

1990a       "Dance and Stress: Good or Bad?" <u>Dance Teacher Now</u> 12(1):27-28, 30, 32, 34, 36

1990b       "Why Learn Indian Dance: What Western-style Dancers Stand To Gain from a Study of Bharata Natyam?" <u>India Currents</u> 4(8):17-18

1990c       "Ailey Camp Promotes Literacy for At-Risk Youth," <u>Dance Teacher Now</u> 12(4):38-40

1991        "Issues in Supporting School Diversity: Academics, Social Relations, and the Arts,"
            Education Week 10(31), April 24, pp. 27, 29

1994a       "Kennedy Center's Programs Reach the Nation," Dance Teacher Now 16(4):63-66

1994b       "What Is Black Dance?" Dance Teacher Now 16(8):69-72, 74, 76

1995        "Moving With the Arts: The Getty Center for Education in the Arts' National Conference
            Defines the Year's Benchmarks and Cries 'Forward'," Dance Teacher Now 17(8):55-58,
            60

1996a       "The Private Studio's Role in Educational Reform," Dance Teacher Now
            18(1):61, 63-64, 66-67, 68

1996b       "The National Arts Education Campaign," Spotlight 22(5):1, 5

1996c       "In Defense of Exotic Dance," Exotic Dancer Bulletin 1(3):70, 72

1996d       "Exotic Dance, the First Amendment, and Court," AnthroWatch 4(2):12

1997a       "Rasta Thomas: Extraordinary Boy Next Door," Dance Teacher Now 19(1):65-72

1997b       "Nilimma Devi's Touch of India in America," Dance Teacher Now 19(2):97-100, 102

1997c       "What Can Students Get From Dance Competitions?" (Guest Editorial), Dance Teacher
            Now 19(3):100

1997d       "Exotic Dance and Anthropology Update," AnthroWatch 5(2):23

1997e       "Witness to Injustice?" Exotic Dancer Bulletin 2(4):80

1998a       "Chuck Davis," Dance Teacher Now 20(1):50-51

1998b       "Analysis: The First Amendment and Exotic Dance," National Campaign for Freedom of
            Expression Quarterly, Autumn, p. 8

1998c       "In the Courtroom: The Right to Dance!" Exotic Dancer Bulletin 3(1):20

1998d       "Building Your Library:  Sexuality in Dance and Society," Dance Teacher Now 20(6):16,
            18

1998e       "Learning Ballet the Russian Way," Dance Teacher Now 20(9):40-44, 46-47

1998f       "Exotic Dance in Seattle: The First Amendment and Anthropology," AnthroWatch 6(1):4-
            6

1998g     "Defining Dance in the Courtroom," <u>Exotic Dancer Bulletin</u> 3(3):29

1998h     Interview by Vladimir Anguelov: "Die Reinheit der Nachtclubtanzerin und die Erotik der Ballerina," <u>Tanz Affiche</u> 80:28-31

1999a     and Heather C. Liston and Diane Smagatz-Rawlinson. "Dance 2000: Dance Beyond Doors," <u>Dance Teacher</u> 21(2):42-44, 46, 48-52

1999b     "Dance Advocacy on Capitol Hill and at Home," <u>Dance Teacher</u> 21(2):16

1999c     "Small Talk About Big Choreography:  Exploring the Process with Vladimir Anguelov," <u>Dance Teacher</u> 21(3):43-46; reprinted in Vail International Dance Festival Program, 1999, pp. 28-29

1999d     "The First Amendment and Defense of Exotic Dance," <u>Anthropology Newsletter</u> 40(4):50-51

1999e     "Club News: Washington, D.C. Bureau," <u>Exotic Dancer Bulletin</u> 3(4):74-76

1999f     "Here's the Naked Truth," <u>Gazette Community Forum</u>," June 24,  p. A-17

1999g     "Washington, D.C. Bureau," <u>Exotic Dancer Bulletin</u> 3(4):74-76

1999h     "Club Owners--Are You Harassing or Discriminating Against Your Dancers?" <u>Exotic Dancer Bulletin</u> 4(1):61

1999i     "Arrests In A Family Business," <u>Exotic Dancer Bulletin</u> 4(2):20-21

1999j     "The Naked Truth," <u>Exotic Dancer Bulletin</u> 4(2):138-139

1999k     "Vaganova Method," <u>Dance Spirit</u>, May, p. 41

1999l     "Dancing from the Heart: There are Rich Payoffs When Kids Dance About What Matters to Them," <u>Dance Teacher</u> 21(6):22

1999m     "From the Choreographer's Vantage Point," <u>Dance Spirit</u>, July, p. 46-47

1999n     "Talented Unlimited [Musical Theater Center]," <u>Dance Spirit</u>, September, p. 126

1999o     "'Fame Game' Vivian Nichole Nixon:  Debbie Allen's Daughter Is Making a Name for Herself," <u>Dance Spirit</u>, December, p. 56

2000a     "Continue Your Education to Improve Your Teaching: 34 Opportunities for Career Development," <u>Dance Teacher</u> 22(1):69-74, 76-77

2000b     "Bridging College and Community: A Performance Program at Colgate University Addresses Kids' Real-life Issues Through Dance," <u>Dance Teacher</u> 22(1):90-92

2000c    "Range of Motion:  Inside a Workshop that Uses Dance To Help You Explore Different Viewpoints," <u>Dance Spirit</u>, April, p. 42

2000d    "The Language of Dance," <u>Washington Parent</u>, April, pp. 26-27, 32
Reprinted in <u>Ohio Dance</u> 23(4):8-10

2000e    "Renaissance Man: Tony Powell Does It All, and Does it Better than Most" <u>Dance Teacher</u> 22(4):44, 46-47

2000f    "Helping Dancers, Helping Business?" <u>Exotic Dancer Bulletin</u> 5(1):52

2000g    "Learning Through Dance," <u>American School Board Journal</u> 187(6):47-48

2000h    "Eternal Enchantress:  Debbie Allen Pushed the Envelope With Her Latest Dance Sensation," <u>Dance Spirit</u>, March, p. 94

2000i    "Body Language:  Dance Innovator Bill T. Jones Speaks His Mind – With His Body, That Is," <u>Dance Spirit</u>, August, p. 86

2000j    "Gentlemen's Clubs, Councils and Courtrooms:  Dance Scholarship Moves into Public Policy," <u>DCA [Dance Critics Association] News</u>, Spring, pp. 7, 16-18

2000k    "Spanish Dancing," <u>Dance Teacher</u> 22(6):52-53

2000l    "Club Wins First Round of Nudity Battle," <u>Exotic Dancer Bulletin</u> 5(3):12-13

2000m   "A Heady Teachers Conference at Vail," <u>Dance Magazine</u> 74(11):78-79

2000n    "On My Mind: Body Language," <u>Dance Teacher</u> 22(9):31

2000o    "A Tornado in the Washington Ballet: New Artistic Director Septime Webre is Taking His Company on a Wild Ride," <u>Dance Spirit</u>, December, pp. 52-53

2000p    "The Insider's Guide to the Washington, D.C. Dance Scene," <u>Dance Spirit</u>, December, pp. 18-20, 22

2001a    "What's in a Name? A ? of  Life or Death & Acceptance or Stigma," <u>Adult Entertainment Advocate</u> 5(1):2, January 1

2001b    "Does Dance Education Help Academic Achievement?  The Experts Weigh In," <u>Dance Magazine</u> 75(1):78

2001c    "K-12 Dance Partners, Who Are They?" <u>Spotlight on Dance</u> 27(2):9-10

2001d    "Still Dancing Nude at Class Act," with Randall D.B.Tigue, <u>Exotic Dancer Bulletin</u> 5(7):8-9, 60

2001e    "The Teach-Learn Connection: Grants Go to Dance," <u>Dance Magazine</u> 75(1):52

2001f    "Wrapping Nudity in a Cloak of Law," <u>New York Times</u>, July 1, p. AR 14, 18

2001g    "Power of One:  Anastasia Volochkova Has Moved Beyond Her Principal Days at the
         Kirov and Bolshoi to Go Solo," <u>Dance International</u> (Canada) 29(2):14-18

2001h    "The Teach-Learn Connection: NEA Asks the Artists," <u>Dance Magazine</u> 75(9):78

2001i    "Bringing Magic Into Your School," <u>Principal Leadership</u> 2(3):21-24

         Reprinted in <u>Georgia Family</u>, October, 2002, pp.20-22

2002a    "Book Perpetuates Dangerous Myths," <u>ACE National Newsletter</u>, 2(2):1-2

2002b    "The Stigma of Exotic Dance:  Sexy, Not Sex," <u>Exotic Dancer Bulletin</u> 7(1):37

2002c    "American Planning Association Volume Would 'Plan' Adult Businesses into Oblivion,"
         (Legal News, Book Review) <u>Adult Video News</u> (<u>AVN</u>) 18(4):218

2002d    "Rasta's Quest: Ballet's Maverick is Still Looking for a Home," <u>Dance Magazine</u>
         76(6):40-43, 68-69

2002e    "If this Is 'Stripping,' What Is Adult Entertainment?" <u>Exotic Dancer Bulletin</u> 7(3):62

2002f    "Sharing the Secret," <u>daCi USA Newsletter</u>, Winter, p. 10

2002g    "Whose Aesthetics Determine Artistic Merit?" <u>DCA</u> (Dance Critics Association) <u>News</u>,
         Summer/Autumn, pp. 7-15

2003a    "The Exotic Dance Industry Under Fire," <u>Free Speaker</u>, January, pp. 8-9

2003b    "Intelligent Movements: A Dance-Education Pas de Deux," <u>World & I</u>, February, pp. 78-
         85

2003c    "Russia's Mirror of the Times: the Kirov Ballet," <u>Dancer</u>, April, pp. 66-68

2003d    "History of Burlesque on Display at Exotic World Museum," <u>Exotic Dancer's Club
         Bulletin</u>, Feb/March, p. 65

2003e    "Studio Biz Talk: Enemy or Ally?  Private Teacher Ziva Cohen in Public Schools,"
         <u>Dancer</u>, June, pp. 31-32.

2003f    "A Room With a View? Undercover Detectives Said the Dancing at Sugar Daddy's Had
         'No Artistic Merit:' A Jury Disagrees," <u>Exotic Dancer's Club Bulletin</u>, June, p. 30

2003g    "Nonstop Tornado—Septime Webre's Washington Ballet," <u>Dancer</u>, August, pp. 81-82

2003h    "Train Wreck Company on Track: Born and Blossoming," <u>Dancer</u>, August, 76-77

2003i    "Arte posta a nu," <u>Gesto</u> (<u>Revista do Centro Coreográfico do Rio</u>) (Brazil), June pp. 24-29

2003j    "Michele Wiles: Born to Dance," <u>Dancer</u>, October, pp. 83-89

2003k    "From Africa's Mali to America's Washington, DC," <u>Dancer</u>, October, pp.130, 133-134

2003l    "Soaring Through the Frame: CityDance FilmWORKS Experiment," <u>Dancer</u>, October, pp. 144, 146-147

2003m   "The Supremes Call the Tune" (Supreme Court on Diversity and Privacy), <u>Dance Magazine</u> 77(12):23

2003n    "Questions and Answers With. . ." (Ovetta Wiggins Interviewed Hanna), <u>Washington Post</u>, Metro, December 7, p. C4

2003o    "Rights and Responsibilities for Dancers & Choreographers," <u>Dancer</u>, December, 28

2004a    "Anthropology as a Tool in Education," <u>Anthropology News</u> 45(4):41-42

2004b    "The Teaching Artist's Armament," <u>Teaching Artist Journal</u> 2(2):104-106

2004c    "Suzanne Farrell Glows in the Spotlight From Onstage to Backstage," <u>Dancer</u>, February, pp. 58-65

2004d    "Nejla Y. Yatkin: The Nefertiti of Dance," <u>Dancer</u>, March, pp. 72-73, 75-76

2004e    "Cuba: A Little Island & a Lot of Dance," <u>Dancer</u>, July, pp. 44-49

2004f    "The Washington School of Ballet's New Director—Rebecca Wright," <u>Dancer</u>, September, pp. 34, 36, 38

2004g    "Taleh's Solo Concert--Her Kuchipudi Graduation," <u>Dancer</u>, October, pp. 82, 84, 86, 88

2004h    "Cuban Dance on Street, Stage and Page," <u>Dance Critics Association News</u>, Fall , pp. 8 - 13

2004i    "Dancing to Celebrate and Help Women," <u>Dancer</u>, December, pp. 92, 94

2005a    "Rasta Thomas, Prodigal Son," <u>Dancer</u>, January, pp. 58-69

2005b    "Doug Varone's Creativity on Record," <u>Dancer</u>, January, pp.86-88

2005c    "Dance Speaks Out on Social Issues," <u>Anthropology News</u> 46(4):11-12

2005d    "In Flight--Caught by Chris Dame: A Photographers Take on Dancers," <u>Dancer</u>, June, pp. 74-75

2005e    "CityDance Center at Strathmore: Performance/Education Partner of the New $100 Million    Music Center," <u>Dancer</u>, June, pp. 28-30

2005f    "Dancing in a Movement Choir," <u>Dancer</u>, July, pp. 82-84

2005g    "How Do You Create Dances?" <u>Dancer</u>, October, pp. 24-26, 28

2005h    "'Provocative' Dancers: Actors with Agency," <u>Anthropology News</u> (Association for Feminist Anthropology) 46(7):47

2005i    "Beyond the Gold: Adrienne Canterna Mines New Territory," <u>Dancer</u>, November, pp. 50 59

2005j    "Music and the Art of Seduction: Dance and Seduction?" <u>Dance Research Journal</u> 37(1):157-162

2005k    "Galina Panova -- Passing on the Torch," <u>Dancer</u>, December pp. 48-51

2006a    "Strip Club FYI," "Gentlemen's Clubs, Councils & Courtrooms," <u>Adult Entertainment Today</u> 2: 9

2006b    "Dancing, ACT and Signs of Suicide: American/International Rhythm--Dance/Movement Therapy Practice and Research," <u>Dancer</u>, April, pp. 71-72, 74

2006c    "Nejla Y. Yatkin: The Intellectual  Dancer," <u>University of  Maryland, Faculty Voice</u>, 19(4):8, May

2006d    "Music and the Art of Seduction, University of Amsterdam, May 19-22, 2005, Dance and Seduction? <u>Dance Research Journal</u> 37(1):157-162

2006e    "Body to Body, Dimes to Dollars, <u>Adult Entertainment Today</u>, 3:13

2006f    "Never Show the Audience the Back of your Neck," <u>Dancer</u>, June, pp. 38, 40

2006g    "Olé! Flamenco Aflame," <u>Dancer</u>, June, pp. 42, 44, 46

2006    "The Mentality and Matter of Dance," "Stress and Stage Fright," "Respectability in Dance,"  "Creative Problem-Solving," in Kim Chandler Vaccaro, ed., <u>Dance in MY Life</u>, MA:  American Press (forthcoming)

**Book Reviews, Rebuttals and Commentaries**

1974a     "Reviews of Warren L. d'Azevedo, ed., <u>The Traditional Artist in African Societies</u>, and Raymond Firth, <u>Symbols: Public and Private</u>," <u>CORD News</u> 6(2):34-39

1974b     "Review of Lynne Fauley Emery's <u>Black Dance in the United States from 1619 to 1970</u>," <u>Ethnomusicology</u> 18(1):155-157

1975      "Review of Robert Farris Thompson's <u>African Art in Motion</u>," <u>Dance Research Journal</u> 7(1):31-33 and <u>African Studies Association Review of Books</u> I:5-9

1976a     "Review of Joseph H. Mazo's <u>Dance as a Contact Sport</u>," <u>Dance Research Journal</u> 8(1):23-24

1976b     "Review of T. O. Ranger's <u>Dance and Society in Eastern Africa 1890-1970:  The Beni Ngoma</u>," <u>Dance Research Journal</u> 8(1):26; also in <u>Africana Journal</u> VI

1976c     "Review of Ragnar Rommetveit's <u>On Message Structure:  A Framework for the Study of Language and Communication</u>," <u>Dance Research Journal</u> 8(2):42-43

1980a     "Review of Michel Huet's <u>The Dance, Art and Ritual of Africa</u>," <u>Africana Journal</u> 11(1):103-104

1980b     "The Human Dance," <u>The Sciences</u> 20(6):2

1981a     "Review of John Miller Chernoff's <u>African Rhythm and African Sensibility:  Aesthetics and Social Action in African Musical Idioms</u>," <u>ASA Review of Books</u> pp. 15-18

1981b     "The Anthropology of Dance: Or, Who Collects Butterflies?" <u>American Ethnologist</u> 8(4):808-810

1983a     "Review of Irmgard Bartenieff's <u>Body Movement:  Coping with the Environment</u>," <u>Ethnomusicology</u> 27(1):124-125

1983b     "Review of Gloria T. Blatt and Jean Cunningham's <u>It's Your Move:  Expressive Movement Activities for the Language Arts Classroom</u>," <u>Dance Research Journal</u> 15(2):36-38

1983c     "Response to Barnes," <u>Ballet News</u> 5(1):41

1984a     "Review of Lonsdale: <u>Animals and the Origins of Dance</u>," <u>Ethnomusicology</u> 28(3):555-556

1984b     "Letter" (comments to prior publication), <u>Dance Research Journal</u> 16(1):1

1984c     "Reply to Power's Misreading of <u>To Dance Is Human</u>," <u>American Anthropologist</u> 85:993-994

1985      "Review of <u>Cherokee Dance and Drama</u>, <u>Dances of Haiti</u>, and <u>Polynesian Dance</u>,"

American Ethnologist 12(4):809-811

1986a    "Review of Labanotation Scores: An International Bibliography," Ethnomusicology 30(2):345

1986b    "Letter" (reply to reviewer of The Performer-Audience Connection), Dance Research Journal 17(2)-18(1):1

1986c    "Review of Society and the Dance," Man 21(4):770-771

1987    "Reply to Ann Daly," The Drama Review 31(2):24-26

1989a    "Criticism Versus Anthropology" (reply to Jowitt), Dance Research Journal 21(2):58

1989b    "Rely to Garafola," The Women's Review of Books 7(7):5

1991    "Review of Sharing the Dance and Dance and the Body Politic in Northern Greece," American Anthropologist 93(4):1007-1008

1996    "Review of Yvonne Daniel, Rumba: Dance and Social Change in Contemporary Cuba," Anthropos (International Review of Anthropology and Linguistics) 91(4/6):588

1997    "Review of Brenda Farnell, Human Action Signs in Cultural Context: The Visible and the Invisible in Movement and Dance," Journal of the Royal Anthropological Institute, 3(1):170-171

2000    "Review of Jean L. Briggs, Inuit Morality Play:  The Emotional Education of a Three-Year-Old," Anthropology and Education Quarterly 31(3):390 www.aaanet.org/cae/aeq/br/index.htm

2001    "Review of Theresa J. Buckland, ed., Dance in the Field: Theory, Methods and Issues in Dance Ethnography," Ethnomusicology 45(1):177-179

2002a    "Review of Saburo Shawn Morishita, Teodori: Cosmological Building and Social Consolidation in a Ritual Dance," Anthropos (International Review of Anthropology and Linguistics) 97(2):214-215

2002b    "The Performing Arts World According to Rand: A Review of Two Studies," Dance/USA Journal 18(2-3):40-42

2003a    "Review of Eric Damian Kelly and Connie Cooper, Everything you always wanted to know about regulating sex businesses," Journal of Planning Literature 17(3):45-46

2003b    "Who Speaks for Gays in Dance?" Dance Research Journal 34(3):7-9.

2003c    "Very Bare Bones (Review of Sisters of Salome, Dance Magazine 77(11):80

2004    "Review of Kelly M. Askew, <u>Performing the Nation: Swahili Music and Cultural Politics in Tanzania</u>," <u>Anthropos</u> (International Review of Anthropology and Linguistics), 99(2):603-605

2005    "Review of Katherine Frank, <u>G-Strings and Sympathy: Strip Club Regulars and Male Desire</u>," <u>Journal of the Royal Anthropological Institute</u>

2006    "Images of Dance in Cuba," <u>Dancer</u>, July, pp. 32-34

2006    "Review of Ulf Hannerz, <u>Soulside: Inquiires into Ghetto Culture and Community with a New Afterword</u>," <u>Anthropos</u> (International Review of Anthropology and Linguistics), (forthcoming)

## Dance Reviews

National Endowment for the Arts sponsored performance/workshop
D.C. Commission on the Arts Dance Advisory Panel (judge)
Miss Exotic World Pageant, Helendale CA, 2002 (judge)
America's #1 Dancer Contest at the Exotic Dancer Fan Fair, in Las Vegas, 2005 (judge)
Dance Critic
    "Dance Theatre of Harlem," <u>Dance Magazine</u> 73(7):73-74, 1999
    "Antonio Nóbrega," <u>Dance Magazine</u> (on-line, September 1999)
    "Washington, D.C.'s Kirov Academy of Ballet," <u>Dance Magazine</u> (on-line, June 1999)
    "Eternal Enchantress [Debbie Allen's 'Soul Possessed']," <u>Dance Spirit</u>, March 2000, p. 94
    "Swingtime!" <u>SwingOrama</u>, February 24, 2000; <u>Swivel Magazine</u>, Spring
    "Inbal Pinto," <u>Dance Magazine</u> (on-line, 2000)
    "Ratan Thiyam's 'Uttar Priyadarshi'," <u>Dance Magazine</u> (on-line, 2000)
    "Tony Powell's Creations for a New Millennium," <u>Dance Magazine</u>  (on-line, 2001)
    "Washington, D.C.'s Kirov Academy of Ballet," <u>Dance Magazine</u> (on-line, 2001)
    "Brenda Angiel" <u>Dance Magazine</u> (on-line, 2001)
    "Colorado: Vail International Festival," <u>Dance International</u> 29(4):49-50, January/February 2002
    "Love '7 x 7' in Washington Ballet's Cabaret," <u>Dancer</u>, September 2004, pp. 125-126
    "Bangarra's Australian Aboriginal Dreaming," <u>Dancer</u>, February 2005, pp. 70-72
    "One Last Dance," (film) <u>Dancer</u>, December, 2005, pp. 32-33
    "Chinese Dancers Dazzle D.C.," <u>Dancer</u>, January 2006, pp. 32-33, 35-36
    "Aterballeto, Italy's Foremost Contemporary Dance Company," <u>Dancer</u>, February 2006, pp. 34, 36, 38
    "Nejla Y. Yatkin Explores Mata Hari's Life and Finds Universal Yearnings, "<u>Dancer,</u> February 2006, pp. 28-30
    "Creative, Cathartic, and Critical -- Bill T. Jones Dances," <u>Dancer,</u> February 2006, pp. 40, 42, 44
    "Julio Bocca's Valentine--'Boccatango'," <u>Dancer</u>, May 2006, pp. 76-78
    "Why Dance?" (video) <u>Dancer</u>, June, pp. 72-73
    "'Children of Uganda' Carry on their Culture," <u>Dancer</u>, August 2006, pp. 66-68
    "Americana Onstage - from Toe to Heel," <u>Dancer</u>, September 2006, pp. 144-146

**Projects in Other Media**

"African Dance: The Pulse of a Continent," ethnographic motion picture films
"African Music, 1963," ethnographic tapes including music accompanying filmed dances
"Black Dance," Cassette #99, National Convention, April 7-10, Kansas City, MO, 1978
"American Folk Dance," in <u>American Folklore Cassette Lecture Series</u>, Hennig, Cohen, ed.,
    Deland, FL:  Everitt Edwards, 1979

**Conference and Seminar Papers**

African Studies Association, 1964, 1966, 1967, 1977, 1978
Society for Ethnomusicology, 1964, 1974, 1977, 1979, 1982, 1983, 1985
Northwestern University Seminar, Program of African Studies, 1965
Indiana University, Seminar on Contemporary Africa, 1965
Michigan Folklore Society, 1965
African Research Committee Conference on African Arts, Indiana University, 1966
Committee (Congress) on Research in Dance, 1967, 1972, 1974, 1976, 1978, 1981
International Congress of Africanists, Dakar, 1967
American Dance Therapy Association, Post-Graduate Center for Mental Health, and CORD
    Workshop in Dance Therapy, 1968
Southern Anthropological Society, 1972
Alverno College-National Endowment for the Arts and Humanities-Wisconsin Arts Council
    Symposium on Careers in Dance, 1972
IX International Congress of Anthropological and Ethnological Sciences and Pre-Congress
    Session on the Performing Arts, Chicago, 1973
New Directions in the Anthropology of Dance, Indiana University, 1974
Association of Social Anthropologists of the Commonwealth, Belfast, 1975
Indiana University Seminar in African Humanities, 1975
Social Theory and the Arts, State University of New York, Albany, 1976
Motor Learning Laboratory Graduate Seminar, Teachers College, Columbia University, 1976
Rutgers Graduate School of Education, Creative Arts Program, Symposium on New Dimensions
    for Arts in the Community, 1976
American Folklore Society and Committee on Research in Dance, Philadelphia, 1976
First International Conference of Dance Therapy (ADTA), Toronto, 1977
American Anthropological Association, 1977, 1978, 1979, 1980, 1981, 1982, 1985, 1989, 1997
CIBOLA Anthropological Association, University of Texas at Austin, 1978
National Dance Association, American Alliance for Health, Physical Education and Recreation
    Convention, Kansas, 1978
IX World Congress of Sociology, Uppsala, 1978
Workshop on Research in Dance, George Washington University and CORD, 1978
American Culture, Society and Dance Conference, Goucher/CORD, 1980
International Dance Council Conference on the Preservation and Dissemination of American
    Dance, New York City, 1980
Forum on the Role of the Professional Artist in the Community, Dance Exchange/Washington
    Project for the Arts/National Endowment for the Arts, 1980
Dance Critics Association Conference, New York City, 1981
XVIII Interamerican Congress of Psychology, Santo Domingo, 1981
Dance and the Child, UNESCO, Stockholm, 1982

State of Maryland Invitational Conference on Multicultural Education, Towson, 1982
2nd International Conference on Nonverbal Behavior: An Intercultural Perspective, Toronto, 1983
Anthropological Society of Washington, 1983
Arts in Education, J.F. Kennedy Center for the Performing Arts, Washington, DC, 1983
Religious Art: Images of the Divine, Seoul, 1984
Social Theory, Politics, and the Arts, Washington, DC, 1984, 1988
Bibliography of Dance Studies: A Research Conference, Library of Congress, 1985
The Association for the Anthropological Study of Play, Washington, DC, 1985
Dance of India: Culture, Philosophy, and Performance, University of Toronto, 1985
Performance and Art, Nieborow, Poland, 1985 (IREX/Polish Academy of Sciences and Letters)
Georgetown University Round Table on Languages and Linguistics, Washington, DC, 1986
Eastern Division of American Society for Aesthetics, Fairfax, VA, 1986
Researching Dance Through Film and Video, Smithsonian Institution, Washington, DC, 1986
Talking About Sex and Dance, Dance Theater Workshop and Dance Critics Association, New York City, 1986
Marcus Garvey Celebration, Institute of Jamaica, Kingston, 1987
Minnesota Alliance for Arts Education, Minneapolis, 1990
Supporting School Diversity, Minneapolis, 1990
North Carolina Department of Public Instruction Statewide Staff Development Weekend, Winston-Salem, 1990
John F. Kennedy Center for the Performing Arts Alliance for Arts Education Regional Conference, Denver, 1990
American Educational Research Association, San Francisco, 1992
National Symposium on Pain, Washington, D.C., 1993
First International Conference on Alternative and Complementary Medicine, Arlington, VA, 1995
First Amendment Lawyers Association Meeting, Chicago, 1995
Sociological Practice Association, Arlington, VA, 1996
Uniformed Services University of Health Sciences, Clinic, School of Medicine, Complementary Medicine Seminar, Bethesda, MD, 1995
Arts Connection Symposium on Learning and the Arts: New Strategies for Promoting Student Success, New York, 1997
The Association for the Study of Play, Washington, D.C., 1997
Tapestry of Movement - "East Versus West: Sexuality and Spirituality in Dance," Washington, D.C., 1997
Biomusicology Summer Academy, Birka College, Ostersund, Sweden, 1997
University of Illinois, Urbana-Champaign, "The Arts and the Boundaries of Gender," 1999
Dancing in the Millennium, Washington, D.C., 2000
Social Theory, Politics and the Arts, Washington, D.C., 2000
American Society for Theatre Research and Theatre Library Association, San Diego, 2001
Dance Cuba, Washington, DC, 2001
Los Dias de la Danza, Keynote Address, Theoretical Sessions, Havana, Cuba, 2004
Music and the Art of Seduction, Netherlands Organization for Scientific Research, Royal Dutch Academy of Sciences, University of Amsterdam, Amsterdam School for Cultural Analysis, CHIME (European Foundation for Chinese Music Research, Leiden, Netherlands), Bake Society for Ethnomusicology, and the Tropentheater, Royal Tropical Institute, Amsterdam,

2005
40th American Dance Therapy Association Conference: American Rhythms/International Rhythms: Dance/Movement Therapy Practice and Research, Keynote Address, Nashville, TN, 2005

## Presentations to Governmental Bodies

1997    "Dancer-Patron Up Close or Distant: What Difference Does it Make? Why?"  Shoreline City Council, Washington

1998a    "Nudity -- Not Nice?" Lansing City Council

1998b    "Exotic Dance and the Proposed County of Horry Ordinance #83-98," County of Horry City Council, South Carolina

1999a    "Exotic Dance and the Proposed No-Contact 3-Foot Ordinance of the City of Tampa," City Council of Tampa, November 18

1999b    "First Amendment Protection of Exotic Dance and the Proposed No-Contact/Patron-Dancer Distance Ordinance of the City of Tampa," City Council of Tampa, December 2

2000    "First Amendment Protection of Exotic Dance (including the Expressive Contact Component) and the Proposed No-Contact /Patron-Dancer Distance Ordinance of the City of Tampa," City Council of Tampa, September 21

2002    "Prohibition of Sexuality in ABC Establishments: Critique of Proposed 23 D.C.M.R to District of Columbia Municipal Regulation § 905: Prohibited Conduct on Licensed Premises," ABC Board Public Hearing, December 18

2003    "Testimony v. Prince George's County, Maryland, Proposed Bill, CB-86-2003," Prince George's County Council, November 25

2004    "Testimony on City of Oakland Park Restrictions Legislation," July 21

2005    "Testimony on Proposed State of Ohio House Bill 23  Regulations of Exotic Dance" to Senate Criminal Justice Committee

2006    "Testimony on Prince George's County, Maryland, Proposed Bill, CB-61-2006," July 18

2006    "Hillsborough County Proposed Sexually Oriented Business Legislation," August 16

## Professional Affiliations and Offices

American Anthropological Association (Fellow)
American Educational Research Association
American Journal of Dance Therapy (Editorial Board, 1988 to date)
American Society of Theatre Research

Arts Partnership (Member of Task Force on Arts Research)
Arts Council of the African Studies Association
The Association for the Study of Play (Fellow)
Columbia Graduate Anthropology Alumni Association
Congress on Research in Dance (Board, 1969-1975; Chairperson, Membership and Promotion, 1970-1976; Co-Chairperson, 1974 Conference; Dance Research Journal Social Science, Ethnic Dance Associate Editor, 1973-1983; Regional/Specialized Conference Advisory Committee, 1979-1986)
Council on Anthropology and Education
Dance and the Child
Dance Critics Association
Dance: Current Selected Research (Board of Reviewers and National Dance Association Advisory Board, 1985 to 1995)
Dance Teacher (Consulting Editor, 1988 to 2003)
DC Sociological Society
Folklore Society of Greater Washington
Laban/Bartenieff Institute of Movement Studies, Advisory Member
National Dance Education Organization
Society for Ethnomusicology (Annual Meeting Program Committee, 1974; Councillor, 1978-1981)
Society for the Scientific Study of Sex
Society of Dance History Scholars
Washington Association of  Professional Anthropologists
World Dance Alliance

**Administrative Experience**

Co-directed research teams, East and West Africa; directed teams in United States
Directed and co-taught university inter-session institute:  planned, publicized and handled admissions for undergraduate-graduate students (multi-disciplinary group drawn from throughout U.S.), hired guest faculty
Co-chaired international, interdisciplinary conference sponsored by two professional organizations
Served 6 years on board of directors of professional association; instrumental in increasing its membership 500% to include 21 disciplines in 10 countries; helped organize and edit association's research journal
Directed workshops for secondary school systems and colleges
Planned university graduate curriculum and applied program
Directed consulting and import businesses
Designed and supervised research in Dallas and Washington, DC

**Academic Peer Evaluation**

Evaluated faculty for promotion, tenure, distinguished faculty awards in US and abroad
Reviewed research proposals for the Getty Center for Education in the Arts; Guggenheim Foundation; National Endowment for the Humanities; National Science Foundation; Social Sciences and Humanities Research Council of Canada; Wenner-Gren Foundation; Woodrow

Wilson Center; U.S. Department of Education; U.S. Department of Health and Human Services

Refereed papers and books in various journals and university presses (e.g., Chicago, Pennsylvania, Iowa, Praeger, Smithsonian, Indiana, SUNY, Alta Mira)

Refereed professional association annual meeting and conference proposals

Refereed MacArthur Genius Award nominees

**Counseling**

Advisor to African Students Association, Michigan State University

**Tutorials and Membership on Ph.D. and M.A. Committees**

International College/William Lyon University, University of Montreal, Wesleyan, Rutgers University, George Washington University, University of Adelaide, SUNY at Stony Brook

University of West Indies, Kingston, Nigeria

Individual Studies Interdisciplinary Program, University of Maryland

**Task Force**

Montgomery County Council Performing Arts Task force to Study the Impact of Government Sponsored Programs, 1981-1982

National Dance Week, 1999 to date

**Dance Education**

Classical Ballet:  Lala Baumann, St. Louis Civic Opera Company; Ballet Arts, New York City; Beth Wortley and Cathy Chamberlain, Dallas

Modern:  Julia Steward, University High School; Gloria Neumann, Mark Ryder and Emily Frankel, Los Angeles; Jean Pyatt, University of California, Berkeley; Maxime Hayden, Mary Babcock, Dixie Durr, Katherine Litz, Erick Hawkins, Michigan State University; Virginia Freeman, American University

Ethnic:  Anyaogu Ukonu (African), Westwood Folk Dance Club, Israeli Dance Club, International Friends Center, Los Angeles; International Club, Ruth Beckford (Caribbean), University of California, Berkeley; Idyllwild Folk Dance Workshop, San Bernadino, California; Jean Leon Destine (Haitian, Afro-Caribbean), Joan Peters, Charles Moore, Syvilla Fort (modern-Afro; Katherine Dunham), Matteo (Indian) in New York City; Ziva Cohen, Sara Candela, Shahram Tehranian, Anna Menendez, Ulrika Frank, Carmel Shelly (flamenco), Najwah (Middle East dancing), (Angela Ingram (Afro-Brazilian), Aramis Pazos (Afro-Cuban) in Washington, D.C.

Jazz:  Donald Fontaine, New York City; D.J. Foster, Joe Orlando, David Holmes, Tim Roberts at Feet First, Bethesda, Maryland

Hip-Hop:  Vanessa Williams and Tony Elder at Feet First, Bethesda, Maryland

Swing and Lindy Hop:  Ellen Engle, Mark Shepanek, Dona Barker, and Ken Haltenhoff at Glen Echo Park, Bethesda, Maryland, Tom Koerner and Debra Sternberg, Washington, DC

Movement Analysis:  Effort/Shape for Research, Irmgard Bartenieff, Dance Notation Bureau Center for Movement Research and Analysis, New York, 1971

**Anthropology of Dance and Education Lectures (L) and Dance Courses (C), Master Classes (MC) or Workshops (W)**

Purple Sage Camp, Malibu, California (modern W), 1956
Olympic Jewish Community Center, Los Angeles (ethnic, social W), 1958
Michigan State University Continuing Education (modern C), 1962
Uganda Council of Women, Mbale (modern MC), 1963
Peace Corps Training Program, Oberlin College (African LMC), 1964
Peace Corps Training Program, Western Michigan University (African LMC), 1965
Peace Corps Training Program, Michigan State University (African W), 1965
Michigan State University (African C), 1965, Described in African Studies Bulletin 8(2):96-97,
    Ethnomusicology 9(3):350, and Africa 35(4):433
Medical Mission Sisters' Workshop on Africa, Philadelphia (African L), 1966
St. Joseph's College (African LMC), 1967
Canadian University Services Oversees Program, University of Western Ontario (African
    LMC), 1968
New York University (African LMC), 1968
African-American Institute and New York City Board of Education In-Service Course on
    Contemporary African Society for Teachers and Supervisors (African LW), 1969
African American  Institute and New York City Board of Education Workshop on Teaching
    About Africa in Central Harlem Schools, 1969
Westport-Weston Youth Adult Council (SPRED), Staples High School Program (African
    LMC), 1969
Pawling Reading and Science Camp (African LMC), 1969
New York City School District V Summer Program Workshop on Africa, 1970
Fordham University (African C), 1971
George Washington University (African  LMC), 1974
York University (anthropology, Ls), 1975
University of Waterloo (anthropology L), 1975
Sarah Lawrence College, (anthropology L), 1976
University of Toronto (anthropology L), 1977
Johns Hopkins University (anthropology L), 1978, 1981
University of Pennsylvania (anthropology L), 1978
Goucher College (anthropology L), 1979
Smithsonian Institution (anthropology L), 1979
Museum of African Art (anthropology L), 1979, docent training, 1986
African Studies Seminars, University of Maryland (anthropology L), 1980
Anthropology Talk Series, University of Maryland (anthropology L), 1980
Humanity as Creator:  Distinguished Lecture Series of Minnesota Humanities Commission in
    cooperation with the National Endowment for the Humanities at St. Cloud State University
    and Community Arts Council and Radio Station (anthropology L), 1980
Dance Town Hall, American Dance Festival, Duke University (discussion with Erick Hawkins,
    National Endowment for the Humanities/Rockefeller Foundation funded), 1980
Public Lectures, University of Calgary (anthropology/history L), 1980
Florida State University (anthropology L), 1981, 1985
Loyola Marymount (history L), 1981
UCLA (anthropology/Africa L), 1981

2nd International Conference on Nonverbal Behavior, University of Toronto (anthropology, history L), 1985

Semiotic Program/Theatre Arts, State University of New York, Buffalo (anthropology L), 1985

Performance Studies Department, New York University (anthropology L), 1985

American Film Institute, Kennedy Center for the Performing Arts:  The Ritual in Dance:  From Bali to New York City, (L film-illustrated), Washington, D.C., 1986

National Museum of African Art, Smithsonian Institution (anthropology L), 1986

Brown University (anthropology LW), 1986

Stanford University (anthropology/education L), 1988

KSTT Radio, St. Paul, Interview with Bob Yates, May 24, 1988

Head Start (anthropology/dance education L), 1988

Teachers College Columbia (anthropology L), 1989

Temple University, (anthropology L), 1989

Minnesota Alliance for Arts in Education (anthropology L), 1990

Supporting Diversity in Schools Through Family and Community Involvement (anthropology L), Minneapolis, 1990

North Carolina Department of Public Instruction Staff Development Weekend- North Carolina Art Education Association, Winston-Salem (dance education L)

Asian-American Moving Forward Dance Company, "Passages from the Journey," Postperformance Panel (anthropology L), 1995

Uniformed Services University of Health Sciences, Clinic, School of Medicine, Clinic Series (anthropology W), 1995

Kajax Engineering (African W), 1996

Oakland Terrace Elementary School, "Explore the Wonderful World of the Arts!" (L), 1996 (anthropology)

790 KABC, Los Angeles, One-hour Interview with Dennis Praeger (anthropology), December 9, 1998

Sutradhar Institute of Dance and Related Arts Summer Camp (anthropology LW), 1999, 2000, 2001, 2002, 2003, 2004, 2005, 2006

American Urban Radio Networks (110 stations), 1450 WOL, Washington, DC, two-hour Interview on the "Bev Smith Show" (anthropology/dance dialog), February 16, 2000

Cultural Educational Collaborative of North Carolina/Charlotte-Mecklenburg Schools Learning through Dance Workshop, June 28-29, 2000 (anthropology/education LW)

Annual Wade Hook Lecture, Gettysburg College, Department of Sociology and Anthropology (anthropology L), April 2001

Vail International Dance Festival (dance education LW), August 2001

Minnesota Public Radio, Interview with Jeff Horwich (anthropology), March 4, 2002

Public Service Summit on Ballet: Training Young Dancers in the 21st Century, Columbia South Carolina, Keynote, May 24-24, 2004

Ziva's Spanish Dance Ensemble, An Evening of Spanish Dance, The Corcoran Gallery of Art, 2005 (anthropology L)

University of Maryland Student Union Theater Panel and Movies, "Inside Deep Throat" and "Deep Throat" (1972), 2005

**Dance and Movement-related University Courses Taught**

Dance and Society

African Dance
Modern Dance
Proseminar in Aesthetics
Man is Community
Comparative Urbanization
Behavioral and Social Dimensions of the Urban Community

**Listed in <u>Who's Who</u>**

<u>in Science and Engineering</u>, 3rd ed. 1996-1997
<u>in American Education</u>, 5th Ed., 1996-1997
<u>in Entertainment</u>, 1991, 1997
<u>International Who's Who in Music</u>
<u>World's Who's of Women</u>
<u>Dictionary of International Biography</u>, 1998

**Personal Information**
Born 9-21-36, St. Louis, Mo., U.S.A.; Married, Two Children; U.S. Civil Service Commission
Rating, GS Senior Level Position