**Ex. 2**
**Judith Lynne Hanna, Ph.D.**

Senior Research Scholar, University of Maryland
8520 Thornden Terrace, Bethesda, MD 20817-6810
(301) 365-5683 (voice/fax), jlhanna@hotmail.com

September 29, 2006

## EXOTIC DANCE EXPERT COURT WITNESS

**Court Testimony:**

1. State of Washington Superior Court, King County

    Ino Ino, Inc. v. City of Bellevue, 95-2-02025-9, 1995, for the plaintiff

    Ronda Remus v. City of Bellevue, 94-2-27797-9, 1995, for the plaintiff

2. Municipal Court of Seattle, Washington

    City of Seattle v. Darcy Poole, 260398, 1996, for the defendant

3. State of Washington Superior Court, King County

    Furfaro v. City of Seattle, 96-2-02226-8, 1997, for the plaintiff

4. U.S. District Court, Clark County, Nevada

    Rojac Corporation v. Clark County, A341884, Dept. xii, 1996, for the plaintiff

5. U.S. District Court, Southern District of Florida

    International Food and Beverage, Inc., v. City of Ft. Lauderdale, 96-6577-Civ-Hurley, 1996, for the plaintiff

6. Commonwealth of Virginia Circuit Court, City of Roanoke

    Commonwealth of Virginia v. Girls, Girls, Girls, 97-957 & 971, 1997, for the defendant

7. U.S. District Court, Northern District of Ohio

    J.L. Spoons, Inc., v. City of Brunswick, 1:97CV3269, 1998, for the plaintiff

8. U.S. District Court, Northern District of Texas, Dallas

    Baby Dolls Topless Saloons, Inc., v. City of Dallas, 3-97-Cv-1331-r, 1998, for the plaintiff

9. State of California Superior Court, San Bernardino County

    Pritchett v. Tom L. Theatres, Inc., SCV23015, 1998, for the defendant

10. State of New York County Court, Tompkins

    New York State v. Langer, 98-078A, 98-078B, 98-978C and 98-079, 1998, for the defendant

11. District of Columbia Department of Consumer and Regulatory Affairs Alcoholic Beverage Control Board

    Protest Hearing v. 1720 H Street Corp., 35901-98062P, 1999, for the defendant

12. U.S. District Court, Middle District of Tennessee

    Deja Vu of Nashville, Inc., v. Metropolitan Government of Nashville and Davidson County (Nashville 1997 Adult Ordinance Challenge), 3-97-1066, 1999, for the plaintiff

13. State of Illinois Cook County Liquor Commission

    Cook County v. Licensee Loumar Corporation, 1999, for the defendant

14. State of Wisconsin Circuit Court, St. Croix

    East of the River Enterprises II, L.L.C. v. City of Hudson (1999 Adult Ordinance Complaint), 99CV211, 1999, for the plaintiff

15. State of Florida 18th Circuit Court, Seminole County

    McKee v. City of Casselberry, 99-CA1430-16E, 1999; Koziara v. Seminole County, 99-CA511-16P, 1999, for the plaintiffs

16. U.S. District Court, District of Arizona

    Sunset Entertainment, Inc. v. Joe Albo, 98-2099 PHY RGS, 1999, for the plaintiff

17. State of Minnesota 1st Judicial District Court, Criminal Division, Goodhue County

    State of Minnesota, County of Goodhue, City of Cannon Falls v. Jessica Nicole Ann, T6-00-5844, 2000, for the plaintiff

18. State of Minnesota 1st Judicial District, Court Criminal Division, Goodhue County

**Hanna, J.L., court witness**

   State of Minnesota, County of Goodhue, City of Cannon Falls v. Carla Shalon Lyons, T6-00-0004631, 2000, for the plaintiff

19. U.S. District Court, Middle District of North Carolina

    Giovani Carandola, Ltd. v. George Bason in his official capacity, 1:01CV115, 2001, for the plaintiff

20. U.S. District Court, Eastern District, Pennsylvania

    Conchatta, Inc. t/d/b/a/ Club Risqué on the Delaware v. Col. Paul J. Evanko, 01-1207, 2001, for the plaintiff

21. State of Florida 13th Judicial Circuit, Hillsborough County

    State of Florida v. Shawna Bohne, 00-CM-024008, 2001, for the defendant

22. State of Florida 6th Judicial Circuit, Pinellas County

    State of Florida v. Laurie A. Anstine, 00-20520MOANO, 2001, for the defendant

23. State of Minnesota 7th Judicial District Court, Criminal Division, Benton County

    State of Minnesota v. Amy Jo Draeger, T2-01-2143, 2002, for the defendant

24. State of Florida 18th Judicial Circuit Court, Seminole County

    McKee v. City of Casselberry, 99-ca1430-16e ; Koziara and Derienzo v. County of Seminole, 99-ca511-16p, 2002, for the plaintiffs

25. State of Minnesota 7th Judicial District Court, Criminal Division, Benton County

    State of Minnesota v. Brandy Lee Morcomb, TX-01-2147, 2002, for the defendant

26. State of Minnesota 7th Judicial District Court, Criminal Division, Benton County

    State of Minnesota v. Amy Jo Draeger, T2-01-2143, for the defendant

27. U.S. District Court, Northern District of Illinois, Eastern Division

    R.V.S., LLC. v. City of Rockford, 03-C-50048, 2003, for the plaintiff

28. U.S. District Court, Northern District of Texas, Dallas

**Hanna, J.L., court witness**

      Fantasy Ranch, Inc. v. City of Arlington, 3:03-CV-OO89-R, 2003, for the plaintiffs

29. U.S. District Court, Southern District of Mississippi, Jackson

      A & C Entertainment et al. v. City of Jackson, 3:01CV88WS, 2003, for the plaintiffs

30. State of Florida 6th Judicial Circuit, Pinellas County

      State of Florida v. Shannon Malnick, 03-12309MOANO, 2003, for the plaintiffs

31. State of Illinois, Civil Trial Division, Lake County

      XLP Corp. d/b/a/ Dancers, Baby Dolls, 41 News and Video Magic v. County of Lake, No. 99-0788, 2003, for the plaintiffs

32. U.S. District Court, Northern District of Ohio

      J.L. Spoons et al. v. Kenneth Morckel, et al., No. 1:04CV0314, 2004, for the plaintiffs

33. U.S. District Court, Middle District of North Carolina

      Giovani Carandola, Ltd. v. Ann Scott Fulton, No. 1:01CV115, 2004 for the plaintiff

34. Superior Court of New Jersey, Bergen County

      Lighthouse Restaurant Services, Inc. v. Township of South Hackensack, No. BER-L-5025-03, 2004, for the plaintiff

**Deposition:**

1. State of Washington Superior Court, King County

      Beverly Bailey v. Deja Vu-Lynnwood, 92-2-23359-2; Clarissa Freeman v. Deja Vu-Lynnwood, 93-2-02968-3; Howard Blake v. Deja Vu-Lynnwood, 93-2-03017-7, 1996, for the defendants

2. U.S. District Court, Northern District of Texas, Dallas

      Baby Dolls Topless Saloons, Inc., v. City of Dallas, 3-97-Cv-1331-r, 1998, for the plaintiff

3. U.S. District Court, Northern District of Ohio

      J.L. Spoons, Inc. v. O'Connor, 1:98CV2857, 1999, for the plaintiff

4. U.S. District Court, District of Arizona

**Hanna, J.L., court witness**

    Sunset Entertainment, Inc. v. Joe Albo, 98-2099 PHY RGS, 1999, for the plaintiff

5.  U.S. District Court, Northern District of Texas, Dallas

    Millennium Restaurants Group v. City of Dallas, 3-01CV-0857-G, 2001, for the plaintiff

6.  State of Florida 18th Judicial Circuit, Seminole County

    McKee v. City of Casselberry, 99-ca1430-16e ; Koziara and Derienzo v. County of Seminole, 99-ca511-16p, 2002, for the plaintiffs

7.  U.S. District Court, Northern District of Illinois, Western Division,

    R.V.S., LLC. v. City of Rockford, 03-C-50048, 2003, for the plaintiff

8.  State of Illinois, Civil Trial Division

    XLP Corp. et al. v. County of Lake, 99-0788, 2003, for the plaintiff

**Other Expert Court Witness Work:**

    Reports

    Affidavits

    Testimony to Local and State Legislative and Regulatory Bodies