Ex. 4

# R E A L I T Y  &  M Y T H

## What Neighbors Say About Exotic Dance Clubs

## A Case Study in Charlotte, North Carolina

Judith Lynne Hanna, Ph.D. @

Senior Research Scholar, Department of Dance, University of Maryland
8520 Thornden Terrace, Bethesda, MD 20817-6810
(301) 365-5683 (voice/fax), jlhanna@hotmail.com

July 5, 2001

The City of Charlotte, North Carolina, granted five M.A.L. Entertainment clubs eight-year zoning amortizations to relocate. M.A.L. Entertainment plans to request zoning variances for these establishments by presenting the results of several studies: neighborhood perceptions, crime analysis and economic impact.

The present study is an anthropological, qualitative case study reporting the perspectives of resident and business neighbors of three of the five exotic dance clubs -- Twin Peaks, VIP Showgirls and Temptations. These clubs were chosen to reflect three different kinds of economically developed neighborhoods. The quantitative analyses of the impact of exotic dance clubs in Charlotte and through Mechklenburg County on property values and crime rates have been conducted a planner, criminologist and social psychologist. These contrasting research approaches are mutually enhancing.

The primary goal of this case study is to provide information on the extent and quality of residents' and business operators' perceptions of the impact of the exotic dance club on the neighborhood quality of life and what takes place at and around the club. In City of Erie v. Pap's A.M. (2000), Justice Sandra O'Connor explained the importance of reliance on local knowledge as to the possible effects of adult businesses:

> "In terms of demonstrating that … secondary effects [crime and property depreciation] pose a threat, the city need not conduct new studies or produce evidence independent of that already generated by other cities, so long as the evidence relied on is reasonably believed to be relevant to the problem addressed (*Renton* and *Young*) … The council members, familiar with commercial downtown Erie, are the individuals who would likely have had first-hand knowledge of what took place at and around nude dancing establishments there, and can make particularized, expert judgments about the resulting harmful secondary effects …."

In order to assist council members who do not reside or work in an exotic dance club neighborhood and who may not have "first-hand knowledge of what took place and around nude dancing establishments, the investigator has spoken to residents and business operators in the neighborhoods surround the three clubs.

The City of Charlotte zoning regulations refer to a 1,000 foot radius as a measure of neighborhood, so structured interviews were conducted with residents and business operators within this radius of each of three exotic dance clubs, eliciting respondents' first-hand knowledge of the club's positive, neutral or negative effects on the neighborhood quality of life. Questions were both open-ended (permitting any kind of answer) and close-ended (fixed alternatives). Neighbors were asked the reasons for their opinions about the impact of the local club.

In addition, the investigator observed three exotic dance clubs during both daytime and nighttime hours of operation. Managers and six dancers in each business were interviewed about their perceptions of what takes place at and around the club and the neighbors' reactions to the club.

Reports about exotic dance clubs in the *Charlotte Observer* newspaper were also examined to obtain historical background for the case study.

The results of the Charlotte exotic dance case study are part of the City of Charlotte's own experience that can be relied upon for considering the reasonableness of regulating exotic dance clubs. The voices – the testimony -- of the people directly affected by the exotic dance clubs are compared with the local government's articulated reasons in the City of Charlotte Ordinances for regulating exotic dance clubs.

Another goal of the research was to identify neighbors' concerns that M.A.L. Entertainment could identify and acknowledge and address in order to be a cooperative neighbor.

**Findings of the Case Study**

Out of 91 interviews with three exotic dance club neighboring residents and business operators, 18 dancers and three managers, there were **no reports of adverse secondary effects – crime or property depreciation -- as a result of the presence of these adult entertainment establishments. The court of neighbors' experience, the verdict was that exotic dance clubs caused no harm.**

Two male businessmen objected to the exotic dance clubs. One objection had nothing to do with the nature of exotic dance. In this instance, a car lot owner complained about "those places," a billiard hall behind his lot that had drunkenness, brawling and murder, and an exotic dance club, a few doors down the street from his business. He claimed some people had parked in his lot, cluttered it with beer bottles, and collided with one of his cars. As a result, he was forced to put a railing around his lot. The businessman offered no evidence that the club's patrons harmed his property. Another objector said that exotic dance clubs are sin (sic), but that the club in his neighborhood had no impact on the neighborhood's quality of life. Some residents and business operators were not, as a matter of cultural "taste," favorably disposed toward exotic dance clubs.

What is the subject of cultural taste?   Rooted in over a hundred years of American history, exotic dance is a form of dance, adult fantasy entertainment and theatrical art with its own criteria for artistic merit.  As expressive, artistic communication, exotic dance is protected under the First Amendment, according to the U.S. Supreme Court.

Several business operators in the exotic dance club neighborhoods commented on the positive benefits of being proximate to adult entertainment enterprises.  They said the clubs attracted customers who became their clients, and the clubs' employees themselves were clients.  For example, a car service operator said the clubs provided an enjoyable place for customers to wait while having their cars serviced.  Some businesses found a club advantageous as a landmark to find their establishments.

Clearly the following Charlotte Code Section 12.518. Adult Establishments statement **does not apply to Twin Peeks, VIP Showgirls and Temptations, according to the clubs' neighbor, whose perceptions are validated by quantitative studies of crime and property value.**

> "Studies have shown that lowered property values and increased crime rates tend to accompany and are brought about by the concentration of adult establishments … Regulation of these uses is necessary to insure that these effects do not contribute to the blighting of surrounding neighborhoods and to protect the integrity of the City's schools, churches, child care centers, parks and playground which are typically areas in which juveniles congregate."

It is unclear what concentration means in this ordinance.   Several clubs within the city?

**Without evidence of adverse effects, the need for regulating exotic dance clubs beyond what exists for businesses in general is absent.**  The *Pap's* case requires a government to demonstrate that its decision to enact ordinances regulating exotic dance clubs is both reasonable and supported by substantive evidence.   There is an evidentiary requirement.

Many locals said the problems that exist in the neighborhoods of exotic dance clubs have nothing to do with adult entertainment.  Neighbors of the exotic dance clubs complained about other factors:  over-development of the neighborhood area, congestion, noise, high employee turnover and too many poor people in the vicinity.   Regulations addressing these issues are warranted.

**Interview Schedule for Neighbors of Exotic Dance Clubs**

**Introduction: I am Dr. Judith Lynne Hanna, a senior researcher from the University of Maryland. I am conducting research on people's views of the quality of life in their neighborhood. I have published books and articles on this subject. Here is my card.**

**I am interested in your opinions. What you say will be treated as anonymous in the research report unless you would like to be identified. I would be happy to let you know when a report of the study is available.**

Name of club_____

Interviewee Name_____
Resident ___
Business ___
Address _____
Phone _____
e-mail_____
Date_____
Time_____
Gender_____
Ethnicity _____

Contextual Information_____
    Not available_____
    Refusal _____
    Other _____

**Part 1:**
1. How long have you lived [worked] in this neighborhood (area within walking distance)?
    Less than 1 year     ___
    1-2 years               ___
    more than 3 years  ___
    other _____

2. In your opinion, in the period during which you've lived [been involved with a business] in this neighborhood, has the quality of life in the neighborhood changed?

2a. In what way?

3. In your opinion, have businesses in this neighborhood impacted its quality of life in a positive or negative manner?

3a. In what way?
3b. What business?
3c. When and how often does x happen?

3d.  Where else does it happen?



**Part II.  Additional Questions**
4.  If the respondent makes no mention of the exotic dance club in Part I, the following introduction will be made and questions will be asked:  In the course of my research, I have studied some exotic dance clubs around the country.  (The question addresses stigma of clubs so respondent may feel free to talk.)
        Has the  ____club had an impact on this neighborhood?
4a.  How?
4b.  When and how often does x happen?
4c.  How do you know x happens around the club?
4d.  Does it happen elsewhere?    Where?
4e.  Have you ever been inside of the __exotic dance club?
     If yes:  When did you go to the club? _____
             How often did you go? _____
             How long did you stay? _____
    [If relevant]
          Have you expressed your concerns to the exotic dance club management?

5.  If relevant:  In your opinion, is the  ____impact caused by the dancers, management or clientele?

6.  Would you be willing to pay more for your house/apartment/business-rent if the _____exotic dance club were not in the neighborhood?

7.  If the exotic dance club were located in another neighborhood, do you think the club have the same impact?    Please explain_____

8.  I think that probably everyone knows something about exotic dance clubs.  Where have you gotten information about the clubs?
        __Film
        __TV
        __Radio
        __Visit to the club
        __Visit to a club elsewhere
        __Discussion with person who visited
        __Discussion with  _____   type of person who worked in a club
        __Church/synagogue/mosque/temple, etc.
        Other _____

9.  Has a police officer or a local government official ever talked with you regarding __ exotic dance club?
        If yes, what about?

10. Ask:
   Occupation_____
   Age____
   Church/synagogue/mosque/temple, etc. activity____

Thank you very much for your time.