Ex. 5

# Prince George's County, Maryland, Proposed Bill, CB-86-2003,

# Legal Predicate: High Number of Calls for Service

Judith Lynne Hanna, Ph.D. @

Department of Dance, University of Maryland
8520 Thornden Terrace, Bethesda, MD 20817
301-365-5683 (voice & fax), jlhanna@hotmail.com, jlhanna@umd.edu

November 26, 2003

The Research Problem

Do adult entertainment exotic dance clubs have a "high number of calls for service" disproportionate to other businesses? A preliminary analysis found there is no association between the operation of exotic dance adult cabarets and significant crime-related secondary effects.

Methodology

A comparison of crime-related and public-order-related calls for police service was made between three adult entertainment exotic dance clubs and three licensed alcohol beverage establishments. The assumption underlying this approach was that if adult entertainment exotic dance clubs were instrumental in triggering antisocial behavior in the nightclub environment, then those clubs featuring exotic dance adult entertainment would have a higher rate of calls for police service over a year than those without such entertainment. The period was November 19, 2002 to November 19, 2003. The data come from Chief Melvin C. High, Prince George's County, Office of Chief of Police, 7600 Barlowe Road, Landover, MD 20785. These data are below.

| **THE RELATIONSHIP BETWEEN CLUB TYPE AND DISORDER** <br> **A Three by Three Comparison** | |
|---|---|
| **Categories and Clubs** | **Number of Calls For Police Service** |
| 1. Non-Exotic Dance Adult Entertainment Clubs | |
|     Dinosaurs, now Club Amazon, 13501 Baltimore Avenue | 23 |
|     Millennium Club and Restaurant, 1511 E. University Boulevard | 70 |
|     Trade Winds, 5859 Allentown Way, Camp Springs | 45 |
|     TOTAL | 138 |
| 2. Exotic Dance Entertainment Clubs | |
|     Showcase Theater, 11223 Old Baltimore Pike, Beltsville | 5 |
|     Club Extasy, 6306 Old Branch Avenue, Camp Springs | 5 |
|     Hanger Club, 6410 Old Branch Avenue, Camp Springs | 17 |
|     TOTAL | 27 |

The findings in this mini-study are consistent with findings of scientifically valid and reliable research studies nationwide that support the proposition that exotic dance adult entertainment does not cause adverse secondary effects. (Although there was a triple homicide in the parking lot of one local exotic dance adult entertainment club, Detective Turner who is investigating the case said in an interview, November 7, 2003, that this incident could have happened anywhere.)

It is worth noting that two of the high crime clubs are in relatively poor neighborhoods, suggesting that poverty rather than type of entertainment is a key causal factor in crime. This too is consistent with national patterns.