Ex. 6

# COMMUNICATION COMPARISON

## *Commonalities*

**VERBAL LANGUAGE & DANCE (body language)**

*both have*

Vocabulary

Meaning

Ambiguity

Emotion

Symbolism

Grammar

Content & Context

## *Differences*

| **VERBAL LANGUAGE** | **DANCE (body language)** |
|---|---|
| Uses mostly prose, some poetry | Uses mostly poetry, some prose |
| Exists in time & volume | Exists in time, space & effort |
| Communicates through words (sound & sight) | Communicates through movements (sight, sound, smell, proximity & touch, costume, music & lighting) |
| Has written or spoken text | Has moving text |