

**Ex. 7 Proximity of Romantic Interest**

Judith Lynne Hanna,