# Ex. 8 MESSAGES of PHYSICAL DISTANCE

*Distance* in DANCE Symbolizes *Distance Zones* in EVERYDAY LIFE

**Edward Hall,** *The Hidden Dimension*, Doubleday, 1966**:**

>    Intimate Zone
>    **0 - 1½ feet**
>       **romance**
>       **love-making**
>       **mother-child bonding**
>       **privacy**
>       **comfort/protection**
>       **wrestling**
>
>    Personal Zone
>    **1 ½ - 4 feet**
>       **conversation among family and friends**
>
>    Social Zone
>    **4 - 20 feet**
>       **workplace activity**
>
>    Public Zone
>    **10 - 25 plus feet**
>       **formal lecture or music or dance concert**

## Analogies:   Exotic Dance Individual Patron-Focused Intimate Zone
*versus* Other Distance Zones in Everyday Life:

* a parent teaching a child handwriting in the intimate zone *versus* a teacher demonstrating handwriting on the classroom blackboard in social zone

* a doctor examining a patient's body in the intimate zone *versus* a doctor reading a patient's medical report to the patient in the office social zone

## Characteristics of Exotic Dance Individual Patron-Focused Performance:

A dancer creates fantasy of intimacy by bringing patron into her spatial sphere & screening out extraneous information.

>   Intimate spatial zone maximizes sensory reception:
>       the sight of lip movement & eye contact (pupil dilation & expansion, brightness, winking & rolling, demure & bold glances, eyelash fluttering), facial color & nose wiggle,
>   the sound of whispers & breathing,
>   the smell of perfume & breath &
>   the touch of shoulder, legs or head.

Judith Lynne Hanna,