Ex. 9

# MESSAGES of PROXIMITY

*Proximity in Dance Symbolizes Proximity in Everyday Life*:

Comfort/Support

Friendliness

Trust

Inclusion

Immediacy

Humanity

Play

Affection

Sensuality

Desirability

Love

Judith Lynne Hanna,