Ex. 10

# MESSAGES OF ABSENCE of PROXIMITY

**Distance**

**Coldness**

**Disinterest**

**Distrust**

**Dislike**

**Exclusion**

**Rejection**

**Alienation**

**Violated Expectations**

**Rudeness**

**Inhumanity**

Judith Lynne Hanna,