Ex. 11 **TOUCH IN DANCE EXPRESSES**

**Meaning of Touch in Everyday Life:**

Comfort/Support

Friendliness

Trust

Inclusion

Immediacy

Humanity

Play

Affection

Sensuality

Desirability

Love

Examples of **Public Displays** of **Touch** in **Everyday Life:**

**Handshake**

**Kiss on One or Both Cheeks or Lips**

**Hug**

**Hand Holding**

**Arms Entwined**

**Arm Around the Shoulder**

**Pat on the Head**

Judith Lynne Hanna,