# Ex 13 COMMUNICATION in DIRECT TIPPING

Defines Exotic Dance:

    "Vegas Showgirls" + Direct Interaction Between Dancer & Patron

Patron Communicates Appreciation of:

- **Dancer's Physical Appearance**
    - attractive body shape & tone hair, makeup, etc.
- **Dancer's Costume**
    - 4 to 5 inch heels
    - sexy attire
- **Dancer's Movement**
    - graceful strut & posture
    - standard bumps, grinds, shimmy, etc.
    - smooth transitions between movements & positions:
        - prone, kneel, stand, elevated on pole
    - disrobes with attitude
    - variety
    - balanced use of stage
    - interprets music
    - proximity to patron
- **Personal Style**
    - creative uniqueness
- **Connection with Patron**
    - personality, proximity, smile, eye contact, touch, charisma

Patron's Tipping Encourages Dancer's Performance

Dancer's Touch of Patron's Head, Torso, Limbs Elicits Higher Tips

Judith Lynne Hanna,