**Ex. 14    "Booty Dancing**



Judith Lynne Hanna,