Ex. 15     **Lap Dancing Heritage**

18th century

**WALTZ**: Man lifted partner's long dress to prevent its dragging & to hide his hand fondling her breasts.

20th -21st century

**TAXI-DANCING** (1920s to date)

Man pays fee to dance with a woman in a dance hall.

Like taxis, dancers services are short & metered by a time clock.

"To dance on a dime" means dancer-patron tight body grinding.

"Git off dat dime!" manager said to urge dancer to keep patron moving.

"Dime a dance" was the fee; now it's $2 upwards.

Chicago hall had 600 men & 68 girls.

NYC had 37 halls, 35,000 to 50,000 male customers per week & 2,500 to 3,000 dancers.

**DIRTY DANCING**

Partners twine thighs, pelvises touch & grind.

**DA BUTT,**

**BOOTY DANCING,**

**FREAKING.**

**DOGGY DANCING, &**

**FRONT PIGGY-BACKING**

Partners twine thighs, pelvises touch & grind.

Female dances with buttocks rubbing partner's crotch.

Ex. 16

**"Oh! Calcutta!**

Judith Lynne Hanna,