Title, a pun on the French phrase "*Oh, quell cul t'as*," translated as "what a beautiful a-hole you have."

## The World's Longest Running Erotic Stage Musical

## Video: 1980, 10905 VHS Sterling Entertainment Group

**Creators include John Lennon, playwright-screenwriters Robert Benton and David Newman, Jules Feiffer, Dan Greenburg, Leonard Melfi, Sam Shepard, Sherman Yellen, artist Clovis Trouille, director Jacques Levy, choreographer Margo Sappington, and author-critic Kenneth Tynan who devised the entire production.**

**Beginning to #315.  The introduction shows ten frontally nude men and women who pair off and touch each other.**

**Jack and Jill scene shows foreplay and simulated copulation on stage.**

**Letters to the Editor scene shows cunnilingus and a kinky sex menu.**

**A winter scene shows a woman grabbing a man's testicles.**

**#1998 – 2305.  About 15 minutes.  Woodland scene:  A group of nude couples roll together.   Bodies are frontally pressed together.   A man caresses a woman's breast.  Three different couples display genitals.**

**Romantic groupie.**

**One song about Clarence and Mildred:  a duet is highly erotic as the couple touch each other's genitals and roll together.**

**Conclusion:  The cast on stage strips, dances, forms a body contact line alternating male and female.  Each dancer presses front side against another's backside as the dancers thrust their bodies forward and backward.**

Judith Lynne Hanna,