

Ex. 17    "Mutations" ballet

Judith Lynne Hanna,