Ex. 18   **"Bugaku" simulated sex in New York City Ballet**

