Ex. 19

# DANCER SELF-TOUCH

**Symbolizes Meaning of Touch in Everyday Life:**

comfort/support

play

affection

sensuality

modesty

desirability

love

**Captures Attention**

**Delineates Gender-identity**

**Designs a Boundary Between Self & Others**

**Shields & Covers to Tease & Calm**

**Creates Artistic Ephemeral Body Decoration**

**Pokes Fun at Social Mores**

Judith Lynne Hanna,