**Ex. 20**         **Lighting of Romance**



22

Judith Lynne Hanna,