Ex. 21 # NUDITY in EXOTIC DANCE

## MEANS

this is adult entertainment

this is the climax of the striptease

fantasy of a relationship

eroticism

nature

health

simplicity

the body as an art form – a sculpture in motion

beauty of the body

honesty

the body as God's gift, temple of the Holy Spirit & worthy of the gaze

innocence

independence, freedom, liberty

empowerment

modernity

status of well-maintained body

parody of pretension clothing gives

being human (without instigating crime or degrading women)

trust

Judith Lynne Hanna,

## For MALES, EXPOSURE

## to LIVE NUDE FEMALE DANCER:

Creates Interest

Titillates

Evokes Positive Attitude

Dissipates Boredom

Decreases Aggression

Creates Feeling of Intimacy

## For FEMALE DANCER,

## EXPOSURE to LIVE MALE PATRON:

Empowers through captivating tips/fees

Increases Self-esteem

Creates Intimate Atmosphere

Provides a Sense of Sexual Liberation

Judith Lynne Hanna,