Ex. 22  # EXOTIC DANCE

is

(1) **dance**, (2) **art** & (3) **adult fantasy communicating various messages**

## 1. Dance

* is purposeful
* uses intentional rhythm
* has cultural influences
* uses **nonverbal body movement** in time, space & with effort
* **communicates** through body movement, senses, music, costume, nudity, lighting/ambience
* employs own standards as does every dance style

## 2. Art

* is a learned skill
* is creative & imaginative
* communicates within artistic style

## 3. Adult Fantasy

* is an **adult entertainment** style of dance & art performed in a theater setting
* contains risqué play in **high heels**
* derives **movements from popular**, Broadway theater, music video, jazz & hip-hop **dance**; cheerleading & gymnastics
* climaxes striptease by stripping to **nudity,** communicating eroticism, nature, health, simplicity, an art form, beauty of the body, honesty, the body as God's gift & worthy of the gaze, innocence, independence, empowerment, gender equality, modernity, status of a well-maintained body, parody of pretension, being human (without instigating crime or degrading women)
* has **self-touch, closeness & incidental touch** to patron to communicate special interest, comfort, immediacy, humanity, trust & sensuality
    * permits patron to **financially reward** dancer for effective communication

    Part 1. **Stage Dance**:
* requires dancer to perform on theater stage **for entire audience**
* allows patron participation through gestures & tipping

    Part 2. **Individual Patron-Focused Dance**:
* requires dancer to perform **for an individual patron** (for a fee) to communicate fantasy of special interest
* permits **patron participation** in dance through fee, gestures & direct tipping

Judith Lynne Hanna,