Ex. 23                **EXOTIC DANCE**

## Criteria for Serious Artistic Merit

1. Physical Appearance

    attractive body shape & tone

    hair, makeup, etc.

2. Costume

    4 to 5 inch heels

    sexy attire

3. Movement

    graceful strut & posture

    standard bumps, grinds, shimmy, etc.

    smooth transitions between movements &

       positions: prone, kneel, stand, elevated on pole

    disrobes with attitude

    variety

    balanced use of stage

    interprets music

    proximity to patron

4. Personal Style

    creative uniqueness

5. Connection with Patron

    personality, proximity, smile, eye contact, touch, charisma

Judith Lynne Hanna,