Ex. 24

# SIMULATED SEX

Is a **Vague Term**

Is in the **Eyes of the Beholder:**

 humans use symbols with multiple meanings

 dance is a metaphor for life

 the body is the instrument of dance & sex

*Is Fantasy*

Has Been **Identified** in **Moving Body Parts in All Kinds of Dance:**

 **breasts**

 **hips**

 **buttocks**

 **thighs**

 **legs**

 **high-heeled feet**

 **hands**

 **hair**

 **lips**

 **eyes**

 **mouth**

Judith Lynne Hanna,