Ex. 25  **SOCIAL DANCES CONSIDERED SIMULATED SEX**

    waltz
    animal dances:
        fox trot
        turkey trot
        bunny hug
        duck waddle
        camel walk
        kangaroo hop
        grizzly bear
        monkey glide
        chicken scratch
        kangaroo dip
        bull frog hop
        pony
    buzz
    Texas Tommy
    Charleston
    Lindy hop
    twist
    frug
    skate
    swim
    mashed potato
    hully gully
    ballin' the jack
    booty dance
    freaking
    Latin dances:
        rumba
        cha-cha
        mambo
        bolero
        samba
        meringue
        banda
        lambada
        flamenco
        tango

Judith Lynne Hanna,