## Chapter 10.40 SERVICE ESTABLISHMENTS

10.40.010 Massage license required; issuance.
10.40.015 Prohibited acts by holders of adult-oriented establishment license or massage license.
10.40.020 Private detectives--Agency license; qualifications of employees.
10.40.025 Private detectives--License. (Repealed)
10.40.030 Private detectives--Certification by chief of police.
10.40.035 Private detectives--Exemptions from licensing requirements. (Repealed)
10.40.040 Private detectives--Prohibited acts.
10.40.045 Private detectives--Definitions.
10.40.050 Adult-oriented establishment license; physical layout of premises; conduct of business.

### 10.40.010 Massage license required; issuance.

A.     No person may engage in the business of providing or otherwise provide as a service to the public, massages or related services as an owner, operator, employee or contractor, or massage therapist without first obtaining a massage practitioner license from the municipal clerk, unless such person is a health care provider.

    1.     No person may engage in the business for hire, either profit or nonprofit, of providing flagellation as a method of massage, unless authorized under their licenses to provide such services as a health care provider currently licensed under AS Title 8 .

B.     No person shall advertise, use the title of or otherwise hold themselves out as a massage therapist, masseuse, masseur or massage practitioner unless such person is licensed to provide massage or massage-related services under this section or is a health care provider.

C.     For purposes of this section, the following terms shall have the meanings indicated in this subsection:

    1.     *Massage* means the treatment of the human body by soft tissue manipulation, methodical pressure, friction or the kneading of the body through the use of techniques including but not limited to effleurage, petrissage, friction or tapotement, but not including flagellation, as those terms are defined in a recognized medical dictionary such as but not limited to Taber's Cyclopedic Medical Dictionary, 17th edition, F.A. Davis Company, 1989.

    2.     *Massage practitioner* means a person who is licensed or is qualified for a license to provide massage or massage related services under this section.

    3.     *Health care provider* means a health care provider who holds a current, valid license issued under AS Title 8 , including chiropractors, naturopaths, physicians, nurses, physical therapists and other such health care providers, who are authorized under this license to perform massage therapy as a part of their licensed practice.

    4.     *Engaging in the business of providing massages or related services* means administering for compensation or hire massages or a method of treating the superficial parts of the human body through physical contact with or by rubbing, stroking, kneading, tapping, rolling, pounding or vibration for the purposes of relaxation, hygiene or improvement of physical appearance, muscle tone or circulation.

D.     License.

    1.     A massage practitioner licensee must be 18 years of age, provide verified

evidence that such licensee is a massage practitioner and fill out a form supplied by the municipal clerk containing such other relevant information as the municipal clerk may require.

a. The municipal clerk may issue a massage practitioner license, valid for two years, to a massage practitioner fulfilling the qualifications set forth in subsection D.2 of this section.

b. The municipal clerk may issue a massage practitioner license, valid for one year, to any massage practitioner meeting the qualifications set forth in subsection D.3 of this section.

2. To qualify for a license under this section, an applicant for a license shall:

a. Have graduated from a post-secondary education school of massage therapy, approved by any state, which required the successful completion of a program of at least 500 hours of supervised instruction;

b. Hold a current, valid license as a massage practitioner from another state that regulates massage practitioners or massage therapists and defines massage, massage practitioners and licensed massage practitioners on a basis substantially similar to this section; or

c. Hold a current certification as a massage therapist by a national certification board or a national certification program for massage and body work meeting standards similar to those for persons currently licensed under AS 8.84 as a physical therapist.

3. An applicant may also qualify for a license under this section, provided the applicant, as of the effective date of the ordinance from which this section derives, shall either:

a. Have two or more years' experience personally providing massages under the direct supervision of a massage practitioner qualified under subsection D.2 of this section or a health care provider;

b. Be known to a massage practitioner qualified under subsection D.2 of this section or a health care provider to have a combination of two or more years of practical experience and education in massage therapy;

c. Have either graduated from a degree or certification program or successfully completed 250 hours of massage therapy training from a post-secondary education school of massage therapy approved by any state; or

d. Have matriculated into any post-secondary education school of massage therapy approved by any state provided that the applicant successfully completes at least 125 hours of supervised instruction in massage therapy prior to June 1, 1996, and 125 hours of such instruction per year thereafter until qualified for a massage practitioner license under subsection D.2 of this section;

and submits a verified certification from either a massage practitioner qualified under subsection D.2 of this section or from a health care provider which attests to the education, training and experience claimed by the applicant and to the adequacy of such education, training and experience to qualify a person to provide massages.

4. Nothing in this section shall require a person owning or operating a massage business to obtain a license under this section provided such person does not personally provide massages or hold himself or herself out to the public

as personally providing massages or as a massage therapist.

5.    This section shall not apply to employees of a health care provider when providing massages on the health care premises and under the direct supervision of a health care provider.

(CAC 6.28.040; AO No. 78-23; AO No. 85-26; AO No. 94-38(S-2), § 1, 7-12-94; AO No. 94-230 (S-1), § 1, 1-31-95)

## 10.40.015 Prohibited acts by holders of adult-oriented establishment license or massage license.

A person holding an adult-oriented establishment license or a masseur/masseuse license may not:

A.    Operate the business or engage in the licensed activity between the hours of 2:00 a.m. and 6:00 a.m.

B.    Lock patrons inside any part of the premises during business hours.

C.    Solicit for another person, engage in or offer to engage in an act of prostitution, cunnilingus or fellatio with a business invitee.

D.    Intentionally expose their genitals to a business invitee or intentionally touch the genitals of a business invitee.

(CAC 6.28.050; AO No. AO No. 93-157(S-6), § 2, 5-1-94)

## 10.40.020 Private detectives--Agency license; qualifications of employees.

A.    *License required.* No person may engage in or represent himself to be engaged in the business of operating a private detective agency without first obtaining an appropriate license from the municipal clerk.

B.    *Application for license.* The application for license shall contain, in addition to other required information, the present and previous occupations of the applicant and the names and addresses of his present and former employers. If the applicant is a corporation, the application shall contain the required information for and shall be signed by each member of its board of directors. The persons signing the application shall swear to the truth of applicable statements before a person authorized to administer oaths.

C.    *Qualifications of employees.* No private detective agency may employ a person as a private detective unless the person:

1.    Is 18 years of age or older.

2.    Is not addicted to narcotics, dangerous drugs or intoxicants.

3.    Has not been convicted of a felony within two years, nor of a misdemeanor involving assault or dangerous weapons within one year.

4.    Has not been convicted of a crime involving moral turpitude, assault with a dangerous weapon, traffic in narcotics or dangerous drugs or traffic in women for immoral purposes within ten years.

D.    *Qualifications of licensee.* A license may not be issued under this section unless the applicant possesses the qualifications for a private detective under subsection C of this section.

Case 3:05-cv-00256-TMB    Document 53-60    Filed 10/12/2006    Page 4 of 12

(CAC 6.28.060; AO No. 84-138(S), 1-1-85)


## 10.40.025 Private detectives--License. (Repealed)

(AO No. 84-138(S), 1-1-85)


## 10.40.030 Private detectives--Certification by chief of police.

The chief of police shall review all applications for private detective agency licenses and certify those applicants whose past criminal history, if any, does not preclude them from censure under Section 10.40.020 , and whose contemplated activities are in compliance with the provisions of this title. A licensee shall obtain the same certification for each person whom it employs as a private detective.

(AO No. 84-138(S), 1-1-85)


## 10.40.035 Private detectives--Exemptions from licensing requirements. (Repealed)

(AO No. 84-138(S), 1-1-85)


## 10.40.040 Private detectives--Prohibited acts.

A person who is or has been an employee of a detective agency may not divulge to a person other than his employer any information concerning the customer or client acquired in the course of his employment or from a coemployee, or any information concerning the work, business or affairs of the detective agency.

(CAC 6.28.090)


## 10.40.045 Private detectives--Definitions.

As used in Sections 10.40.020 through 10.40.040 , the term "private detective" means a person who engages in the business of making investigations for remuneration concerning any of the following matters:

A.    Crimes or criminals or discovering information or evidence relating to crimes or criminals.

B.    The identity, location, character or activities of a person or thing.

C.    The habits, conduct, movements, whereabouts, associations, transactions, reputation, credibility or character of a person.

D.    The cause, origin or responsibility for a fire, accident or injury to real or personal property.

E.    The truth or falsity of a statement or representation.

F.    Evidence to be used before an investigating committee, board of award or arbitration or in the trial of a civil or criminal case.

(CAC 6.28.100)

## 10.40.050 Adult-oriented establishment license; physical layout of premises; conduct of business.

A.    *Definitions.* For the purpose of this section, the following words and phrases shall have the meanings indicated in this subsection:

*Adult-oriented establishment, or adult business,* shall include, but is not limited to, adult bookstores, adult motion picture theaters, adult mini-motion picture establishments, adult cabarets, physical culture studios, massage parlors, escort services, or similar type businesses where, by the nature of the business, minors under the age of 18 are denied entry, or businesses which are prohibited by law from having minors or unaccompanied minors on the premises for reasons other than the sale of liquor. If a premises, whose primary business is overnight lodging, offers adult movies via a cable, closed circuit or pay per view system, in the absence of any other adult entertainment activities, the availability of such movies, does not render the business an adult-oriented establishment for the purposes of this section.

*Adult bookstore* means an establishment having as its stock in trade, for sale, rent, lease, inspection or viewing, books, films, videocassettes, magazines or other periodicals which are distinguished or characterized by their emphasis on matters depicting, describing or relating to specified sexual activities, or specified anatomical areas, as defined in this section, and in conjunction therewith have facilities for the presentation of adult-oriented films, movies or live performances, for observation.



*Adult cabaret* means a cabaret which features topless dancers, strippers, male or female impersonators, or similar entertainers. An adult cabaret does not include an establishment licensed for sale of alcoholic beverages.

*Adult entertainment* means any exhibition of any motion pictures, live performance, display or dance of any type, which has as its dominant theme, or is distinguished or characterized by an emphasis on, any actual or simulated specified sexual activities, or specified anatomical areas, as defined in this section.

*Adult mini-motion picture theater* means an enclosed building with a capacity of less than 50 persons used for presenting material having as its dominant theme, or distinguished or characterized by an emphasis on, matters depicting, describing or relating to specified sexual activities, or specified anatomical areas, as defined in this section, for observation by patrons therein.

*Adult motion picture theater* means an enclosed building with a capacity of 50 or more persons used for presenting material having as its dominant theme, or distinguished or characterized by an emphasis on, matters depicting, describing or relating to specified sexual activities, or specified anatomical areas, as defined in this section, for observation by patrons therein.

*Escort service* means a person or business that furnishes, offers to furnish or advertises to furnish escorts for a fee, tip or other consideration or prohibits service to or entry onto their premises of minors under the age of 18. Escort service shall not include computerized or telephonic services which do not allow access to the premises by customers.

*Operators* means any person, partnership or corporation operating, conducting, maintaining or owning any adult-oriented establishment.

*Physical culture studio* or *massage parlor* means an establishment where minors are not allowed which:

    a.    Provides any of the following services for hire or compensation:

        1.    Baths or bathing facilities;

2.   Steamrooms, saunas or related facilities;

3.   Modeling or modeling facilities;

4.   Services involving the use of conditioning or exercise equipment;

5.   Massage or related services; and

b.   Does not have a license for the practice of a profession or vocation licensed or regulated under AS Title 8 or which provides services through persons acting as employees, independent contractors or otherwise who do not have a current license to provide such services pursuant to AS Title 8 .

*Specified anatomical areas* means:

a.   Less than completely and opaquely covered human genitals, pubic region, buttocks, and female breast below a point immediately above the top of the areola.

b.   Human male genitals in a discernible turgid state, even if opaquely covered.

*Specified sexual activities* means simulated or actual:

a.   Showing of human genitals in a state of sexual stimulation or arousal.

b.   Acts of masturbation, sexual intercourse, sodomy, bestiality, necrophilia, sado-masochistic abuse, fellatio or cunnilingus.

c.   Fondling or erotic touching of human genitals, pubic region, buttock or female breasts.

B.   *License required; transfer of license.*

1.   Except as provided in subsection B.4 of this section, from and after May 1, 1994, no adult-oriented establishment shall be operated or maintained in the municipality without first obtaining a license to operate issued by the municipal clerk.

2.   A license may be issued only for one adult-oriented establishment located at a fixed and certain place. Any person, partnership or corporation which desires to operate more than one adult-oriented establishment must have a license for each. The requirements of Section 21.45.240 will apply to each location.

3.   No license or interest in a license may be transferred to any person, partnership or corporation.

4.   All adult-oriented establishments existing on February 16, 1994, must submit an application for a license within 60 days of such date. If an application is not received within such date, then such existing adult-oriented establishments shall cease operations.

5.   No person shall advertise or offer services regulated by this chapter unless they are licensed to provide such services pursuant to this chapter.

C.   *Application for license.*

1.   Any person, partnership or corporation desiring to secure an adult-oriented establishment license shall make application to the municipal clerk. The application shall be filed in triplicate with, and dated by, the municipal clerk. A copy of the application shall be distributed promptly by the municipal clerk to the municipal police department and to the applicant.

2.   The application for a license shall be upon a form provided by the municipal clerk. An applicant for a license shall furnish the following information under oath:

a.  Name and address.

b.  Written proof that the individual is at least 18 years of age.

c.  The address of the adult-oriented establishment and the name of the business to be operated by the applicant.

d.  If the applicant is a corporation, the name of the corporation, the date and state of incorporation, the name and address of the registered agent and the name and address of all shareholders owning more than five percent of the stock in the corporation and all officers and directors of the corporation.

3.  Within 21 days of receiving an application for a license the municipal clerk shall notify the applicant whether the application is granted or denied.

4.  Whenever an application is denied, the municipal clerk shall advise the applicant in writing of the reasons for such action. If the applicant requests a hearing within ten days of receipt of notification of denial, a public hearing shall be held within ten days thereafter before the municipal clerk, as provided in this section.

5.  Failure or refusal of the applicant to give any information relevant to the investigation for the application or his refusal or failure to appear at any reasonable time and place for examination under oath regarding the application or his refusal to submit to or cooperate with any investigation required by this section shall constitute an admission by the applicant that he is ineligible for such license and shall be grounds for denial thereof by the municipal clerk.

D.  *Standards for issuance of license.*

1.  To receive a license to operate an adult-oriented establishment, an applicant must meet the following standards:

a.  If the applicant is an individual:

(1)  The applicant shall be at least 18 years of age.

(2)  The applicant must have not been convicted of a violation of this section or any of the offenses listed in subsection I.1.f(1) of this section within the two years immediately preceding the date of application.

b.  If the applicant is a corporation:

(1)  All officers, directors and stockholders required to be named under subsection C.2.d of this section shall be at least 18 years of age.

(2)  The applicant must have not been convicted of a violation of this section or any of the offenses listed in subsection I.1.f(1) of this section within the two years immediately preceding the date of application.

c.  If the applicant is a partnership, joint venture or any other type of organization where two or more persons have a financial interest:

(1)  All persons having a financial interest in the partnership, joint venture or other type of organization shall be at least 18 years of age.

(2)  The applicant must have not been convicted of a violation of

this section or any of the offenses listed in subsection I.1.f(1) of this section within the two years immediately preceding the date of application.

2.    The location for which the license is sought must meet the requirements of Section 21.45.240 or comply with that section as an existing nonconforming use. Provided however, that any structural changes required to comply with the physical layout requirements of subsection J of this section shall not terminate an existing nonconforming use right.

E.    *License fee.* A license fee of $300.00 shall be submitted with the application for a license. If the application is denied, the fee shall be returned.

F.    *Display of license.* The license shall be displayed in a conspicuous public place in the adult-oriented establishment. Any premises licensed under this section shall also post a notice at all entrances that such premises are premises where minors are not allowed.

G.    *Reserved.*

H.    *Renewal of license.*

1.    Every license issued pursuant to this section will terminate at the expiration of one year from the date of issuance, unless sooner revoked, and must be renewed before operation is allowed in the following year. Any operator desiring to renew a license shall make application to the municipal clerk. The application for renewal must be filed not later than 60 days before the license expires. The application for renewal shall be filed in triplicate with and dated by the municipal clerk. A copy of the application for renewal shall be distributed promptly by the municipal clerk to the municipal police department and to the operator. The application for renewal shall be upon a form provided by the municipal clerk and shall contain such information and data, given under oath or affirmation, as is required for an application for a new license.

2.    A license renewal fee of $300.00 shall be submitted with the application for renewal. In addition to the renewal fee, a late penalty of $100.00 shall be assessed against the applicant who files for a renewal less than 60 days before the license expires. If the application is denied, the renewal fee only shall be returned.

3.    If the municipal police department is aware of any information bearing on the operator's qualifications, or that of the applicant's employees, that information shall be filed in writing with the municipal clerk. Approval or clearance by the municipal police department is not a prerequisite to the issuance of a license under this chapter.

I.    *Revocation of license.*

1.    The municipal clerk may revoke or suspend a license or permit for any of the following reasons:

a.    Discovery that false or misleading information or data was given on any application or material facts were omitted from any application.

b.    The operator violates any provision of subsection J.1.b.2 or K of this section or any rule or regulation adopted pursuant to this section.

c.    The operator becomes ineligible to obtain a license or permit.

d.    Any cost or fee required to be paid by this section is not paid.

e.    Any intoxicating liquor or other alcoholic beverage is served on the

premises of the adult-oriented establishment.

f.   The licensee, manager or designated representative, is convicted of the following offenses at the location to which an adult business license has been issued:

(1)   Involving any of the following offenses as described in Chapter 8 of the Anchorage Municipal Code:

(a)   Assignation for prostitution;

(b)   Prostitution;

(c)   Offering to secure another for prostitution;

(d)   Maintaining a place of prostitution;

(e)   Owning or leasing a place of prostitution;

(f)   Coercing another to become a prostitute;

(g)   Violation of Section 8.50.010 , relating to prohibited performances and exhibitions to minors;

(h)   Violation of Section 8.50.020 , relating to disseminating indecent material to minors; or

(i)   Violation of Section 8.50.040 , relating to sexual exploitation of minors.

(2)   The fact that a conviction is being appealed shall have no effect on the revocation of the license.

g.   Any of the reasons set forth in Section 10.10.035 .

2.   The transfer of a license or any interest in a license shall automatically and immediately revoke the license.

3.   The municipal clerk, before revoking or suspending any license or permit, shall give the operator at least ten days' written notice of the charges against him, and the opportunity for a hearing before the municipal clerk, as provided in this section. In deciding whether to revoke or suspend a license or permit the municipal clerk may consider remedial measures taken by the licensee or permittee.

4.   Any person whose license has been revoked under this section may apply for a new license when they have met the qualifications required for new license applicants.

J.   *Physical condition of premises; sanitation requirements.*

1.   *Booths, rooms or cubicles for private viewing.* Any adult-oriented establishment having available for customers, patrons or members any booth, room or cubicle for the private viewing of any adult entertainment must comply with the following requirements:

a.   *Access.* Each booth, room or cubicle shall be totally accessible to and from aisles and public areas of the adult-oriented establishment, and shall be unobstructed by any curtain, door, lock or other control-type devices except in compliance with subsection J.1.b.(2) of this section.

b.   *Construction.* Every booth, room or cubicle shall meet the following construction requirements:

(1)   Each booth, room or cubicle shall be separated from

adjacent booths, rooms and cubicles and any non-public areas by a wall.

(2)    Each booth, room or cubicle which is fitted with a curtain or door shall be configured so that when the door is closed or curtain drawn the entire room may be observed with an unobstructed view from outside of the room. No such door may be locked. If the door or curtain, when closed, obstructs the view of any portion of the room such condition constitutes a violation of this subsection.

(3)    All walls shall be solid and without any openings, shall be extended from the floor to a height of not less than six feet, and shall be light colored, nonabsorbent, smooth textured and easily cleanable.

(4)    The floor must be light colored, nonabsorbent, smooth textured and easily cleanable.

(5)    The lighting level of each booth, room or cubicle, when not in use shall be a minimum of ten footcandles at all times, as measured from the floor.

c.    *Occupants.* Only one individual shall occupy a booth, room or cubicle at any time. For the purposes of live performance or other live adult entertainment only, the one person per booth limit shall not apply. No occupant of any booth, room or cubicle shall engage in any type of sexual activity, or cause any bodily discharge or litter while in the booth. No individual shall damage or deface any portion of the booth.

2.    *Physical culture studios and massage parlors.* The licensee of any adult-oriented establishment which is a physical culture studio or massage parlor shall keep licensed premises clean and sanitary. Clean towels, sheets and linens shall be provided for each patron receiving massage services. Disinfecting agents and sterilizing equipment sufficient to ensure the cleanliness and safe condition of all equipment shall be provided and used.

3.    *Exterior.*

a.    Shall be maintained in a neutral tone to conform with surrounding building appearance.

b.    Building will be repaired and maintained in a timely manner.

c.    Fences to be maintained in conforming appearance and maintained in good condition.

4.    *Parking lots and grounds.*

a.    To be maintained in safe and clean condition.

b.    Grounds to be kept clean and not used for outdoor storage.

c.    All refuse removed weekly.

5.    *Signage, in addition to the requirements of Title 21 .*

a.    Each business shall be limited to one sign per entrance.

b.    Each sign shall be no larger than 20 square feet.

c.    No neon, reader or mobile signs.

d.    All signs shall conform to exterior decor requirements.

6.  *Ingress or egress.* An operator may not have his/her business premises connected by any means of ingress or egress with premises occupied by an establishment selling or dispensing alcoholic beverages.

7.  *Interior.*

a.  Appropriate window coverings to maintain conforming appearance (no foil, sheets, boards, et cetera).

b.  Premises to be maintained in a clean and sanitary manner.

c.  The operator shall maintain at least ten footcandles of light in the public portions of the establishment, including aisles, at all times. However, if a lesser level of illumination in the aisles shall be necessary to enable a patron to view the adult entertainment in a booth, room or cubicle adjoining aisles, a lesser amount of illumination may be maintained in such aisles, provided, however, at no time shall there be less than one footcandle of illumination in such aisles, as measured from the floor.

d.  Each business shall comply with annual inspections for the following:

i.   Health.

ii.  Fire.

iii. Building.

iv.  Other Code compliance.

K.  *Responsibilities of operator.*

1.  Every act or omission by an employee constituting a violation of the provision of this section shall be deemed the act or omission of the operator if such act or omission occurs either with the authorization, knowledge or approval of the operator, or as a result of the operator's negligent failure to supervise the employee's conduct, and the operator shall be punishable for such act or omission in the same manner as if the operator committed the act or caused the omission. Such acts or omissions can be considered in determining whether to revoke, suspend or renew a license.

2.  No employee of an adult-oriented establishment shall allow any minor to enter, to loiter around or to frequent an adult-oriented establishment or to allow any minor to view adult entertainment as defined in this section.

3.  No licensee shall have any other license or permits for games of chance to be played or sold on that premises licensed as an adult business.

4.  Licensees who operate physical culture studios or massage parlors must keep records of treatments given and the names of masseurs or masseuses giving such treatments. Such records, as well as the premises of the business establishment, shall be subject to administrative inspection by municipal officers as permitted under this title.

L.  *Review of actions on license.* Review of the grant, denial, renewal, nonrenewal, suspension or revocation of a license shall be in accordance with Section 10.10.035 and Chapter 3.60 .

M.  *Penalties and prosecution.* Any person who is found to have violated this section shall be fined a definite sum not exceeding $300.00 and such conviction shall result in the revocation of any license. The municipal clerk shall notify the administrative official,

as identified in Section 21.25.030 , of any convictions for violations of this section. Whenever a particular establishment is the location of two or more violations of subsection I of this section for which the licensee is responsible under subsection K.1 of this section occurring within a 24-month period, the administrative official shall proceed against the use entitlement under Section 21.25.030 .

N.    *Enforcement.* The municipal police department shall have the authority to enter any adult-oriented establishment at all reasonable times to inspect the premises and enforce this section.

(AO No. 93-157(S-6), § 1, 5-1-94; AO No. 94-145(S), § 1, 8-23-94; AO No. 2003-153, § 1, 1-1-04)

**Cross references:** Restrictions regarding location of places where minors are prohibited from entering, § 21.45.240 .