UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

SANDS NORTH INC D/B/A )
FANTASIES ON 5TH AVE )
)
    Plaintiffs, )
)
vs. )
)
CITY OF ANCHORAGE ALASKA )
and ALASKA MUNICIPAL CORP. )
)
    Defendants, )
_____)  Case No. A-05-0256-CV (JKS)

## AFFIDAVIT OF CAROL HARTMAN

Affiant, being first duly sworn, depose and state as follows:

1. I am a witness in the above captioned action and am an employee of Sands North Inc. I am over the age of eighteen years; I have actual knowledge of the facts set forth below and I am competent to testify as stated below.

2. That I am one of the owners of the Plaintiffs and have been so since December 1, 1998. I have been involved in management of the business since 1993. The business first opened in January, 1989. The other owner of the business is my sister, Kathy Hartman.

3. That during the time that I have owned and/or operated the Plaintiffs business (13 years), the business has not been the source of crime or other deleterious effects in the Community.

4. That I do not know of any entertainer who was the victim of a crime (other than a petty property crime) at Plaintiffs business location.

5. That I do not know of any person who has been the victim of a sexual assault, including "sexual contact" (i.e., non-consensual sexual touching) while working at the business.

6. That I do not know of any entertainer who has obtained a Sexually Transmitted Disease while working at the business or an adult cabaret in general.

7. That the business does not allow nor have I seen any sexual acts occurring at the premises and that the business does not permit such conduct.

8. That we train our staff so they are fully aware, and understand that they cannot not have sexual contact with a patron and that if any employee were to engage in sexual contact with a patron, that employee would be immediately terminated.

9. That I have not observed any act of prostitution taking place on the premises of Fantasies and prostitution is not permitted at the business. If any person engaged in an act of prostitution, they would be immediately terminated, removed from the premise and the police called.

10. That I have not observed any illegal drug sales at the premise. In fact, such conduct is not permitted at the business and if anyone were to engage that narcotics trafficking and/or the use of any illegal drugs, such person would be immediately terminated, removed from the premise and the police called.

11. That criminal behavior of any type is not tolerated at the business. In fact we take regular steps to ensure that crime does not occur in or around Fantasies, including conducting regular security checks in/and around the premise to ensure that crime does not occur, escorting entertainers from the premise to their cars, and conducting regular sweeps of the parking lot and the exterior of the business to ensure that crime

does not occur in or around the premises. Our security personnel and/or staff also conduct random locker and bag searches of the dancers to ensure that no illegal contraband (alcohol or drugs) are brought on premise.

12. That the business has not been the regular source of criminal activities or other deleterious effects on the community

13. That the business works with the police department to continually ensure that the business is not a source of crime or other deleterious effects in the community.

14. That I have reviewed the Motion for Summary Judgment filed by the Defendant. In it, I noted that the Municipality has attempted to rely upon the testimony of Jennifer Johnson in support of its Motion. Ms. Johnson and my family have a long and stormy relationship with one another and in fact, Ms. Johnson is the Mother of my Granddaughter. I have reviewed her testimony, and in fact was present when it was given, and said testimony is false and in my belief motivated by personal animus towards me, my family and our business. In fact, Ms. Johnson has stated that she will shut our business down and ruin us one way or another.

15. That during Jennifer's testimony during the "public hearing" on 9/27/06 for AO 2005-193 (CUP for Debco, Inc.) Jennifer made several false statements regarding activities of the business. I believe that she made these false statements in furtherance of her attempt to exact revenge against our family due to child custody issues. In fact, Ms. Johnson's statements were false, and false when made.

Further affiant sayeth not.

Dated this Oct. 7 day of October, 2006

By: _Carol Hartman_ (signature)

State of Alaska ) ss
3rd Judicial District )

SUBSCRIBED AND SWORN to before me this 7 day of October, 2006 at

ANCHORAGE , Alaska By Carol Hartman.



Notary Public in and for Alaska
My Commission Expires: Aug 8