UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

SANDS NORTH INC D/B/A )
FANTASIES ON 5TH AVE )
                                                )
         Plaintiffs,                        )
                                                )
vs.                                            )
                                                )
CITY OF ANCHORAGE ALASKA )
and ALASKA MUNICIPAL CORP. )
                                                )
         Defendants,                       )
_____)   Case No. A-05-0256-CV (JKS)

**AFFIDAVIT OF KATHY HARTMAN**

Affiant, being first duly sworn, depose and state as follows:

1. I am a witness in the above captioned action and am an employee of Sands North Inc. I am over the age of eighteen years; I have actual knowledge of the facts set forth below and I am competent to testify as stated below.

2. That I am one of the owners of the Plaintiffs and have been so since 4/30/1990. The business first opened in January, 1989, and I have been involved with the management of the business since that time. The other owner of the business is my sister, Carol Hartman. Carol has been involved in managing the business since 1993, and has been an owner since 12/1/1998.

3. That during the time that I have owned and/or operated the Plaintiffs business (nearly 18 years), the business has not been the source of crime or other deleterious effects in the Community.

4. That I do not know of any entertainer who was the victim of a crime (other

than a petty property crime) at Plaintiffs business location.

5. That I do not know of any person who has been the victim of a sexual assault, including "sexual contact" (i.e., non-consensual sexual touching) while working at the business.

6. That I do not know of any entertainer who has obtained a Sexually Transmitted Disease while working at the business or an adult cabaret in general.

7. That the business does not allow nor have I seen any sexual acts occurring at the premises and that the business does not permit such conduct.

8. That we train our staff so they are fully aware, and understand they cannot not have sexual contact with a patron and that if any employee were to engage in sexual contact with a patron, that employee would be immediately terminated.

9. That I have not observed any act of prostitution taking place on the premises of Fantasies and prostitution is not permitted at the business. If any person engaged in an act of prostitution, they would be immediately terminated, removed from the premise and the police called.

10. That I have not observed any illegal drug sales at the premise. In fact, such conduct is not permitted at the business and if anyone were to engage that narcotics trafficking and/or the use of any illegal drugs, such person would be immediately terminated, removed from the premise and the police called.

11. That criminal behavior of any type is not tolerated at the business. In fact we take regular steps to ensure that crime does not occur in or around Fantasies, including conducting regular security checks in/and around the premise to

ensure that crime does not occur, escorting entertainers from the premise to their cars, and conducting regular sweeps of the parking lot and the exterior of the business to ensure that crime does not occur in or around the premises. Our security personnel and/or staff also conduct random locker and bag searches of the dancers to ensure that no illegal contraband (alcohol or drugs) are brought on premise.

12. That the business has not been the regular source of criminal activities or other deleterious effects on the community. On the contrary, our business works with the police department to continually ensure that the business is not a source of crime or other deleterious effects in the community.

Further affiant sayeth not.

Dated this ___5th___ day of October, 2006

_____
By:

SUBSCRIBED AND SWORN to before me this ____ day of October, 2006 at _____, Alaska.

_____
Notary Public in and for Alaska
My Commission Expires:_____

State of California
County of _Riverside_

Subscribed and sworn to (or affirmed) before me on this _5th_ day of _October_, 20_06_, by _Kathy Hartman_, ~~personally known to me~~ or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _Linda J. FitzHenry_ (Seal)

LINDA J. FITZHENRY
Commission # 1383037
Notary Public - California
Riverside County
My Comm. Expires Nov 3, 2006