## <u>INDEX TO ENTERTAINER AFFIDAVITS</u>

1.      Tamer Chapson

2.      Chystal M. Johansen

3.      Linda C. Leslie

4.      Jennifer L. Powell

5.      Rebecca Lewis

6.      Anastasia Yazykova

7.      Yana Tatarlnova

8.      Ellen M. Seppala

9.      Katherine Toasten

10.     Liberty Roman

11.     Adrienne Hoffman

12.     Amy Litson

13.     Claudine Chapson

14.     Sarah Welling

15.     Crystal M. Ysbrand

16.     Jessica Carter

17.     Samantha Tymrak

18.     Simone Robb

19.     Monique Arnold

20.     Anna Masewicz

21.     Meghan Taylor

22.    Natasha L. Knoop

23.    Jessica Litson

24.    Jennifer Frey

25.    Jamie Frey

26.    Lisa Felber

27.    Eleanor R. Helfrich

28.    Ashley Bent

29.    Ashlyn R. Corbell

30.    Sabrina M. Martino