UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

SANDS NORTH INC D/B/A )
FANTASIES ON 5TH AVE )
)
      Plaintiffs, )
)
vs. )
)
CITY OF ANCHORAGE ALASKA )
and ALASKA MUNICIPAL CORP. )
)
      Defendants, )
_____ ) Case No. A-05-0256-CV (JKS)

**AFFIDAVIT OF**

Crystal M. Johansen

Affiant, being first duly sworn, depose and state as follows:

1. I am a witness in the above captioned action and am a current/former (circle one) [current circled] employee of Sands North Inc. I am over the age of eighteen years; I have actual knowledge of the facts set forth below and I am competent to testify as stated below.

2. That I am a current/former (circle one) [current circled] employee of the Plaintiff in the above captioned matter. I was first employed by Plaintiff on 10/1/2001 as an entertainer.

3. That I have not been and do not know of any entertainer who was the victim of crime while working at Plaintiff's business.

4. That I have not been the victim of a sexual assault, including "sexual contact" (i.e., non-consensual sexual touching) while working at the Plaintiff and know of no other entertainer who has been a victim of such crime.

5. That I have not obtained a Sexually Transmitted Disease while working at an adult cabaret, including Plaintiff and I know of no entertainer who has obtained a Sexually Transmitted Disease from working in an adult cabaret.

6. That I have not committed a sexual act, nor have I seen any sexual act occur at Plaintiff's business and I know that such acts are not permitted by the Plaintiff. Further, I know that anyone engaging in such conduct would be immediately terminated.

7. That Plaintiff trained me and I am aware that they train all entertainers that they may not have sexual contact with any patron and we are warned that if any entertainer engages in sexual contact with a patron, they will be immediately terminated.

8. That I have not observed any act of prostitution taking place on the premises of Plaintiffs business, nor have I heard any solicitation for prostitution occurring at the business, and I know that prostitution is not permitted by Plaintiff and that if any person engaged in an act of prostitution, that they would be immediately terminated and the police called.

9. That while employed by Plaintiff, I have not observed any illegal drug sales at the premise and know that such conduct is not permitted by Plaintiff. Further, I know from my training that if anyone was to engage that narcotics trafficking and/or the use of any illegal drugs, such person would be immediately terminated and the police called.

10. That I have not observed any criminal behavior at Fantasies and know that no criminal behavior is tolerated at the premises. Further, I know that the staff of Fantasies takes steps to ensure that crime does not occur in or around Fantasies and to