UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

SANDS NORTH INC D/B/A )
FANTASIES ON 5TH AVE )
)
    Plaintiffs, )
)
vs. )
)
)
CITY OF ANCHORAGE ALASKA )
and ALASKA MUNICIPAL CORP. )
)
    Defendants, )
_____ ) Case No. A-05-0256-CV (JKS)

## AFFIDAVIT OF

_Claudine Chapson_

Affiant, being first duly sworn, depose and state as follows:

1. I am a witness in the above captioned action and have been an exotic dancer. I am over the age of eighteen years; I have actual knowledge of the facts set forth below and I am competent to testify as stated below.

2. That I am/have been a current/former (circle one) employee of an adult entertainment establishment in Alaska. . I have been employed as an entertainer since _9-11-00_.

3. That I have not been, and do not know of any entertainer who was the victim of crime while working at an adult oriented establishment, or a gentlemen's club.

4. That I have not been the victim of a sexual assault, including "sexual contact" (i.e., non-consensual sexual touching) while working at any adult oriented establishment (gentlemen's club), and know of no other entertainer who has been a victim of such crime.

5. That I have not obtained a Sexually Transmitted Disease while working at an adult cabaret/gentlemen's club, and I know of no entertainer who has obtained a Sexually Transmitted Disease from working in an adult cabaret, or adult oriented establishment.

6. That I have not committed a sexual act, nor have I seen any sexual act occur at the adult oriented establishment where I was employed, and I know that such acts are not permitted by the Plaintiff's, or the adult establishment where I am/was employed. Further, I know that anyone engaging in such conduct would be immediately terminated.

7. I am aware that Plaintiffs train all entertainers that they may not have sexual contact with any patron and they are warned that if any entertainer engages in sexual contact with a patron, they will be immediately terminated.

8. That I have not observed any act of prostitution taking place on the premises of Plaintiffs business, nor have I heard any solicitation for prostitution occurring at the business, and I know that prostitution is not permitted by Plaintiff and that if any person engaged in an act of prostitution, that they would be immediately terminated and the police called.

9. That as a customer/patron of Plaintiff, I have not observed any illegal drug sales at the premise and know that such conduct is not permitted by Plaintiff. Further, I know that if anyone was to engage that narcotics trafficking and/or the use of any illegal drugs, such person would be immediately terminated and the police called.

10. That I have not observed any criminal behavior at Fantasies and know that no criminal behavior is tolerated at the premises. Further, I know that the staff of