KENNETH JACOBUS
Attorney for Plaintiff
310 K Street, Suite 200
Anchorage, AK 99501-2064
(907) 277-3333 – Phone
(907) 264-6666 - Fax
kpjlaw@yahoo.com

ALLAN S. RUBIN*
Co-Counsel for Plaintiff
DRAPER & RUBIN, P.L.C.
29800 Telegraph Road
Southfield, Michigan 48034
(248) 358-9400 – Phone
(248) 358-9729 – Fax
allan@draper-rubin.com
*Admitted Pro Hac Vice

## UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

SANDS NORTH, INC., d/b/a FANTASIES
ON 5th AVENUE, an Alaska Corporation,

        Plaintiff,

vs.

THE CITY OF ANCHORAGE, ALASKA,
an Alaska Municipal Corporation,

        DEFENDANT.

Case No: 3:05-cv-256

HON. Timothy M. Burgess

## CERTIFICATE OF SERVICE

The undersigned, an employee of Draper & Rubin, P.L.C. does hereby certify that on October 12, 2006 he/she did cause to be served a true and correct copy of Plaintiff's Response to the Defendant's Motion for Summary Judgment by electronic means through the ECF system as indicated on the Notice of Electronic Filing:

| | |
|---|---|
| KENNETH JACOBUS | THOMAS M. MCDERMOTT |
| Attorney for Plaintiff | Assistant Municipal Attorney |
| 310 K Street, Suite 200 | PO Box 196650 |
| Anchorage, AK 99501-2064 | Anchorage, AK 99519 |

                                                  s/Allan S. Rubin
                                       An employee of Draper & Rubin, P.L.C.