KENNETH JACOBUS
Attorney for Plaintiff
310 K Street, Suite 200
Anchorage, AK 99501-2064
(907) 277-3333 – Phone
(907) 264-6666 - Fax
kpjlaw@yahoo.com

ALLAN S. RUBIN*
Co-Counsel for Plaintiff
DRAPER & RUBIN, P.L.C.
29800 Telegraph Road
Southfield, Michigan 48034
(248) 358-9400 – Phone
(248) 358-9729 – Fax
allan@draper-rubin.com
*Admitted Pro Hac Vice

## UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

SANDS NORTH, INC., d/b/a FANTASIES
ON 5th AVENUE, an Alaska Corporation,

        Plaintiff,

vs.

THE CITY OF ANCHORAGE, ALASKA,
an Alaska Municipal Corporation,

        DEFENDANT.

Case No: 3:05-cv-256

HON. Timothy M. Burgess

## CERTIFICATE OF SERVICE

The undersigned, an employee of Draper & Rubin, P.L.C. does hereby certify that on October 12, 2006 he/she did cause to be served a true and correct copy of Plaintiff's Response to the Defendant's Motion for Judgment on the Pleadings by electronic means through the ECF system as indicated on the Notice of Electronic Filing:

| | |
|---|---|
| KENNETH JACOBUS<br>Attorney for Plaintiff<br>310 K Street, Suite 200<br>Anchorage, AK 99501-2064 | THOMAS M. MCDERMOTT<br>Assistant Municipal Attorney<br>PO Box 196650<br>Anchorage, AK 99519 |

                  s/Allan S. Rubin
            An employee of Draper & Rubin, P.L.C.