TABLE OF CONTENTS
Exhibits to Reply to Opposition to Motion for Summary Judgment
Case No.:  3:05-cv-00256 (TMB)
Sands North v. MOA

1. A summary of studies and legal findings concerning adverse secondary effects of sex-oriented businesses, prepared by Susan Lutz.

2. Article titled Strip Clubs are Gateways to Addiction.

3. Written comments by Nancy Fair.

4. Findings from court cases, research, and other jurisdictions showing links between sex-oriented business, and crime and disease.

5. National Law Center compilation of studies documenting the secondary effects of sexually oriented businesses.  Secondary effects include live sex acts on the premises, prostitution, increase in violent crime, decline in property values.

6. Testimony of David Sherman, former strip club manager, before the National Organization Against Lewd Activities, documenting links between strip clubs and prostitution and illegal drug use.