Nancy Fair, VP  
Service HS PTSA  
786-3631

May 14, 2003  
Public Safety Commission

1. We want to express our concern about the influence of strip clubs on the high school environment, regarding both teens as patrons and teens as employees. (Speaking particularly of non-alcoholic clubs open to 18 year olds – Fantasies on 5th and Showboat Show Club).

2. Before school is out this year, over 3,400 teens in the ASD alone can legally attend or work at one of these places.

3. We have learned of a number illegal activities associated with these places, including prostitution, illegal drug and alcohol use, underage employment and patronage, and tax evasion. US Supreme Court cases have documented how nude dancing encourages prostitution, increases sexual assaults, increases the likelihood of drug-dealing and drug use, and attracts other criminal activities.

4. Unwanted pregnancies, abortions and sexually-transmitted diseases are also common. A study in Fort Meyers, Florida documented at least <u>50</u> communicable diseases may be spread by activities occurring in sexually-oriented businesses including syphilis, gonorrhea, HIV-AIDS, genital herpes, hepatitis B, salmonella and shigella (dysentery) infections.

5. We are concerned about unhealthy lifestyle influences on vulnerable teens *(see Kimberly Drake and David Sherman's testimony)*.

6. The PTAs are very concerned about plans for 3 more of these non-alcoholic strip clubs opening in Anchorage.

7. In addition to PTA concerns, there are other community concerns about these type of sexually-oriented businesses based on well-documented studies in many cities. In fact, these concerns are already stated in Title 21 of the Anchorage municipal code:

(quote)"These enterprises have been determined, by court-accepted independent studies, to produce secondary impacts on surrounding land uses. The impacts include a decline in property values, and increase in the level of criminal activity, including prostitution, rape and assaults, in the vicinity of these types of enterprises, and the degradation of the community standard of morality by inducing a loss of sensitivity to the adverse effect of pornography upon children, upon established family relations, and upon respect for marital relationships." (enquote)