MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

 SANDS NORTH, INC.  vs.  THE CITY OF ANCHORAGE, ALASKA 


BEFORE THE HONORABLE TIMOTHY M. BURGESS 

CASE NO 3:05-cv-00256-TMB 

DEPUTY CLERK/RECORDER: Patty Demeter

APPEARANCES:    PLAINTIFF: Allan Rubin, Kenneth Jacobus

               DEFENDANT: Thomas McDermott

PROCEEDINGS: HEARING ON DEFENDANT'S FIRST MOTION FOR PARTIAL
             SUMMARY JUDGMENT (DKT 41) & DEFENDANT'S MOTION FOR
             JUDGMENT ON THE PLEADINGS (DKT 43) (HELD 11/29/06)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 9:19 a.m. Court convened.

Court and counsel heard re motions at dkt 41 & 43.

Court stated motions are taken under advisement.  Court to issue
a written ruling.

At 11:13 a.m. Court adjourned.


DATE: 11/29/06                    DEPUTY CLERK'S INITIALS: PLD