Kenneth P. Jacobus
KENNETH P. JACOBUS, P.C.
310 K Street, Suite 200
Anchorage, Alaska 99501
(907) 277-3333
(907) 264-6666 (Fax)

ALLAN S. RUBIN
DRAPER & RUBIN, P.L.C.
29800 Telegraph Road
Southfield, Michigan 48034
(248) 358-9400
(248) 358-9729 (Fax)

Co-Counsel for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SANDS NORTH, INC., d/b/a FANTASIES ON 5th AVENUE, an Alaskan Corporation<br><br>Plaintiff,<br><br>vs.<br><br>MUNICIPALITY OF ANCHORAGE, ALASKA, an Alaskan Municipal Corporation<br><br>Defendant. | **MOTION FOR ENLARGEMENT OF TIME** |

U.S. District No. 3:05-cv-256 (TMB)

The parties have conferred on this case prior to December 11, 2007, as required by the order of this Court dated November 26, 2007 (#64). As a result of this conference, the plaintiff is filing this motion for enlargement of time. If there is an opposition or comment, the Municipality will file it separately.

The plaintiff moves for an enlargement of time to February 15, 2008, to file a subsequent status report in this case to inform this Court as to what, if any, further proceedings need to be taken. The plaintiff has started the necessary proceedings to modify club operation to cease the "under 21" operation and place the club operation under the jurisdiction of the State of Alaska Alcoholic Beverage Control Board. These proceedings are estimated to take until late

LAW OFFICES OF
KENNETH P. JACOBUS
A PROFESSIONAL CORPORATION
310 K Street, Suite 200
ANCHORAGE AK 99501-2064
TELEPHONE (907) 277-3333

January or early February to complete. This conversion should moot most or all of the issues remaining in this case.

In order to save time and expense for the parties and this Court, this motion for enlargement of time should be granted to allow for an orderly transition.

DATED this 12th day of December, 2007.

KENNETH P. JACOBUS, P.C.
Attorney for Plaintiff

By _____
/s/ Kenneth P. Jacobus
KENNETH P. JACOBUS, P.C.
310 K Street, Suite 200
Anchorage AK 99501-2064
Phone: (907) 277-3333
Fax: (907) 264-6666
E-mail: kpjlaw@yahoo.com
ABA No. 6911036

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that
true copies of this Unopposed Motion
for Enlargement of Time and proposed
Order were mailed on December 12, 2007, to:

Jim Reeves
Office of Anchorage Municipal Attorney
P.O. Box 196650
Anchorage, AK 99519-6650

_____
Kenneth P. Jacobus

2