Kenneth P. Jacobus
KENNETH P. JACOBUS, P.C.
310 K Street, Suite 200
Anchorage, Alaska 99501
(907) 277-3333
(907) 264-6666 (Fax)

ALLAN S. RUBIN
DRAPER & RUBIN, P.L.C.
29800 Telegraph Road
Southfield, Michigan 48034
(248) 358-9400
(248) 358-9729 (Fax)

Co-Counsel for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SANDS NORTH, INC., d/b/a FANTASIES ON 5th AVENUE, an Alaskan Corporation<br><br>    Plaintiff,<br><br>vs.<br><br>MUNICIPALITY OF ANCHORAGE, ALASKA, an Alaskan Municipal Corporation<br><br>    Defendant. | **PROPOSED ORDER GRANTING MOTION TO FOR ENLARGEMENT OF TIME**<br><br>U.S. District No. 3:05-cv-256 (TMB) |

**IT IS ORDERED THAT** plaintiff's motion for enlargement of time to file a status report with this Court to advise this Court of what, if any, proceedings remain to be taken in this case to February 15, 2008, is **GRANTED**.

Dated at Anchorage, Alaska, this _____ day of December, 2007.

_____
United States District Judge

LAW OFFICES OF
KENNETH P. JACOBUS
A PROFESSIONAL CORPORATION
310 K Street, Suite 200
ANCHORAGE AK 99501-2064
TELEPHONE (907) 277-3333