Thomas M. McDermott
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
(907) 343-4545

Attorney for Defendants
Municipality of Anchorage

## THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SANDS NORTH, INC., d/b/a FANTASIES ON 5TH AVENUE, an Alaskan Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| MUNICIPALITY OF ANCHORAGE, ALASKA, an Alaskan Municipal Corporation, | ) ) ) |
| Defendant. | ) ) |

U.S. District No. A05-256 CV

### RESPONSE TO MOTION FOR ENLARGEMENT OF TIME

In response to the plaintiff's Motion for Enlargement of Time filed in this action on December 12, 2007, defendant Municipality of Anchorage advises the Court that it does not oppose the Motion.

For the record, the Municipality notes that in its view there are no issues remaining to be decided in the action and that therefore, following the expiration of whatever additional time might be granted by the Court, entry of final judgment will be appropriate.

In agreeing not to oppose the plaintiff's motion for this enlargement of time the Municipality expresses no position on any action of the Alaska Alcoholic Beverage Control Board or the Anchorage Assembly regarding plaintiff's planned modification of its operations.

Respectfully submitted this ___ day of _____, 2007

                                        JAMES N. REEVES
                                      Municipal Attorney

By:   s/ Thomas M. McDermott
       Assistant Municipal Attorney
       P.O. Box 196650
       Anchorage, AK  99519-6650
       (907) 343-4545
       (907) 343-4550 – fax
       uslit@muni.org
       Alaska Bar No. 9910050

The undersigned hereby certifies that on _____ a
true and correct copy of the _____
was served on:

- Kenneth P. Jacobus
- Allan S. Rubin

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing

s/ Patricia A. Karella
Patricia A. Karella, Legal Secretary
Municipal Attorneys Office