# NOTICE OF NON-COMPLIANCE WITH RULES

U.S. District Court, Office of the Clerk, 222 W. 7th Ave., Rm 229, Anchorage, AK 99513-7564, 907-677-6100

To: Thomas M. McDermott  
P.O. Box 196650  
Anchorage, AK 99519  

Case Number: 3:05-cv-00256-TMB  
Case Title: Sands North, Inc. v The City of Anchorage  
Docket No: 66  

Document Title: Response to Motion for Enlargement of Time

**Part I.** This form is being sent as a courtesy to advise you that document(s) filed in the above referenced case were not in compliance with Local and/or Federal Court Rules and to prevent such deficiencies in the future. The documents have been filed. The following deficiencies were identified:

LR 3.1 Papers to Accompany Filing  
___(a) Cover Sheet missing  

_XX_ OTHER (see comments)

LR 10.1 Form of Pleading  
___ (a) General - see Comments Below  
___ (b) No Chamber copy(s)-copy charge  

Amount Due: $_____

********************************************************************************

**Part II.** This form is being sent to advise you that document(s) are being returned for the following reasons:

FRCP 5(d) Serving & Filing Pleadings and Other Papers  
___ Discovery documents are not routinely filed  
___ Depositions are not routinely filed  

___ Pursuant to Court Order  
___ OTHER (see comments)

28:1914(a) Filing Fee  
___ Returned for Filing Fee **or** waiver of fees

FRCP 10 Form of Pleading  
___(a) Returned Complaint - Names of Parties not listed

********************************************************************************

**Part III.** This form is being sent to advise you that document(s) were not in compliance with Local and/or Federal Court Rules, which may result in the document(s) being stricken, <u>if not corrected</u> within 7 days:

LR 10.1 Form of Pleading  
___(e) First page information missing (see comments below)  
___(f) Document is not signed  

___ OTHER (see comments)

LR 5.1 Proof of Service  
_XX_ Proof of service on the document filed not complete

********************************************************************************

**Comments:** In the future please be sure to date the document (see page two of the filing).

Name: Pam Richter  
Date: **December 19, 2007**