Thomas M. McDermott
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
(907) 343-4545

Attorney for Defendants
Municipality of Anchorage

## THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SANDS NORTH, INC., d/b/a FANTASIES ON 5TH AVENUE, an Alaskan Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| MUNICIPALITY OF ANCHORAGE, ALASKA, an Alaskan Municipal Corporation, | ) ) ) |
| Defendant. | ) ) ) |

U.S. District No. A05-256 CV

## AMENDED CERTIFICATE OF SERVICE

I, Patricia A. Karella, hereby certify as follows:

On December 18, 2007 a true and correct copy of the Response to Motion for Enlargement of Time was served on Kenneth P. Jacobus and Allan S. Rubin by electronic means through the ECF System as indicated on the Notice of Electronic Filing.

s/ Patricia A. Karella
Patricia A. Karella, Legal Secretary
Municipal Attorneys Office
P.O. Box 196650
Anchorage, AK  99519

(907)343-4545
(907) 343-4550 – fax
uslit@muni.org

The undersigned hereby certifies that on 12/19/07 a true and correct copy of the Amended Certificate of Service was served on:

- Kenneth P. Jacobus
- Allan S. Rubin

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing

s/ Patricia A. Karella
Patricia A. Karella, Legal Secretary
Municipal Attorneys Office