THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SANDS NORTH, INC., d/b/a FANTASIES ON 5th AVENUE, an Alaskan Corporation<br><br>    Plaintiff,<br><br> vs.<br><br>MUNICIPALITY OF ANCHORAGE, ALASKA, an Alaskan Municipal Corporation<br><br>    Defendant. | 3:05-cv-256 TMB |

**ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME**

  **IT IS ORDERED THAT** Plaintiff's Motion for Enlargement of Time to file a status report with this Court to advise this Court of what, if any, proceedings remain to be taken in this case to February 15, 2008, is **GRANTED**.

  Dated at Anchorage, Alaska, this 26th day of December, 2007.

        /s/ Timothy M. Burgess
        TIMOTHY M. BURGESS
        UNITED STATES DISTRICT JUDGE