Kenneth P. Jacobus
KENNETH P. JACOBUS, P.C.
310 K Street, Suite 200
Anchorage, Alaska 99501
(907) 277-3333
(907) 264-6666 (Fax)

ALLAN S. RUBIN
DRAPER & RUBIN, P.L.C.
29800 Telegraph Road
Southfield, Michigan 48034
(248) 358-9400
(248) 358-9729 (Fax)

Co-Counsel for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SANDS NORTH, INC., d/b/a<br>FANTASIES ON 5th AVENUE,<br>an Alaskan Corporation<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>MUNICIPALITY OF<br>ANCHORAGE, ALASKA,<br>an Alaskan Municipal<br>Corporation<br><br>　　　　　　　Defendant. | **STATUS REPORT**<br><br><br><br><br><br><br><br><br><br>U.S. District No. 3:05-cv-256 (TMB) |

Sands North is now operating as an alcohol-serving club under the jurisdiction of the Alaska Alcoholic Beverage Control Board. This being the case, I anticipate that this

case will be dismissed by the parties in the ordinary course of business.

DATED this 14th day of March, 2008.

KENNETH P. JACOBUS, P.C.
Attorney for Plaintiff

By /s/ Kenneth P. Jacobus
KENNETH P. JACOBUS, P.C.
310 K Street, Suite 200
Anchorage AK 99501-2064
Phone: (907) 277-3333
Fax: (907) 264-6666
E-mail: kpjlaw@yahoo.com
ABA No. 6911036

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that
a true copy of this Status Report
was electronically served on March 14, 2008, on:

Jim Reeves
Office of Anchorage Municipal Attorney
P.O. Box 196650
Anchorage AK 99519-6650

Kenneth P. Jacobus

2