
Joshua M. Freeman
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
(907) 343-4545

Attorney for Defendant
Municipality of Anchorage

## THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SANDS NORTH, INC., d/b/a FANTASIES ON 5TH AVENUE, an Alaskan Corporation, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | |
| MUNICIPALITY OF ANCHORAGE, ALASKA, an Alaskan Municipal Corporation, ) ) ) ) | |
| Defendant. ) ) | U.S. District No. 3:05-cv-256 (TMB) |

### STIPULATED DISMISSAL WITH PREJUDICE

Plaintiff, Sands North, Inc, dba Fantasies on 5th Avenue, and Defendant, Municipality of Anchorage, hereby stipulate to dismiss the instant case with prejudice each side to bear its own attorney fees and costs.

KENNETH P. JACOBUS, P.C.          JAMES N. REEVES
Attorney for Plaintiff                         Municipality of Anchorage

/s/ Kenneth P. Jacobus                    /s/ Joshua M. Freeman
Kenneth P. Jacobus                          Joshua M. Freeman
KENNETH P. JACOBUS, P.C.          Assistant Municipal Attorney

MUNICIPALITY OF ANCHORAGE
OFFICE OF THE MUNICIPAL ATTORNEY
P.O. Box 196650
Anchorage, Alaska 99519-6650
Telephone: 343-4545
Facsimile: 343-4550