|  |  |
|---|---|
| 310 K Street, Suite 200 | P.O. Box 196650 |
| Anchorage, AK 99501-2064 | Anchorage, AK 99519-6650 |
| (907) 277-3333 | (907) 343-4545 |
| (907) 264-6666 | (907) 343-4550 – fax |
| kpjlaw@yahoo.com | uslit@muni.org |
| Alaska Bar No. 6911036 | Alaska Bar No. 0305015 |

The undersigned hereby certifies that on ___4/7/2008___ a true and correct copy of the Stipulated Dismissal with Prejudice was served on:

- Kenneth P. Jacobus
- Allan S. Rubin

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing

s/ Irene Franco
Irene Franco, Legal Secretary
Municipal Attorneys Office

**MUNICIPALITY OF ANCHORAGE**

OFFICE OF THE
MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550