## NOTICE OF NON-COMPLIANCE WITH RULES

U.S. District Court, Office of the Clerk, 222 W. 7th Ave., Rm 229, Anchorage, AK 99513-7564, 907-677-6100

To:    Joshua M. Freeman                    Case Number:    3:05-cv-00256-TMB

       P.O. Box 196650                      Case Title:    Sands North, Inc. v The City of Anchorage

       Anchorage, AK 99519-6650             Docket No:    73

Document Title:   Certificate of Service

_____

**Part I. This form is being sent as a courtesy to advise you that document(s) filed in the above referenced case were not in compliance with Local and/or Federal Court Rules and to prevent such deficiencies in the future. The documents have been filed. The following deficiencies were identified:**

LR 3.1 Papers to Accompany Filing            LR 10.1 Form of Pleading
___(a) Cover Sheet missing                   XX (a) General - see Comments Below
                                             ___ (b) No Chamber copy(s)-copy charge
___OTHER (see comments)
                                             Amount Due: $_____
*********************************************************************************************************************
**Part II. This form is being sent to advise you that document(s) are being returned for the following reasons:**

FRCP 5(d) Serving & Filing Pleadings and Other Papers
___ Discovery documents are not routinely filed            ___ Pursuant to Court Order

___ Depositions are not routinely filed                    ___ OTHER (see comments)

28:1914(a) Filing Fee
___Returned for Filing Fee or waiver of fees

FRCP 10 Form of Pleading
___(a) Returned Complaint - Names of Parties not listed
*********************************************************************************************************************
**Part III. This form is being sent to advise you that document(s) were not in compliance with Local and/or Federal Court Rules, which may result in the document(s) being stricken, if not corrected within 7 days:**

LR 10.1 Form of Pleading
___(e) First page information missing (see comments below)
___(f) Document is not signed                              ___ OTHER (see comments)

LR 5.1 Proof of Service
___No proof of service on the document filed
*********************************************************************************************************************
**Comments:**  The certificate of service could have been filed as the second page of the stipulation. In light of how it was filed please re-file the certificate of service as an attachment to a prepared document entitled "Notice of Attachment." Please select the event "Notice (Other)" and insert in the docket text "Notice of Attachment" and link to the stipulation at docket 72.

_____

Name:         Pam Richter                    Date:            **April 8, 2008**