Joshua M. Freeman
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
(907) 343-4545

Attorney for Defendants
Municipality of Anchorage

## THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SANDS NORTH, INC., d/b/a FANTASIES ON 5TH AVENUE, an Alaskan Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MUNICIPALITY OF ANCHORAGE, ALASKA, an Alaskan Municipal Corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

U.S. District No. A05-256 CV

## NOTICE OF LODGING

The Municipality of Anchorage hereby attaches a proposed order to be linked to the stipulation at docket 72 pursuant to court order dated April 8, 2008 requesting the Municipality of Anchorage file a "Notice of Lodging" along with a proposed order.

Respectfully submitted this 8th day of April, 2008

                                                    JAMES N. REEVES
                                                    Municipal Attorney

By: s/ Joshua M. Freeman
Assistant Municipal Attorney
P.O. Box 196650
Anchorage, AK 99519-6650
(907) 343-4545
(907) 343-4550 – fax
uslit@muni.org
Alaska Bar No. 9910050

The undersigned hereby certifies that on 4/8/08 a
true and correct copy of the Notice of Lodging was served on:

- Kenneth P. Jacobus
- Allan S. Rubin

by first class regular mail, if noted above, or by electronic
means through the ECF system as indicated on the Notice
of Electronic Filing

s/ Patricia A. Karella
Patricia A. Karella, Legal Secretary
Municipal Attorneys Office