Joshua M. Freeman
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
(907) 343-4545

Attorney for Defendants
Municipality of Anchorage

# THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SANDS NORTH, INC., d/b/a FANTASIES ON 5TH AVENUE, an Alaskan Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| MUNICIPALITY OF ANCHORAGE, ALASKA, an Alaskan Municipal Corporation, | ) ) ) |
| Defendant. | ) ) |

U.S. District No. A05-256 CV

## NOTICE OF ATTACHMENT

The Municipality of Anchorage hereby attaches the certificate of service for the Stipulated Dismissal filed at docket 72 on April 7, 2008.

Respectfully submitted this 8th day of April, 2008

          JAMES N. REEVES
          Municipal Attorney

          By:   s/   Joshua   M.   Freeman
                 Assistant Municipal Attorney
                 P.O. Box 196650

        Anchorage, AK  99519-6650
        (907) 343-4545
        (907) 343-4550 – fax
        uslit@muni.org
        Alaska Bar No. 9910050

The undersigned hereby certifies that on 4/8/08 a
true and correct copy of the Notice of Lodging was served on:

- Kenneth P. Jacobus
- Allan S. Rubin

by first class regular mail, if noted above, or by electronic
means through the ECF system as indicated on the Notice
of Electronic Filing

<u>s/ Patricia A. Karella</u>
Patricia A. Karella, Legal Secretary
Municipal Attorneys Office