310 K Street, Suite 200
Anchorage, AK  99501-2064
(907) 277-3333
(907) 264-6666
kpjlaw@yahoo.com
Alaska Bar No. 6911036

P.O. Box 196650
Anchorage, AK  99519-6650
(907) 343-4545
(907) 343-4550 – fax
uslit@muni.org
Alaska Bar No. 0305015

The undersigned hereby certifies that on __4/7/2008__ a true and correct copy of the Stipulated Dismissal with Prejudice was served on:

- Kenneth P. Jacobus
- Allan S. Rubin

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing

s/ Irene Franco
Irene Franco, Legal Secretary
Municipal Attorneys Office

**MUNICIPALITY OF ANCHORAGE**

OFFICE OF THE MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550