THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SANDS NORTH, INC., d/b/a FANTASIES ON 5TH AVENUE, an Alaskan Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MUNICIPALITY OF ANCHORAGE, ALASKA, an Alaskan Municipal Corporation,<br><br>Defendant. | 3:05-cv-256 TMB |

## **ORDER OF DISMISSAL**

Plaintiff, Sands North, Inc. d/b/a Fantasies on 5th Avenue, and Defendant, Municipality of Anchorage, hereby stipulate to dismiss this case with prejudice, each side to bear its own attorney fees and costs.

IT IS SO ORDERED.

Dated this 17th day of April, 2008.

                                                   /s/ Timothy M. Burgess
                                                 TIMOTHY M. BURGESS
                                                 UNITED STATES DISTRICT COURT JUDGE